# United States Bankruptcy Court
## District of New Mexico

In re: **Roman Catholic Church of the Archdiocese of Santa Fe**
Debtor(s)

Case No.
Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing: $ **See Attached Schedule**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income $ _____

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

3. Net Employee Payroll (Other Than Debtor) $ _____
4. Payroll Taxes _____
5. Unemployment Taxes _____
6. Worker's Compensation _____
7. Other Taxes _____
8. Inventory Purchases (Including raw materials) _____
9. Purchase of Feed/Fertilizer/Seed/Spray _____
10. Rent (Other than debtor's principal residence) _____
11. Utilities _____
12. Office Expenses and Supplies _____
13. Repairs and Maintenance _____
14. Vehicle Expenses _____
15. Travel and Entertainment _____
16. Equipment Rental and Leases _____
17. Legal/Accounting/Other Professional Fees _____
18. Insurance _____
19. Employee Benefits (e.g., pension, medical, etc.) _____
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

22. Total Monthly Expenses (Add items 3-21) $ _____

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# BUSINESS INCOME AND EXPENSES

**PART A - Gross Business Income For Previous 12 Months:**

| | | |
|---|---|---|
| 1 Gross Income For 12 Months Prior to Filing | $ 12,125,409 | |

**PART B - Estimated Average Future Gross Monthly Income:**

| | | |
|---|---|---|
| 2 Gross Monthly Income | | $ 839,082 |

**PART C - Estimated Future Monthly Expenses:**

| | |
|---|---:|
| 3 Net Employee Payroll (Other Than Debtor) | 321,011 |
| 4 Payroll Taxes | 22,134 |
| 5 Unemployment Taxes | 0 |
| 6 Workers Compensation | 0 |
| 7 Other Taxes | 0 |
| 8 Inventory Purchases (Including Raw Material) | 0 |
| 9 Purchases of Feed/Fertilizer/seed/spray | 0 |
| 10 Rent (Other than debtor's principal residence) | 0 |
| 11 Utilities | 23,626 |
| 12 Office expenses and supplies | 16,738 |
| 13 Repairs and Maintenances | 14,521 |
| 14 Vehicle Expenses | 8,779 |
| 15 Travel and Entertainment | 7,754 |
| 16 Equipment Rental and Leases | 3,933 |
| 17 Legal/Accounting/Other professional Fees | 222,026 |
| 18 Insurance | 7,665 |
| 19 Employee Benefits ( eg, pension,medical,etc.) | 78,289 |
| 20 Payments to be made directly by debtor to secured creditors for Pre-Petition Business Debts: | 0 |
| **DESCRIPTION TOTAL** | **726,476** |

21 Other (Specify):

| | |
|---|---:|
| Food / Beverage | 7,300 |
| Dues /Memberships | 8,384 |
| Confrences /Seminars | 2,827 |
| Priest Conv/Retreat/Workshps | 450 |
| Archdiocesan subsidies | 141,284 |
| Furnishings/Capital Exp | 4,800 |
| Appeal Court fees | 67 |
| Grants | 4,167 |
| Special prog/TV mass/ASF | 24,836 |
| Property Tax | 1,250 |
| Gallup Pledge | 1,667 |
| Miscellaneous/Directory | 2,134 |
| Bad Debt | 833 |
| Unallocated Utilities | 3,667 |
| Unallocated Telephone | (1,500) |
| Unallocated Prop & Liab Ins. | 1,000 |
| Contingency | 5,000 |
| Personal Leave Sellback | 9,000 |
| Designated Fund Expense | 37,500 |
| **DESCRIPTION TOTAL** | **254,666** |

| | |
|---|---:|
| 22 Total Monthly Expenses (Add items 3-21) | 981,142 |

**PART D - Estimated Average Net Monthly Income:**

| | |
|---|---:|
| 23 Average Net Monthly Income (Subtract item 22 from item 2) | $ (142,060.00) |