Fill in this information to identify the case:

Debtor name: Roman Catholic Church of the Archdiocese of Santa Fe

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/29/18     X _____ /s/ John C. Wester _____
                          Signature of individual signing on behalf of debtor

Archbishop John C. Wester
Printed name

_____
Position or relationship to debtor

Debtor  Roman Catholic Church of the Archdiocese of Santa Fe        Case number (if known) _____

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/24/18
 MM / DD / YYYY

X  _/s/ John C. Wester_
Signature of authorized representative of debtor

Title  Archbishop

Archbishop John C. Wester
Printed name

**18. Signature of attorney**

X  _/s/ Bruce Anderson_
Signature of attorney for debtor

Date  12/3/18
 MM / DD / YYYY

Bruce A. Anderson , Idaho State Bar #3392
Printed name

Elsaesser Anderson, Chtd.
Firm name

320 East Neider Avenue
Suite 102
Coeur D Alene, ID 83815
Number, Street, City, State & ZIP Code

Contact phone  (208) 667-2900   Email address  brucea@eaidaho.com

~~NM~~ Idaho  3392
Bar number and State

Debtor  Roman Catholic Church of the Archdiocese of Santa Fe    Case number (if known) _____

- ■ No
- ☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Archbishop John C. Wester<br>4000 St. Josephs Place NW<br>Albuquerque, NM 87120 | $28,056.59 | Monthly salary payments from 12/2017 - 11/2018 | Salary |
| | Relationship to debtor<br>Archbishop | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ■ No
- ☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ■ No
- ☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the parent corporation

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/29/18

X  /s/ John C. Wester                        Archbishop John C. Wester
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor  ARCHBISHOP

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- ■ No
- ☐ Yes

# United States Bankruptcy Court
## District of New Mexico

In re: **Roman Catholic Church of the Archdiocese of Santa Fe**
Debtor(s)

Case No. _____
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **91,234.79** |
   | Prior to the filing of this statement I have received | $ **91,234.79** |
   | Balance Due | $ **0.00** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. [Other provisions as needed]
   **Pre-filing preparation and filing of petition, schedules and statement of financial affairs.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **All post-petition work will be billed at attorney's hourly rate,**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_12/3/18_
Date

/s/ Bruce Anderson

**Bruce A. Anderson 3392 , Idaho State Bar #3392**
*Signature of Attorney*
**Elsaesser Anderson, Chtd.**
**320 East Neider Avenue**
**Suite 102**
**Coeur D Alene, ID 83815**
**(208) 667-2900  Fax: (208) 667-2150**
**brucea@eaidaho.com**
*Name of law firm*

# United States Bankruptcy Court
## District of New Mexico

In re: **Roman Catholic Church of the Archdiocese of Santa Fe**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  *Nov. 29, 2018*     Signature  *John C. Wester*
Archbishop John C. Wester

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Mexico

In re: Roman Catholic Church of the Archdiocese of Santa Fe
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the ____ of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: Nov. 29, 2018

_/s/ John C. Wester_
Archbishop John C. Wester/
Signer/Title