# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
corporation sole,

      Debtor-in-Possession.

Chapter 11

Case No. 18-13027-t11

## APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    I, Ford Elsaesser, hereby apply to the Court, pursuant to Local Rule 9010-1(c), for permission to appear and participate *pro hac vice* in the above-captioned Chapter 11 case on behalf of the Debtor, Roman Catholic Church of the Archdiocese of Santa Fe.

    In support of this application, I hereby certify that:

1.     I am a member in good standing of the bar of Idaho;

2.     I have read and am familiar with the Court's local rules;

3.     I have associated with a resident member of the bar of this Court.

    Based upon the foregoing, I respectfully request that the Court enter the Order Admitting Attorney *Pro Hac Vice* submitted contemporaneously herewith.

    RESPECTFULLY SUBMITTED this 3rd day of December, 2018.

                                  */s/ Ford Elsaesser*
                                  Ford Elsaesser
                                  ELSAESSER ANDERSON, CHTD.
                                  320 East Neider Avenue, Suite 102
                                  Coeur d'Alene, ID  83815
                                  (208) 667-2900
                                  Fax: (208) 667-2150
                                  ford@eaidaho.com

-and-

*/s/ Stephanie L. Schaeffer*
Thomas D. Walker
Stephanie L. Schaeffer
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, NM 87102
(505) 766-9272
Fax: (505) 772-9287
twalker@walkerlawpc.com
sschaeffer@walkerlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 3, 2018, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

s/ filed electronically
Stephanie L. Schaeffer