# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,<br><br>Debtor. | Chapter 11<br><br>Case No. |

## NOTICE OF EMERGENCY HEARING ON FIRST DAY MOTIONS

The Roman Catholic Church for the Archdiocese of Santa Fe ("ADSF"), the debtor and debtor-in-possession in the above-captioned Chapter 11 reorganization case (the "Reorganization Case") filed the following motions (together, the "First Day Motions") on December 3, 2018:

- Motion for Entry of an Order Authorizing Continued Use of Debtor's Cash Management System, and Authorizing Maintenance of Debtor's Existing Bank Accounts;

- Motion for an Order Under 11 U.S.C. §§105 and 363 Authorizing Debtor to Continue to Pay Pre-Petition Wages, Compensation and Honor Employee Benefit Plans and Programs;

- Motion for Entry of an Order (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests; and (D) Granting Related Relief; and

- Motion for an Order Under 11 U.S.C. §107 and Fed. R. Bankr. P. 1007(j) and 9019 Authorizing Debtor to File Portions of Schedule F, the Master Mailing List and Other Pleadings and Documents Under Seal and Related Relief.

- Motion for an Order Under 11 U.S.C. §107 and Fed. R. Bankr. P. 1007(j) and 9019 Authorizing Debtor to File Exhibit to Motion  Authorizing Debtor to Continue to Pay Pre-Petition Wages, Compensation and Honor Employee Benefit Plans and Programs Under Seal.

NOTICE IS HEREBY GIVEN THAT the Court has scheduled an emergency hearing to consider the First Day Motions to be held before the Honorable Judge David T. Thuma for

Tuesday, December 4, 2018 at 10:00 a.m. MST in the Pete V. Domenici United States Courthouse, Brazos Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico 87102.

Appearing by telephone: Parties are welcome to attend telephonically. Below is the information you will need to appear telephonically. Please call the toll−free number approximately minutes prior to the start time. Call in Number: 888-684-8852 Access Code: 3661269. You will be placed on hold until the conference call is activated.

*/s/ Bruce A. Anderson*
Ford Elsaesser
Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
(208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

-and-

*/s/ Thomas D. Walker*
Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, New Mexico 87102
(505) 766-9272
Fax:  (505) 722-9287
twalker@walkerlawpc.com

***Proposed Counsel for Debtor***

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to F.R.C.P. 5(b)(3), F.R.B.P. 9036 and NM LBR 9036-1(b), I hereby certify that service of the foregoing document was made on December 3rd, 2018 via e-mail and the notice transmission facilities of the Bankruptcy Court's case management and electronic filing system on the following parties:

U.S. Trustee
P.O. Box 608
Albuquerque, NM 87103
ustpregion20.aq.ecf@usdoj.gov
Alice.N.Page@usdoj.gov
Charles.Glidewell@usdoj.gov

Brad D. Hall
Levi Monagle
Law Offices of Brad D. Hall
320 Gold Aveneu, SW
Suite 1218
Albuquerque, NM 87102
brad@bhallfirm.com

Jim Stang
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Blvd. #1300
Los Angeles, CA 90067-4114
jstang@pszjlaw.com

Jeffrey E. Jones
Law Office of Jeffrey E. Jones
P.O. Box 24350
Santa Fe, NM 87504-1986
eljefelaw@msn.com

Paul R. Harris
Ulmer & Berne LLP
1660 West 2nd Street Ste 1100
Cleveland, OH 44113-1448
pharris@ulmer.com

Stephen E. Tinkler
TINKLER LAW FIRM
309 Johnson St.
Santa Fe, NM 87501
set@tinklernm.com

Merit Bennett
The Bennett Law Group, LLC
460 St. Michael's Drive, Suite 703
Santa Fe, NM 87105
mb@thebennettlawgroup.com

Martha G. Brown
Dominic A. Martinez
Modrall Sperling
500 4th Street NW, Suite 1000
Albuquerque, NM 87102
mgb@modrall.com
dominic.martinez@modrall.com

Carolyn M. "Cammie" Nichols
Caroline "KC" Manierre
Paul Linnenburger
Rothstein, Donatelli, LLP
500 Fourth Street NW, Suite 400
Albuquerque, NM 87102
cmnichols@rothsteinlaw.com

NM Taxation & Revenue Dept
PO Box 8575
Albuquerque, NM 87198
jjacobsen@nmag.gov

Bank of America
G. Christopher Miller
100 Federal St.
Boston, MA 02110
Mailstop MA5-100-09-12
g.christopher.miller@bankofamerica.com

Bank of America
c/o Robert J. Miller
Bryan Cave Leighton Paisner
Two North Central Ave, Suite 2100
Phoenix, AZ 85004
rjmiller@bclplaw.com
khaled.tarazi@bclplaw.com

***Courtesy Copy to:***

Tania Maestas
Sharon Lee Pino
Office of the NM Attorney General
P.O. Box 1508
Santa Fe NM 87504-1508
tmaestas@nmag.gov
spino@nmag.gov

20 largest unsecured creditors

DATED this 3rd day of December, 2018.

*/s/Thomas D. Walker*
Thomas D. Walker