UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re: Roman Catholic Church of the
Archdiocese of Santa Fe, a New
Mexico Corporation Sole,

                              Case No. 18-13027-t11

    Debtor.

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Paul M. Fish and Martha G. Brown), hereby enter their appearance on behalf of Sons of the Holy Family, Inc. Pursuant to Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code and Rules 2002, 3017, 3020, 4001 and 9007 of the Bankruptcy Rules, the undersigned requests to be placed on the mailing matrix for this proceeding and all special or limited matrices and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorneys at the address set forth below

        Paul M. Fish, Esq. pfish@modrall.com
        Martha G. Brown mgbrown@modrall.com
        Modrall, Sperling, Roehl, Harris & Sisk, P.A.
        Post Office Box 2168
        Albuquerque, New Mexico 87103-2168
        Telephone: (505)848-1800
        Facsimile: (505)848-1882

        Respectfully submitted,

        **MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

    By:    */s/ Paul M. Fish*
        Paul M. Fish
        Martha G. Brown
        P.O. Box 2168
        Albuquerque, New Mexico 87103
        (505) 848-1800
        *Attorneys for Sons of the Holy Family, Inc.*

In accordance with NM LBR 9036-1 and
Fed. R. Civ. P. 5(b)(2)(D), this certifies that
service of the foregoing document was made
this 4th day of December 2018, via the
notice transmission facilities of the case
management and electronic filing system
of the Bankruptcy Court.


By: */s/ Paul M. Fish*
      Paul M. Fish

*W3321239.DOCX*