# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

IN RE:
ROMAN CATHOLIC CHURCH            No. 11-18-13027 TA
OF THE ARCHDIOCESE OF SANTA FE,
    Debtor.

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

HECTOR H. BALDERAS, ATTORNEY GENERAL OF THE STATE OF NEW MEXICO (James C. Jacobsen, Assistant Attorney General), hereby gives notice of his appearance herein on behalf of the State of New Mexico, Workers Compensation Administration ("WCA"), and requests that copies of all notices and pleadings be provided to him at the address below.

                                       Respectfully submitted,
                                       HECTOR H. BALDERAS,
                                       New Mexico Attorney General
                                       by__Electronically Submitted____
                                       James C. Jacobsen
                                       Assistant Attorney General
                                       201 Third Street NW, Suite 300
                                       Albuquerque, NM 87102
                                       (505) 717-3527
                                       (505) 318-1050 (fax)
                                       jjacobsen@nmag.gov

I CERTIFY that on December 7, 2018 I electronically filed the foregoing with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case received service electronically in accordance with the CM/ECF system on the date of filing. I certify that I mailed the foregoing, first class postage pre-paid, to the following parties, at the addresses listed below: none.

/S/ James C. Jacobsen