# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
corporation sole,
      Debtor.

Chapter 11

Case No. 18-13027-t11

## NOTICE OF DEADLINE TO OBJECT TO FIRST DAY ORDERS BECOMING FINAL AND NOTICE OF FINAL HEARING

On December 4, 2018, the Court entered the following enclosed "**First Day Orders**": (1) *Order Granting Motion for an Order Under 11 U.S.C. §§105 and 363 Authorizing Debtor to Continue to Pay Pre-Petition Wages, Compensation and Honor Employee Benefit Plans and Programs* (doc. 28): (2) *Order Granting Debtor's Motion for an Order Under 11 U.S.C. §107 and Fed. R. Bankr. P. 9018 Authorizing Debtor to File Under Seal Exhibit to Motion for an Order Under 11 U.S.C. §§105 and 363 Authorizing Debtor to Continue to Pay Pre-Petition Wages, Compensation and Honor Employee Benefit Plans and Programs* (doc. 29); (3) *Order Granting Motion for Entry of an Order Authorizing Continued Use of Debtor's Cash Management System, and Authorizing Maintenance of Debtor's Existing Bank Accounts* (doc. 30); (4) *Order Granting Debtor's Motion Authorizing Debtor to File Portions of Schedule E/F, the Master Mailing List and other Pleadings and Documents under Seal and Related Relief* (doc. 31); and (5) *Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (II) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services: (III) Approving the Debtor's Proposed Procedures for Resolving Adequate Assurance Requests; and (IV) Granting Related Relief* (doc. 32). The First Day Orders were entered on an interim basis, and they will become final orders if no party objects to the First Day Orders becoming final.

Any party who objects to the First Day Orders becoming final must file its objections with the Clerk of the United States Bankruptcy Court for the District of New Mexico **within 21 days after the date of mailing of this notice, plus three days because this notice is served by mail, for a total of 24 days**, and serve a copy of the objection on Walker & Associates, P.C. (Thomas D. Walker) and Elsaesser Anderson Chtd. (Ford Elsaesser), at the addresses given below. Objections must be filed electronically to the extent required by New Mexico Local Bankruptcy Rule 5005-2. The Clerk's mailing address (for use if electronic filing is not required) is Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102. If any objections are timely filed, a final hearing will be held on **January 18, 2019 at 9:00 a.m., MST** in the Brazos Courtroom, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico 87102.

If no objections are timely filed, an order will be presented to the Court ordering the First Day Orders will be final for entry without a hearing or further notice.

Date of mailing: December 7, 2018

                                        */s/ Bruce A. Anderson*
                                        Ford Elsaesser
                                        Bruce A. Anderson
                                        ELSAESSER ANDERSON, CHTD.
                                        320 East Neider Avenue, Suite 102
                                        Coeur d'Alene, ID 83815
                                        (208) 667-2900
                                        Fax: (208) 667-2150
                                        ford@eaidaho.com

>brucea@eaidaho.com
>katie@eaidaho.com
>
>-and-
>
>*/s/Stephanie L. Schaeffer*
>Stephanie L. Schaeffer
>Thomas D. Walker
>WALKER & ASSOCIATES, P.C.
>500 Marquette N.W., Suite 650
>Albuquerque, New Mexico
>87102 (505) 766-9272
>Fax: (505) 722-9287
>twalker@walkerlawpc.com
>sschaeffer@walkerlawpc.com
>*Proposed Counsel for Debtor*

I hereby certify that on December 7, 2018 a copy of the foregoing Notice was mailed by first class United States mail, postage prepaid, to all persons listed on the mailing matrix kept by the Clerk of the Bankruptcy Court, a copy of which is attached to the original of this Notice that will be filed with the Clerk.

>s/filed electronically 12/7/2018
>Stephanie L. Schaeffer

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1084-1<br>Case 18-13027-t11<br>District of New Mexico<br>Albuquerque<br>Fri Dec  7 12:42:55 MST 2018 | Adjusting Alternatives, LLC<br>PO Box 14710<br>Albuquerque, NM 87191-4710 | Bruce Anderson<br>Elsaesser Anderson, Chtd.<br>320 East Neider Avenue<br>Coeur d'Alene, ID 83815-6007 |
| Bank of America<br>PO Box 15731<br>Wilmington, DE 19886-5731 | Bank of America, N.A.<br>c/o Robert J. Miller and Khaled Tarazi<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4533 | Catholic Mutual Society of America<br>4060 St. Joseph Place<br>Rooms 135<br>Albuquerque, NM 87120-1714 |
| Christine B. Romero<br>c/o Pierre Levy of O'Friel and Levy<br>PO Box 2084<br>Santa Fe, NM 87504-2084 | Church of Ascension<br>2150 Raymac SW<br>Albuquerque, NM 87105-6841 | Church of the Incarnation<br>2309 Monterrey Road NE<br>Rio Rancho, NM 87144-5579 |
| Claimant C.M.<br>Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 | Claimant D.G.<br>Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 | Claimant J.N.<br>Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 |
| Claimants<br>c/o Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 | Congregation of Blessed Sacrament Father<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 23450<br>Santa Fe, NM 87502-3450 | Cristo Rey Parish<br>1120 Canyon Road<br>Santa Fe, NM 87501-6188 |
| Jaime Dawes<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 | Dessie Montoya-Soto, Inc.<br>4060 St. Joseph Place<br>Rooms 234<br>Albuquerque, NM 87120-1714 | Diocese of Gallup<br>503 W Highway 66<br>Gallup, NM 87301-6418 |
| Dominican Ecclesial Institute<br>4060 St. Joseph Place<br>Room 232B<br>Albuquerque, NM 87120-1714 | El Santuario de Chimayo<br>15 Santuario Drive<br>Chimayo, NM 87522 | Ford Elsaesser<br>Elsaesser Anderson, Chtd.<br>320 East Neider Avenue<br>Suite 102<br>Coeur D'Alene, ID 83815-6007 |
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Estancia Valley Catholic Parish<br>PO Box 129<br>Moriarty, NM 87035-0129 | Experian<br>PO Box 2002<br>Allen, TX 75013-2002 |
| Paul M Fish<br>PO Box 2168<br>Albuquerque, NM 87103-2168 | Juan L Flores<br>Stelzner, Winter, Warburton, Flores, San<br>P.O. Box 528<br>Albuquerque, NM 87103-0528 | Former Priest Marvin Archuleta<br>c/o Sons of the Holy Family<br>801 Locust Place NE, Apt. 1018<br>Albuquerque, NM 87102-1652 |
| George Garcia<br>4060 St. Joseph Place<br>Rooms 150<br>Albuquerque, NM 87120-1714 | Charles S Glidewell<br>Office of U.S. Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Holy Child<br>PO Box 130<br>Tijeras, NM 87059-0130 |

| | | |
|---|---|---|
| Holy Cross<br>PO Box 1228<br>Santa Cruz, NM 87567-1228 | Holy Cross Catholic School<br>PO Box 1260<br>Santa Cruz, NM 87567-1260 | Holy Family<br>PO Box 12127<br>Albuquerque, NM 87195-0127 |
| Holy Family - Chimayo<br>PO Box 235<br>Chimayo, NM 87522-0235 | Holy Family - St. Joseph<br>PO Box 37<br>Roy, NM 87743-0037 | Holy Family Church<br>355 Chicosa Street<br>Roy, NM 87743 |
| Holy Ghost<br>833 Arizona Street SE<br>Albuquerque, NM 87108-4823 | Immaculate Conception<br>619 Copper Avenue NW<br>Albuquerque, NM 87102-3140 | Immaculate Conception - Cimarron<br>440 W. 18th Street<br>Cimarron, NM 87714-9672 |
| Immaculate Conception - Las Vegas<br>811 6th Street<br>Las Vegas, NM 87701-4305 | Immaculate Conception - Tome<br>PO Box 100<br>Tome, NM 87060-0100 | Immaculate Heart of Mary<br>3700 Canyon Road<br>Los Alamos, NM 87544-2213 |
| James C Jacobsen<br>201 Third Street Suite 300<br>Albuquerque, NM 87102-3366 | Jane Doe I<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | Jane Doe L<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| Jane Doe M<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | Jane Does 'G, I, L and M'<br>c/o Brad D. Hall<br>320 Gold Avenue, SW, Ste 1218<br>Albuquerque, NM 87102-3216 | John Doe<br>c/o Merit Bennett<br>460 St. Michael's Drive, Ste 703<br>Santa Fe, NM 87505-7646 |
| John Doe '67'<br>Claimants c/o Brad D. Hall<br>320 Gold Avenue, SW, Ste 1218<br>Albuquerque, NM 87102-3216 | John Doe 90<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 91<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 92<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 93<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 94<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 96<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 1, c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street NW, Suite 400<br>Albuquerque, NM 87102-2174 | John Doe 2<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 |
| John Doe 4<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 | John Doe 5<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 | John Doe 6<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 |

| | | |
|---|---|---|
| Josephine Wafula<br>c/o Curtis and Lucero<br>215 Central Avenue NW Suite 300<br>Albuquerque, NM 87102-3363 | Kenneth J. Griesemer<br>4060 St. Joseph Place<br>Rooms 232-A<br>Albuquerque, NM 87120-1714 | La Santisima Trindad<br>PO Box 189<br>Arroyo Seco, NM 87514-0189 |
| Larry Brito<br>c/o St. Anne's<br>511 Alicia Street<br>Santa Fe, NM 87501-3645 | Mail Finance<br>478 Wheelers Farm Road<br>Milford, CT 06461-9105 | Leonard K Martinez-Metzgar<br>Office of the U.S. Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 |
| N.S. de Guadalupe del Valle de Pojoaque<br>9 Grazing Elk Drive<br>Santa Fe, NM 87506-7140 | NM Taxation and Revenue Dept.<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Nativity of the Blessed Virgin Mary<br>9502 4th Street NW<br>Albuquerque, NM 87114-1634 |
| New Mexico School for the Arts<br>4060 St. Joseph Place<br>San Juan Building<br>Albuquerque, NM 87120-1714 | New Mexico Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | New Mexico Workers Comp Administration<br>2410 Centre Avenue SE<br>Albuquerque, NM 87106-4190 |
| Nuestra Senora de Guadalupe<br>PO Box 1270<br>Pena Blanca, NM 87041-1270 | Nuestra Senora de Guadalupe - Taos<br>205 Don Fernando Street<br>Taos, NM 87571-5932 | Office of the NM Attorney General<br>Ms. Maestas and Ms. Pino<br>PO Box 1508<br>Santa Fe, NM 87504-1508 |
| Old Town Catering Company<br>4060 St. Joseph Place<br>Albuquerque, NM 87120-1714 | Our Lady of Belen<br>101 - A North 10th Street<br>Belen, NM 87002-3835 | Our Lady of Fatima<br>4020 Lomas Blvd. NE<br>Albuquerque, NM 87110-7745 |
| Our Lady of Guadalupe<br>1860 Griegos Road NW<br>Albuquerque, NM 87107-2899 | Our Lady of Guadalupe - Clovis<br>108 North Davis Street<br>Clovis, NM 88101-7237 | Our Lady of Guadalupe - Peralta<br>PO Box 10<br>Peralta, NM 87042-0010 |
| Our Lady of Guadalupe - Villanueva<br>PO Box 39<br>Villanueva, NM 87583-0039 | Our Lady of Lavang<br>1015 Chelwood Park NE<br>Albuquerque, NM 87112-5902 | Our Lady of Sorrows - Bernalilo<br>PO Box 607<br>Bernalillo, NM 87004-0607 |
| Our Lady of Sorrows - La Joya<br>PO Box 32<br>La Joya, NM 87028-0032 | Our Lady of Sorrows - Las Vegas<br>403 Valencia Street<br>Las Vegas, NM 87701-3783 | Our Lady of the Annunciation<br>2532 Vermont St. NE<br>Albuquerque, NM 87110-4638 |
| Our Lady of the Assumption<br>811 Guaymas Place NE<br>Albuquerque, NM 87108-2331 | Our Lady of the Assumption<br>Jemez Springs<br>PO Box 10<br>Jemez Springs, NM 87025-0010 | Our Lady of the Most Holy Rosary<br>5415 Fortuna Road NW<br>Albuquerque, NM 87105-1371 |

| | | |
|---|---|---|
| Alice Nystel Page<br>Office of the U.S. Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Chris W Pierce<br>Walker & Associates, P.C.<br>500 Marquette N.W., Suite 650<br>Albuquerque, NM 87102-5341 | Prince of Peace Catholic Community<br>12500 Carmel Avenue NE<br>Albuquerque, NM 87122-1221 |
| Province of St. Ann<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 24350<br>Santa Fe, NM 87502-9350 | Province of St. Ann<br>c/o Paul R. Harris, Ulmer & Berne<br>1660 West 2nd Street, Ste. 1100<br>Cleveland, OH 44113-1406 | Queen of Heaven<br>5311 Phoenix Avenue NE<br>Albuquerque, NM 87110-3125 |
| Risen Savior Catholic Community<br>7701 Wyoming Blvd. NE<br>Albuquerque, NM 87109-5346 | Roman Catholic Church of the Archdiocese of<br>4000 St. Josephs Place NW<br>Albuquerque, NM 87120-1714 | Samuel I. Roybal<br>Walker & Associates, P.C.<br>500 Marquette, NW, Ste 650<br>Albuquerque, NM 87102-5341 |
| Rudy Blea<br>c/o Pierre Levy, O'Friel and Levy, P.C.<br>644 Don Gaspar Avenue<br>Santa Fe, NM 87505-2666 | Sacred Heart<br>412 Stover Avenue SW<br>Albuquerque, NM 87102-3899 | Sacred Heart - Clovis<br>911 N. Merriwether Street<br>Clovis, NM 88101-5864 |
| Sacred Heart - Espanola<br>PO Box 69<br>Espanola, NM 87532-0069 | Saint John XXII Catholic Community<br>4831 Tramway Ridge Drive, NE<br>Albuquerque, NM 87111-2787 | San Antonio de Padua<br>PO Box 460<br>Penasco, NM 87553-0460 |
| San Clemente<br>PO Box 147<br>Los Lunas, NM 87031-0147 | San Diego Mission<br>PO Box 79<br>Jemez Pueblo, NM 87024-0079 | San Felipe de Neri<br>PO Box 7007<br>Albuquerque, NM 87194-7007 |
| San Francisco de Asis<br>PO Box 72<br>Ranchos De Taos, NM 87557-0072 | San Ignacio<br>1300 Waler Street NE<br>Albuquerque, NM 87102-1623 | San Isidro<br>3552 Aqua Fria Street<br>Santa Fe, NM 87507-1583 |
| San Jose<br>2401 Broadway Blvd. SE<br>Albuquerque, NM 87102-5009 | San Jose - Anton Chico<br>PO Box 99<br>Anton Chico, NM 87711-0099 | San Jose - Los Ojos<br>PO Box 6<br>Los Ojos, NM 87551-0006 |
| San Juan Bautista<br>PO Box 1075<br>Ohkay Owingeh, NM 87566-1075 | San Juan Nepomuceno<br>PO Box 7<br>El Rito, NM 87530-0007 | San Miguel<br>403 El Camino Real Street NW<br>Socorro, NM 87801-5106 |
| San Miguel del Vado<br>PO Box 507<br>Ribera, NM 87560-0507 | San Ysidro<br>PO Box 182<br>Corrales, NM 87048-0182 | Sara Sanchez<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 |

| | | |
|---|---|---|
| Sangre de Cristo<br>8901 Candelaria Road NE<br>Albuquerque, NM 87112-1209 | Santa Clara<br>PO Box 186<br>Roy, NM 87743-0186 | Santa Maria de La Paz Catholic Community<br>11 College Avenue<br>Santa Fe, NM 87508-9225 |
| Santo Nino - Tierra Amarilla<br>PO Box 160<br>Tierra Amarilla, NM 87575-0160 | Santuario San Martin de Porres<br>8321 Camino San Martin SW<br>Albuquerque, NM 87121-8302 | Stephanie L Schaeffer<br>Walker & Associates, P.C.<br>500 Marquette NW Suite 650<br>Albuquerque, NM 87102-5341 |
| Servants of the Paraclete<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 24350<br>Santa Fe, NM 87502-9350 | Shrine of Our Lady of Guadalupe - SF<br>417 Aqua Fria Street<br>Santa Fe, NM 87501-2505 | Shrine of St. Bernadette<br>11509 Indian School Road NE<br>Albuquerque, NM 87112-3163 |
| Shrine of the Little Flower<br>St. Teresa of the Infant Jesus<br>300 Mildred Avenue NW<br>Albuquerque, NM 87107-2307 | Sons of the Holy Family, Inc.<br>c/o Modrall Sperling<br>500 4th Street NW, Ste. 1000<br>Albuquerque, NM 87102-2186 | Southwest Copy Systems Leasing<br>4545 McLeod NE<br>Albuquerque, NM 87109-2202 |
| St. Alice<br>PO Box 206<br>Mountainair, NM 87036-0206 | St. Anne<br>1400 Arenal Road SW<br>Albuquerque, NM 87105-4032 | St. Anne - Tucumcari<br>306 West High<br>Tucumcari, NM 88401-2801 |
| St. Anne's<br>511 Alicia Street<br>Santa Fe, NM 87501-3645 | St. Anthony - Dixon<br>PO Box 39<br>Dixon, NM 87527-0039 | St. Anthony - Questa<br>PO Box 200<br>Questa, NM 87556-0200 |
| St. Anthony of Padua - Fort Sumner<br>PO Box 370<br>Fort Sumner, NM 88119-0370 | St. Anthony of Padua - Pecos<br>HC 74, Box 23<br>Pecos, NM 87552-9705 | St. Augustine<br>PO Box 849<br>Isleta, NM 87022-0849 |
| St. Bernadette Parish<br>11509 Indian School Rd. NE<br>Albuquerque, NM 87112-3163 | St. Charles<br>1818 Coal Place SE<br>Albuquerque, NM 87106-4095 | St. Edwin<br>2105 Barcelona Road SW<br>Albuquerque, NM 87105-5713 |
| St. Francis Xavier<br>820 Broadway Blvd. SE<br>Albuquerque, NM 87102-4210 | St. Francis Xavier - Clayton<br>115 North 1st Street<br>Clayton, NM 88415-3503 | St. Gurtrude the Great<br>PO Box 599<br>Mora, NM 87732-0599 |
| St. Helen<br>1600 South Avenue O<br>Portales, NM 88130-7099 | St. John Vianney Church<br>1001 Meteor Avenue NE<br>Rio Rancho, NM 87144-8031 | St. John the Baptist - Santa Fe<br>1301 Osage Avenue<br>Santa Fe, NM 87505-3327 |

| | | |
|---|---|---|
| St. Joseph<br>PO Box 516<br>Springer, NM 87747-0516 | St. Joseph - Cerrillos<br>PO Box 98<br>Cerrillos, NM 87010-0098 | St. Joseph on the Rio Grande<br>5901 St. Joseph Drive NW<br>Albuquerque, NM 87120-3767 |
| St. Joseph's Fertility Care<br>4060 St. Joseph Place<br>Rooms 130<br>Albuquerque, NM 87120-1714 | St. Jude Thaddeus<br>5712 Paradise Blvd. NW<br>Albuquerque, NM 87114-4928 | St. Mary<br>PO Box 276<br>Vaughn, NM 88353-0276 |
| St. Patrick - Chama<br>PO Box 36<br>Chama, NM 87520-0036 | St. Patrick - St. Joseph<br>105 Buena Vista Street<br>Raton, NM 87740-2954 | St. Pius X High School<br>Catholic Center<br>5301 St. Josephs Drive NW<br>Albuquerque, NM 87120-1712 |
| St. Rose of Lima<br>439 South 3rd Street<br>Santa Rosa, NM 88435-2405 | St. Therese of the Infant Jesus Parish<br>3424 4th Street NW<br>Albuquerque, NM 87107 | St. Thomas Aquinas<br>1502 Sara Road SE<br>Rio Rancho, NM 87124-1848 |
| St. Thomas Aquinas University Parish<br>1815 Las Lomas Road NE<br>Albuquerque, NM 87106-3803 | St. Thomas the Apostle<br>PO Box 117<br>Abiquiu, NM 87510-0117 | St. Vincent de Paul Society<br>c/o Robert Warburton and Sara Sanchez<br>PO Box 528<br>Albuquerque, NM 87103-0528 |
| State of New Mexico, Workers Compensation Ad<br>P.O. Box 27198<br>2410 Centre Ave. SE<br>Albuquerque, NM 87106-4190 | Luis Stelzner<br>Stelzner, Winter, Warburton, Flores, San<br>302 8th St. NW Ste 200<br>Albuquerque, NM 87102-3024 | The Cathedral Basilica of St. Francis<br>PO Box 2127<br>Santa Fe, NM 87504-2127 |
| The Catholic Foundation<br>4333 Pan American Fwy NE<br>Albuquerque, NM 87107-6833 | The Holy See, Archbishop Pierre<br>Apostolic Nunciature<br>3339 Massachusetts Avenue NW<br>Washington, DC 20008-3610 | Thomas Mayefske<br>1017 Florida SE<br>Albuquerque, NM 87108-4929 |
| Thomas Paickattu<br>c/o Andrew Indahl, Altura Law Firm<br>500 Marquette Drive NW, Ste. 1200<br>Albuquerque, NM 87102-5312 | TransUnion LLC<br>Attn: Public Records Dept.<br>PO Box 2000<br>Chester, PA 19016-2000 | United States Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 |
| Thomas D Walker<br>Walker & Associates, P.C.<br>500 Marquette Ave NW Ste 650<br>Albuquerque, NM 87102-5341 | Robert P. Warburton<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 | Xerox Financial Services<br>45 Glover Avenue<br>Norwalk, CT 06850-1238 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Patrick Kennedy | (u)Sons of the Holy Family, Inc | End of Label Matrix |
| King Industries Corporation | | Mailable recipients 176 |
| | | Bypassed recipients 2 |
| | | Total 178 |