UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE,
    Debtor.                               No. 18-13027-t11

## APPOINTMENT OF A COMMITTEE OF UNSECURED CREDITORS IN A CHAPTER 11 CASE

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed to the committee of unsecured creditors pursuant to 11 U.S.C. § 1102(a)(1):

Rene Kepler
c/o Mark H Donatelli, Esquire
Carolyn M. "Cammie" Nichols
Rothstein Donatelli LLP
500 4th Street, NW, Suite 400
Albuquerque NM 87102

Charles Paez
c/o Brad Hall, Esquire
320 Gold Avenue SW, Suite 1218
Albuquerque NM 87102
(505) 255-6300

Reyes Romero
c/o Mark H Donatelli, Esquire
Carolyn M. "Cammie" Nichols
Rothstein Donatelli LLP
500 4th Street, NW, Suite 400
Albuquerque NM 87102

Charles Lujan
c/o Mark H Donatelli, Esquire
Carolyn M. "Cammie" Nichols
Rothstein Donatelli LLP
500 4th Street, NW, Suite 400
Albuquerque NM 87102

Ruben LaRiva
c/o Brad Hall, Esquire
320 Gold Avenue SW, Suite 1218
Albuquerque NM 87102
(505) 255-6300

Carlos Montoya
c/o Brad Hall, Esquire
320 Gold Avenue SW, Suite 1218
Albuquerque NM 87102
(505) 255-6300

Michael Lucero
c/o Brad Hall, Esquire
320 Gold Avenue SW, Suite 1218
Albuquerque NM 87102
(505) 255-6300

Phillip Romero
c/o Brad Hall, Esquire
320 Gold Avenue SW, Suite 1218
Albuquerque NM 87102
(505) 255-6300

Mark Berg
c/o Brad Hall, Esquire
320 Gold Avenue SW, Suite 1218
Albuquerque NM 87102
(505) 255-6300

Respectfully Submitted,

ILENE J. LASHINSKY
United States Trustee

/s/ Filed electronically December 18, 2018
ALICE NYSTEL PAGE
Trial Attorney
P. O. Box 608
Albuquerque, NM 87103
(505) 248-6550
(505) 248-6558 (fax)
alice.n.page@usdoj.gov

CERTIFICATE OF SERVICE

      This certifies that a copy of the foregoing document was served by the Bankruptcy Court's electronic filing system on all parties who have entered an appearance on this case, on December 18, 2018. I additionally certify that I mailed a copy of the foregoing, postage prepaid to the above mentioned parties and the below listed on December 18, 2018.

Ford Elsaesser
Bruce Anderson
Attorney for Debtor In Possession
Elsaesser Anderson Chtd
PO Box 1049
Sandpoint ID 83864

Thomas D. Walker
Attorney for Debtor In Possession
Walker and Associates
500 Marquette NW, Suite 650
Albuquerque NM 87102


*/s/ Alice N. Page*
ALICE N. PAGE