FILED
1st JUDICIAL DISTRICT COURT
Santa Fe County
12/4/2018 2:47 PM
STEPHEN T. PACHECO
CLERK OF THE COURT
Marina Sisneros

**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**
**STATE OF NEW MEXICO**

**RUDY BLEA,**

    **Plaintiff,**

v.                                      No. D-101-CV-2018-00893

**ARCHDIOCESE OF SANTA FE,**

    **Defendants.**

## NOTICE OF BANKRUPTCY

COMES NOW the above named Defendant, the Archdiocese of Santa Fe, by and through its counsel, Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A., and gives notice that said Defendant has filed for protection under Chapter 11 of the United States Bankruptcy Code. Said bankruptcy was filed in the United States Bankruptcy Court, District of New Mexico, on December 3, 2018, as Case No. 18-13027-11. A true and correct copy of the petition is attached hereto as Exhibit A. Section 362(a) of the Bankruptcy Code provides that except for certain exceptions under subsection 362(b), the commencement of a bankruptcy case "operates as a stay, applicable to all entities, of the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have commenced before the commencement of the case." 11 U.S.C. § 362(a). Pursuant to section 362(a)(1) of the Bankruptcy Code, 11 U.S.C. § 362, the pending action is stayed and continuation of this state court action is prohibited unless and until permission to proceed is obtained from the bankruptcy court

This notice does not constitute an appearance for any party in this case.

DATED this 4th day of December, 2018

Respectfully submitted,

STELZNER, WINTER, WARBURTON
FLORES, SANCHEZ & DAWES, P.A.
302 Eighth Street NW, Suite 200
P. O. Box 528
Albuquerque, NM 87103
(505) 938-7770

BY: */s/ Sara N. Sanchez*
　　ROBERT P. WARBURTON
　　SARA N. SANCHEZ

**CERTIFICATE OF SERVICE**

　　The undersigned hereby certifies that the foregoing document was submitted for e-filing and service through the District Court's "Odyssey File & Serve" filing system this 4th day of December, 2018, which caused the following counsel of record to be served by electronic means or as otherwise stated, as more fully reflected on the Notification of Service:

Pierre Levy [pierre@ofrielandlevy.com]
M. Michelle Aucoin [Michelle@ofrielandlevy.com]
O'FRIEL and LEVY, PC
P.O. Box 2084
Santa Fe, New Mexico 87504-2084
(505) 982-5929

Annie-Laurie Coogan, Esq. [annie@cooganlawnm.com]
ANNIE-LAURIE COOGAN LAW OFFICES
215 Lincoln Ave., Suite 204D
Santa Fe, New Mexico 87501-1903
(505) 820-0959


*/s/ Sara N. Sanchez*
Sara N. Sanchez

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Roman Catholic Church of the Archdiocese of Santa Fe |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 85-6009986 |
| 4. | Debtor's address | **Principal place of business**<br><br>4000 St. Josephs Place NW<br>Albuquerque, NM 87120<br>Number, Street, City, State & ZIP Code<br><br>Bernalillo<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.archdiosf.org |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Exhibit A

Official Form 201    Case 18-13027-t11 Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1
Case 18-13027-t11   Doc 1   Filed 12/03/18   Entered 12/03/18 14:41:01 Page 1 of 207
Case 18-13027-t11   Doc 57  Filed 01/03/19   Entered 01/03/19 15:06:10 Page 3 of 6

7. Describe debtor's business
   
   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above
   
   B. *Check all that apply*
   - ■ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))
   
   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   _____

8. Under which chapter of the Bankruptcy Code is the debtor filing?
   
   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   
   ■ No.
   ☐ Yes.
   
   If more than 2 cases, attach a separate list.
   
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    
    ■ No
    ☐ Yes.
    
    List all cases. If more than 1, attach a separate list
    
    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  Roman Catholic Church of the Archdiocese of Santa Fe      Case number (if known) _____
        Name

**11. Why is the case filed in this district?**  Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☐ No
- ☒ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☒ Other  Boilers for heating system in need of replacement. Estimated cost is roughly $3.2 million dollars. See attached.

Where is the property?  
St. Pius-Catholic Center Campus  
4000 St. Josephs Place NW  
Albuquerque, NM, 87120-0000  
Number, Street, City, State & ZIP Code

Is the property insured?

- ☐ No
- ☒ Yes.  Insurance agency  No coverage for long term wear
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  Check one:

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Roman Catholic Church of the Archdiocese of Santa Fe | Case number (if known) _____ |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 3, 2018
            MM / DD / YYYY

X /s/ Archbishop John C. Wester            Archbishop John C. Wester
Signature of authorized representative of debtor    Printed name

Title _____

**18. Signature of attorney**

X /s/ Bruce A. Anderson            Date  December 3, 2018
Signature of attorney for debtor         MM / DD / YYYY

Bruce A. Anderson 3392 , Idaho State Bar #3392
Printed name

Elsaesser Anderson, Chtd.
Firm name

320 East Neider Avenue
Suite 102
Coeur D Alene, ID 83815
Number, Street, City, State & ZIP Code

Contact phone  (208) 667-2900    Email address  brucea@eaidaho.com

3392 NM
Bar number and State