UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re: Roman Catholic Church of the
Archdiocese of Santa Fe, a New
Mexico Corporation Sole,

    Debtor

Case No. 18-13027-t11

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Annie-Laurie Coogan LLC (Annie-Laurie Coogan) hereby enters her appearance on behalf of Rudy Blea. Pursuant to Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code and Rules 2002, 3017, 3020, 4001 and 9007 of the Bankruptcy Rules, the undersigned requests to be placed on the mailing matrix for this proceeding and all special or limited matrices and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorneys at the address set forth below

Annie-Laurie Coogan, Esq. annie@cooganlawnm.com
215 Lincoln Ave., Suite 204F
Santa Fe, NM 87501
Phone 505.820.0959
Facsimile 505.820.9311

Respectfully submitted :

*[signature]*

Annie-Laurie Coogan
215 Lincoln Avenue., Suite 204F
Santa Fe, NM 87501
505.820.0959
*Attorney for Rudy Blea*

In accordance with NM LBR 9036-1 and
Fed. R. Civ. P. 5(b)(2)(D), this certifies that
Service of the foregoing document was made this
17th day of December 2018, via the notice transmission
Facilities of the case management and electronic filing
System of the Bankruptcy Court.

By /s/ Annie-Laurie Coogan
Annie-Laurie Coogan