# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole, | Case No. 18-13027-t11 |
| Debtor. | |

### NOTICE OF OBJECTION DEADLINE ON APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 327 AND 1103, AND FED. R. BANKR. P. 2014, AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF <u>UNSECURED CREDITORS EFFECTIVE DECEMBER 18, 2018</u>

**PLEASE TAKE NOTICE** that on December 26, 2018, the Official Committee of

Unsecured Creditors filed its Application of the Official Committee of Unsecured Creditors for

Entry of an Order, Pursuant to 11 U.S.C. §§ 327 and 1103, and Fed. R. Bankr. P. 2014,

Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones

LLP as Counsel to the Official Committee of Unsecured Creditors Effective December 18, 2018

(the "Application"). Pachulski Stang Ziehl & Jones LLP ("PSZJ"), proposed counsel for the

Official Committee of Unsecured Creditors (the "Committee"), has filed a verified disclosure

pursuant to Federal Rules of Bankruptcy Procedure 2014 and 2016. See Declaration of James I.

Stang (the "Stang Declaration"), attached as Exhibit A to the Application. The Application and

Stang Declaration may be viewed for a per page fee via the PACER (Public Access to Electronic

Court Records) system. Log on to PACER at ecf.nmb.uscourts.gov. For registration and use

instructions, see pacer.psc.uscourts.gov/index.html. You may also view the Application at no

charge from a computer at the Office of the Clerk of the United States Bankruptcy Court

between 8:30 a.m. and 4:30 p.m., Monday through Friday, at the Federal Building and United States Courthouse, 500 Gold Ave., S.W., Tenth Floor, Albuquerque, New Mexico 87102.

**PLEASE TAKE FURTHER NOTICE** that any party who objects to the Application must file its objection with the Clerk of the United States Bankruptcy Court for the District of New Mexico within 21 days after the date of service of this Notice (or 24 days after the date of service of this Notice if the Notice was served by U.S. Mail), and serve a copy of the objection on James I. Stang, Esq., at the address provided below. Objections must be filed electronically to the extent required by New Mexico Local Bankruptcy Rule 5005-4. The Clerk's address (for use if electronic filing is not required) is Clerk's Office, United States Bankruptcy Court for the District of New Mexico; Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, New Mexico 87102. If any objections are timely filed, a hearing will be held on notice only to counsel for the Committee and objecting parties. If no objections are timely filed, an order granting the Application will be presented for entry without a hearing or further notice.

Dated:  Los Angeles, CA
         January 4, 2019

PACHULSKI STANG ZIEHL & JONES LLP


*/s/ James I. Stang*
James I. Stang, Esq.
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email: jstang@pszjlaw.com

Proposed Counsel for the Official Committee of Unsecured Creditors of the Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole

## CERTIFICATE OF SERVICE

I hereby certify that, on January 4, 2019, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, as follows:

- Bruce Anderson     baafiling@eaidaho.com, brucea@eaidaho.com
- Martha G Brown     mgb@modrall.com, sandih@modrall.com
- Ford Elsaesser     ford@eaidaho.com
- Paul M Fish     pfish@modrall.com, nikkim@modrall.com;nikkim@ecf.courtdrive.com
- Juan L Flores     jflores@stelznerlaw.com, jgarcia@stelznerlaw.com
- Charles S Glidewell     charles.glidewell@usdoj.gov
- James C Jacobsen     jjacobsen@nmag.gov, jotero@nmag.gov
- Leonard K Martinez-Metzgar     leonard.martinez-metzgar@usdoj.gov
- Alice Nystel Page     Alice.N.Page@usdoj.gov
- Chris W Pierce     cpierce@walkerlawpc.com, piercelawfirm@gmail.com;WalkerLawPC14@gmail.com;MWells@walkerlawpc.com
- Samuel I. Roybal     sroybal@walkerlawpc.com, WalkerLawPC14@gmail.com,mlara@walkerlawpc.com
- Stephanie L Schaeffer     sschaeffer@walkerlawpc.com, awynn@walkerlawpc.com;WalkerLawPC14@gmail.com;mlara@walkerlawpc.com
- United States Trustee     ustpregion20.aq.ecf@usdoj.gov
- James Stang  jstang@pszjlaw.com
- Thomas D Walker     twalker@walkerlawpc.com, mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com

and by U.S. Mail on the following parties:

| | |
|---|---|
| Bank of America, N.A.<br>c/o Robert J. Miller and Khaled Tarazi<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4406 | |
| Sara Sanchez<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103 | Luis Stelzner<br>Stelzner, Winter, Warburton, Flores, San<br>302 8th St. NW Ste 200<br>Albuquerque, NM 87102 |
| Robert P. Warburton<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103 | Jaime Dawes<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103 |

PACHULSKI STANG ZIEHL & JONES LLP


By:     /s/ *James I. Stang*
        James I. Stang

DOCS_LA:318562.1 05066/002