UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
corporation sole,

Chapter 11

Case No. 18-13027-t11

    Debtor-in-Possession.

## NOTICE OF (I) OBJECTION DEADLINE AND (II) FINAL HEARING ON DEBTOR'S MOTION FOR AN ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIMS; APPROVING PROOF OF CLAIM FORM; AND APPROVING FORM AND MANNER OF NOTICE THEREOF

On February 1, 2019, the Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole, the debtor and debtor-in-possession ("Debtor"), in the above referenced matter, by and through its attorneys undersigned, filed the "Motion for an Order Establishing Deadlines for Filing Proofs of Claims; Approving Proof of Claim Forms; and Approving Form and Manner of Notice Thereof (Doc. No. 83) (the "Motion").

In the Motion, the Debtor request that the Court enter an order that, among other things requires anyone asserting a claim against the Debtor, be required to file a claim with the Court by a date set by the Court. The Debtor has proposed that such a deadline be June 15, 2019. The Motion asks that the Court to approve a process for providing notice of the bar date to file claims to parties by mail and by posting notice in various locations including missions and parishes, and in other public locations. The Debtor also requests that notice be published in certain newspapers by paid ads. The Motion also asks the Court to approve the form of notice that will be distributed. In addition, the Motion provides that any creditor who fails to timely file a proof of claim form on or before the Claims Bar Date may be prohibited from participating in the Reorganization Case with respect to voting on a plan of reorganization, distribution under a plan of reorganization, or in any other regard.

A copy of the Motion and the exhibit thereto can be inspected at the Office of the Clerk, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102 or online at http://www.nmcourt.fed.us/usbc. Any party who objects to the Motion must file their objection with the Clerk of the United States Bankruptcy Court for the District of New Mexico **within 21 days of the date of mailing of this notice, plus three days due to service of this Notice by mail, for a total of 24 days**, and serve a copy of the objection on Debtor's counsel (Bruce A. Anderson), at the address given below. Objections must be filed electronically to the extent required by New Mexico Local Bankruptcy Rule 5005-4. The Clerk's address (for use if electronic filing is not required) is: Clerk's Office, United States Bankruptcy Court, District of New Mexico, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, New Mexico 87102.

If objections are timely filed, they will be considered at a final hearing to be held on March 7, 2019 at 9:00 a.m. before the Honorable David T. Thuma, United States Bankruptcy Judge, Pete V. Domenici United States Courthouse, Brazos Courtroom, 333 Lomas Blvd. NW, Albuquerque,

1

New Mexico 87102.  If no objections are timely filed, an order granting the Motion will be presented for entry without further notice and the hearing may be vacated.

Date of Mailing : February 1, 2019

FILED BY:

By: */s/Stephanie L. Schaeffer*
Thomas D. Walker
Stephanie L. Schaeffer
WALKER & ASSOCIATES, P.C.
500 Marquette Ave., NW, Suite 650
Albuquerque, NM 87102
Telephone: (505) 766-9272
Facsimile: (505) 766-9287

-and-

*/s/ Bruce A. Anderson*
Bruce A. Anderson
Ford Elsaesser
ELSAESSER ANDERSON CHTD.
320 East Neider Avenue #102
Coeur d'Alene ID 83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
e-mail: brucea@eaidaho.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, a copy of the foregoing was mailed by first class U.S. mail, postage prepaid, to all persons listed on the mailing matrix kept by the Clerk of the Bankruptcy Court, a copy which is attached to the original of this Notice that will be filed with the Clerk.

*/s/ Stephanie L. Schaeffer*
Stephanie L. Schaeffer
*Counsel for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1084-1<br>Case 18-13027-t11<br>District of New Mexico<br>Albuquerque<br>Fri Feb  1 08:33:39 MST 2019 | Adjusting Alternatives, LLC<br>PO Box 14710<br>Albuquerque, NM 87191-4710 | Bruce Anderson<br>Elsaesser Anderson, Chtd.<br>320 East Neider Avenue<br>Coeur d'Alene, ID 83815-6007 |
| Bank of America<br>PO Box 15731<br>Wilmington, DE 19886-5731 | Bank of America, N.A.<br>c/o Robert J. Miller and Khaled Tarazi<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4533 | Martha G Brown<br>Modrall Sperling Law Firm<br>P.O. Box 2168<br>Albuquerque, NM 87103-2168 |
| Jim Carter<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403 | Catholic Mutual Society of America<br>4060 St. Joseph Place<br>Rooms 135<br>Albuquerque, NM 87120-1714 | Robert M. Charles Jr.<br>Lewis Roca Rothgerber Christie LLP<br>One South Church Avenue<br>Suite 2000<br>Tucson, AZ 85701-1611 |
| Christine B. Romero<br>c/o Pierre Levy of O'Friel and Levy<br>PO Box 2084<br>Santa Fe, NM 87504-2084 | Christine Romero<br>644 Don Gaspar Ave.<br>Santa Fe, NM 87505-2666 | Church of Ascension<br>2150 Raymac SW<br>Albuquerque, NM 87105-6841 |
| Church of the Incarnation<br>2309 Monterrey Road NE<br>Rio Rancho, NM 87144-5579 | Claimant C.M.<br>Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 | Claimant D.G.<br>Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 |
| Claimant J.N.<br>Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 | Claimants<br>c/o Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 | Congregation of Blessed Sacrament Father<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 23450<br>Santa Fe, NM 87502-3450 |
| Annie Coogan<br>215 Lincoln Ave., 204F<br>Santa Fe, NM 87501-1903 | Cristo Rey Parish<br>1120 Canyon Road<br>Santa Fe, NM 87501-6188 | Jaime Dawes<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 |
| Dessie Montoya-Soto, Inc.<br>4060 St. Joseph Place<br>Rooms 234<br>Albuquerque, NM 87120-1714 | Diocese of Gallup<br>503 W Highway 66<br>Gallup, NM 87301-6418 | Dominican Ecclesial Institute<br>4060 St. Joseph Place<br>Room 232B<br>Albuquerque, NM 87120-1714 |
| Mark H Donatelli<br>Carolyn M. Cammie Nichols Rothstein<br>500 4th Street, NW<br>Suite 400<br>Albuquerque, NM 87102-2174 | El Santuario de Chimayo<br>15 Santuario Drive<br>Chimayo, NM 87522 | Ford Elsaesser<br>Elsaesser Anderson, Chtd.<br>320 East Neider Avenue<br>Suite 102<br>Coeur D'Alene, ID 83815-6007 |
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Estancia Valley Catholic Parish<br>PO Box 129<br>Moriarty, NM 87035-0129 | Experian<br>PO Box 2002<br>Allen, TX 75013-2002 |

| | | |
|---|---|---|
| Paul M Fish<br>PO Box 2168<br>Albuquerque, NM 87103-2168 | Juan L Flores<br>Stelzner, Winter, Warburton, Flores, San<br>P.O. Box 528<br>Albuquerque, NM 87103-0528 | Former Priest Marvin Archuleta<br>c/o Sons of the Holy Family<br>801 Locust Place NE, Apt. 1018<br>Albuquerque, NM 87102-1652 |
| George Garcia<br>4060 St. Joseph Place<br>Rooms 150<br>Albuquerque, NM 87120-1714 | Charles S Glidewell<br>Office of U.S. Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Brad D. Hall<br>320 Gold Avenue SW<br>Suite 1218<br>Albuquerque, NM 87102-3216 |
| Holy Child<br>PO Box 130<br>Tijeras, NM 87059-0130 | Holy Cross<br>PO Box 1228<br>Santa Cruz, NM 87567-1228 | Holy Cross Catholic School<br>PO Box 1260<br>Santa Cruz, NM 87567-1260 |
| Holy Family<br>PO Box 12127<br>Albuquerque, NM 87195-0127 | Holy Family - Chimayo<br>PO Box 235<br>Chimayo, NM 87522-0235 | Holy Family - St. Joseph<br>PO Box 37<br>Roy, NM 87743-0037 |
| Holy Family Church<br>355 Chicosa Street<br>Roy, NM 87743 | Holy Ghost<br>833 Arizona Street SE<br>Albuquerque, NM 87108-4823 | Immaculate Conception<br>619 Copper Avenue NW<br>Albuquerque, NM 87102-3140 |
| Immaculate Conception - Cimarron<br>440 W. 18th Street<br>Cimarron, NM 87714-9672 | Immaculate Conception - Las Vegas<br>811 6th Street<br>Las Vegas, NM 87701-4305 | Immaculate Conception - Tome<br>PO Box 100<br>Tome, NM 87060-0100 |
| Immaculate Heart of Mary<br>3700 Canyon Road<br>Los Alamos, NM 87544-2213 | James C Jacobsen<br>201 Third Street Suite 300<br>Albuquerque, NM 87102-3366 | Jane Doe I<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| Jane Doe L<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | Jane Doe M<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | Jane Does 'G, I, L and M'<br>c/o Brad D. Hall<br>320 Gold Avenue, SW, Ste 1218<br>Albuquerque, NM 87102-3216 |
| John Doe<br>c/o Merit Bennett<br>460 St. Michael's Drive, Ste 703<br>Santa Fe, NM 87505-7646 | John Doe '67'<br>Claimants c/o Brad D. Hall<br>320 Gold Avenue, SW, Ste 1218<br>Albuquerque, NM 87102-3216 | John Doe 90<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 91<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 92<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 93<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |

| | | |
|---|---|---|
| John Doe 94<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 96<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 1, c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street NW, Suite 400<br>Albuquerque, NM 87102-2174 |
| John Doe 2<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 | John Doe 4<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 | John Doe 5<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 |
| John Doe 6<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 | Josephine Wafula<br>c/o Curtis and Lucero<br>215 Central Avenue NW Suite 300<br>Albuquerque, NM 87102-3363 | Kenneth J. Griesemer<br>4060 St. Joseph Place<br>Rooms 232-A<br>Albuquerque, NM 87120-1714 |
| La Santisima Trindad<br>PO Box 189<br>Arroyo Seco, NM 87514-0189 | Larry Brito<br>c/o St. Anne's<br>511 Alicia Street<br>Santa Fe, NM 87501-3645 | Pierre Levy<br>O'Friel and Levy PC<br>PO Box 2084<br>Santa Fe, NM 87504-2084 |
| Mail Finance<br>478 Wheelers Farm Road<br>Milford, CT 06461-9105 | Mark Valdez<br>460 St. Michael's Drive<br>Suite 703<br>Santa Fe, NM 87505-7646 | Leonard K Martinez-Metzgar<br>Office of the U.S. Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 |
| James R. Murray<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403 | N.S. de Guadalupe del Valle de Pojoaque<br>9 Grazing Elk Drive<br>Santa Fe, NM 87506-7140 | NM Taxation and Revenue Dept.<br>PO Box 8575<br>Albuquerque, NM 87198-8575 |
| Nativity of the Blessed Virgin Mary<br>9502 4th Street NW<br>Albuquerque, NM 87114-1634 | New Mexico School for the Arts<br>4060 St. Joseph Place<br>San Juan Building<br>Albuquerque, NM 87120-1714 | New Mexico Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 |
| New Mexico Workers Comp Administration<br>2410 Centre Avenue SE<br>Albuquerque, NM 87106-4190 | Nuestra Senora de Guadalupe<br>PO Box 1270<br>Pena Blanca, NM 87041-1270 | Nuestra Senora de Guadalupe - Taos<br>205 Don Fernando Street<br>Taos, NM 87571-5932 |
| Office of the NM Attorney General<br>Ms. Maestas and Ms. Pino<br>PO Box 1508<br>Santa Fe, NM 87504-1508 | Old Town Catering Company<br>4060 St. Joseph Place<br>Albuquerque, NM 87120-1714 | Our Lady of Belen<br>101 - A North 10th Street<br>Belen, NM 87002-3835 |
| Our Lady of Fatima<br>4020 Lomas Blvd. NE<br>Albuquerque, NM 87110-7745 | Our Lady of Guadalupe<br>1860 Griegos Road NW<br>Albuquerque, NM 87107-2899 | Our Lady of Guadalupe - Clovis<br>108 North Davis Street<br>Clovis, NM 88101-7237 |

| | | |
|---|---|---|
| Our Lady of Guadalupe - Peralta<br>PO Box 10<br>Peralta, NM 87042-0010 | Our Lady of Guadalupe - Villanueva<br>PO Box 39<br>Villanueva, NM 87583-0039 | Our Lady of Lavang<br>1015 Chelwood Park NE<br>Albuquerque, NM 87112-5902 |
| Our Lady of Sorrows - Bernalilo<br>PO Box 607<br>Bernalillo, NM 87004-0607 | Our Lady of Sorrows - La Joya<br>PO Box 32<br>La Joya, NM 87028-0032 | Our Lady of Sorrows - Las Vegas<br>403 Valencia Street<br>Las Vegas, NM 87701-3783 |
| Our Lady of the Annunciation<br>2532 Vermont St. NE<br>Albuquerque, NM 87110-4638 | Our Lady of the Assumption<br>811 Guaymas Place NE<br>Albuquerque, NM 87108-2331 | Our Lady of the Assumption<br>Jemez Springs<br>PO Box 10<br>Jemez Springs, NM 87025-0010 |
| Our Lady of the Most Holy Rosary<br>5415 Fortuna Road NW<br>Albuquerque, NM 87105-1371 | Alice Nystel Page<br>Office of the U.S. Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Chris W Pierce<br>Walker & Associates, P.C.<br>500 Marquette N.W., Suite 650<br>Albuquerque, NM 87102-5341 |
| Pierre Levy<br>644 Don Gaspar Ave.<br>Santa Fe, NM 87505-2666 | Prince of Peace Catholic Community<br>12500 Carmel Avenue NE<br>Albuquerque, NM 87122-1221 | Province of St. Ann<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 24350<br>Santa Fe, NM 87502-9350 |
| Province of St. Ann<br>c/o Paul R. Harris, Ulmer & Berne<br>1660 West 2nd Street, Ste. 1100<br>Cleveland, OH 44113-1406 | Queen of Heaven<br>5311 Phoenix Avenue NE<br>Albuquerque, NM 87110-3125 | Risen Savior Catholic Community<br>7701 Wyoming Blvd. NE<br>Albuquerque, NM 87109-5346 |
| Roman Catholic Church of the Archdiocese of<br>4000 St. Josephs Place NW<br>Albuquerque, NM 87120-1714 | Christine Romero<br>c/o Pierre Levy, Esq.<br>644 Don Gaspar Avenue<br>Santa Fe, NM 87505-2666 | Samuel I. Roybal<br>Walker & Associates, P.C.<br>500 Marquette, NW, Ste 650<br>Albuquerque, NM 87102-5341 |
| Rudy Blea<br>c/o Pierre Levy, O'Friel and Levy, P.C.<br>644 Don Gaspar Avenue<br>Santa Fe, NM 87505-2666 | Sacred Heart<br>412 Stover Avenue SW<br>Albuquerque, NM 87102-3899 | Sacred Heart - Clovis<br>911 N. Merriwether Street<br>Clovis, NM 88101-5864 |
| Sacred Heart - Espanola<br>PO Box 69<br>Espanola, NM 87532-0069 | Saint John XXII Catholic Community<br>4831 Tramway Ridge Drive, NE<br>Albuquerque, NM 87111-2787 | San Antonio de Padua<br>PO Box 460<br>Penasco, NM 87553-0460 |
| San Clemente<br>PO Box 147<br>Los Lunas, NM 87031-0147 | San Diego Mission<br>PO Box 79<br>Jemez Pueblo, NM 87024-0079 | San Felipe de Neri<br>PO Box 7007<br>Albuquerque, NM 87194-7007 |

| | | |
|---|---|---|
| San Francisco de Asis<br>PO Box 72<br>Ranchos De Taos, NM 87557-0072 | San Ignacio<br>1300 Waler Street NE<br>Albuquerque, NM 87102-1623 | San Isidro<br>3552 Aqua Fria Street<br>Santa Fe, NM 87507-1583 |
| San Jose<br>2401 Broadway Blvd. SE<br>Albuquerque, NM 87102-5009 | San Jose - Anton Chico<br>PO Box 99<br>Anton Chico, NM 87711-0099 | San Jose - Los Ojos<br>PO Box 6<br>Los Ojos, NM 87551-0006 |
| San Juan Bautista<br>PO Box 1075<br>Ohkay Owingeh, NM 87566-1075 | San Juan Nepomuceno<br>PO Box 7<br>El Rito, NM 87530-0007 | San Miguel<br>403 El Camino Real Street NW<br>Socorro, NM 87801-5106 |
| San Miguel del Vado<br>PO Box 507<br>Ribera, NM 87560-0507 | San Ysidro<br>PO Box 182<br>Corrales, NM 87048-0182 | Sara Sanchez<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 |
| Sangre de Cristo<br>8901 Candelaria Road NE<br>Albuquerque, NM 87112-1209 | Santa Clara<br>PO Box 186<br>Roy, NM 87743-0186 | Santa Maria de La Paz Catholic Community<br>11 College Avenue<br>Santa Fe, NM 87508-9225 |
| Santo Nino - Tierra Amarilla<br>PO Box 160<br>Tierra Amarilla, NM 87575-0160 | Santuario San Martin de Porres<br>8321 Camino San Martin SW<br>Albuquerque, NM 87121-8302 | Stephanie L Schaeffer<br>Walker & Associates, P.C.<br>500 Marquette NW Suite 650<br>Albuquerque, NM 87102-5341 |
| Servants of the Paraclete<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 24350<br>Santa Fe, NM 87502-9350 | Shrine of Our Lady of Guadalupe - SF<br>417 Aqua Fria Street<br>Santa Fe, NM 87501-2505 | Shrine of St. Bernadette<br>11509 Indian School Road NE<br>Albuquerque, NM 87112-3163 |
| Shrine of the Little Flower<br>St. Teresa of the Infant Jesus<br>300 Mildred Avenue NW<br>Albuquerque, NM 87107-2307 | Sons of the Holy Family, Inc.<br>c/o Modrall Sperling<br>500 4th Street NW, Ste. 1000<br>Albuquerque, NM 87102-2186 | Southwest Copy Systems Leasing<br>4545 McLeod NE<br>Albuquerque, NM 87109-2202 |
| St. Alice<br>PO Box 206<br>Mountainair, NM 87036-0206 | St. Anne<br>1400 Arenal Road SW<br>Albuquerque, NM 87105-4032 | St. Anne - Tucumcari<br>306 West High<br>Tucumcari, NM 88401-2801 |
| St. Anne's<br>511 Alicia Street<br>Santa Fe, NM 87501-3645 | St. Anthony - Dixon<br>PO Box 39<br>Dixon, NM 87527-0039 | St. Anthony - Questa<br>PO Box 200<br>Questa, NM 87556-0200 |

| | | |
|---|---|---|
| St. Anthony of Padua - Fort Sumner<br>PO Box 370<br>Fort Sumner, NM 88119-0370 | St. Anthony of Padua - Pecos<br>HC 74, Box 23<br>Pecos, NM 87552-9705 | St. Augustine<br>PO Box 849<br>Isleta, NM 87022-0849 |
| St. Bernadette Parish<br>11509 Indian School Rd. NE<br>Albuquerque, NM 87112-3163 | St. Charles<br>1818 Coal Place SE<br>Albuquerque, NM 87106-4095 | St. Edwin<br>2105 Barcelona Road SW<br>Albuquerque, NM 87105-5713 |
| St. Francis Xavier<br>820 Broadway Blvd. SE<br>Albuquerque, NM 87102-4210 | St. Francis Xavier - Clayton<br>115 North 1st Street<br>Clayton, NM 88415-3503 | St. Gurtrude the Great<br>PO Box 599<br>Mora, NM 87732-0599 |
| St. Helen<br>1600 South Avenue O<br>Portales, NM 88130-7099 | St. John Vianney Church<br>1001 Meteor Avenue NE<br>Rio Rancho, NM 87144-8031 | St. John the Baptist - Santa Fe<br>1301 Osage Avenue<br>Santa Fe, NM 87505-3327 |
| St. Joseph<br>PO Box 516<br>Springer, NM 87747-0516 | St. Joseph - Cerrillos<br>PO Box 98<br>Cerrillos, NM 87010-0098 | St. Joseph on the Rio Grande<br>5901 St. Joseph Drive NW<br>Albuquerque, NM 87120-3767 |
| St. Joseph's Fertility Care<br>4060 St. Joseph Place<br>Rooms 130<br>Albuquerque, NM 87120-1714 | St. Jude Thaddeus<br>5712 Paradise Blvd. NW<br>Albuquerque, NM 87114-4928 | St. Mary<br>PO Box 276<br>Vaughn, NM 88353-0276 |
| St. Patrick - Chama<br>PO Box 36<br>Chama, NM 87520-0036 | St. Patrick - St. Joseph<br>105 Buena Vista Street<br>Raton, NM 87740-2954 | St. Pius X High School<br>Catholic Center<br>5301 St. Josephs Drive NW<br>Albuquerque, NM 87120-1712 |
| St. Rose of Lima<br>439 South 3rd Street<br>Santa Rosa, NM 88435-2405 | St. Therese of the Infant Jesus Parish<br>3424 4th Street NW<br>Albuquerque, NM 87107 | St. Thomas Aquinas<br>1502 Sara Road SE<br>Rio Rancho, NM 87124-1848 |
| St. Thomas Aquinas University Parish<br>1815 Las Lomas Road NE<br>Albuquerque, NM 87106-3803 | St. Thomas the Apostle<br>PO Box 117<br>Abiquiu, NM 87510-0117 | St. Vincent de Paul Society<br>c/o Robert Warburton and Sara Sanchez<br>PO Box 528<br>Albuquerque, NM 87103-0528 |
| James I. Stang<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Blvd., #1300<br>Los Angeles, CA 90067-4114 | State of New Mexico, Workers Compensation Ad<br>P.O. Box 27198<br>2410 Centre Ave. SE<br>Albuquerque, NM 87106-4190 | Luis Stelzner<br>Stelzner, Winter, Warburton, Flores, San<br>302 8th St. NW Ste 200<br>Albuquerque, NM 87102-3024 |

| | | |
|---|---|---|
| The Cathedral Basilica of St. Francis<br>PO Box 2127<br>Santa Fe, NM 87504-2127 | The Catholic Foundation<br>4333 Pan American Fwy NE<br>Albuquerque, NM 87107-6833 | The Holy See, Archbishop Pierre<br>Apostolic Nunciature<br>3339 Massachusetts Avenue NW<br>Washington, DC 20008-3610 |
| Thomas Mayefske<br>1017 Florida SE<br>Albuquerque, NM 87108-4929 | Thomas Paickattu<br>c/o Andrew Indahl, Altura Law Firm<br>500 Marquette Drive NW, Ste. 1200<br>Albuquerque, NM 87102-5312 | TransUnion LLC<br>Attn: Public Records Dept.<br>PO Box 2000<br>Chester, PA 19016-2000 |
| United States Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Thomas D Walker<br>Walker & Associates, P.C.<br>500 Marquette Ave NW Ste 650<br>Albuquerque, NM 87102-5341 | Robert P. Warburton<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 |
| Xerox Financial Services<br>45 Glover Avenue<br>Norwalk, CT 06850-1238 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Rudy Blea | (u)Patrick Kennedy<br>King Industries Corporation | (u)Official Committee of Unsecured Creditors |
| (u)Parish Steering Committee of the Roman Cat | (u)Sons of the Holy Family, Inc | End of Label Matrix<br>Mailable recipients   189<br>Bypassed recipients     5<br>Total                  194 |