UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Roman Catholic Church of the
Archdiocese of Santa Fe, a New Mexico
Corporation                                                Case No. 18-13027-t11

Debtor.

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Maxwell Law, P.C. (Leslie D. Maxwell) ("Maxwell Law") enters its appearance under FED. R. BANKR. P. 9010(b) in the above captioned bankruptcy case on behalf of Cahtolic Charities, Inc. Maxwell Law requests that the clerk of the Bankruptcy Court add it to the mailing matrix in this bankruptcy case and provide electronic notice of all documents filed in the bankruptcy case.

Respectfully submitted by:
MAXWELL LAW, P.C.

Leslie D. Maxwell
9400 Holly Ave. NE, Bldg. 4
Albuquerque, N.M. 87122
Telephone: (505) 944-2491
e-mail: lmaxwell@maxwelllawpc.com
*Attorneys for Catholic Charities, Inc.*

Under NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3), I certify that I served the foregoing document on Friday, February 01, 2019, via the notice transmission facilities of the case management and electronic filing system of the Bankruptcy Court, on all parties entitled to receive electronic filings.

Leslie D. Maxwell