# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
corporation sole,

                Debtor.

Chapter 11

Case No. 18-13027-t11

## NOTICE REGARDING ORDER AUTHORIZING AND APPROVING THE RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS [DOCKET NO. 60]

The following information is applicable to the Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors which was entered by the Court on January 4, 2018, Docket No. 60.

(b)      On December 26, 2018, the Committee filed the Application of the Official Committee of Unsecured Creditors for Entry of an Order, Pursuant to 11 U.S.C. §§ 327 and 1103, and Fed. R. Bankr. P. 2014, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective December 18, 2018 (the "Application") [Docket No. 54];

(c)      On December 26, 2018, PSZJ filed disclosures pursuant to Bankruptcy Rule 2014;

(d)      On January 7, 2018, the Committee served notice of the Application by mail or by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, on all creditors and other parties in interest shown on the mailing list maintained by the Clerk of the Bankruptcy Court for this case,

specifying an objection deadline of 21 days from the date of service, to which three days was added under Bankruptcy Rule 9006(f);

       (f)     The objection deadline expired on January 31, 2019.

Dated: Los Angeles, CA
       February 5, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James I. Stang*
James I. Stang, Esq.
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email: jstang@pszjlaw.com

Counsel for the Official Committee of
Unsecured Creditors of the Roman Catholic
Church of the Archdiocese of Santa Fe, a New
Mexico corporation sole

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 7, 2019, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, as follows:

- Bruce Anderson    baafiling@eaidaho.com, brucea@eaidaho.com
- Martha G Brown    mgb@modrall.com, sandih@modrall.com
- Robert M. Charles    RCharles@LRRC.com, BankruptcyNotices@LRRC.com
- Annie Coogan    annie@cooganlawnm.com
- Ford Elsaesser    ford@eaidaho.com
- Paul M Fish    pfish@modrall.com, nikkim@modrall.com;nikkim@ecf.courtdrive.com
- Juan L Flores    jflores@stelznerlaw.com, jgarcia@stelznerlaw.com
- Charles S Glidewell    charles.glidewell@usdoj.gov
- James C Jacobsen    jjacobsen@nmag.gov, jotero@nmag.gov
- Pierre Levy    pierre@ofrielandlevy.com
- Leonard K Martinez-Metzgar    leonard.martinez-metzgar@usdoj.gov
- Leslie D. Maxwell    lmaxwell@maxwelllawpc.com, 9786701420@filings.docketbird.com;aburnside@maxwelllawpc.com;
- Alice Nystel Page    Alice.N.Page@usdoj.gov
- Chris W Pierce    cpierce@walkerlawpc.com, piercelawfirm@gmail.com;WalkerLawPC14@gmail.com;MWells@walkerlawpc.com
- Samuel I. Roybal    sroybal@walkerlawpc.com, WalkerLawPC14@gmail.com,mlara@walkerlawpc.com
- Stephanie L Schaeffer    sschaeffer@walkerlawpc.com, awynn@walkerlawpc.com;WalkerLawPC14@gmail.com;mlara@walkerlawpc.com
- James I. Stang    jstang@pszjlaw.com
- United States Trustee    ustpregion20.aq.ecf@usdoj.gov
- Thomas D Walker    twalker@walkerlawpc.com, mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com

PACHULSKI STANG ZIEHL & JONES LLP


By: ___/s/ *James I. Stang*_____
      James I. Stang