| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,<br><br>                Debtor. | Chapter 11<br><br>Case No. 18-13027-t11 |

## JOINDER TO OPPOSITION TO CREDITOR CHRISTINE ROMERO'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      The Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe joins in the Objection [ECF #92] filed by Debtor and opposes the request by Creditor Christine Romero for relief from the automatic stay pursuant to § 362(d)(1) to pursue litigation pending in the First Judicial District Court, State of New Mexico. The automatic stay exists to give the Debtor a breathing space and to give creditors the opportunity to negotiate with the Debtor and *inter se* over the terms of a hopefully consensual plan of reorganization. Conversely, termination of the stay to permit continuance of pending litigation drains the resources of the Debtor, whether defense costs are paid through insurance or otherwise, distracts the Debtor from its efforts to obtain a consensual settlement, and incentivizes other claimants to seek similar relief.

/////

/////

/////

/////

/////

/////

For these reasons, the Parish Steering Committee opposes the request for stay relief and joins in Debtor's objections.

DATED: February 15, 2019             LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: s/ Robert M. Charles, Jr.
    Robert M. Charles, Jr.
*Attorneys for Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe*
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
Tel: 520.629.4427
Fax: 520.879.4705
E-mail:rcharles@lrrc.com

# CERTIFICATE OF SERVICE

I hereby certify that, on February 15, 2019, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, as follows:

- Bruce Anderson        baafiling@eaidaho.com, brucea@eaidaho.com
- Dennis A Banning      nmfl@nmfinanciallaw.com, banninglaw@yahoo.com;dab@nmfinanciallaw.com;banningdr54167@notify.bestcase.com
- Martha G Brown        mgb@modrall.com, sandih@modrall.com
- Annie Coogan          annie@cooganlawnm.com
- Ford Elsaesser        ford@eaidaho.com
- Paul M Fish           pfish@modrall.com, nikkim@modrall.com;nikkim@ecf.courtdrive.com
- Juan L Flores         jflores@stelznerlaw.com, jgarcia@stelznerlaw.com
- Charles S Glidewell   charles.glidewell@usdoj.gov
- Don F Harris          nmfl@nmfinanciallaw.com, briefwriter@comcast.net;donharrislawfirm@gmail.com;nmflcmecf@gmail.com;r54167@notify.bestcase.com;dab@nmfinanciallaw.com
- James C Jacobsen      jjacobsen@nmag.gov, jotero@nmag.gov
- Pierre Levy           pierre@ofrielandlevy.com
- Leonard K Martinez-Metzgar    leonard.martinez-metzgar@usdoj.gov
- Leslie D. Maxwell     lmaxwell@maxwelllawpc.com, 9786701420@filings.docketbird.com;aburnside@maxwelllawpc.com;
- Alice Nystel Page     Alice.N.Page@usdoj.gov
- Chris W Pierce        cpierce@walkerlawpc.com, piercelawfirm@gmail.com;WalkerLawPC14@gmail.com;MWells@walkerlawpc.com
- Samuel I. Roybal      sroybal@walkerlawpc.com, WalkerLawPC14@gmail.com,mlara@walkerlawpc.com
- Stephanie L Schaeffer    sschaeffer@walkerlawpc.com, awynn@walkerlawpc.com;WalkerLawPC14@gmail.com;mlara@walkerlawpc.com
- James I. Stang        jstang@pszjlaw.com
- United States Trustee    ustpregion20.aq.ecf@usdoj.gov
- Thomas D Walker       twalker@walkerlawpc.com, mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com; spatteson@walkerlawpc.com; mdevine@walkerlawpc.com

s/ filed electronically
Renee L. Creswell