Archdiocese of Santa Fe Bankruptcy Case 18-13027
2/15/19

FILED at 10:04 o'clock A M
FEB 21 2019
United States Bankruptcy Court
Albuquerque, New Mexico

Reference: (See Attached)

**Notice of objection Deadline and Final Hearing on Debtors Motion for and order establishing deadlines for filing proof of claims, approving proof of claims form and approving form and manner notice thereof.**

To Honorable Judge Thuma:

I am a victim sexual abuse by a priest in Las Vegas NM-Fr Sabine Griego. I have been waiting for years to get closure to my case with the SF Archdiocese and the courts. My case was getting ready to go to mediation when the Archdiocese filed for Bankruptcy, putting a halt to my legal process.

Now I see that the attorneys for the Archdiocese are asking for a June 15th date for any claims to be filed. When the Archdiocese first filed for Bankruptcy their attorneys said claim deadlines would be April or May. Now they are requesting June 15th. This is just another way for the Archdiocese to stall and delay the process and bring closure to all victims.

Judge Thuma, please don't let the same thing happen with the Santa Fe Archdiocese that happened with the Gallup Bankruptcy taking three years.

Please help us the victims that have been waiting for years to bring closure to our cases so our lives can move forward. Deny the June 15th claim deadline and impose the April or May deadline initially discussed by their attorneys.

Please be the voice that we need so all of us can sleep better at night and bring closure to this nightmare.

Thank You

John Doe