UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New
Mexico corporation sole,

Case No. 18-13027-t11

Debtor.

## ENTRY OF APPEARANCE

COMES NOW, Curtis and Lucero, and hereby enters appearance on behalf of Defendant [J.W.] in the above-captioned matter.

Respectfully submitted,

*Attorneys for Defendant J.W.*

C URTIS AND L UCERO
215 CENTRAL AVENUE NORTHWEST
THIRD FLOOR
ALBUQUERQUE, NM 87102
T  505-243-2808     F  505-242-0812
lisa@curtislawfirm.org
amalia@curtislawfirm.org
laura@curtislawfirm.org

*Electronically signed*
*/s/ Laura R. Callanan*
Lisa K. Curtis
Amalia S. Lucero
Laura R. Callanan

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2019, a true and correct copy of the foregoing was filed electronically through the CM/ECF system, which caused all parties of record in this matter who are registered with CM/ECF to be served by electronic mail as more fully reflected on the Notice of Electronic Filing.

*/s/ Laura R. Callanan, Esq.*
Laura R. Callanan, Esq.