| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,<br><br>                     Debtor. | Chapter 11<br><br>Case No. 18-13027-t11 |

## NOTICE OF FILING

The undersigned hereby gives notice of and files the attached redline versions of changes made to the exhibits to the Debtor's Motion for an Order Establishing Deadlines for Filing Proofs of Claims; Approving Proof of Claim Form and Approving Form and Manner of Notice Thereof (Doc. No. 83) filed on February 1, 2019 comparing to the versions filed on February 1, 2019 to the versions that the Debtor will lodge with the Court:

    Exhibit A.    Sexual Abuse Proof of Claim;

    Exhibit B.    Notice of Bar Dates for Filing of General Proofs of Claim;

    Exhibit C.    Permitted Party Confidentiality Agreement;

    Exhibit D.    Notice of Deadline for Filing Claims Relating to or Arising from Sexual Abuse;

    Exhibit E.    Publication Notice of Bar Date; and

    Exhibit F.    Proposed Order Fixing Time for Filing Proofs of Claims; Approving Proof of Claim Forms; Providing for Confidentiality Protocols; and Approving Form and Manner of Notice and all exhibits that will be attached to the Proposed Order.

                By: <u>filed electronically</u>
                    Thomas D. Walker
                    Stephanie L. Schaeffer
                    500 Marquette NW, Suite 650
                    Albuquerque, NM 87102
                    (505) 766-9272
                    (505) 766-9287 facsimile
                    twalker@walkerlawpc.com
                    sschaeffer@walkerlawpc.com
                Attorneys for the Debtor in Possession

I hereby certify that on March 6, 2019, a copy of
the foregoing was served via the notice transmission facilities
of the case management and electronic filing system
of the Bankruptcy Court on all parties
requesting notice in this case.

s/filed electronically
Stephanie L. Schaeffer