# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,<br><br>         Debtor. | Case No.: 18-13027-t11 |

## CERTIFICATE OF SERVICE

I hereby certify that service of the Sexual Abuse Proof of Claim (Docket No. 116-1) and Notice of Deadline for Filing Claims Relating to or Arising from Sexual Abuse (Docket No. 116-4) documents were made on March 14, 2019 via first class mail, postage prepaid, on the following claimants (name omitted to protect the privacy of the party):

D.L., c/o Rathstein Donatteli, PO Box, Santa Fe, NM  87504

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 14th day of March, 2019.

/s/      Bruce A. Anderson
Bruce A. Anderson