# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico                    Chapter 11
corporation sole,

        Debtor.

                                                Case No. 18-13027-t11

**AMENDED**
**NOTICE OF EMERGENCY HEARING ON**
**DEFENDANT J.W.'S MOTION TO APPROVE STIPULATED ORDER**
**GRANTING AND CONDITIONING RELEIF FROM STAY**

Defendant J.W., on March 5, 2019, filed a Motion to Approve Stipulated Order Granting

and Conditioning Relief from Stay Between Debtor and Defendant J.W. [Doc. 109].

Plaintiff Creditor Thomas Paickattu filed an Objection to said Motion on March 8, 2019

[Doc. 115].

NOTICE IS HEREBY GIVEN THAT that the Court has scheduled an emergency hearing

to consider Defendant J.W.'s Motion and Creditor Thomas Paickattu's Objection, to be held

before the Honorable Judge David T. Thuma for Friday, March 15, 2019, at 1:30 p.m., m.d.t., in

the Pete V. Domenici United States Courthouse, Brazos Courtroom, 333 Lomas Blvd. NW,

Albuquerque, NM  87102.  Parties must appear telephonically.  Below is the information you

will need to appear telephonically.  Please call the toll-free number approximately 5 minutes

prior to the start time.  Call Number:  888-684-8852, Access Code: 3661269.  You will be placed

on hold until the conference call is activated.

1

Respectfully submitted,

*Attorneys for Defendant J.W.*

# C URTIS AND L UCERO

215 CENTRAL AVENUE NORTHWEST
THIRD FLOOR
ALBUQUERQUE, NM 87102
T  505-243-2808     F  505-242-0812
lisa@curtislawfirm.org
amalia@curtislawfirm.org
laura@curtislawfirm.org

Electronically signed
*/s/ Lisa K. Curtis, Esq.*
Lisa K. Curtis, Esq.
Laura R. Callanan, Esq.


Pursuant to F.R.C.P. 5(b)(3), F.R.B.P. 9036 and NM LBR 9036-1(b), I hereby certify that service of the foregoing document was made on March 14, 2019 via electronic mail and the notice of transmission facilities of the Bankruptcy Court's case management and electronic filing system to those parties who are registered CM/ECF participants in this case, in additional to the following parties and counsel:

Stephanie L. Schaeffer, Esq.
Walker & Associates, P.C.
500 Marquette, NW, Suite 650
Albuquerque, NM  87102
sschaeffer@walkerlawpc.com

Andrew B. Indahl, Esq.
Altura Law Firm
500 Marquette Avenue, #1200, NW
Albuquerque, NM  87102
andy@alturalawfirm.com


*/s/ Laura R. Callanan, Esq.*
Lisa K. Curtis, Esq.
Laura R. Callanan, Esq.

2