UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF SANTA FE, a New Mexico
Corporation Sole

Case No. 18-13027-t11

Debtor.

**VERIFIED SUPPLEMENTAL DISCLOSURE OF SARA N. SANCHEZ IN CONNECTION WITH DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF STELZNER, WINTER, WARBURTON, FLORES, SANCHEZ & DAWES, P.A. AS SPECIAL COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**

I, Sara N. Sanchez, hereby declare under penalty of perjury, pursuant to Fed. R. Bankr. P. 2014(a) and 2016(b), that to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1. I am over the age of 18 years, have personal knowledge of the following statements and am competent to testify to the following statements.

2. I am admitted to and practice before the bar in the state of New Mexico, as well as the United States District Court for the State of New Mexico, and the United States Court of Appeals for the Tenth Circuit. I am a member in good standing in each of those bars. I have been licensed to practice law since 2002. I am a Director in the law firm of Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A. ("Stelzner").

3. I am duly authorized by Stelzner to make all statements which I have made herein on behalf of Stelzner and with respect to the Debtor's Application to Employ Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A. as Special Counsel for the Debtor and Debtor-In-Possession (the "Application") (Doc. No. 15) filed on December 3, 2018.

4. This document supplements the Verified Disclosure of Sara N. Sanchez in Connection with Debtor's Application for an Order Authorizing the Employment of Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A. as Special Counsel for the Debtor and Debtor-in-Possession ("Verified Disclosure") (Doc. No. 15-1) filed on December 3, 2018. The Verified Disclosure is herein incorporated by this reference.

5. Since the time I made the Verified Disclosure additional information regarding payments received from the Debtor and certain third-party insurance carriers has been discovered that warrant filing of this supplemental verified disclosure.

5. I am filing this supplemental disclosure in support of the Application. To the extent that any information disclosed herein requires amendment or modification upon Stelzner's completion of further analysis or as additional creditor information becomes available to it, a supplemental declaration will be submitted to the Court reflecting the same.

6. In the twelve months prior to the Petition Date, Stelzner received $407,458.69 from the Debtor and $417,062.67 from certain insurance carriers as set forth on Exhibit A.

7. The Debtor does not owe Stelzner any amounts for legal services rendered before the Petition Date.

8. On the Petition Date, Stelzner was owed $21,421.33 from the insurance carriers for legal services rendered before the Petition Date. See Exhibit B.

9. Stelzner has received $14,330.13 from the insurance carriers post-petition in payment for the pre-petition amounts due from the insurance carriers. See Exhibit B.

10. I make the statements contained herein to provide full disclosure. The undersigned verifies under penalty of perjury that the above is true and correct.

DATED: March 21, 2019

      /s/ *Sara N. Sanchez*
      SARA N. SANCHEZ

FILED BY:
WALKER & ASSOCIATES, P.C.

By: */s/filed electronically*
Thomas D. Walker
Stephanie L. Schaeffer
500 Marquette Ave., NW, Suite 650
Albuquerque, NM 87102
Telephone: (505) 766-9272
Facsimile: (505) 766-9287
*Counsel for Debtor in Possession*

**CERTIFICATE OF SERVICE**

In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), this certifies that service of the foregoing document was served this 21st day of March 2019, via the notice transmission facilities of the case management and electronic filing system of the Bankruptcy Court.

*/s/ Stephanie L. Schaeffer*
Stephanie L. Schaeffer
*Counsel for Debtor in Possession*

**EXHIBIT A**

PAYMENTS MADE FROM THE DEBTOR AND INSURANCE CARRIERS TO STELZNER IN THE YEAR PRIOR TO THE PETITION DATE

| Date Received | Date Posted | Amount Payed | Payor |
|---|---|---|---|
| 12/22/17 | 12/22/2017 | $29,038.52 | Archdiocese of Santa Fe |
| 01/16/18 | 1/16/2018 | $531.06 | Archdiocese of Santa Fe |
| 01/26/18 | 1/26/2018 | $8,219.18 | Archdiocese of Santa Fe |
| 02/26/18 | 2/26/2018 | $15,063.99 | Archdiocese of Santa Fe |
| 03/29/18 | 3/29/2018 | $18,452.35 | Archdiocese of Santa Fe |
| 4/12/2018 | 4/12/2018 | $1,191.90 | Archdiocese of Santa Fe |
| 4/27/2018 | 4/27/2018 | $14,905.54 | Archdiocese of Santa Fe |
| 5/30/2018 | 5/30/2018 | $24,274.28 | Archdiocese of Santa Fe |
| 6/29/2018 | 6/28/2018 | $16,326.51 | Archdiocese of Santa Fe |
| 7/23/2018 | 7/23/2018 | $3,009.24 | Archdiocese of Santa Fe |
| 8/2/2018 | 7/31/2018 | $26,617.02 | Archdiocese of Santa Fe |
| 8/30/2018 | 8/30/2018 | $81,496.68 | Archdiocese of Santa Fe |
| 10/2/2018 | 9/30/2018 | $85,447.34 | Archdiocese of Santa Fe |
| 10/19/2018 | 10/19/2018 | $29,082.62 | Archdiocese of Santa Fe |
| 11/21/2018 | 11/21/2018 | $30,703.61 | Archdiocese of Santa Fe |
| 11/30/2018 | 11/30/2018 | $22,316.75 | Archdiocese of Santa Fe |
| 12/3/2018 | 11/30/2018 | $782.10 | Archdiocese of Santa Fe |
| **Subtotal** | | **$407,458.69** | |
| 02/01/18 | 1/31/2018 | $4,661.88 | Arrowpoint Ins. Co. |
| 5/16/2018 | 5/16/2018 | $15,181.23 | Arrowpoint Ins. Co. |
| 8/16/2018 | 8/16/2018 | $5,532.02 | Arrowpoint Ins. Co. |
| 11/16/2018 | 11/16/2018 | $12,586.32 | Arrowpoint Ins. Co. |
| **Subtotal** | | **$37,961.45** | |
| 12/21/17 | 12/21/2017 | $989.00 | Catholic Mutual Relief Society |
| 01/03/18 | 1/3/2018 | $2,124.24 | Catholic Mutual Relief Society |
| 03/30/18 | 3/30/2018 | $16,188.96 | Catholic Mutual Relief Society |
| 4/10/2018 | 3/31/2018 | $1,786.60 | Catholic Mutual Relief Society |
| 4/10/2018 | 3/31/2018 | $4,767.62 | Catholic Mutual Relief Society |
| 4/18/2018 | 4/16/2018 | $6,977.90 | Catholic Mutual Relief Society |
| 6/27/2018 | 6/27/2018 | $8,645.15 | Catholic Mutual Relief Society |
| 7/2/2018 | 6/30/2018 | $181.57 | Catholic Mutual Relief Society |
| 7/3/2018 | 6/30/2018 | $16,756.58 | Catholic Mutual Relief Society |
| 7/17/2018 | 7/17/2018 | $16,334.82 | Catholic Mutual Relief Society |
| 10/5/2018 | 9/30/2018 | $3,020.50 | Catholic Mutual Relief Society |
| 10/12/2018 | 10/12/2018 | $6,223.58 | Catholic Mutual Relief Society |
| 10/29/2018 | 10/29/2018 | $7,124.19 | Catholic Mutual Relief Society |
| 11/7/2018 | 11/7/2018 | $5,277.96 | Catholic Mutual Relief Society |
| **Subtotal** | | **$96,398.67** | |
| 8/30/2018 | 8/30/2018 | $1,763.00 | Contienental Casualty Co. |
| **Subtotal** | | **$1,763.00** | |
| 12/14/17 | 12/14/2017 | $689.78 | Great American Insurance Company |
| 01/22/18 | 1/22/2018 | $4,026.00 | Great American Insurance Company |

| Date | Date 2 | Amount | Payee |
|---|---|---|---|
| 02/23/18 | 2/23/2018 | $2,326.59 | Great American Insurance Company |
| 03/29/18 | 3/27/2018 | $1,759.20 | Great American Insurance Company |
| 03/29/18 | 3/27/2018 | $317.07 | Great American Insurance Company |
| 03/29/18 | 3/27/2018 | $1,676.36 | Great American Insurance Company |
| 3/29/2018 | 3/27/2018 | $163.40 | Great American Insurance Company |
| 3/29/2018 | 3/27/2018 | $365.50 | Great American Insurance Company |
| 4/27/2018 | 4/27/2018 | $500.84 | Great American Insurance Company |
| 4/27/2018 | 4/27/2018 | $1,767.68 | Great American Insurance Company |
| 4/27/2018 | 4/27/2018 | $1,495.41 | Great American Insurance Company |
| 5/1/2018 | 4/30/2018 | $2,114.84 | Great American Insurance Company |
| 5/31/2018 | 5/31/2018 | $2,512.55 | Great American Insurance Company |
| 6/19/2018 | 6/19/2019 | $1,122.06 | Great American Insurance Company |
| 6/28/2018 | 6/28/2018 | $5,095.70 | Great American Insurance Company |
| 7/24/2018 | 7/24/2018 | $4,653.03 | Great American Insurance Company |
| 8/27/2018 | 8/27/2018 | $2,798.83 | Great American Insurance Company |
| 10/5/2018 | 9/30/2018 | $6,160.11 | Great American Insurance Company |
| 10/29/2018 | 10/29/2018 | $161.83 | Great American Insurance Company |
| 11/20/2018 | 11/20/2018 | $486.85 | Great American Insurance Company |
| **Subtotal** | | **$40,193.63** | |
| 01/03/18 | 12/29/2017 | $20,059.70 | Riverstone Ins. Co. |
| 5/16/2018 | 5/16/2018 | $27,688.41 | Riverstone Ins. Co. |
| 7/9/2018 | 7/9/2018 | $18,802.90 | Riverstone Ins. Co. |
| 8/16/2018 | 8/16/2018 | $1,270.01 | Riverstone Ins. Co. |
| 10/23/2018 | 10/23/2018 | $16,721.47 | Riverstone Ins. Co. |
| **Subtotal** | | **$84,542.49** | |
| 12/12/17 | 12/12/2017 | $18,025.28 | Travelers |
| 03/06/18 | 3/6/2018 | $16,083.27 | Travelers |
| 4/10/2018 | 3/31/2018 | $19,804.00 | Travelers |
| 6/27/2018 | 6/27/2018 | $25,526.35 | Travelers |
| 8/8/2018 | 7/31/2018 | $22,900.35 | Travelers |
| 11/6/2018 | 10/31/2018 | $53,864.18 | Travelers |
| **Subtotal** | | **$156,203.43** | |
| **Total** | | **$824,521.36** | |

# EXHIBIT B

## Pre-Petition Amounts Due from Insurance Carriers and Post-Petition Payments from Insurance Carriers

| Insurance Carrier | Outstanding Receivable As of Petition Date | Amount Paid Post-Petition and Held in Trust | Amount Paid Post-Petition and Applied to Invoice |
|---|---|---|---|
| St. Paul Fire & Marine/Travelers | $ 2,922.51 | $ 2,922.51 | $ - |
| Arrowpoint Insurance Co. | $ 1,438.90 | $ 1,432.50 | $ - |
| Catholic Mutual Insurance Co. | $ 13,526.34 | $ 1,505.93 | $ 4,935.61 |
| Great American Insurance Co. | $ 1,298.54 | $ 1,298.54 | $ - |
| Riverstone Insurance Co. | $ 2,235.04 | $ - | $ 2,235.04 |
| **Total** | **$ 21,421.33** | **$ 7,159.48** | **$ 7,170.65** |

| | |
|---|---|
| **Total Due on the Petition Date from Insurance Carriers for Pre-petition Services** | **$ 21,421.33** |
| **Total Received Post-Petition from Insurance Carriers for Pre-petition Services** | **$ 14,330.13** |