In re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
Corporation sole,

Chapter 11

Case No. 18-13027-t11

    Debtor-in Possession.

## APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    I, Vito de la Cruz, hereby apply to the Court, pursuant to Local Rule 9010-1(c), for permission to appear and participate *pro hac vice* in the above-captioned Chapter 11 case on behalf of victims of sexual abuse perpetrated by priests and employees of the Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole and the Debtor herein.

    In support of this application, I hereby certify that:

1. I am a member in good standing of the state bars of Washington, Montana, Oregon, and California.
2. I have read and am familiar with the Court's local rules.
3. I have associated with a resident member of the bar of this Court.

    Based upon the foregoing, I respectfully request that the Court enter the Order Admitting Attorney *Pro Hac Vice* submitted contemporaneously herewith.

    Respectfully submitted

     /s/ Vito de la Cruz
Vito de la Cruz
TAMAKI LAW
1340 N. 16th Avenue, Suite C
Yakima, Washington 98902
(509) 248-8338
Fax: (509) 452-4225
vito@tamakilaw.com

-and-

   */s/ Carlos E. Sedillo*
Carlos E. Sedillo
FADDUOL, CLUFF, HARDY & CONAWAY, P.C.
3301 San Mateo Boulevard NE
Albuquerque, New Mexico 87110
(505) 243-6045
Fax: (505) 243-6642
csedillo@fchclaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 21, 2019, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

*/s/ Vito de la Cruz*