
## Deposits and other credits

*4421     1000 00*
*4422     9390 69*

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 02/01/19 | Deposit | 0000005360 | 813002652390129 | 11,390.69 |
| 02/01/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300980881063 INDN:ROMAN CATHOLIC CHURCH CO ID:1752598308 CCD PMT INFO:39300980881063 ROMAN CATHOLIC CHURCH 0 13119 | | 902532006524907 | 40.00 |
| 02/04/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300981195166 INDN:ARCHDIOSF RETREAT CTRS CO ID:1752598308 CCD PMT INFO:39300981195166 ARCHDIOSF RETREAT CTRS 0 20119 | | 902535009489378 | 82.40 |
| 02/04/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300980881063 INDN:ROMAN CATHOLIC CHURCH CO ID:1752598308 CCD PMT INFO:39300980881063 ROMAN CATHOLIC CHURCH 0 20119 | | 902535009489376 | 70.00 |
| 02/05/19 | Preencoded Deposit | 0000000001 | 813008452857627 | 135,855.77 |
| 02/05/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300980881063 INDN:ROMAN CATHOLIC CHURCH CO ID:1752598308 CCD PMT INFO:39300980881063 ROMAN CATHOLIC CHURCH 0 20419 | | 902536004630672 | 130.00 |

*4421     80.00*
*3313. 4520     2 40*

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 02/05/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300981195166 INDN:ARCHDIOSF RETREAT CTRS CO ID:1752598308 CCD PMT INFO:39300981195166 ARCHDIOSF RETREAT CTRS 0 20419 | | 902536004630674 | 82.40 |
| 02/05/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300980881063 INDN:ROMAN CATHOLIC CHURCH CO ID:1752598308 CCD PMT INFO:39300980881063 ROMAN CATHOLIC CHURCH 0 20419 | | 902536004630670 | 20.00 |
| 02/06/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300980881063 INDN:ROMAN CATHOLIC CHURCH CO ID:1752598308 CCD PMT INFO:39300980881063 ROMAN CATHOLIC CHURCH 0 20519 | | 902537009610753 | 40.00 |
| 02/07/19 | Preencoded Deposit | 0000000001 | 813008152700954 | 40,634.10 |
| 02/07/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300981195166 INDN:ARCHDIOSF RETREAT CTRS CO ID:1752598308 CCD PMT INFO:39300981195166 ARCHDIOSF RETREAT CTRS 0 20619 | | 902538005831423 | 82.40 |
| 02/07/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300980881063 INDN:ROMAN CATHOLIC CHURCH CO ID:1752598308 CCD PMT INFO:39300980881063 ROMAN CATHOLIC CHURCH 0 20619 | | 902538005831421 | 10.00 |
| 02/07/19 | PAYPAL DES:VERIFYBANK ID:1004899056776 INDN:ROMAN CATHOLIC CHURCH CO ID:PAYPALRD33 PPD | | 902538005737709 | 0.12 |
| 02/07/19 | PAYPAL DES:VERIFYBANK ID:1004899056774 INDN:ROMAN CATHOLIC CHURCH CO ID:PAYPALRD33 PPD | | 902538005737710 | 0.04 |
| 02/08/19 | Preencoded Deposit | 0000000001 | 813008152968276 | 62,156.29 |
| 02/08/19 | BANKCARD-3241 DES:MTOT DEP ID:XXXXXXXXXX04002 INDN:ARCHDIOCESE OF SANTA F CO ID:5542324101 CCD | | 902538015700006 | 5,000.00 |
| 02/08/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300981195166 INDN:ARCHDIOSF RETREAT CTRS CO ID:1752598308 CCD PMT INFO:39300981195166 ARCHDIOSF RETREAT CTRS 0 20719 | | 902539007740094 | 103.00 |
| 02/11/19 | Preencoded Deposit | 0000000001 | 813008252643702 | 52,324.80 |
| 02/11/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300980881063 INDN:ROMAN CATHOLIC CHURCH CO ID:1752598308 CCD PMT INFO:39300980881063 ROMAN CATHOLIC CHURCH 0 20819 | | 902542011280170 | 400.00 |
| 02/12/19 | Preencoded Deposit | 0000000001 | 813008352075997 | 104,568.17 |

Handwritten annotations:
- 02/05/19: 4421 80.00 / 3313.4520 2.40
- 02/07/19: 4421 80.00 / 3313.4520 2.40
- 02/08/19 (BANKCARD): 3743.4105
- 02/08/19 (TSYS): 4421 100.00 / 3313 4520 3.00

continued on the next page


## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/12/19 | TSYS/TRANSFIRST  DES:BKCD STLMT ID:39300981195166  INDN:ARCHDIOSF RETREAT CTRS  CO ID:1752598308 CCD  PMT INFO:39300981195166  ARCHDIOSF RETREAT CTRS 0  21119 | | 902543009432055 *4330  75.00* *3306. 4520  2 25* | 77.25 |
| 02/14/19 | Preencoded Deposit | 0000000001 | 813008452043326 | 113,572.06 |
| 02/15/19 | ACCOUNT TRANSFER TRSF FROM ████████0078 1920653491 | | 906802150000601 | 126,754.00 |
| 02/15/19 | TSYS/TRANSFIRST  DES:BKCD STLMT ID:39300981195166  INDN:ARCHDIOSF RETREAT CTRS  CO ID:1752598308 CCD  PMT INFO:39300981195166  ARCHDIOSF RETREAT CTRS 0  21419 | | 902546004254600 *4330  300 00* *3306. 4520  9 00* | 309.00 |
| 02/15/19 | AMZN4LV91A47      DES:AmazonSmil ID:1R8OQRXLIFLTUJG  INDN:Archdiocese of Santa F  CO ID:9215319235 CCD  PMT INFO:payments.amazon.com ID#1R8OQRXLIFLTUJG | | 902545018214895 *4998* | 25.07 |
| 02/19/19 | TSYS/TRANSFIRST  DES:BKCD STLMT ID:39300981195166  INDN:ARCHDIOSF RETREAT CTRS  CO ID:1752598308 CCD  PMT INFO:39300981195166  ARCHDIOSF RETREAT CTRS 0  21519 *4330  50 00  3306  4520  1 50* | | 902550008630612 *4530 - 100 00  3304. 4520 - 93 20* | 51.50 |
| 02/20/19 | Deposit | | 813005252159923 *3731. 4105  50 00* | 243.20 |
| 02/21/19 | Deposit *4421 - 22,914 47* | 0000005360 | 813005352664414 | 28,357.71 |
| 02/21/19 | TSYS/TRANSFIRST  DES:BKCD STLMT ID:39300981195166  INDN:ARCHDIOSF RETREAT CTRS  CO ID:1752598308 CCD  PMT INFO:39300981195166  ARCHDIOSF RETREAT CTRS 0  22019 *4421  300.00*  *3313  4520  9 00* | | 902552005017206 | 309.00 |
| 02/22/19 | Preencoded Deposit | 0000000001 | 813008252591435 | 253,453.70 |
| 02/22/19 | ARCHDIOCESE ACA  DES:PAYMENT    ID:1 INDN:Archdiocese of SantaFe  CO ID:1856009986 CCD *1480* | | 902552010288952 | 226,698.00 |
| 02/22/19 | TSYS/TRANSFIRST  DES:BKCD STLMT ID:39300981195166  INDN:ARCHDIOSF RETREAT CTRS  CO ID:1752598308 CCD  PMT INFO:39300981195166  ARCHDIOSF RETREAT CTRS 0  22119 *4330  45.00  3306  4520  1.35  4421  160.00  3313  4520  4.80* | | 902553008720840 | 211.15 |
| 02/26/19 | Deposit *Uchims  4530 - 25.00* | | 813003052196742 | 25.00 |
| 02/27/19 | Preencoded Deposit | 0000000001 | 813008452106914 | 120,530.27 |
| 02/27/19 | TSYS/TRANSFIRST  DES:BKCD STLMT ID:39300981195166  INDN:ARCHDIOSF RETREAT CTRS  CO ID:1752598308 CCD  PMT INFO:39300981195166  ARCHDIOSF RETREAT CTRS 0  22619 *4330  130 00  3306. 4520  3 90* | | 902558007880137 | 133.90 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/27/19 | TSYS/TRANSFIRST DES:BKCD STLMT ID:39300980881063 INDN:ROMAN CATHOLIC CHURCH CO ID:1752598308 CCD PMT INFO:39300980881063 ROMAN CATHOLIC CHURCH 0 22619 | | 902558007880135 | 10.00 |
| 02/28/19 | Deposit | | 813003252925664 | 2,462.71 |
| **Total deposits and other credits** | | | | **$1,286,213.70** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/01/19 | ACCOUNT TRANSFER TRSF TO ████████0078 | 1921560055 | 906802010000557 | -107,369.35 |
| 02/01/19 | Summarized Debit | | | -9,809.22 |
| 02/04/19 | MERCHANT BANKCD DES:DEPOSIT ID:496271668881 INDN:ARCHDIOCESE OF SANTA F CO ID:GXXXXXXXXX CCD | | 902535011128001 | -38.48 |
| 02/04/19 | Summarized Debit | | | -4,546.74 |
| 02/04/19 | BANKCARD-3241 DES:MTOT DISC ID:420298303604002 INDN:ARCHDIOCESE OF SANTA F CO ID:5542324101 CCD | | 902532014373315 | -20.00 |
| 02/05/19 | Summarized Debit | | | -3,224.20 |
| 02/06/19 | Summarized Debit | | | -101,781.19 |
| 02/07/19 | TFR TRANSFER DEBIT CUR TRSF TO NM ████████0860 | | 906002072000011 | -133,999.34 |
| 02/07/19 | ROMAN CATHOL0021 DES:CASH C&D FL# 19038002763 INDN:SETT-BATCH 3856009986 CO ID:3856009986 CCD | | 900538014526358 | -6,171.38 |
| 02/07/19 | PAYPAL DES:VERIFYBANK ID:1004899056778 INDN:ROMAN CATHOLIC CHURCH CO ID:PAYPALRD33 PPD | | 902538005737721 | -0.16 |
| 02/08/19 | Summarized Debit | | | -10,212.00 |
| 02/11/19 | TSYS/TRANSFIRST DES:DISCOUNT ID:39300980881063 INDN:ROMAN CATHOLIC CHURCH CO ID:1752598308 CCD PMT INFO:39300980881063 ROMAN CATHOLIC CHURCH D ISCOUNT | | 902542009995319 | -72.57 |
| 02/11/19 | Summarized Debit | | | -29,453.51 |
| 02/11/19 | TSYS/TRANSFIRST DES:DISCOUNT ID:39300981195166 INDN:ARCHDIOSF RETREAT CTRS CO ID:1752598308 CCD PMT INFO:39300981195166 ARCHDIOSF RETREAT CTRS D ISCOUNT | | 902542009995317 | -58.45 |
| 02/12/19 | Summarized Debit | | | -32,323.98 |
| 02/13/19 | Summarized Debit | | | -14,871.15 |

*continued on the next page*


ARCHDIOCESE OF SANTA FE | Account ████████0021 | February 1, 2019 to February 28, 2019

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/14/19 | ROMAN CATHOL0021 DES:CASH C&D FL# 19045002857 INDN:SETT-BATCH 3856009986 CO ID:3856009986 CCD | | 900545020716752 | -3,482.28 |
| 02/14/19 | Summarized Debit | | | -45,457.74 |
| 02/15/19 | Summarized Debit | | | -36,370.39 |
| 02/19/19 | Summarized Debit | | | -202,043.38 |
| 02/20/19 | ACCOUNT TRANSFER TRSF TO ████████5601 | 1925650921 | 906802200000493 *1096* | -10,000.00 |
| 02/20/19 | Summarized Debit | | | -387,764.97 |
| 02/21/19 | TFR TRANSFER DEBIT CUR TRSF TO NM ████████0860 ✓ *PIR* | | 906002212000007 | -136,304.45 |
| 02/21/19 | ROMAN CATHOL0021 DES:CASH C&D FL# 19052002879 INDN:SETT-BATCH 3856009986 CO ID:3856009986 CCD | | 900552015430796 | -2,600.60 |
| 02/21/19 | Summarized Debit | | | -46,566.79 |
| 02/22/19 | ROMAN CATHOL0021 DES:CASH C&D FL# 19053000761 INDN:SETT-BATCH 3856009986 CO ID:3856009986 CCD | | 900553013132422 | -950.00 |
| 02/22/19 | Summarized Debit | | | -31,831.10 |
| 02/25/19 | Summarized Debit | | | -98,209.25 |
| 02/26/19 | RETURN ITEM CHARGEBACK *?. 3311.4520* | | 919702262070470 | -50.00 |
| 02/26/19 | Summarized Debit | | | -206,859.34 |
| 02/27/19 | TFR TRANSFER DEBIT CUR TRSF TO NM ████████0860 ✓ *PIR* | | 906002272000007 | -14,199.94 |
| 02/27/19 | Summarized Debit | | | -39,085.14 |
| 02/28/19 | TAX_REV_CRS_ECKS DES:TRD PMNT ID:XXXXXXXX INDN:ARCHDIOCESE OF SANTA F CO ID:1856000512 CCD *2110* | | 902558023412740 | -6,772.15 |
| 02/28/19 | Summarized Debit | | | -25,577.19 |
| 02/28/19 | TAX_REV_CRS_ECKS DES:TRD PMNT ID:XXXXXXXX INDN:ARCHDIOCESE OF SANTA F CO ID:1856000512 CCD *2110* | | 902558023412738 | -6,741.80 |
| 02/28/19 | Acceptiva, LLC DES:ONLINESERV ID:ferXmCnrw2 8607 INDN:Madonna IHM Retreat CO ID:0000118607 CCD *4225* | | 902559006712699 | -44.95 |

Total withdrawals and other debits                                    -$1,754,863.18

## Checks

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 02/07 | 159026 | 813005892750926 | -150.00 |

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 02/07 | 159080* | 813005892862414 | -899.97 |
| **Total checks** | | | **-$1,049.97** |
| **Total # of checks** | | | **2** |

\* *There is a gap in sequential check numbers*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 4,583,554.56 | 02/12 | 4,662,239.33 | 02/21 | 4,046,399.12 |
| 02/04 | 4,579,101.74 | 02/13 | 4,647,368.18 | 02/22 | 4,493,980.87 |
| 02/05 | 4,711,965.71 | 02/14 | 4,712,000.22 | 02/25 | 4,395,771.62 |
| 02/06 | 4,610,224.52 | 02/15 | 4,802,717.90 | 02/26 | 4,188,887.28 |
| 02/07 | 4,509,730.33 | 02/19 | 4,600,726.02 | 02/27 | 4,256,276.37 |
| 02/08 | 4,566,777.62 | 02/20 | 4,203,204.25 | 02/28 | 4,219,602.99 |
| 02/11 | 4,589,917.89 | | | | |

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

This page intentionally left blank

**Summary**

**Cash Account: 1096 Cash WC Claims B of America**
**Reconciliation ID: February 2019 Bank Rec**
**Reconciliation Date: 2/28/2019**
**Status: Locked**

| | |
|---|---:|
| Bank Balance | 12,658.34 |
| Less Outstanding Checks/Vouchers | 0.00 |
| Plus Deposits in Transit | 0.00 |
| Plus or Minus Other Cash Items | 0.00 |
| Plus or Minus Suspense Items | (3,717.07) |
| Reconciled Bank Balance | 8,941.27 |
| Balance Per Books | 8,941.27 |
| Unreconciled Difference | 0.00 |

**Click the Next Page toolbar button to view details.**

**Detail**

**Cash Account: 1096 Cash WC Claims B of America**
**Reconciliation ID: February 2019 Bank Rec**
**Reconciliation Date: 2/28/2019**
**Status: Locked**

**Outstanding Suspense Items**

| Item Number | Date | Description | Amount |
|---|---|---|---|
| O/S Checks | 2/28/2019 | Outstanding Checks | (3,717.07) |
| Outstanding Suspense Items | | | (3,717.07) |

**Detail**

**Cash Account: 1096 Cash WC Claims B of America**
**Reconciliation ID: February 2019 Bank Rec**
**Reconciliation Date: 2/28/2019**
**Status: Locked**

**Cleared Other Cash Items**

| Document Number | Document Date | Document Description | Document Amount |
|---|---|---|---|
| JE3576 | 2/28/2019 | Operating Bank Activity | 10,000.00 |
| JE7575 | 2/28/2019 | Record W/C expense | (7,631.66) |
| Cleared Other Cash Items | | | 2,368.34 |

 1096



Bank of America
Merrill Lynch

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

🔗 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE
DEBTOR IN POSSESSION CASE 18-13024
ERS COMPENSATION CLAIMS ACCOUNT
4000 SAINT JOSEPHS PL NW
ALBUQUERQUE, NM 87120-1714

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking

for February 1, 2019 to February 28, 2019                  Account number: ▮▮▮▮ 5601

**ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE    DEBTOR IN POSSESSION CASE 18-13024    ERS
COMPENSATION CLAIMS ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2019 | $11,077.52 | # of deposits/credits: 1 |
| Deposits and other credits | 10,000.00 | # of withdrawals/debits: 39 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 28 |
| Checks | -8,419.18 | Average ledger balance: $9,729.86 |
| Service fees | -0.00 | |
| **Ending balance on February 28, 2019** | **$12,658.34** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

*How to Contact Us* - You may call us at the telephone number listed on the front of this statement.

*Updating your contact information* - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

*Deposit agreement* - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

*Electronic transfers: In case of errors or questions about your electronic transfers* - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

*Reporting other problems* - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

*Direct deposits* - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

 **Bank of America**
**Merrill Lynch**

# Your checking account

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE   |   Account # ███████ 5601   |   February 1, 2019 to February 28, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/20/19 | ACCOUNT TRANSFER TRSF FROM ████ 0021 1925650921 | | 906802200008964 | 10,000.00 |

**Total deposits and other credits**      **$10,000.00**

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 02/12 | 18611 | 813004392828715 | -40.26 | 02/05 | 18708* | 813005492794028 | -129.86 |
| 02/12 | 18638* | 813004492878709 | -110.72 | 02/12 | 18709 | 813004392828716 | -213.01 |
| 02/01 | 18658* | 813005092735907 | -460.46 | 02/12 | 18710 | 813004392828719 | -21.68 |
| 02/06 | 18664* | 813001452871437 | -15.02 | 02/19 | 18711 | 813005092916387 | -100.36 |
| 02/06 | 18665 | 813001452871440 | -15.02 | 02/12 | 18712 | 813004492878708 | -110.72 |
| 02/12 | 18669* | 813004392828717 | -21.68 | 02/19 | 18713 | 813004992458647 | -378.32 |
| 02/01 | 18673* | 813005092735909 | -460.46 | 02/11 | 18714 | 813004292853763 | -460.46 |
| 02/04 | 18683* | 813005292589681 | -8.24 | 02/22 | 18716* | 813008592859505 | -167.05 |
| 02/06 | 18685* | 813001452871439 | -15.02 | 02/21 | 18717 | 813008492403075 | -73.91 |
| 02/06 | 18686 | 813001452871438 | -15.02 | 02/25 | 18718 | 813008792859549 | -1,745.72 |
| 02/01 | 18691* | 813009492798648 | -767.40 | 02/21 | 18719 | 813008492403076 | -118.00 |
| 02/12 | 18692 | 813004392828718 | -21.68 | 02/26 | 18720 | 813009192037920 | -136.96 |
| 02/01 | 18697* | 813005092735908 | -460.46 | 02/21 | 18721 | 813008492098758 | -111.00 |
| 02/06 | 18699* | 813005692851394 | -153.17 | 02/21 | 18722 | 813008492403077 | -114.52 |
| 02/06 | 18700 | 813005692851393 | -354.91 | 02/20 | 18723 | 813005392132354 | -271.10 |
| 02/06 | 18701 | 813008492348083 | -214.88 | 02/22 | 18725* | 813008692591113 | -45.86 |
| 02/07 | 18702 | 813008592762212 | -180.73 | 02/20 | 18727* | 813005392235982 | -129.86 |
| 02/08 | 18703 | 813008692663387 | -73.91 | 02/28 | 18733* | 813004392089365 | -378.32 |
| 02/04 | 18704 | 813005292589683 | -8.24 | 02/25 | 18734 | 813008892692360 | -269.33 |
| 02/08 | 18705 | 813008792152055 | -45.86 | | | | |

**Total checks**      **-$8,419.18**
**Total # of checks**      **39**

*•* *There is a gap in sequential check numbers*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 8,928.74 | 02/08 | 7,698.86 | 02/21 | 15,401.58 |
| 02/04 | 8,912.26 | 02/11 | 7,238.40 | 02/22 | 15,188.67 |
| 02/05 | 8,782.40 | 02/12 | 6,698.65 | 02/25 | 13,173.62 |
| 02/06 | 7,999.36 | 02/19 | 6,219.97 | 02/26 | 13,036.66 |
| 02/07 | 7,818.63 | 02/20 | 15,819.01 | 02/28 | 12,658.34 |

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

This page intentionally left blank

**Outstanding Checklist**
**Bank of America**
**Feb-19**

| Check No. | Check Date | Amount |
|-----------|-----------|--------|
| 18622 | 11/29/2018 | 21.68 |
| 18636 | 12/13/2018 | 21.68 |
| 18652 | 12/27/2018 | 21.68 |
| 18706 | 1/31/2019 | 15.02 |
| 18707 | 1/31/2019 | 15.02 |
| 18715 | 2/12/2019 | 100.00 |
| 18724 | 2/14/2019 | 8.24 |
| 18726 | 2/14/2019 | 15.02 |
| 18728 | 2/14/2019 | 15.02 |
| 18729 | 2/20/2019 | 460.46 |
| 18730 | 2/21/2019 | 21.68 |
| 18731 | 2/21/2019 | 100.36 |
| 18732 | 2/21/2019 | 110.72 |
| 18735 | 2/26/2019 | 58.00 |
| 18736 | 2/26/2019 | 355.86 |
| 18737 | 2/26/2019 | 471.46 |
| 18738 | 2/26/2019 | 1,099.57 |
| 18739 | 2/26/2019 | 805.60 |

Total $ 3,717.07

12,658.34
(3,717.07)
8,941.27

-

6,572.93
10,000.00
(7,631.66)
8,941.27

# Check Register

**Archdiocese of Santa Fe - Feb 2019**

### For Period 2/1/2019 to 3/1/2019

by adjusting alternatives

| Type | Check # | Check Date | Claim Number | Payee Name | Corp ID | Void Date | Year | Type | Pay Cat | Claimant Name | Amount |
|------|---------|-----------|--------------|------------|---------|-----------|------|------|---------|---------------|--------|
| V | 18117 | 02/11/19 | 100001622A | ███████ | 0154A | 02/11/19 | ASF30 | | M99 | ███████ | -623.50 |

<table>
<tr><td colspan="6" align="center">* These are Checks that were VOIDED during the period,<br>and may not appear in the Check section below.</td><td colspan="2">Number of Checks:</td><td>1</td></tr>
<tr><td colspan="6"></td><td colspan="2" align="right">Total:</td><td>($623.50)</td></tr>
</table>

| Type | Check # | Check Date | Claim Number | Payee Name | Corp ID | Year | Type | Pay Cat | Claimant Name | Amount |
|------|---------|-----------|--------------|------------|---------|------|------|---------|---------------|--------|
| C | 18710 | 02/08/19 | 100001673A | ███████ | 0002A | ASF31 | | P4 | ███████ | 21.68 |
| C | 18711 | 02/08/19 | 100001593A | ███████ | 0170A | ASF29 | | P4 | | 100.36 |
| C | 18712 | 02/08/19 | 100001427A | ███████ | 0003A | ASF26 | | P4 | | 110.72 |
| C | 18713 | 02/08/19 | 100001191A | ███████ | 0159A | ASF22 | | P4 | | 378.32 |
| C | 18714 | 02/08/19 | 100001107A | ███████ | 0015A | ASF21 | | P4 | | 460.46 |
| C | 18715 | 02/12/19 | 100001705A | | 0017A | ASF32 | | M1 | | 100.00 |
| C | 18716 | 02/13/19 | 100001710A | MCLEOD MEDICAL CENTERS OF | 0051A | ASF32 | | M1 | | 167.05 |
| C | 18717 | 02/13/19 | 100001656A | NEW MEXICO ORTHOPAEDIC AS | 0006A | ASF31 | | M97 | | 73.91 |
| C | 18718 | 02/13/19 | 100001700A | ONE CALL MEDICAL INC | 0151A | ASF32 | | M98 | | 1745.72 |
| C | 18719 | 02/13/19 | 100001700A | NEW MEXICO ORTHOPAEDIC AS | 0151A | ASF32 | | M1 | | 118.00 |
| C | 18720 | 02/13/19 | 100000027A | MITCHELL INTERNATIONAL INC. | 0151A | ASF09 | | M3 | | 136.96 |
| C | 18721 | 02/14/19 | 100001663A | UNM HEALTH SCIENCES CTR | 0170A | ASF31 | | M5 | | 111.00 |
| C | 18722 | 02/14/19 | 100001656A | NEW MEXICO ORTHOPAEDIC AS | 0006A | ASF31 | | M97 | | 114.52 |
| C | 18723 | 02/14/19 | 100001673A | | 0002A | ASF31 | | P4 | | 271.10 |
| C | 18724 | 02/14/19 | 100001600A | ███████ | 0153A | ASF30 | | P4 | | 8.24 |
| C | 18725 | 02/14/19 | 100001562A | ███████ | 0170A | ASF29 | | P4 | | 45.86 |
| C | 18726 | 02/14/19 | 100001627A | ███████ | 0161A | ASF30 | | P4 | | 15.02 |
| C | 18727 | 02/14/19 | 100001395A | ███████ | 0013A | ASF25 | | P4 | | 129.86 |
| C | 18728 | 02/14/19 | 100001627A | | 0161A | ASF30 | | P4 | | 15.02 |
| C | 18729 | 02/20/19 | 100001107A | | 0015A | ASF21 | | P4 | | 460.46 |
| C | 18730 | 02/21/19 | 100001673A | | 0002A | ASF31 | | P4 | | 21.68 |
| C | 18731 | 02/21/19 | 100001593A | | 0170A | ASF29 | | P4 | | 100.36 |
| C | 18732 | 02/21/19 | 100001427A | | 0003A | ASF26 | | P4 | | 110.72 |
| C | 18733 | 02/21/19 | 100001191A | | 0159A | ASF22 | | P4 | | 378.32 |
| C | 18734 | 02/22/19 | 100001681A | CORVEL CORP | 0000A | ASF32 | | M99 | | 269.33 |
| C | 18735 | 02/26/19 | 100001704A | XRAY ASSOCIATES OF NM | 0013A | ASF32 | | M98 | | 58.00 |
| C | 18736 | 02/26/19 | 100001697A | KASEMAN PRESBYTERIAN | 0013A | ASF32 | | M1 | | 355.86 |
| C | 18737 | 02/26/19 | 100001708A | NEXTCARE NEW MEXICO LLC | 0151A | ASF32 | | M1 | | 471.46 |
| C | 18738 | 02/26/19 | 100001700A | DR POLA RICHARDSON DOM LL | 0151A | ASF32 | | M1 | | 1099.57 |
| C | 18739 | 02/26/19 | 100000027A | MITCHELL INTERNATIONAL INC. | 0151A | ASF09 | | M3 | | 805.60 |

<table>
<tr><td colspan="6" align="center">* This total includes Checks that have been VOIDED and<br>MAY appear in the Voided Check section above.</td><td colspan="2">Number of Checks:</td><td>30</td></tr>
<tr><td colspan="6"></td><td colspan="2" align="right">Total:</td><td>$8,255.16</td></tr>
</table>

| | |
|---|---|
| Total Checks: | 31 |
| Grand Total: | $7,631.66 |

**Summary**

**Cash Account: 1070 Cash in Bank - W/C Self Insurance**
**Reconciliation ID: February WC Bank Rec**
**Reconciliation Date: 2/28/2019**
**Status: Locked**

| | |
|---|---:|
| Bank Balance | 775,356.30 |
| Less Outstanding Checks/Vouchers | 0.00 |
| Plus Deposits in Transit | 0.00 |
| Plus or Minus Other Cash Items | 0.00 |
| Plus or Minus Suspense Items | 0.00 |
| Reconciled Bank Balance | 775,356.30 |
| Balance Per Books | 775,356.30 |
| Unreconciled Difference | 0.00 |

**Click the Next Page toolbar button to view details.**

**Detail**

**Cash Account: 1070 Cash in Bank - W/C Self Insurance**
**Reconciliation ID: February WC Bank Rec**
**Reconciliation Date: 2/28/2019**
**Status: Locked**

**Cleared Other Cash Items**

| Document Number | Document Date | Document Description | Document Amount |
|---|---|---|---|
| JE7582 | 2/28/2019 | Prop. Ins. Cash Reserve Acct. 2/2019 | 40,784.00 |
| Cleared Other Cash Items | | | 40,784.00 |



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

))) Customer service: 1.888.400.9009

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ARCHDIOCESE OF SANTA FE
DEBTOR IN POSSESSION CASE 18-13024
SELF INSURANCE RESERVE
4000 SAINT JOSEPHS PL NW
ALBUQUERQUE, NM 87120-1714

| Please see the **Important Messages - Please Read** section of your statement for important details that could impact you. |

# Your Full Analysis Business Checking

for February 1, 2019 to February 28, 2019      Account number: ▮▮▮▮ 6317

**ARCHDIOCESE OF SANTA FE    DEBTOR IN POSSESSION CASE 18-13024    SELF INSURANCE RESERVE**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on February 1, 2019 | $734,572.30 | # of deposits/credits: 1 |
| Deposits and other credits | 40,784.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 28 |
| Checks | -0.00 | Average ledger balance: $754,964.30 |
| Service fees | -0.00 | |
| Ending balance on February 28, 2019 | $775,356.30 | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**Bank of America** 🦅
**Merrill Lynch**

ARCHDIOCESE OF SANTA FE   |   Account #██████6317   |   February 1, 2019 to February 28, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 02/15/19 | ACCOUNT TRANSFER TRSF FROM ██████0078 1921058080 | | 906802150000621 | 40,784.00 |
| **Total deposits and other credits** | | | | **$40,784.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 02/01 | 734,572.30 | 02/15 | 775,356.30 |

Case 18-13027-t11    Doc 136-2    Filed 03/22/19    Entered 03/22/19 15:29:23 Page 24 of 43

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

This page intentionally left blank

**Summary**

**Cash Account: 1085 Cash in Bank-Prop. Ins. Reserve**
**Reconciliation ID: February 2019 Prop Ins Res 1085**
**Reconciliation Date: 2/28/2019**
**Status: Locked**

| | |
|---|---:|
| Bank Balance | 596,327.13 |
| Less Outstanding Checks/Vouchers | 0.00 |
| Plus Deposits in Transit | 0.00 |
| Plus or Minus Other Cash Items | 0.00 |
| Plus or Minus Suspense Items | 0.00 |
| Reconciled Bank Balance | 596,327.13 |
| Balance Per Books | 596,327.13 |
| Unreconciled Difference | 0.00 |

**Click the Next Page toolbar button to view details.**

**Detail**

**Cash Account: 1085 Cash in Bank-Prop. Ins. Reserve**
**Reconciliation ID: February 2019 Prop Ins Res 1085**
**Reconciliation Date: 2/28/2019**
**Status: Locked**

**Cleared Other Cash Items**

| Document Number | Document Date | Document Description | Document Amount |
|---|---|---|---|
| JE7582 | 2/28/2019 | Prop. Ins. Cash Reserve Acct. 2/2019 | (60,168.65) |
| Cleared Other Cash Items | | | (60,168.65) |



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa,  FL 33622-5118

ARCHDIOCESE OF SANTA FE
DEBTOR IN POSSESSION CASE 18-13024
4000 SAINT JOSEPHS PL NW
ALBUQUERQUE, NM 87120-1714

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking

for February 1, 2019 to February 28, 2019                    Account number: ████ 0078

**ARCHDIOCESE OF SANTA FE    DEBTOR IN POSSESSION CASE 18-13024**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2019 | $656,495.78 | # of deposits/credits: 1 |
| Deposits and other credits | 107,369.35 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -167,538.00 | # of days in cycle: 28 |
| Checks | -0.00 | Average ledger balance: $680,096.13 |
| Service fees | -0.00 | |
| Ending balance on February 28, 2019 | $596,327.13 | |

*GL# 1085*

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

**Bank of America Merrill Lynch**

ARCHDIOCESE OF SANTA FE | Account [REDACTED]0078 | February 1, 2019 to February 28, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | | Amount |
|------|------------------------|--------------------|--------------------|------|----------|
| 02/01/19 | ACCOUNT TRANSFER TRSF FROM[REDACTED]60021 | 1921560055 | 906802010000548 | C/F | 107,369.35 |

| | | | | | |
|---|---|---|---|---|---|
| **Total deposits and other credits** | | | | | **$107,369.35** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | | Amount |
|------|------------------------|--------------------|--------------------|------|----------|
| 02/15/19 | ACCOUNT TRANSFER TRSF TO[REDACTED]60021 | 1920653491 | 906802150000595 | C/F | -126,754.00 |
| 02/15/19 | ACCOUNT TRANSFER TRSF TO[REDACTED]706317 | 1921058080 | 906802150000594 | wk | -40,784.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total withdrawals and other debits** | | | | | **-$167,538.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 02/01 | 763,865.13 | 02/15 | 596,327.13 |

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

This page intentionally left blank

**Summary**

**Cash Account: 1040 Cash in Bank - P/R**
**Reconciliation ID: February 2019 Payroll 1040**
**Reconciliation Date: 2/28/2019**
**Status: Locked**

| | |
|---|---|
| Bank Balance | 0.00 |
| Less Outstanding Checks/Vouchers | 0.00 |
| Plus Deposits in Transit | 0.00 |
| Plus or Minus Other Cash Items | 0.00 |
| Plus or Minus Suspense Items | 0.00 |
| Reconciled Bank Balance | 0.00 |
| Balance Per Books | 0.00 |
| Unreconciled Difference | 0.00 |

**Click the Next Page toolbar button to view details.**

**Detail**

**Cash Account: 1040 Cash in Bank - P/R**
**Reconciliation ID: February 2019 Payroll 1040**
**Reconciliation Date: 2/28/2019**
**Status: Locked**

**Outstanding Other Cash Items**

| Document Number | Document Date | Document Description | Document Amount |
|---|---|---|---|
| JE7532 | 2/8/2019 | Payroll Lay Feb. 8'2019 | (134,727.75) |
| JE7533 | 2/22/2019 | Payroll Lay Feb. 22'2019 | (136,304.45) |
| JE7529 | 2/28/2019 | Priest Payroll Feb. 28'2019 | (13,988.58) |
| JE7579 | 2/28/2019 | Payroll Dep.& Svc. Charge for 2/19 | 285,020.78 |
| | | | |
| Outstanding Other Cash Items | | | 0.00 |



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

))) Customer service: 1.888.400.9009

✶ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ARCHDIOCESE OF SANTA FE
DEBTOR IN POSSESSION CASE 18-13024
PAYROLL ACCT
4000 SAINT JOSEPHS PL NW
ALBUQUERQUE, NM 87120-1714

| Please see the **Important Messages - Please Read** section of your statement for important details that could impact you. |
|---|

# Your Full Analysis Business Checking

for February 1, 2019 to February 28, 2019          Account number: ▉▉▉▉0860

**ARCHDIOCESE OF SANTA FE      DEBTOR IN POSSESSION CASE 18-13024      PAYROLL ACCT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2019 | $0.00 | # of deposits/credits: 3 |
| Deposits and other credits | 284,503.73 | # of withdrawals/debits: 8 |
| Withdrawals and other debits | -284,503.73 | # of days in cycle: 28 |
| Checks | -0.00 | Average ledger balance: $0.00 |
| Service fees | -0.00 | |
| Ending balance on February 28, 2019 | $0.00 | |

*GL 1040*

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**


ARCHDIOCESE OF SANTA FE  |  Account # ████████ 0860  |  February 1, 2019 to February 28, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | | Amount |
|------|------------------------|--------------------|--------------  |---|--------|
| 02/07/19 | TFR TRANSFER CREDIT CUR TRSF FR NM ██████ 0021 | | 906002072000011 | C/F | 133,999.34 |
| 02/21/19 | TFR TRANSFER CREDIT CUR TRSF FR NM ██████ 0021 | | 906002212000007 | C/F | 136,304.45 |
| 02/27/19 | TFR TRANSFER CREDIT CUR TRSF FR NM █████ 0021 | | 906002272000007 | C/F | 14,199.94 |
| **Total deposits and other credits** | | | | | **$284,503.73** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | | Amount |
|------|------------------------|--------------------|--------------  |---|--------|
| 02/07/19 | PAYCOR INC.    DES:DD - Fund ID:521745080875270  INDN:ROMAN CATHOLIC CHURCH  CO ID:2311299990 CCD | | 902537011547694 | PR | -97,460.20 |
| 02/07/19 | PAYCOR INC.    DES:tax fund ID:125100285523566  INDN:ROMAN CATHOLIC CHURCH  CO ID:1311299990 CCD | | 902537011547696 | TAX | -36,051.02 |
| 02/07/19 | PAYCOR INC.    DES:SVC-PAYCOR ID:43576434625750  INDN:ROMAN CATHOLIC CHURCH  CO ID:4311299990 CCD | | 902537012064813 | SVC | -488.12 |
| 02/21/19 | PAYCOR INC.    DES:DD - Fund ID:499262992738890  INDN:ROMAN CATHOLIC CHURCH  CO ID:2311299990 CCD | | 902551013405376 | PR | -99,956.46 |
| 02/21/19 | PAYCOR INC.    DES:tax fund ID:783483136828280  INDN:ROMAN CATHOLIC CHURCH  CO ID:1311299990 CCD | | 902551013405378 | TAX | -36,347.99 |
| 02/27/19 | PAYCOR INC.    DES:DD - Fund ID:167591256936600  INDN:ROMAN CATHOLIC CHURCH  CO ID:2311299990 CCD | | 902557003350482 | PR | -11,163.58 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | | Amount |
|------|------------------------|--------------------|----------------|---|--------|
| 02/27/19 | PAYCOR INC.    DES:tax fund ID:151854209193370  INDN:ROMAN CATHOLIC CHURCH  CO ID:1311299990 CCD | | 902557003350484 | *TAX* | -2,825.00 |
| 02/27/19 | PAYCOR INC.    DES:SVC-PAYCOR ID:64257980781299  INDN:ROMAN CATHOLIC CHURCH  CO ID:4311299990 CCD | | 902557003350488 | *SVC* | -211.36 |

**Total withdrawals and other debits**                                   **-$284,503.73**

$$PR = 208,580.24$$
$$TAX = 75,224.01$$
$$SVC = \underline{\quad 699.48 \quad}$$
$$284,503.73$$

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

This page intentionally left blank