# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
Corporation sole,

Chapter 11

Case No. 18-13027-t11

    Debtor-in Possession.

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

TAMAKI LAW OFFICES (Vito de la Cruz), hereby gives notice of his appearance herein on behalf of various tort claimants, and requests that copies of all notices and pleadings be provided to him at the address below.

    Respectfully submitted,

    */s/ Vito de la Cruz*
    Vito de la Cruz
    TAMAKI LAW
    1340 N. 16th Avenue, Suite C
    Yakima, Washington 98902
    (509) 248-8338
    Fax: (509) 452-4225
    vito@tamakilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

*/s/ Vito de la Cruz*