UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF THE　　　　　Chapter 11
ARCHDIOCESE OF SANTA FE, a New Mexico
Corporation sole,　　　　　　　　　　　　　　Case No. 18-13027-t11

　　　Debtor-in Possession.

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

FADDUOL, CLUFF, HARDY & CONAWAY, P.C. (Carlos E. Sedillo, Sam L. Fadduol, Manuel Hernandez, and Christopher Winters), hereby gives notice of their appearance herein on behalf of various tort claimants, and requests that copies of all notices and pleadings be provided to them at the address below.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　 */s/ Carlos E. Sedillo*
　　　　　　　　　　　　　　　　Carlos E. Sedillo
　　　　　　　　　　　　　　　　Sam L. Fadduol
　　　　　　　　　　　　　　　　Manuel Hernandez
　　　　　　　　　　　　　　　　Christopher Winters
　　　　　　　　　　　　　　　　FADDUOL, CLUFF, HARDY & CONAWAY, P.C.
　　　　　　　　　　　　　　　　3301 San Mateo Boulevard NE
　　　　　　　　　　　　　　　　Albuquerque, New Mexico 87110
　　　　　　　　　　　　　　　　(505) 243-6045
　　　　　　　　　　　　　　　　Fax: (505) 243-6642
　　　　　　　　　　　　　　　　csedillo@fchclaw.com
　　　　　　　　　　　　　　　　sfadduol@fchclaw.com
　　　　　　　　　　　　　　　　mhernandez@fchclaw.com
　　　　　　　　　　　　　　　　cwinters@fchclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

*/s/ Carlos E. Sedillo*