## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................ $   **37,590,598.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................................... $   **14,748,760.66**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................ $   **52,339,358.66**

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $   **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... +$   **3,751,736.56**

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b   $   **3,751,736.56**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor name **Roman Catholic Church of the Archdiocese of Santa Fe**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) **18-13027**

☑ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets – Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Candelaria Lopez**
124 Santa Ana Road
Bernalillo, NM 87004

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **5/2018**

Basis for the claim: **Personal injury claim**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Catherine Collins**
c/o Prince, Schmidt, Korte and Baca
2905 Rodeo Park Dr. East, Building 2
Santa Fe, NM 87505

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **6/2017**

Basis for the claim: **Personal injury claim**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christine B. Romero**
c/o Pierre Levy of O'Friel and Levy
PO Box 2084
Santa Fe, NM 87504

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **_**

Basis for the claim: **Breach of Employment Contract Claim**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Church of Ascension**
2150 Raymac SW
Albuquerque, NM 87105

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **_**

Basis for the claim: **Indemnification/Contribution**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

Case 18-13027-t11    Doc 148    Filed 04/01/19    Entered 04/01/19 16:05:23 Page 2 of 26

| | | | |
|---|---|---|---|
| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Church of the Incarnation**<br>**2309 Monterrey Road NE**<br>**Rio Rancho, NM 87144** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Indemnification/Contribution__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
| | **Claimant C.M.**<br>**Tinkler Law Firm**<br>**309 Johnson Street**<br>**Santa Fe, NM 87501** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
| | **Claimant D.G.**<br>**Tinkler Law Firm**<br>**309 Johnson Street**<br>**Santa Fe, NM 87501** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only__ | |
| | Last 4 digits of account number __ | | |
| | | is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
| | **Claimant J.N.**<br>**Tinkler Law Firm**<br>**309 Johnson Street**<br>**Santa Fe, NM 87501** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
| | **Claimants**<br>**c/o Tinkler Law Firm**<br>**309 Johnson Street**<br>**Santa Fe, NM 87501** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Cristo Rey Parish**<br>**1120 Canyon Road**<br>**Santa Fe, NM 87501** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Indemnification/Contribution__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
| --- | --- | --- | --- |
| | **Diocese of Gallup**<br>**503 W Highway 66**<br>**Gallup, NM 87301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/2016 | Basis for the claim:  **Pledged amount paid over a five year period** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Emma Banuelos**<br>**240 County Road 303**<br>**Seminole, TX 79360** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  3/2018 | Basis for the claim:  **Personal injury claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Estancia Valley Catholic Parish**<br>**PO Box 129**<br>**Moriarty, NM 87035** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Hilda Hidalgo**<br>**121 Tafoya Road**<br>**Belen, NM 87002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  9/2018 | Basis for the claim:  **Personal injury claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Holy Child**<br>**PO Box 130**<br>**Tijeras, NM 87059** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Holy Cross**<br>**PO Box 1228**<br>**Santa Cruz, NM 87567** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Holy Family**<br>**PO Box 12127**<br>**Albuquerque, NM 87195** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Holy Family - Chimayo**
PO Box 235
Chimayo, NM 87522

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Holy Family - St. Joseph**
PO Box 37
Roy, NM 87743

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Holy Family Church**
355 Chicosa Street
Roy, NM 87743

Date(s) debt was incurred  6/2010

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pledged funds for capital projects__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Holy Ghost**
833 Arizona Street SE
Albuquerque, NM 87108

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Immaculate Conception**
619 Copper Avenue NW
Albuquerque, NM 87102

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Immaculate Conception - Cimarron**
440 W. 18th Street
Cimarron, NM 87714

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Immaculate Conception - Las Vegas**
811 6th Street
Las Vegas, NM 87701

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-13027-t11  Doc 148  Filed 04/01/19  Entered 04/01/19 16:05:23 Page 5 of 26

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Immaculate Conception - Tome**
PO Box 100
Tome, NM 87060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2008_

Last 4 digits of account number _

Basis for the claim:  **Pledge to Meadow Lake Mission to purchase five acres of land**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Immaculate Heart of Mary**
3700 Canyon Road
Los Alamos, NM 87544

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Indemnification/Contribution**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Jane Doe "I"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Jane Doe "L"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Jane Doe "M"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Jane Does "G, I, L and M"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only**

Is the claim subject to offset? ■ No  ☐ Yes

Case 18-13027-t11    Doc 148    Filed 04/01/19    Entered 04/01/19 16:05:23 Page 6 of 26

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Doe**
c/o Merit Bennett
460 St. Michael's Drive, Ste 703
Santa Fe, NM 87505

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Doe "67"**
Claimants c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Doe "69"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Doe "70"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Doe "71"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only</u>

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**John Doe "73"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**John Doe "74"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**John Doe "76"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**John Doe "77"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**John Doe "78"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

John Doe "79"
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

John Doe "80"
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

John Doe "82"
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

John Doe "83"
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

John Doe "84"
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

Case 18-13027-t11   Doc 148   Filed 04/01/19   Entered 04/01/19 16:05:23 Page 9 of 26

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Doe "87"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Doe "88"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $100,000.00 |
|---|---|---|---|

**John Doe "90"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Doe "91"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Doe "92"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

Case 18-13027-t11  Doc 148  Filed 04/01/19  Entered 04/01/19 16:05:23 Page 10 of 26

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|------|------|------|------|

**John Doe "93"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|------|------|------|------|

**John Doe "94"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|------|------|------|------|

**John Doe "96"**
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|------|------|------|------|

**John Doe 1, c/o Carolyn Nichols**
Rothstein Donatelli, LLP
500 Fourth Street NW, Suite 400
Albuquerque, NM 87102

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|------|------|------|------|

**John Doe 2, c/o Carolyn Nichols**
Rothstein Donatelli, LLP
500 Fourth Street NW, Suite 400
Albuquerque, NM 87102

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ■ No ☐ Yes

Case 18-13027-t11    Doc 148    Filed 04/01/19    Entered 04/01/19 16:05:23 Page 11 of 26

| | | |
|---|---|---|
| **3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**3.56** Nonpriority creditor's name and mailing address
**John Doe 4, c/o Carolyn Nichols**
**Rothstein Donatelli, LLP**
**500 Fourth Street NW, Suite 400**
**Albuquerque, NM 87102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          $100,000.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** Nonpriority creditor's name and mailing address
**John Doe 5, c/o Carolyn Nichols**
**Rothstein Donatelli, LLP**
**500 Fourth Street NW, Suite 400**
**Albuquerque, NM 87102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          $100,000.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address
**John Doe 6, c/o Carolyn Nichols**
**Rothstein Donatelli, LLP**
**500 Fourth Street NW, Suite 400**
**Albuquerque, NM 87102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          $100,000.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal, after appropriate motion.  Amount reported at $100,000.00 for purpose of these schedules only

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
**La Santisima Trindad**
**PO Box 189**
**Arroyo Seco, NM 87514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Indemnification/Contribution

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address
**Lucy Brown**
**2808 Bellamah Drive**
**Santa Fe, NM 87507**

Date(s) debt was incurred  9/2018

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Personal injury claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address
**Madison Bartleson**
**c/o Prince, Schmidt, Korte and Baca**
**2905 Rodeo Park Dr. East, Building 2**
**Santa Fe, NM 87505**

Date(s) debt was incurred  5/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Personal injury claim

Is the claim subject to offset? ☑ No ☐ Yes

Case 18-13027-t11   Doc 148   Filed 04/01/19   Entered 04/01/19 16:05:23 Page 12 of 26

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marc Hilton**
c/o Michael Danoff and Associates
1225 Rio Grande Blvd., NW
Albuquerque, NM 87104

Date(s) debt was incurred **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Claim for wrongful termination**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**N.S. de Guadalupe del Valle de Pojoaque**
9 Grazing Elk Drive
Santa Fe, NM 87506-7140

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nativity of the Blessed Virgin Mary**
9502 4th Street NW
Albuquerque, NM 87114

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nuestra Senora de Guadalupe**
PO Box 1270
Pena Blanca, NM 87041

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nuestra Senora de Guadalupe - Taos**
205 Don Fernando Street
Taos, NM 87571

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Our Lady of Belen**
101 - A North 10th Street
Belen, NM 87002

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Our Lady of Fatima**
4020 Lomas Blvd. NE
Albuquerque, NM 87110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case 18-13027-t11   Doc 148   Filed 04/01/19   Entered 04/01/19 16:05:23 Page 13 of 26

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Our Lady of Guadalupe**<br>**1860 Griegos Road NW**<br>**Albuquerque, NM 87107** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Our Lady of Guadalupe - Clovis**<br>**108 North Davis Street**<br>**Clovis, NM 88101** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Our Lady of Guadalupe - Peralta**<br>**PO Box 10**<br>**Peralta, NM 87042** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Our Lady of Guadalupe - Villanueva**<br>**PO Box 39**<br>**Villanueva, NM 87583** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Our Lady of Lavang**<br>**1015 Chelwood Park NE**<br>**Albuquerque, NM 87112** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Our Lady of Sorrows - Bernalilo**<br>**PO Box 607**<br>**Bernalillo, NM 87004** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Our Lady of Sorrows - La Joya**<br>**PO Box 32**<br>**La Joya, NM 87028** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Our Lady of Sorrows - Las Vegas**
403 Valencia Street
Las Vegas, NM 87701

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Our Lady of the Annunciation**
2532 Vermont St. NE
Albuquerque, NM 87110

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Our Lady of the Assumption**
811 Guaymas Place NE
Albuquerque, NM 87108

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Our Lady of the Assumption**
**Jemez Springs**
PO Box 10
Jemez Springs, NM 87025-0010

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Our Lady of the Most Holy Rosary**
5415 Fortuna Road NW
Albuquerque, NM 87105

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Prince of Peace Catholic Community**
12500 Carmel Avenue NE
Albuquerque, NM 87122

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Queen of Heaven**
5311 Phoenix Avenue NE
Albuquerque, NM 87110

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No  ☐ Yes

---

Case 18-13027-t11  Doc 148  Filed 04/01/19  Entered 04/01/19 16:05:23 Page 15 of 26

| | | |
|---|---|---|
| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.83**

Nonpriority creditor's name and mailing address

**Risen Savior Catholic Community**
**7701 Wyoming Blvd. NE**
**Albuquerque, NM 87109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

�, Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84**

Nonpriority creditor's name and mailing address

**Ruben Ortiz**
**Michael Ross, Elias Law Firm, P.C.**
**111 Isleta Blvd. SW, Suite A**
**Albuquerque, NM 87105**

Date(s) debt was incurred _11/2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal Injury Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85**

Nonpriority creditor's name and mailing address

**Rudy Blea**
**c/o Pierre Levy, O'Friel and Levy, P.C.**
**644 Don Gaspar Avenue**
**Santa Fe, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Tort Claim - Defamation of Character**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86**

Nonpriority creditor's name and mailing address

**Sacred Heart**
**412 Stover Avenue SW**
**Albuquerque, NM 87102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87**

Nonpriority creditor's name and mailing address

**Sacred Heart - Clovis**
**911 N. Merriwether Street**
**Clovis, NM 88101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88**

Nonpriority creditor's name and mailing address

**Sacred Heart - Espanola**
**PO Box 69**
**Espanola, NM 87532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89**

Nonpriority creditor's name and mailing address

**Saint John XXII Catholic Community**
**4831 Tramway Ridge Drive, NE**
**Albuquerque, NM 87111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

Case 18-13027-t11  Doc 148  Filed 04/01/19  Entered 04/01/19 16:05:23 Page 16 of 26

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**San Antonio de Padua**
PO Box 460
Penasco, NM 87553-0460

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**San Clemente**
PO Box 147
Los Lunas, NM 87031

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**San Diego Mission**
PO Box 79
Jemez Pueblo, NM 87024

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**San Felipe de Neri**
PO Box 7007
Albuquerque, NM 87194

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**San Francisco de Asis**
PO Box 72
Ranchos De Taos, NM 87557

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**San Ignacio**
1300 Waler Street NE
Albuquerque, NM 87102

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**San Isidro**
3552 Aqua Fria Street
Santa Fe, NM 87507

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **San Jose**<br>**2401 Broadway Blvd. SE**<br>**Albuquerque, NM 87102** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **San Jose - Anton Chico**<br>**PO Box 99**<br>**Anton Chico, NM 87711** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **San Jose - Los Ojos**<br>**PO Box 6**<br>**Los Ojos, NM 87551** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **San Juan Bautista**<br>**PO Box 1075**<br>**Ohkay Owingeh, NM 87566** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **San Juan Nepomuceno**<br>**PO Box 7**<br>**El Rito, NM 87530** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **San Miguel**<br>**403 El Camino Real Street NW**<br>**Socorro, NM 87801** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **San Miguel del Vado**<br>**PO Box 507**<br>**Ribera, NM 87560** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 18-13027-t11    Doc 148    Filed 04/01/19    Entered 04/01/19 16:05:23 Page 18 of 26

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | San Ysidro<br>PO Box 182<br>Corrales, NM 87048 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Sangre de Cristo<br>8901 Candelaria Road NE<br>Albuquerque, NM 87112 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Santa Clara<br>PO Box 186<br>Roy, NM 87743 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Santa Maria de La Paz Catholic Community<br>11 College Avenue<br>Santa Fe, NM 87508 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Santo Nino - Tierra Amarilla<br>PO Box 160<br>Tierra Amarilla, NM 87575 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Santuario San Martin de Porres<br>8321 Camino San Martin SW<br>Albuquerque, NM 87121 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Shrine of Our Lady of Guadalupe - SF<br>417 Aqua Fria Street<br>Santa Fe, NM 87501 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Indemnification/Contribution__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Shrine of St. Bernadette**<br>**11509 Indian School Road NE**<br>**Albuquerque, NM 87112** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Shrine of the Little Flower**<br>**St. Teresa of the Infant Jesus**<br>**300 Mildred Avenue NW**<br>**Albuquerque, NM 87107** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **St. Alice**<br>**PO Box 206**<br>**Mountainair, NM 87036** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **St. Anne**<br>**1400 Arenal Road SW**<br>**Albuquerque, NM 87105** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **St. Anne - Tucumcari**<br>**306 West High**<br>**Tucumcari, NM 88401** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **St. Anne's**<br>**511 Alicia Street**<br>**Santa Fe, NM 87501** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **St. Anthony - Dixon**<br>**PO Box 39**<br>**Dixon, NM 87527** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Indemnification/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case 18-13027-t11    Doc 148    Filed 04/01/19    Entered 04/01/19 16:05:23 Page 20 of 26

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Anthony - Questa**
PO Box 200
Questa, NM 87556

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contributio**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Anthony of Padua - Fort Sumner**
PO Box 370
Fort Sumner, NM 88119

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Anthony of Padua - Pecos**
HC 74, Box 23
Pecos, NM 87552

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Augustine**
PO Box 849
Isleta, NM 87022

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Charles**
1818 Coal Place SE
Albuquerque, NM 87106

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Edwin**
2105 Barcelona Road SW
Albuquerque, NM 87105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Francis Xavier**
820 Broadway Blvd. SE
Albuquerque, NM 87102

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification/Contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case 18-13027-t11    Doc 148    Filed 04/01/19    Entered 04/01/19 16:05:23 Page 21 of 26

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Francis Xavier - Clayton**
115 North 1st Street
Clayton, NM 88415

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Gurtrude the Great**
PO Box 599
Mora, NM 87732

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Helen**
1600 South Avenue O
Portales, NM 88130

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. John the Baptist - Santa Fe**
1301 Osage Avenue
Santa Fe, NM 87505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. John Vianney Church**
1001 Meteor Avenue NE
Rio Rancho, NM 87144

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Joseph**
PO Box 516
Springer, NM 87747

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Joseph - Cerrillos**
PO Box 98
Cerrillos, NM 87010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Joseph on the Rio Grande**
5901 St. Joseph Drive NW
Albuquerque, NM 87120

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Jude Thaddeus**
5712 Paradise Blvd. NW
Albuquerque, NM 87114

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Mary**
PO Box 276
Vaughn, NM 88353

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Patrick - Chama**
PO Box 36
Chama, NM 87520

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Patrick - St. Joseph**
105 Buena Vista Street
Raton, NM 87740

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Rose of Lima**
439 South 3rd Street
Santa Rosa, NM 88435

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Thomas Aquinas**
1502 Sara Road SE
Rio Rancho, NM 87124

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

Case 18-13027-t11   Doc 148   Filed 04/01/19   Entered 04/01/19 16:05:23 Page 23 of 26

**3.139** Nonpriority creditor's name and mailing address

**St. Thomas Aquinas University Parish**
**1815 Las Lomas Road NE**
**Albuquerque, NM 87106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.140** Nonpriority creditor's name and mailing address

**St. Thomas the Apostle**
**PO Box 117**
**Abiquiu, NM 87510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.141** Nonpriority creditor's name and mailing address

**The Cathedral Basilica of St. Francis**
**PO Box 2127**
**Santa Fe, NM 87504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Indemnification/Contribution__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.142** Nonpriority creditor's name and mailing address

**Thomas Paickattu**
**c/o Andrew Indahl, Altura Law Firm**
**500 Marquette Drive NW, Ste. 1200**
**Albuquerque, NM 87102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Tort Claim - Defamation of Character__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.143** Nonpriority creditor's name and mailing address

**United States Conf. of Catholic Bishops**
**3211 Fourth Street NE**
**Washington, DC 20017-1194**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __SFE__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Catholic Bishop Conferences__

Is the claim subject to offset? ☑ No ☐ Yes

**$51,736.56**

---

### Part 3: List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,751,736.56 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,751,736.56 |

Case 18-13027-t11    Doc 148    Filed 04/01/19    Entered 04/01/19 16:05:23 Page 25 of 26

Fill in this information to identify the case:

Debtor name  **Roman Catholic Church of the Archdiocese of Santa Fe**

United States Bankruptcy Court for the:  **DISTRICT OF NEW MEXICO**

Case number (if known)  **18-13027**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

■  Amended Schedule  **E/F**

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

■  Other document that requires a declaration  **Amended Summary of Assets and Liabilities**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **3/30/2019**       x _____
                            Signature of individual signing on behalf of debtor

**Tony Salgado**
Printed name

Executive Director of Finance
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy