## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

| In re: | Chapter 11 |
|---|---|
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole, | Case No. 18-13027-t11 |
| Debtor. | |

**NOTICE OF AMENDMENTS TO BANKRUPTCY SCHEDULES A, B AND E/F, AND STATEMENT OF FINANCIAL AFFAIRS**

COMES NOW Debtor-in-Possession by and through undersigned counsel, Bruce A. Anderson of Elsaesser Anderson, Chtd., and gives notice of the following amendments to the Summary of Assets and Liabilities, Schedule E/F:

**Schedules E or F:**

| Creditor's name; last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes (i.e. nature of debt, type of claim, who owes the debt) |
|---|---|---|---|
| United States Conference of Catholic Bishops 3211 Fourth Street NE Washington, DC 20017-1194 | $51,736.50 | | Conference of Catholic Bishops |

DATED this 1st day of April, 2019.

> */s/ Bruce A. Anderson*
> Ford Elsaesser
> Bruce A. Anderson
> ELSAESSER ANDERSON CHTD.
> 320 East Neider Avenue, Suite 102
> Coeur d'Alene, ID 83815
> (208) 667-2900
> Fax: (208) 667-2150
> ford@eaidaho.com
> brucea@eaidaho.com

NOTICE OF AMENDMENTS TO BANKRUPTCY
SCHEDULE E/F -1

-and-

/s/ Thomas D. Walker
Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, New Mexico 87102
(505) 766-9272
Fax: (505) 722-9287
twalker@walkerlawpc.com

Certificate of Service

I certify that, on the date set forth above, copies of this notice was served 1) via CM/ECF electronic notice on all creditors and parties in interest listed on the notice of electronic filing associated with this document; and 2) via first class mail, postage prepaid on the persons who have requested notice in this case but who do not receive electronic notice through CM/ECF.

Additionally, by regular first class mail, postage prepaid, I mailed a copy to the following non-ECF as follows:

United States Conference of
Catholic Bishops
3211 Fourth Street NE
Washington, DC 20017-1194

Dated this 1st day of April, 2019.

 /s/ Bruce A. Anderson
Bruce A. Anderson