# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole, | Case No. 18-13027-t11 |
| Debtor. | |

## LATE NOTICE TO ADDITIONAL PARTIES OF BANKRUPTCY CASE FILING, MEETING OF CREDITORS, AND DEADLINES

A Notice of Bankruptcy Case, Meeting of Creditors, and Deadlines (the "Original Notice") and Bar Date Package (Docket Nos. 83, 83-1, 83-2, 83-3, 83-4, 83-5 and 83-6) was mailed to creditor on April 1, 2019. A copy of the Original Notice is enclosed. The Debtor believes the Original Notice was not sent to you.

Please review the Original Notice carefully; it contains several important dates and deadlines. Also attached is the Motion Establishing Deadlines for Filing Proofs of Claims; Approving Proof of Claim Form; and Approving Form and Manner of Notice Thereof package. You may want to consult an attorney to determine what rights, if any, you have arising from the late notice.

If you need to file anything in this case, use the court address in the Original Notice. Attorneys are required to file documents electronically.

DATED this 1st day of April, 2019.

>  */s/ Bruce A. Anderson*
>  Ford Elsaesser
>  Bruce A. Anderson
>  ELSAESSER ANDERSON CHTD.
>  320 East Neider Avenue, Suite 102
>  Coeur d'Alene, ID  83815
>  (208) 667-2900
>  Fax: (208) 667-2150
>  ford@eaidaho.com
>  brucea@eaidaho.com
>
>  -and-

LATE NOTICE TO ADDITIONAL PARTIES OF
BANKRUPTCY CASE FILING, MEETING OF CREDITORS,
AND DEADLINES   -1

/s/ Thomas D. Walker
Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, New Mexico 87102
(505) 766-9272
Fax: (505) 722-9287
twalker@walkerlawpc.com

*Counsel for Debtor*

Certificate of Service

I certify that, on April 1, 2019, copies of this notice and the Original Notice and the Motion Establishing Deadlines for Filing Proofs of Claims; Approving Proof of Claim Form; and Approving Form and Manner of Notice Thereof (Docket Nos. 9 and 83, 83-1, 83-2, 83-3, 83-4, 83-5 and 83-6) was served via first class mail, postage prepaid, on the following party at the addresses shown:

United States Conference of
Catholic Bishops
3211 Fourth Street NE
Washington, DC 20017-1194

Dated this 1st day of April, 2019.

/s/ Bruce A. Anderson
Bruce A. Anderson

LATE NOTICE TO ADDITIONAL PARTIES OF
BANKRUPTCY CASE FILING, MEETING OF CREDITORS,
AND DEADLINES -2