# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New
Mexico corporation sole,
      Debtor.

Chapter 11

Case No. 18-13027-t11

## CERTIFICATE OF SERVICE

      I hereby certify that service of the Notice of Deadline for Filing Claims Relating to or Arising From Sexual Abuse (Docket No. 116-4) and Sexual Abuse Proof of Claim (Docket No. 116-1) were made on March 11, 2019 via first class mail, postage prepaid, on the following parties: (a) the Office of the United States Trustee for the District of New Mexico; (b) counsel to the Committee; (c) counsel for all person or entities who have filed a notice of appearance in the Debtor's case; (d) all persons or entities listed in Debtor's schedules; (e) all Catholic Schools in the region served by the Archdiocese. A copy of the list of parties served is attached hereto as <u>Exhibit A</u>.

      Respectfully submitted,

      WALKER & ASSOCIATES, P.C.

      */s/ Stephanie L. Schaeffer*
      Thomas D. Walker
      Stephanie L. Schaeffer
      500 Marquette N.W., Suite 650
      Albuquerque, New Mexico 87102
      (505) 766-9272
      Fax: (505) 722-9287
      twalker@walkerlawpc.com
      sschaeffer@walkerlawpc.com
Counsel for Debtor

Pursuant to F.R.C.P. 5(b)(3), F.R.B.P. 9036 and NM LBR 9036-1(b), I hereby certify that service of the foregoing was made on April 2, 2019 via the notice transmission facilities of the Bankruptcy Court's case management and electronic filing system.

/s/filed electronically
Stephanie L. Schaeffer

```
Label Matrix for local noticing          Adjusting Alternatives, LLC              Jonathan B. Alter
1084-1                                   PO Box 14710                             Travelers Insurance Co.
Case 18-13027-t11                        Albuquerque, NM 87191-4710               One Tower Square
District of New Mexico                                                            4MS
Albuquerque                                                                       Hartford, CT 06183-0002
Mon Mar 11 12:02:54 MDT 2019

Bruce Anderson                           Bank of America                          Bank of America, N.A.
Elsaesser Anderson, Chtd.                PO Box 15731                             c/o Robert J. Miller and Khaled Tarazi
320 East Neider Avenue                   Wilmington, DE 19886-5731                Bryan Cave Leighton Paisner LLP
Coeur d'Alene, ID 83815-6007                                                      Two North Central Avenue, Suite 2100
                                                                                  Phoenix, AZ 85004-4533

Dennis A Banning                         Martha G Brown                           Laura R Callanan
New Mexico Financial Law                 Modrall Sperling Law Firm                Curtis and Lucero Law Firm
320 Gold Ave, SW #1401                   P.O. Box 2168                            215 Central Ave., NW, Suite 30
Albuquerque, NM 87102-3248               Albuquerque, NM 87103-2168               Albuquerque, NM 87102-3318

Candelaria Lopez                         Jim Carter                               Catherine Collins
124 Santa Ana Road                       Blank Rome LLP                           Kevin R. Korte
Bernalillo, NM 87004-6264                1825 Eye Street NW                       Prince, Schmidt, Korte & Baca, LLP
                                         Washington, DC 20006-5403                2905 Rodeo Park Drive East, Building 2
                                                                                  Santa Fe, NM 87505-6313

Catholic Mutual Society of America       Robert M. Charles Jr.                    Christine B. Romero
4060 St. Joseph Place                    Lewis Roca Rothgerber Christie LLP       c/o Pierre Levy of O'Friel and Levy
Rooms 135                                One South Church Avenue                  PO Box 2084
Albuquerque, NM 87120-1714               Suite 2000                               Santa Fe, NM 87504-2084
                                         Tucson, AZ 85701-1611

Christine Romero                         Church of Ascension                      Church of the Incarnation
644 Don Gaspar Ave.                      2150 Raymac SW                           2309 Monterrey Road NE
Santa Fe, NM 87505-2666                  Albuquerque, NM 87105-6841               Rio Rancho, NM 87144-5579

Claimant C.M.                            Claimant D.G.                            Claimant J.N.
Tinkler Law Firm                         Tinkler Law Firm                         Tinkler Law Firm
309 Johnson Street                       309 Johnson Street                       309 Johnson Street
Santa Fe, NM 87501-1828                  Santa Fe, NM 87501-1828                  Santa Fe, NM 87501-1828

Claimants                                Congregation of Blessed Sacrament Father Annie Coogan
c/o Tinkler Law Firm                     c/o Law Offices of Jeffrey E. Jones      215 Lincoln Ave., 204F
309 Johnson Street                       PO Box 23450                             Santa Fe, NM 87501-1903
Santa Fe, NM 87501-1828                  Santa Fe, NM 87502-3450

Cristo Rey Parish                        Lisa K. Curtis                           Jaime Dawes
1120 Canyon Road                         Curtis and Lucero                        Stelzner, Winter, Warburton, Flores, San
Santa Fe, NM 87501-6188                  215 Central Ave. NW                      PO Box 528
                                         Suite 300                                Albuquerque, NM 87103-0528
                                         Albuquerque, NM 87102-3363

Dessie Montoya-Soto, Inc.                Diocese of Gallup                        Dominican Ecclesial Institute
4060 St. Joseph Place                    503 W Highway 66                         4060 St. Joseph Place
Rooms 234                                Gallup, NM 87301-6418                    Room 232B
Albuquerque, NM 87120-1714                                                        Albuquerque, NM 87120-1714
```

| | | |
|---|---|---|
| Mark H Donatelli<br>Carolyn M. Cammie Nichols Rothstein<br>500 4th Street, NW<br>Suite 400<br>Albuquerque, NM 87102-2174 | El Santuario de Chimayo<br>15 Santuario Drive<br>Chimayo, NM 87522 | Elizabeth Hardin-Burrola<br>P.O. Box 178<br>Gallup, NM 87305-0178 |
| Ford Elsaesser<br>Elsaesser Anderson, Chtd.<br>320 East Neider Avenue<br>Suite 102<br>Coeur D'Alene, ID 83815-6007 | Emma Banuelos<br>240 County Road 303<br>Seminole, TX 79360-5959 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Estancia Valley Catholic Parish<br>PO Box 129<br>Moriarty, NM 87035-0129 | Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | Paul M Fish<br>PO Box 2168<br>Albuquerque, NM 87103-2168 |
| Juan L Flores<br>Stelzner, Winter, Warburton, Flores, San<br>P.O. Box 528<br>Albuquerque, NM 87103-0528 | Former Priest Marvin Archuleta<br>c/o Sons of the Holy Family<br>801 Locust Place NE, Apt. 1018<br>Albuquerque, NM 87102-1652 | George Garcia<br>4060 St. Joseph Place<br>Rooms 150<br>Albuquerque, NM 87120-1714 |
| Charles S Glidewell<br>Office of U.S. Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Brad D. Hall<br>320 Gold Avenue SW<br>Suite 1218<br>Albuquerque, NM 87102-3216 | Don F Harris<br>320 Gold Avenue SW, Suite 1401<br>Albuquerque, NM 87102-3248 |
| Hilda Hidalgo<br>121 Tafoya Road<br>Belen, NM 87002-4123 | Holy Child<br>PO Box 130<br>Tijeras, NM 87059-0130 | Holy Cross<br>PO Box 1228<br>Santa Cruz, NM 87567-1228 |
| Holy Cross Catholic School<br>PO Box 1260<br>Santa Cruz, NM 87567-1260 | Holy Family<br>PO Box 12127<br>Albuquerque, NM 87195-0127 | Holy Family - Chimayo<br>PO Box 235<br>Chimayo, NM 87522-0235 |
| Holy Family - St. Joseph<br>PO Box 37<br>Roy, NM 87743-0037 | Holy Family Church<br>355 Chicosa Street<br>Roy, NM 87743 | Holy Ghost<br>833 Arizona Street SE<br>Albuquerque, NM 87108-4823 |
| Immaculate Conception<br>619 Copper Avenue NW<br>Albuquerque, NM 87102-3140 | Immaculate Conception - Cimarron<br>440 W. 18th Street<br>Cimarron, NM 87714-9672 | Immaculate Conception - Las Vegas<br>811 6th Street<br>Las Vegas, NM 87701-4305 |
| Immaculate Conception - Tome<br>PO Box 100<br>Tome, NM 87060-0100 | Immaculate Heart of Mary<br>3700 Canyon Road<br>Los Alamos, NM 87544-2213 | Andrew Berne Indahl<br>Altura Law Firm<br>500 Marquette Ave NW<br>Suite 1200<br>Albuquerque, NM 87102-5320 |

| | | |
|---|---|---|
| James C Jacobsen<br>201 Third Street Suite 300<br>Albuquerque, NM 87102-3366 | Jane Doe I<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | Jane Doe L<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| Jane Doe M<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | Jane Does 'G, I, L and M'<br>c/o Brad D. Hall<br>320 Gold Avenue, SW, Ste 1218<br>Albuquerque, NM 87102-3216 | John Doe<br>c/o Merit Bennett<br>460 St. Michael's Drive, Ste 703<br>Santa Fe, NM 87505-7646 |
| John Doe '67'<br>Claimants c/o Brad D. Hall<br>320 Gold Avenue, SW, Ste 1218<br>Albuquerque, NM 87102-3216 | John Doe 90<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 91<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 92<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 93<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 94<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 96<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 1, c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street NW, Suite 400<br>Albuquerque, NM 87102-2174 | John Doe 2<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 |
| John Doe 4<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 | John Doe 5<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 | John Doe 6<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 |
| Josephine Wafula<br>c/o Curtis and Lucero<br>215 Central Avenue NW Suite 300<br>Albuquerque, NM 87102-3363 | Kenneth J. Griesemer<br>4060 St. Joseph Place<br>Rooms 232-A<br>Albuquerque, NM 87120-1714 | La Santisima Trindad<br>PO Box 189<br>Arroyo Seco, NM 87514-0189 |
| Larry Brito<br>c/o St. Anne's<br>511 Alicia Street<br>Santa Fe, NM 87501-3645 | Pierre Levy<br>O'Friel and Levy PC<br>PO Box 2084<br>Santa Fe, NM 87504-2084 | Paul M Linnenburger<br>Rothstein Donatelli LLP<br>PO Box 8180<br>Santa Fe, NM 87504-8180 |
| Alicia C. Lopez<br>Rothstein Donatelli LLP<br>500 4th Street NW<br>Suite 400<br>Albuquerque, NM 87102-2174 | Lucy Brown<br>2808 Bellamah Drive<br>Santa Fe, NM 87507-5309 | Madison Bartleson<br>c/o Prince, Schmidt, Korte and Baca<br>2905 Rodeo Park Dr. East, Building 2<br>Santa Fe, NM 87505-6313 |
| Mail Finance<br>478 Wheelers Farm Road<br>Milford, CT 06461-9105 | Caroline Manierre<br>Rothstein Donatelli LLP<br>PO Box 8180<br>Santa Fe, NM 87504-8180 | Mark Hilton<br>c/o Michael Danoff and Assoc.<br>1225 Rio Grande Blvd. NW<br>Albuquerque, NM 87104-2630 |

| | | |
|---|---|---|
| Mark Valdez<br>460 St. Michael's Drive<br>Suite 703<br>Santa Fe, NM 87505-7646 | Leonard K Martinez-Metzgar<br>Office of the U.S. Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Leslie D. Maxwell<br>Maxwell Law, P.C.<br>9400 Holly Ave. NE<br>Bldg. 4<br>Albuquerque, NM 87122-2969 |
| James R. Murray<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403 | N.S. de Guadalupe del Valle de Pojoaque<br>9 Grazing Elk Drive<br>Santa Fe, NM 87506-7140 | NM Taxation and Revenue Dept.<br>PO Box 8575<br>Albuquerque, NM 87198-8575 |
| Nativity of the Blessed Virgin Mary<br>9502 4th Street NW<br>Albuquerque, NM 87114-1634 | New Mexico School for the Arts<br>4060 St. Joseph Place<br>San Juan Building<br>Albuquerque, NM 87120-1714 | New Mexico Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 |
| New Mexico Workers Comp Administration<br>2410 Centre Avenue SE<br>Albuquerque, NM 87106-4190 | Carolyn M Nichols<br>Rothstein Donatelli LLP<br>500 4th Street NW<br>Suite 400<br>Albuquerque, NM 87102-2174 | Nuestra Senora de Guadalupe<br>PO Box 1270<br>Pena Blanca, NM 87041-1270 |
| Nuestra Senora de Guadalupe - Taos<br>205 Don Fernando Street<br>Taos, NM 87571-5932 | Office of the NM Attorney General<br>Ms. Maestas and Ms. Pino<br>PO Box 1508<br>Santa Fe, NM 87504-1508 | Old Town Catering Company<br>4060 St. Joseph Place<br>Albuquerque, NM 87120-1714 |
| Our Lady of Belen<br>101 - A North 10th Street<br>Belen, NM 87002-3835 | Our Lady of Fatima<br>4020 Lomas Blvd. NE<br>Albuquerque, NM 87110-7745 | Our Lady of Guadalupe<br>1860 Griegos Road NW<br>Albuquerque, NM 87107-2899 |
| Our Lady of Guadalupe - Clovis<br>108 North Davis Street<br>Clovis, NM 88101-7237 | Our Lady of Guadalupe - Peralta<br>PO Box 10<br>Peralta, NM 87042-0010 | Our Lady of Guadalupe - Villanueva<br>PO Box 39<br>Villanueva, NM 87583-0039 |
| Our Lady of Lavang<br>1015 Chelwood Park NE<br>Albuquerque, NM 87112-5902 | Our Lady of Sorrows - Bernalilo<br>PO Box 607<br>Bernalillo, NM 87004-0607 | Our Lady of Sorrows - La Joya<br>PO Box 32<br>La Joya, NM 87028-0032 |
| Our Lady of Sorrows - Las Vegas<br>403 Valencia Street<br>Las Vegas, NM 87701-3783 | Our Lady of the Annunciation<br>2532 Vermont St. NE<br>Albuquerque, NM 87110-4638 | Our Lady of the Assumption<br>811 Guaymas Place NE<br>Albuquerque, NM 87108-2331 |
| Our Lady of the Assumption<br>Jemez Springs<br>PO Box 10<br>Jemez Springs, NM 87025-0010 | Our Lady of the Most Holy Rosary<br>5415 Fortuna Road NW<br>Albuquerque, NM 87105-1371 | Alice Nystel Page<br>Office of the U.S. Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 |

| | | |
|---|---|---|
| Thomas Paickattu<br>C/o Altura Law Firm<br>500 Marquette Ave NW<br>Suite 1200<br>Albuquerque, NM 87102-5312 | Chris W Pierce<br>Walker & Associates, P.C.<br>500 Marquette N.W., Suite 650<br>Albuquerque, NM 87102-5341 | Pierre Levy<br>644 Don Gaspar Ave.<br>Santa Fe, NM 87505-2666 |
| Prince of Peace Catholic Community<br>12500 Carmel Avenue NE<br>Albuquerque, NM 87122-1221 | Province of St. Ann<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 24350<br>Santa Fe, NM 87502-9350 | Province of St. Ann<br>c/o Paul R. Harris, Ulmer & Berne<br>1660 West 2nd Street, Ste. 1100<br>Cleveland, OH 44113-1406 |
| Queen of Heaven<br>5311 Phoenix Avenue NE<br>Albuquerque, NM 87110-3125 | Risen Savior Catholic Community<br>7701 Wyoming Blvd. NE<br>Albuquerque, NM 87109-5346 | Roman Catholic Church of the Archdiocese of<br>4000 St. Josephs Place NW<br>Albuquerque, NM 87120-1714 |
| Christine Romero<br>c/o Pierre Levy, Esq.<br>644 Don Gaspar Avenue<br>Santa Fe, NM 87505-2666 | Samuel I. Roybal<br>Walker & Associates, P.C.<br>500 Marquette, NW, Ste 650<br>Albuquerque, NM 87102-5341 | Ruben Ortiz<br>Michael Ross, Elias Law Firm, P.C.<br>111 Isleta Blvd., SW Ste A<br>Albuquerque, NM 87105-3896 |
| Rudy Blea<br>c/o Pierre Levy, O'Friel and Levy, P.C.<br>644 Don Gaspar Avenue<br>Santa Fe, NM 87505-2666 | Sacred Heart<br>412 Stover Avenue SW<br>Albuquerque, NM 87102-3899 | Sacred Heart - Clovis<br>911 N. Merriwether Street<br>Clovis, NM 88101-5864 |
| Sacred Heart - Espanola<br>PO Box 69<br>Espanola, NM 87532-0069 | Saint John XXII Catholic Community<br>4831 Tramway Ridge Drive, NE<br>Albuquerque, NM 87111-2787 | San Antonio de Padua<br>PO Box 460<br>Penasco, NM 87553-0460 |
| San Clemente<br>PO Box 147<br>Los Lunas, NM 87031-0147 | San Diego Mission<br>PO Box 79<br>Jemez Pueblo, NM 87024-0079 | San Felipe de Neri<br>PO Box 7007<br>Albuquerque, NM 87194-7007 |
| San Francisco de Asis<br>PO Box 72<br>Ranchos De Taos, NM 87557-0072 | San Ignacio<br>1300 Waler Street NE<br>Albuquerque, NM 87102-1623 | San Isidro<br>3552 Aqua Fria Street<br>Santa Fe, NM 87507-1583 |
| San Jose<br>2401 Broadway Blvd. SE<br>Albuquerque, NM 87102-5009 | San Jose - Anton Chico<br>PO Box 99<br>Anton Chico, NM 87711-0099 | San Jose - Los Ojos<br>PO Box 6<br>Los Ojos, NM 87551-0006 |
| San Juan Bautista<br>PO Box 1075<br>Ohkay Owingeh, NM 87566-1075 | San Juan Nepomuceno<br>PO Box 7<br>El Rito, NM 87530-0007 | San Miguel<br>403 El Camino Real Street NW<br>Socorro, NM 87801-5106 |

| | | |
|---|---|---|
| San Miguel del Vado<br>PO Box 507<br>Ribera, NM 87560-0507 | San Ysidro<br>PO Box 182<br>Corrales, NM 87048-0182 | Sara Sanchez<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 |
| Sangre de Cristo<br>8901 Candelaria Road NE<br>Albuquerque, NM 87112-1209 | Santa Clara<br>PO Box 186<br>Roy, NM 87743-0186 | Santa Maria de La Paz Catholic Community<br>11 College Avenue<br>Santa Fe, NM 87508-9225 |
| Santo Nino - Tierra Amarilla<br>PO Box 160<br>Tierra Amarilla, NM 87575-0160 | Santuario San Martin de Porres<br>8321 Camino San Martin SW<br>Albuquerque, NM 87121-8302 | Stephanie L Schaeffer<br>Walker & Associates, P.C.<br>500 Marquette NW Suite 650<br>Albuquerque, NM 87102-5341 |
| Servants of the Paraclete<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 24350<br>Santa Fe, NM 87502-9350 | Shrine of Our Lady of Guadalupe - SF<br>417 Aqua Fria Street<br>Santa Fe, NM 87501-2505 | Shrine of St. Bernadette<br>11509 Indian School Road NE<br>Albuquerque, NM 87112-3163 |
| Shrine of the Little Flower<br>St. Teresa of the Infant Jesus<br>300 Mildred Avenue NW<br>Albuquerque, NM 87107-2307 | Sons of the Holy Family, Inc.<br>c/o Modrall Sperling<br>500 4th Street NW, Ste. 1000<br>Albuquerque, NM 87102-2186 | Southwest Copy Systems Leasing<br>4545 McLeod NE<br>Albuquerque, NM 87109-2202 |
| St. Alice<br>PO Box 206<br>Mountainair, NM 87036-0206 | St. Anne<br>1400 Arenal Road SW<br>Albuquerque, NM 87105-4032 | St. Anne - Tucumcari<br>306 West High<br>Tucumcari, NM 88401-2801 |
| St. Anne's<br>511 Alicia Street<br>Santa Fe, NM 87501-3645 | St. Anthony - Dixon<br>PO Box 39<br>Dixon, NM 87527-0039 | St. Anthony - Questa<br>PO Box 200<br>Questa, NM 87556-0200 |
| St. Anthony of Padua - Fort Sumner<br>PO Box 370<br>Fort Sumner, NM 88119-0370 | St. Anthony of Padua - Pecos<br>HC 74, Box 23<br>Pecos, NM 87552-9705 | St. Augustine<br>PO Box 849<br>Isleta, NM 87022-0849 |
| St. Bernadette Parish<br>11509 Indian School Rd. NE<br>Albuquerque, NM 87112-3163 | St. Charles<br>1818 Coal Place SE<br>Albuquerque, NM 87106-4095 | St. Edwin<br>2105 Barcelona Road SW<br>Albuquerque, NM 87105-5713 |
| St. Francis Xavier<br>820 Broadway Blvd. SE<br>Albuquerque, NM 87102-4210 | St. Francis Xavier - Clayton<br>115 North 1st Street<br>Clayton, NM 88415-3503 | St. Gurtrude the Great<br>PO Box 599<br>Mora, NM 87732-0599 |

| | | |
|---|---|---|
| St. Helen<br>1600 South Avenue O<br>Portales, NM 88130-7099 | St. John Vianney Church<br>1001 Meteor Avenue NE<br>Rio Rancho, NM 87144-8031 | St. John the Baptist - Santa Fe<br>1301 Osage Avenue<br>Santa Fe, NM 87505-3327 |
| St. Joseph<br>PO Box 516<br>Springer, NM 87747-0516 | St. Joseph - Cerrillos<br>PO Box 98<br>Cerrillos, NM 87010-0098 | St. Joseph on the Rio Grande<br>5901 St. Joseph Drive NW<br>Albuquerque, NM 87120-3767 |
| St. Joseph's Fertility Care<br>4060 St. Joseph Place<br>Rooms 130<br>Albuquerque, NM 87120-1714 | St. Jude Thaddeus<br>5712 Paradise Blvd. NW<br>Albuquerque, NM 87114-4928 | St. Mary<br>PO Box 276<br>Vaughn, NM 88353-0276 |
| St. Patrick - Chama<br>PO Box 36<br>Chama, NM 87520-0036 | St. Patrick - St. Joseph<br>105 Buena Vista Street<br>Raton, NM 87740-2954 | St. Pius X High School<br>Catholic Center<br>5301 St. Josephs Drive NW<br>Albuquerque, NM 87120-1712 |
| St. Rose of Lima<br>439 South 3rd Street<br>Santa Rosa, NM 88435-2405 | St. Therese of the Infant Jesus Parish<br>3424 4th Street NW<br>Albuquerque, NM 87107 | St. Thomas Aquinas<br>1502 Sara Road SE<br>Rio Rancho, NM 87124-1848 |
| St. Thomas Aquinas University Parish<br>1815 Las Lomas Road NE<br>Albuquerque, NM 87106-3803 | St. Thomas the Apostle<br>PO Box 117<br>Abiquiu, NM 87510-0117 | St. Vincent de Paul Society<br>c/o Robert Warburton and Sara Sanchez<br>PO Box 528<br>Albuquerque, NM 87103-0528 |
| James I. Stang<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Blvd., #1300<br>Los Angeles, CA 90067-4114 | State of New Mexico, Workers Compensation Ad<br>P.O. Box 27198<br>2410 Centre Ave. SE<br>Albuquerque, NM 87106-4190 | Luis Stelzner<br>Stelzner, Winter, Warburton, Flores, San<br>302 8th St. NW Ste 200<br>Albuquerque, NM 87102-3024 |
| The Cathedral Basilica of St. Francis<br>PO Box 2127<br>Santa Fe, NM 87504-2127 | The Catholic Foundation<br>4333 Pan American Fwy NE<br>Albuquerque, NM 87107-6833 | The Holy See, Archbishop Pierre<br>Apostolic Nunciature<br>3339 Massachusetts Avenue NW<br>Washington, DC 20008-3610 |
| Thomas Mayefske<br>1017 Florida SE<br>Albuquerque, NM 87108-4929 | Thomas Paickattu<br>c/o Andrew Indahl, Altura Law Firm<br>500 Marquette Drive NW, Ste. 1200<br>Albuquerque, NM 87102-5312 | TransUnion LLC<br>Attn: Public Records Dept.<br>PO Box 2000<br>Chester, PA 19016-2000 |
| United States Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Thomas D Walker<br>Walker & Associates, P.C.<br>500 Marquette Ave NW Ste 650<br>Albuquerque, NM 87102-5341 | Robert P. Warburton<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 |

Xerox Financial Services
45 Glover Avenue
Norwalk, CT 06850-1238


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Rudy Blea                                (u)Catholic Charities, Inc.                  (u)John Doe



(d)Elizabeth Hardin-Burrola                 (u)John Doe #1, 2, 4, 5, 6                   (u)Patrick Kennedy
P.O. Box 178                                                                             King Industries Corporation
Gallup, NM 87305-0178



(u)Official Committee of Unsecured Creditors (u)Parish Steering Committee of the Roman Cat (u)Santa Maria de La Paz Parish



(u)Sons of the Holy Family, Inc             (u)St. Paul Fire & Marine Insurance Company  (u)J. W.



End of Label Matrix
Mailable recipients   210
Bypassed recipients    12
Total                 222

Annunciation Catholic School
2610 Utah St NE
Albuquerque, NM 87110

Holy Ghost Catholic School
6201 Ross Ave SE,
Albuquerque, NM 87108

Our Lady of Fatima Catholic School
4020 Lomas Blvd. NE,
Albuquerque, NM 87110

Our Lady of the Assumption Catholic School
815 Guaymas Pl NE,
Albuquerque, NM 87108

Queen of Heaven Catholic School
5303 Phoenix Ave NE,
Albuquerque, NM 87110

Risen Savior Catholic School
7701 Wyoming Blvd NE,
Albuquerque, NM 87109

San Felipe de Neri Catholic
2000 Lomas Blvd NW,
Albuquerque, NM 87104

St. Charles Borromeo Catholic School
1801 Hazeldine Ave SE,
Albuquerque, NM 87106

St. Mary Catholic School (701)
224 7th St NW, Albuquerque, NM 87102

St. Therese Catholic School
311 Shropshire Ave NW,
Albuquerque, NM 87107

St. Mary Catholic School
101-B N 10th St,
Belen, NM 87002

Holy Child Catholic School
PO Box 130
Tijeras, NM 87509

Holy Cross Catholic School
PO Box 1260, Santa Cruz, NM 87567

Santo Niño Regional Catholic School (159)
23 College Ave, Santa Fe, NM 87508

St. Michael's High School (4550)
100 Siringo Rd, Santa Fe, NM 87505

St. Thomas Aquinas Catholic School
1100 Hood Rd SE
Rio Rancho, NM 87124

La Santisima Trinidad
PO Box 189
Arroyo Seco, NM 87514