# Notice Recipients

District/Off: 1084−1  User: christa  Date Created: 4/8/2019
Case: 18−13027−t11  Form ID: pdfor1  Total: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| aty | Stephanie L Schaeffer | sschaeffer@walkerlawpc.com |
| aty | Thomas D Walker | twalker@walkerlawpc.com |

TOTAL: 3