UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New
Mexico Corporation Sole,
            Debtor

CASE NUMBER 18-13027-t11

JUDGE THUMA

CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD
FROM MARCH 1, 2019 TO MARCH 31, 2019

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

**Debtor's Address and Phone Number:**
4000 St. Josephs Pl. NW
Albuquerque, NM 87120
(505) 831-8100

Ford Elsaesser
Bruce A. Anderson
ELSAESSER ANDERSON, CHTD
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
(208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

-and-

_____
Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, NM 87102
(505) 766-9272
Fax: (505) 722-9287
twalker@walkerlawpc.com

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Date of Petition: December 3, 2018

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ 17,389,102 | $ 16,937,370 |
| 2. RECEIPTS: | | |
| A. Cash Sales (See Detail Attachment) | 811,413 | 3,172,613 |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | 811,413 | 3,172,613 |
| B. Accounts Receivable | 415,717 | 1,849,836 |
| C. Other Receipts (See MOR-3) | 203,841 | 1,128,487 |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 1,430,971 | 6,150,936 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $ 18,820,073 | $ 23,088,306 |
| | | |
| 5. DISBURSEMENTS | | |
| A. Advertising | $ - | $ - |
| B. Bank Charges | - | - |
| C. Contract Labor | - | - |
| D. Fixed Asset Payments (not incl. in N) | - | - |
| E. Insurance | - | 5,225 |
| F. Inventory Payments (See Attach. 2) | - | - |
| G. Leases | - | 7,627 |
| H. Manufacturing Supplies | - | - |
| I. Office Supplies | 3,181 | 22,695 |
| J. Payroll - Net (See Attachment 4B) | 287,832 | 1,237,324 |
| K. Professional Fees (Accounting & Legal) | 62,570 | 306,883 |
| L. Rent | - | - |
| M. Repairs & Maintenance | 13,203 | 44,042 |
| N. Secured Creditor Payments (See Attach. 2) | 8,230 | 36,547 |
| O. Taxes Paid - Payroll (See Attachment 4C) | - | - |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | - | - |
| Q. Taxes Paid - Other (See Attachment 4C) | - | - |
| R. Telephone | 3,487 | 17,898 |
| S. Travel & Entertainment | 8,310 | 24,465 |
| T. U.S. Trustee Quarterly Fees | - | 10,016 |
| U. Utilities | 18,944 | 63,983 |
| V. Vehicle Expenses | 4,324 | 22,210 |
| W. Other Operating Expenses (See MOR-3) | 1,263,875 | 4,143,274 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 1,673,954 | 5,942,187 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | $ 17,146,119 | $ 17,146,119 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 18th day of April, 2019

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition

(c) These two amounts will always be the same if form is completed correctly

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)
### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipts and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Custodial - Priest Retirement Fund | 69,600 | 310,434 |
| Custodial - Religious Order Priest Retirement Fund | 10,735 | 31,411 |
| Custodial - Second Collections | 12,246 | 301,710 |
| Custodial - Cafeteria Plan | 2,422 | 7,266 |
| Custodial - 3rd Party Donations Payable to Others | 11,014 | 18,102 |
| Proceeds from Sales and Maturities of Investments | - | 100,000 |
| Deposit and Loan Trust Fund Interest Spread | 95,000 | 292,000 |
| Seminarian Support | - | 45,893 |
| Miscellaneous Receipts | 2,823 | 21,670 |
| **TOTAL OTHER RECEIPTS** | $  203,841 | $  1,128,487 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.) Please describe below:**

| Loan Amount | | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|---|
| $ | 100,000 | Check | Parish Loan | $833.33 per month for 10 years |
| $ | 14,187 | Check | Priest auto loan | $400 per month for 4 years |
| $ | 14,559 | Check | Priest auto loan | $429.85 per month for 3 years |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | | Cumulative Petition to Date |
|---|---:|---:|
| Food/Beverage | 6,128 | 22,487 |
| Computer Expense | 1,747 | 69,472 |
| Books/Subscriptions | 3,232 | 8,825 |
| Dues/Memberships | 18,153 | 27,127 |
| Conferences/Seminars | 905 | 3,046 |
| Priest Convocation | - | 332 |
| Small Furniture/Equipment | 1,159 | 8,561 |
| Archdiocesan Subsidies | 85,308 | 575,004 |
| Special Programs | 13,357 | 54,679 |
| TV Mass | 8,943 | 37,426 |
| Departmental Miscellaneous Expense | 2,389 | 8,369 |
| Operational Contingencies | 4,757 | 4,757 |
| Grant and Donor Funded Services | 16,571 | 129,714 |
| Designated Fund Expense | 17,015 | 63,994 |
| Other Payroll Expenses | 49,075 | 100,858 |
| Purchases of Investments | - | 68,865 |
| Custodial - Seminarian Gift | 3,000 | 13,350 |
| Custodial - Santo Nino Regional School Subsidy | 13,151 | 63,212 |
| Custodial - Priest Retirement Fund | 76,546 | 272,376 |
| Custodial - Second Collections | 384,419 | 504,098 |
| Custodial - Insurance Expense | 515,044 | 1,811,851 |
| Custodial - Cafeteria Plan | 3,058 | 11,043 |
| Custodial - 403(b) Employee Retirement | 17,471 | 122,685 |
| Custodial - 3rd Party Donation Paid to St. Therese School | - | 100,802 |
| Miscellaneous Disbursements | 22,448 | 60,342 |
| **TOTAL OTHER DISBURSEMENTS** | **$ 1,263,875** | **$ 4,143,274** |

NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement

## ATTACHMENT 1
## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have
not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 814,613 | (a) |
| PLUS: Current Month New Billings | $ 355,633 | |
| MINUS: Collection During the Month | $ (415,717) | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $          - | * |
| End of Month Balance | $ 754,529 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $ 458,585 | $ 3,642 | $ 3,132 | $ 289,171 | $ 754,529 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

(See Attached – "Over 90 Days Listing")

(a) This number is carried forward from last month's report. For the first report only, this number
will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts
and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition.

POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount | |
|---|---|---|---|---|---|
| 12/17/2018 | 104 | Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, PA | Professional Services - 25% of December 2018 services due | $ 646 | |
| 1/3/2019 | 87 | King Industries Corporation | Professional Services - 25% of December 2018 services due | $ 1,688 | |
| 12/31/2018 | 90 | Elsaesser Anderson, Chtd. | Professional Services - 25% of December 2018 services due | $ 12,290 | |
| 1/28/2019 | 62 | King Industries Corporation | Professional Services - 25% of January 2019 services due | $ 3,161 | |
| 1/28/2019 | 62 | Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, PA | Professional Services - 25% of January 2019 services due | $ 3,683 | |
| 1/29/2019 | 61 | Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, PA | Professional Services - 25% of December 2018 services dues | $ 3,635 | |
| 1/31/2019 | 60 | Walker & Associates, PC | Professional Services - 25% of December 2018 services due | $ 7,219 | |
| 2/20/2019 | 39 | Elsaesser Anderson, Chtd. | Professional Services - 25% of January 2019 services due | $ 13,290 | |
| 3/2/2019 | 29 | Walker & Associates, PC | Professional Services - 25% of January 2019 services due | $ 6,643 | |
| 3/8/2019 | 23 | King Industries Corporation | Professional Services - 25% of February 2019 services due | $ 1,295 | |
| 3/20/2019 | 11 | Elsaesser Anderson, Chtd. | Professional Services - 25% of February 2019 services due | $ 9,102 | |
| 3/29/2019 | 2 | Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, PA | Professoinal Services - 25% of February 2019 services due | $ 2,326 | |
| 4/5/2019 | 0 | King Industries Corporation | Professoinal Services - 25% of March 2019 services due | $ 1,532 | |
| Total | | | | $ 66,509 | (b) |

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 79,333 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 1,349,108 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $(1,361,932) | |
| PLUS/MINUS: Adjustments | $ - | * |
| Ending Month Balance | $ 66,509 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Bank of America Credit Card | 3/25/2019 | $ 8,229.67 | | |
| Total | | $ 8,229.67 (d) | | |

(a)   This number is carried forward from last month's report. For the first report only, this number will be zero.
(b,c) The total of line (b) must equal line (c)
(d)   This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N)

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

### INVENTORY REPORT

N/A – The Archdiocese of Santa Fe does not have inventory

### INVENTORY AGING

N/A – The Archdiocese of Santa Fe does not have inventory

FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:     $ 37,590,598   (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): The majority of the FMV Fixed Assets include real property
totaling $31,563,556 or 98.8%. Ten properties including the Catholic Center/St. Pius campus and the
IHM Retreat Center make up approximately $30.3 million of the total real estate, amongst other homes
and land sites. Most of the real estate is recorded at assessed value with only a few properties being
appraised. The remaining 1.8% of fixed assets includes furniture, fixtures and equipment as well as
collectibles in which some items have been appraised.

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ 5,780,883 | (a)(b) |
| MINUS: Depreciation Expense | $ (7,610) | |
| PLUS: New Purchases | $ - | |
| PLUS/MINUS: Adjustments or Write-downs | $ - | * |
| Ending Monthly Balance | $ 5,773,273 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
N/A – No purchases or sales/dispositions of assets during the reporting period.

   (a)  This number is carried forward from last month's report. For the first report only, this number
     will be the balance as of the petition date.
   (b)  Fair Market Value is the amount at which fixed assets could be sold under current economic
     conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other
     adjustments.

**ATTACHMENT 4A**
**MONTHLY SUMMARY OF BANK ACTIVITY – OPERATING ACCOUNT**

Name of Debtor: Roman Catholic Church of the                Case Number 18-13027-t11
Archdiocese of Santa Fe

Reporting Period beginning March 1, 2019                Period ending March 31, 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity. If bank accounts other than the three required by the United States Trustee Program are
necessary, permission must be obtained from the United States Trustee prior to opening the accounts.
Additionally, use of less than the three required bank accounts must be approved the United States
Trustee.

NAME OF BANK: Bank of America                BRANCH: New Mexico
ACCOUNT NAME: Operating Account                ACCOUNT NUMBER: 0021
PURPOSE OF ACCOUNT: Operating

**Operating Account**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 4,038,618 | |
| Plus Total Amount of Outstanding Deposits | $            - | |
| Minus Total Amount of Outstanding Checks and other debits | $  (228,088) | * |
| Ending Balance per Check Register | $ 3,810,530 | **(a) |

**\*Debit cards are used by:** N/A – debit cards are not issued for this account
**\*\*If Closing Balance is negative, provide explanation:** N/A – account has positive balance

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on
Attachment 4D)** ☐ *Check here if cash disbursements were authorized by United States Trustee*):
N/A – no cash disbursements during the reporting period.

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| Transferred to Operating Reserve Money Market Account | $ | - |
| Transferred to Payroll Account | $ | 287,832 |
| Transferred to Cafeteria Account | $ | 7,267 |
| Transferred to Property Insurance Reserve Account | $ | 118,477 |
| Transferred to Workers Comp Claims Account | $ | - |
| Transferred to Workers Comp Self Insurance Account | $ | - |
| Transferred to Workers Comp Money Market Account | $ | - |

(a)  The total of this line on Attachment 4A, 4B, 4C, 4E, 4F, 4G and 4H plus the total of 4D must equal the amount
reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENTS 5A**
**CHECK REGISTER – OPERATING ACCOUNT**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

NAME OF BANK: Bank of America
ACCOUNT NAME: Operating Account
PURPOSE OF ACCOUNT: Operating

BRANCH: New Mexico
ACCOUNT NUMBER: 0021

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

(See attached – "Check Register – Operating Account")

**ATTACHMENT 4B**
**MONTHLY SUMMARY OF BANK ACTIVITY – PAYROLL ACCOUNT**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.

NAME OF BANK: Bank of America
ACCOUNT NAME: Payroll ACCT
PURPOSE OF ACCOUNT: ZBA payroll account

BRANCH: New Mexico
ACCOUNT NUMBER: 0860

**Payroll Account**

| | |
|---|---|
| Ending Balance per Bank Statement | $- |
| Plus Total Amount of Outstanding Deposits | $- |
| Minus Total Amount of Outstanding Checks and other debits | $- * |
| Ending Balance per Check Register | $- **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** N/A – account has positive balance

**The following disbursements were paid in Cash** (☐ *Check here if cash disbursements were authorized
by United States Trustee*): N/A – no cash disbursements during the reporting period.

The following non-payroll disbursements were made from this account:
N/A – no non-payroll disbursements were made from this account

(a)  The total of this line on Attachment 4A, 4B, 4C, 4E, 4F, 4G and 4H plus the total of 4D must equal the amount
reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENTS 5B**
**CHECK REGISTER – PAYROLL ACCOUNT**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

NAME OF BANK: Bank of America
ACCOUNT NAME: Payroll ACCT
PURPOSE OF ACCOUNT: Payroll

BRANCH: New Mexico
ACCOUNT NUMBER: 0860

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a
computer generated check register can be attached to this report, provided all the information
requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|

N/A - Payroll funds impounded by Paycor who then distributes to employees/tax agencies
via direct deposit

**ATTACHMENT 4C**
**MONTHLY SUMMARY OF BANK ACTIVITY – TAX ACCOUNT**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

The Archdiocese of Santa Fe does not have a tax account. Payroll is processed by a 3rd part processor, Paycor, and all payroll related funds (payroll wages, payroll taxes, withholding, etc.) are impounded by Paycor from the Payroll Account the following day after payroll has been processed through the Paycor system. Paycor also files all federal and state related tax returns on behalf of the Archdiocese of Santa Fe by the required filing dates.

**ATTACHMENTS 5C**
**CHECK REGISTER – TAX ACCOUNT**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

See explanation above regarding tax account.

**ATTACHMENT 4D**
**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| Money Market Account | $ 28,970 | N/A - Cash | N/A - Cash | $ 28,970 |
| Money Market Account - Operating | $ 53,539 | N/A - Cash | N/A - Cash | $ 53,539 |
| Money Market Account - Self Insured | $ 118,387 | N/A - Cash | N/A - Cash | $ 118,387 |
| Municipal Bonds - Operating | $ 205,000 | $ 212,029 | Various - See Statement | $ 205,623 |
| Corporate Fixed Income - Operating | $ 3,790,000 | $ 3,923,844 | Various - See Statement | $ 3,783,638 |
| Certificates of Deposits - Operating | $ 150,000 | $ 152,011 | Various - See Statement | $ 148,694 |
| Municipal Bonds - Self Insured | $ 50,000 | $ 50,831 | Various - See Statement | $ 50,146 |
| Corporate Fixed Income - Self Insured | $ 720,000 | $ 740,270 | Various - See Statement | $ 720,538 |
| Government Securities - Self Insured | $ 25,000 | $ 25,096 | Various - See Statement | $ 3,847 |
| Certificates of Deposits - Self Insured | $ 240,000 | $ 242,047 | Various - See Statement | $ 238,946 |
| Certificates of Deposit - Workers Comp | $ 1,079,000 | $ 1,079,000 | March 2015 | $ 1,079,917 |
| Stock - Catholic Umbrella Pool | $ 603,474 | $ 603,474 | July 1, 1987 | $ 603,474 |
| Varied Portfolio Managed by Catholic Foundation | $ 4,739,674 | $ 4,704,007 | 1990's and 2004 | $ 4,739,674 |
| Varied Portfolio Managed by Catholic Extension Society | $ 210,123 | $ 210,426 | January 2018 | $ 210,123 |
| TOTAL | | | | $ 11,985,515 (a) |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| | (Column 2) | (Column 3) | (Column 4) |
|---|---|---|---|
| Location of Box/Account | Maximum Amount of Cash in Drawer/Acct. | Amount of Petty Cash on Hand At End of Month | Difference between (Column 2) and (Column 3) |
| Finance Office - Catholic Center | $ 400 | $ 321 | $ 79 |
| Archbishop's Home - Albuquerque | $ 500 | $ 500 | $ - |
| IHM Retreat Center Office - Santa Fe | $ 700 | $ 700 | $ - |
| Plant Operations Office - Catholic Center | $ 400 | $ 400 | $ - |
| Madonna Retreat Center - Catholic Center | $ 200 | $ 200 | $ - |
| TOTAL | | $ 2,121 (b) | |

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are not receipts, provide an explanation: N/A – There were no petty cash disbursements over $100 per transaction in this reporting period.

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a+b)**     $ 11,987,636 (c)

(c)   The total of this line on Attachment 4A, 4B, 4C, 4E, 4F, 4G and 4H plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 4E
## MONTHLY SUMMARY OF BANK ACTIVITY – CAFETERIA ACCOUNT

Name of Debtor: Roman Catholic Church of the Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: Bank of America
ACCOUNT NAME: Cafeteria Fund
PURPOSE OF ACCOUNT: To cover expenses incurred by employees through their cafeteria benefit plan

BRANCH: New Mexico
ACCOUNT NUMBER: 3937

**Cafeteria Account**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 8,587 | |
| Plus Total Amount of Outstanding Deposits | $      - | |
| Minus Total Amount of Outstanding Checks and other debits | $  (208) | * |
| Ending Balance per Check Register | $ 8,378 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** N/A – account has positive balance

**The following disbursements were paid in Cash** (☐ *Check here if cash disbursements were authorized by United States Trustee*): N/A – no cash disbursements during the reporting period.

The following non-cafeteria disbursements were made from this account:
N/A – no non-cafeteria disbursements were made from this account

(a)   The total of this line on Attachment 4A, 4B, 4C, 4E, 4F, 4G and 4H plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENTS 5E**

**CHECK REGISTER – CAFETERIA ACCOUNT**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

NAME OF BANK: Bank of America

BRANCH: New Mexico

ACCOUNT NAME: Cafeteria Fund

ACCOUNT NUMBER: 3937

PURPOSE OF ACCOUNT: To cover expenses incurred by employees through their cafeteria benefit plan

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------------|-------|---------|--------|
| 3/4/2019 | 71260 | | Cafeteria Contribution | $ 208.33 |
| 3/4/2019 | 71261 | | Cafeteria Contribution | $ 238.48 |
| 3/4/2019 | 71262 | | Cafeteria Contribution | $ 74.21 |
| 3/4/2019 | 71263 | | Cafeteria Contribution | $ 258.88 |
| 3/4/2019 | 71264 | | Cafeteria Contribution | $ 501.89 |
| 3/18/2019 | 71329 | | Cafeteria Contribution | $ 208.33 |
| 3/18/2019 | 71330 | | Cafeteria Contribution | $ 149.84 |
| 3/18/2019 | 71331 | | Cafeteria Contribution | $ 337.75 |
| 3/18/2019 | 71332 | | Cafeteria Contribution | $ 580.39 |
| 3/18/2019 | 71333 | | Cafeteria Contribution | $ 500.00 |
| TOTAL | | | | $3,058.10 |

*Individual Names Redacted

**ATTACHMENT 4F**

**MONTHLY SUMMARY OF BANK ACTIVITY – WORKERS COMP SELF INSURANCE RESERVE ACCOUNT**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.

NAME OF BANK: Bank of America
ACCOUNT NAME: Self Insurance Reserve
PURPOSE OF ACCOUNT: Cash reserves for the purpose of self-insuring workers compensation claims

BRANCH: New Mexico
ACCOUNT NUMBER: 6317

**Workers Comp Self Insurance Account**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 731,522 | |
| Plus Total Amount of Outstanding Deposits | $ - | |
| Minus Total Amount of Outstanding Checks and other debits | $ - | * |
| Ending Balance per Check Register | $ 731,522 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** N/A – account has positive balance

**The following disbursements were paid in Cash** (☐ *Check here if cash disbursements were authorized by United States Trustee*): N/A – no cash disbursements during the reporting period.

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| Transferred to Operating Account | $ | - |
| Transferred to Operating Reserve Money Market Account | $ | - |
| Transferred to Payroll Account | $ | - |
| Transferred to Cafeteria Account | $ | - |
| Transferred to Property Insurance Reserve Account | $ | - |
| Transferred to Workers Comp Claims Account | $ | - |
| Transferred to Workers Comp Money Market Account | $ | - |

(a) The total of this line on Attachment 4A, 4B, 4C, 4E, 4F, 4G and 4H plus the total of 4D must equal the amount
reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENTS 5F**

**CHECK REGISTER – WORKERS COMP SELF INSURANCE RESERVE ACCOUNT**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

NAME OF BANK: Bank of America
ACCOUNT NAME: Self Insurance Reserve
PURPOSE OF ACCOUNT: Cash reserves for the purpose of self-insuring workers compensation claims

BRANCH: New Mexico
ACCOUNT NUMBER: 6317

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| No checks issued this reporting period | | | | |

**ATTACHMENT 4G**

**MONTHLY SUMMARY OF BANK ACTIVITY – PROPERTY INSURANCE RESERVE ACCOUNT**

Name of Debtor: Roman Catholic Church of the Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: Bank of America

BRANCH: New Mexico

ACCOUNT NAME: Property Insurance Cash Reserve

ACCOUNT NUMBER: 0078

PURPOSE OF ACCOUNT: Cash reserves for the purpose of covering property insurance premiums

**Property Insurance Reserve Account**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 609,512 | |
| Plus Total Amount of Outstanding Deposits | $ - | |
| Minus Total Amount of Outstanding Checks and other debits | $ - | * |
| Ending Balance per Check Register | $ 609,512 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** N/A – account has positive balance

**The following disbursements were paid in Cash** (☐ *Check here if cash disbursements were authorized by United States Trustee*): N/A – no cash disbursements during the reporting period.

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| Transferred to Operating Account | $ 105,292 |
| Transferred to Operating Reserve Money Market Account | $ - |
| Transferred to Payroll Account | $ - |
| Transferred to Cafeteria Account | $ - |
| Transferred to Workers Comp Self Insurance Account | $ - |
| Transferred to Workers Comp Claims Account | $ - |
| Transferred to Workers Comp Money Market Account | $ - |

(a) The total of this line on Attachment 4A, 4B, 4C, 4E, 4F, 4G and 4H plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENTS 5G
## CHECK REGISTER – PROPERTY INSURANCE RESERVE ACCOUNT

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

NAME OF BANK: Bank of America
ACCOUNT NAME: Property Insurance Cash Reserve
PURPOSE OF ACCOUNT: Cash reserves for the purpose of covering property insurance premiums

BRANCH: New Mexico
ACCOUNT NUMBER: 0078

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| No checks issued this reporting period | | | | |

**ATTACHMENT 4H**
**MONTHLY SUMMARY OF BANK ACTIVITY – WORKERS COMP CLAIMS ACCOUNT**

Name of Debtor: Roman Catholic Church of the Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: Bank of America

BRANCH: New Mexico

ACCOUNT NAME: Workers Compensation Claims Account

ACCOUNT NUMBER: 5601

PURPOSE OF ACCOUNT: To pay claims through the workers compensation self-insurance program

**Workers Comp Claims Account**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 663 | |
| Plus Total Amount of Outstanding Deposits | $ - | |
| Minus Total Amount of Outstanding Checks and other debits | $ (2,122) | * |
| Ending Balance per Check Register | $ (1,459) | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** Our third party claims processor issues checks against this account which is maintained and monitored by the Archdiocese of Santa Fe. On occasion, either large checks or more than expected claims are paid and a transfer is not made from the operating account to cover. The claims processor will notify the Archdiocese of Santa Fe in these instances. A transfer was made to this account on April 1, 2019 for $10,000 to cover the large check run made on March 28, 2019.

**The following disbursements were paid in Cash** (☐ *Check here if cash disbursements were authorized by United States Trustee*): N/A – no cash disbursements during the reporting period.

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| Transferred to Operating Account | $ | - |
| Transferred to Operating Reserve Money Market Account | $ | - |
| Transferred to Payroll Account | $ | - |
| Transferred to Cafeteria Account | $ | - |
| Transferred to Property Insurance Reserve Account | $ | - |
| Transferred to Workers Comp Self Insurance Account | $ | - |
| Transferred to Workers Comp Money Market Account | $ | - |

(a) The total of this line on Attachment 4A, 4B, 4C, 4E, 4F, 4G and 4H plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENTS 5H**
**CHECK REGISTER – WORKERS COMP CLAIMS ACCOUNT**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

NAME OF BANK: Bank of America
ACCOUNT NAME: Workers Compensation Claims Account
PURPOSE OF ACCOUNT: To pay claims through the workers compensation self-insurance program

BRANCH: New Mexico
ACCOUNT NUMBER: 5601

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

(See Attached – "Check Register – Workers Comp Claims Account")

**ATTACHMENT 6**
**MONTHLY TAX REPORT**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and Sate withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| N/A - No taxes owed during the reporting period | | | | | |

**ATTACHMENT 7**
**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY of PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Roman Catholic Church of the
Archdiocese of Santa Fe

Case Number 18-13027-t11

Reporting Period beginning March 1, 2019

Period ending March 31, 2019

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Archbishop John C. Wester | President | Salary | $ 2,517 |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 69 | 16 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| **Number of employees on payroll at end of period** | **69** | **16** |

# CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| St. Paul Travelers | 800.252.4633 | 566XB0825; 566XB7078; 566XC0841; 599MA0035; 589JA0475; 589XA0780; 589XA3328; 589XA5572; 583XA4754; 1403778; 140-4000; 140-5084; 140-6870; 577JA0682; 577JA6464 | Liability | No expiraton date | N/A - No Premium |
| Continental Ins. Co. | 410.540.9999 | GAC123191 | Liability | No expiraton date | N/A - No Premium |
| Great American Ins. Co. | 800.545.4269 | XO4332366; XO1182089; | Liability | No expiraton date | N/A - No Premium |
| Arrowpoint Capital | 866.236.7750 | RLU676910; PLU773210; PLU946307; PLU205323 | Liability | No expiraton date | N/A - No Premium |
| U.S. Fire Ins. Co. | 800.690.5520 | ML192903; DCL732760 | Liability | No expiraton date | N/A - No Premium |
| Catholic Mutual | 800.228.6108 | 8536 | Property; Liability | July 1, 2019 | Monthly |
| Safety National | 888.995.5300 | AGC4058886 | Excess Workers Comp | July 1, 2019 | Monthly |
| C.M.G. Agency Inc. | 800.228.6108 | 0321005-09-116806 | Auto | July 1, 2019 | Monthly |
| NAS Insurance Services | 888.627.8995 | 507180 | Cyber Security | July 1, 2019 | Monthly |

**The following lapse in insurance coverage occurred this month:**

N/A - No lapse in insurance coverage during the reporting period

■ **Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.**

*Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (attach closing statement); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.*

The ending fund balance recorded on line 7 of the Schedule of Receipts and Disbursements includes amounts held for others. ASF manages a self-insurance fund for the workers compensation program which covers all workers comp related claims throughout the Archdiocese of Santa Fe including parishes, schools and other catholic related entities. There is a combination of cash, money market and investment accounts used to fund this program. The percentage allocated as funds held for others for these particular self-insurance asset accounts is approximately 95%.

ASF also manages a reserve cash account for property insurance in which related catholic entities participate (i.e. parishes, schools and other catholic organizations within the Archdiocese of Santa Fe). Catholic Mutual Insurance Group assesses all participant properties and generates a premium billing which is forwarded to ASF to pay. Premiums are paid on a monthly basis by ASF to Catholic Mutual Group and in turn ASF invoices the parishes, schools, etc. for reimbursement of their portion of the premiums paid. The percentage allocated as funds held for others for this particular cash account is approximately 94.6%.

ASF also owns shares in the Catholic Umbrella Pool which helps to cover particular liability claims within the Archdiocese of Santa Fe. All participants include ASF, parishes, schools and other catholic related organizations within the Archdiocese of Santa Fe. The percentage allocated as funds held for other for this asset is approximately 97.2%.

The following table outlines each account as well as the amount allocated to ASF and those funds held for others.

| Account Description | 3.31.19 Balance | ASF Portion | Funds Held for Others |
|---|---|---|---|
| Cash - w/c self insurance | $ 731,522 | $ 40,210 | $ 691,312 |
| Cash - Prop insurance Reserve | 609,512 | 32,984 | 576,528 |
| Cash - w/c self insurance claims acct | (1,459) | (80) | (1,379) |
| Money Market - w/c self insurance | 118,387 | 6,507 | 111,880 |
| Investment - Catholic Umbrella Pool | 603,474 | 16,767 | 586,707 |
| Morgan Stanley Municipal Bonds - Self Insurance | 50,146 | 2,756 | 47,390 |
| Morgan Stanley Corporate Fixed Income - Self Insurance | 720,538 | 39,606 | 680,932 |
| Morgan Stanley Government Securities - Self Insurance | 3,847 | 211 | 3,636 |
| Morgan Stanley Certificates of Deposit - Self Insurance | 238,946 | 13,134 | 225,812 |
| Bank of America Certificate of Deposit - Self Insurance | 1,079,917 | 59,360 | 1,020,557 |
| TOTAL | $ 4,154,830 | $ 211,456 | $ 3,943,374 |

For receivables in the "Over 90 Days" category, it is noted that of the $289,171 total outstanding balance, $243,467 (or ~84%) is attributable to property insurance invoices due. There is an agreement between ASF, the parishes, and other catholic related entities who participate in this program to pay the total amount over a 12 month period. ASF invoices these premiums at the beginning of July and each entity has until June 30 to pay the entire balance due. The majority of parishes pay on a monthly basis and generally pay by June 30. ASF pays all premiums to Catholic Mutual on a monthly basis.

We anticipate filing a Plan of Reorganization and Disclosure Statement within the next 18 months.

## ADDITIONAL ATTACHMENTS

**"INCOME DETAIL"** – in reference to the Schedule of Receipts and Disbursements; A. Cash Sales:

| Income Detail | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| Parish Assessments | $321,342 | $ 1,367,010 |
| Annual Catholic Appeal Contributions | 226,698 | 906,792 |
| Contributions from Fundraising and Programs | 25,545 | 60,948 |
| Designated Fund Income | 23,383 | 117,100 |
| Interest and Dividend Income | 12,242 | 52,124 |
| Realized Unrealized Gain (Loss) on Investments | 29,091 | 124,726 |
| Catholic Foundation Net Investment Activity | 38,175 | 154,327 |
| Catholic Extension Society Net Investment Activity | 1,857 | 5,809 |
| Catholic Health Initiatives Investment Income | 10,780 | 22,045 |
| Gain (Loss) on Sale of Assets | - | (20,000) |
| Rental Income | 20,981 | 86,684 |
| Madonna Retreat Center | 9,310 | 37,432 |
| Immaculate Heart of Mary Retreat Center | 47,761 | 105,336 |
| Shared Accounting Service Fee | 950 | 4,450 |
| Tribunal Fees | 1,695 | 7,965 |
| Parish/School Accounting Service Fees | 9,389 | 18,778 |
| People of God Newspaper | 2,745 | 12,673 |
| Communications/TV Mass | 802 | 3,379 |
| Mass Stipends | 12,420 | 38,416 |
| Vocations Second Collection | 285 | 5,656 |
| Vocations Special Appeal | - | 13,696 |
| Museum Admission Fee | - | 125 |
| Audit Fees | 13,000 | 26,000 |
| Cemetery Management Fee | 2,917 | 14,584 |
| Miscellaneous Income | 47 | 6,560 |
| **Total Income** | **$811,413** | **$ 3,172,613** |

**"BALANCE SHEET AND INCOME STATEMENT"** – in reference to the Schedule of Receipts and Disbursements; Detail of Other Receipts and Other Disbursements:

**Archdiocese of Santa Fe**
**Balance Sheet**
**For the periods ending,**

| | March 31, 2019 | June 30, 2018 |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | $ 5,160,574 | $ 698,813 |
| Annual Catholic Appeal receivable | 2,927,716 | 3,194,414 |
| Receivables from parishes and others, current, net | 754,529 | 1,120,592 |
| Prepaid expenses, deposits and other assets | 247,195 | - |
| Other Assets | 227,293 | 278,565 |
| Total Current Assets | 9,317,307 | 5,292,384 |
| **Long Term Assets** | | |
| Investments | 12,069,540 | 15,173,772 |
| Receivables, less current maturities, net | 43,233 | 56,861 |
| Land, buildings and equipment, net | 5,773,273 | 5,858,946 |
| Total Long Term Assets | 17,886,046 | 21,089,579 |
| **Total Assets** | $ 27,203,353 | $26,381,963 |
| | | |
| **Current Liabilities** | | |
| Contributions payable | $ 62,103 | $ 132,103 |
| Accounts payable and accrued expenses | 604,967 | 459,480 |
| Funds held for church-related organizations | 214,792 | 306,870 |
| Accrual for estimated claims | 5,228,741 | 6,400,000 |
| Accrued workers compensation insurance claims | 190,892 | 318,265 |
| Other Liabilities | 52,681 | 6,309 |
| Total Current Liabilities | 6,354,176 | 7,623,027 |
| **Long Term Liabilities** | | |
| General insurance program liabilities | 4,490,404 | 3,124,068 |
| Total Long Term Liabilities | 4,490,404 | 3,124,068 |
| **Total Liabilities** | 10,844,579 | 10,747,095 |
| **Net Assets** | 16,358,774 | 15,634,868 |
| **Total Liabilities and Net Assets** | $ 27,203,353 | $26,381,963 |

**Archdiocese of Santa Fe**
**Income Statement**
**For the periods ending,**

| | March 31 2019 | June 30 2018 |
|---|---|---|
| **Unrestricted Operating Revenues** | | |
| Parish assessments | $2,869,657 | $ 3,811,959 |
| Interest and dividend income | 107,237 | 159,266 |
| Deposit and loan trust fund interest and investment income | - | (78,659) |
| Other contributions | 362,011 | 500,129 |
| Immaculate Heart of Mary Retreat Center | 430,699 | 567,971 |
| Net realized and unrealized gain (loss) on investments | (26,881) | (195,595) |
| Gain (loss) on sale of assets | 1,712,402 | 184,542 |
| Newspaper (People of God) | 105,475 | 158,773 |
| Second collection vocations | 124,105 | 134,020 |
| Mass stipends | 118,605 | 170,268 |
| Madonna Retreat House | 97,079 | 135,993 |
| Other | 454,261 | 523,621 |
| **Total unrestricted operating revenues** | 6,354,647 | 6,072,289 |
| | | |
| **Unrestricted Operating Expenses** | | |
| Religious salaries | 134,951 | 139,363 |
| Lay salaries | 2,515,463 | 3,463,554 |
| Lay retirement | 112,078 | 147,968 |
| Payroll taxes | 187,943 | 263,962 |
| Personal leave sellback | 102,082 | 86,041 |
| Employee medical insurance | 423,215 | 639,529 |
| Food and housing allowance | 26,500 | 25,465 |
| Priest auto allowance | 41,937 | 43,650 |
| Professional services | 611,282 | 716,911 |
| Bankruptcy expense | 398,645 | - |
| Travel expense | 66,106 | 83,035 |
| Postage | 19,607 | 34,993 |
| Copy/Print expense | 16,987 | 44,925 |
| Insurance expense | 603,211 | 114,766 |
| Utility expense | 176,038 | 249,175 |
| Telephone expense | 38,803 | 50,960 |
| Auto repairs and maintenance | 43,140 | 72,536 |
| Building repairs and maintenance | 99,904 | 139,849 |
| Property tax expense | 14,456 | 14,930 |
| Maintenance contracts | 13,203 | 24,449 |
| Rental/lease expense | 30,983 | 47,444 |
| Computer expense | 11,743 | 24,128 |
| Supplies expense | 16,322 | 33,484 |
| Food/Beverage expense | 48,495 | 75,866 |
| Book/Subscription expense | 33,736 | 58,354 |
| Dues/Membership fees | 53,401 | 65,412 |
| Conference/Seminar expense | 12,116 | 17,348 |
| Small furniture and equipment | 56,431 | 39,261 |
| Department grant expense | 49,000 | 15,000 |
| Archdiocesan/Other subsidies | 1,058,411 | 1,631,447 |
| Special programs expense | 102,056 | 156,857 |
| TV mass expense | 67,250 | 113,446 |
| Forgiveness of debt | 14,276 | 16,510 |
| Grant and donor funded services | 646,614 | 1,603,562 |
| Designated fund expenses | 347,155 | 450,721 |
| Depreciation expense | 73,491 | 112,988 |
| Other | 280,359 | 59,953 |
| **Total unrestricted operating expenses** | 8,547,388 | 10,877,840 |
| | | |
| **Net assets released from restrictions** | | |
| Satisfaction of donor purpose and time restrictions | 648,290 | 1,603,577 |
| Expiration of Annual Catholic Appeal time restrictions | 2,000,282 | 2,708,948 |
| **Total Net assets released from restrictions** | 2,648,572 | 4,312,525 |
| | | |
| Unrestricted operating revenues less unrestricted operating expenses | 455,831 | (493,026) |

| | | |
|---|---:|---:|
| **Other Unrestricted Revenues (Expenses)** | | |
| Claims expense, net | - | (4,618,929) |
| **Total other unrestricted revenues (expenses)** | - | (4,618,929) |
| | | |
| **Change in unrestricted net assets** | 455,831 | (5,111,955) |
| | | |
| **Temporarily Restricted Revenues (Expenses)** | | |
| Annual Catholic Appeal contributions | 2,000,282 | 2,718,249 |
| Contributions from fundraising and programs | 637,915 | 933,436 |
| Change in investments held by the Catholic Foundation | 34,167 | 390,822 |
| Change in investment held by Catholic Extension Society | (1,569) | 1,038 |
| Net assets released from restrictions | | |
| Satisfaction of donor purpose and time restrictions | (648,290) | (1,603,577) |
| Expiration of Annual Catholic Appeal time restrictions | (2,000,282) | (2,708,948) |
| **Change in temporarily restricted net assets** | 22,224 | (268,980) |
| | | |
| **Permanently Restricted Revenues (Expenses)** | | |
| Change in investment held by Catholic Foundation | 1,500 | 8,813 |
| Change in investment held by Catholic Extension Society | 769 | 209,884 |
| **Change in permanently restricted net assets** | 2,269 | 218,698 |
| | | |
| **Total change in net assets** | $ 480,325 | $ (5,162,237) |

**"OVER 90 DAYS" Listing – in reference to Attachment 1 Monthly Accounts Receivable Reconciliation and Aging Schedule:**

| Customer | Receivable Date | Balance Due | Status |
|---|---|---|---|
| | 1/30/2015 | 100.00 | Write-off in next two years |
| | 3/2/2015 | 212.75 | Write-off in next two years |
| | 3/30/2015 | 212.75 | Write-off in next two years |
| | 5/30/2013 | 100.00 | Write-off in next two years |
| Our Lady of the Most Holy Rosary | 9/30/2017 | 0.79 | Parish receivable - collectible |
| | 10/30/2018 | 753.00 | In collection |
| | 11/30/2018 | 753.25 | In collection |
| | 8/30/2013 | 458.00 | Write-off in next two years |
| | 6/30/2017 | 100.00 | In collection |
| | 9/30/2018 | 155.00 | In collection |
| FaithWorks | 12/30/2016 | 355.00 | In collection |
| FaithWorks | 1/30/2017 | 355.00 | In collection |
| | 5/30/2015 | 285.00 | Write-off in next two years |
| | 6/30/2015 | 285.00 | Write-off in next two years |
| | 2/11/2018 | 840.00 | In collection |
| | 2/11/2018 | 840.00 | In collection |
| | 2/18/2017 | 840.00 | In collection |
| | 5/30/2013 | 55.00 | Write-off in next two years |
| | 6/30/2013 | 450.00 | Write-off in next two years |
| | 6/30/2013 | 375.00 | Write-off in next two years |
| Sacred Heart - Albuquerque | 7/31/2018 | 5,437.92 | Parish receivable - collectible |
| St. Anne - Albuquerque | 7/31/2018 | 4,181.86 | Parish receivable - collectible |
| | 6/30/2013 | 425.00 | Write-off in next two years |
| | 11/30/2013 | 450.00 | Write-off in next two years |
| | 1/30/2014 | 400.00 | Write-off in next two years |
| | 1/30/2014 | 325.00 | Write-off in next two years |
| | 1/30/2014 | 115.00 | Write-off in next two years |
| | 3/30/2014 | 400.00 | Write-off in next two years |
| | 4/30/2014 | 318.75 | Write-off in next two years |
| | 5/30/2014 | 355.00 | Write-off in next two years |
| | 6/30/2014 | 85.00 | Write-off in next two years |
| | 9/30/2014 | 450.00 | Write-off in next two years |
| | 10/30/2014 | 425.00 | Write-off in next two years |
| | 12/30/2014 | 95.00 | Write-off in next two years |
| | 1/30/2015 | 425.00 | Write-off in next two years |

*Individual Names Redacted

Case 18-13027-t11   Doc 165   Filed 04/18/19   Entered 04/18/19 15:39:52 Page 31 of 33

| | Date | Amount | Status |
|---|---|---|---|
| | 1/30/2015 | 200.00 | Write-off in next two years |
| | 3/30/2015 | 425.00 | Write-off in next two years |
| | 3/30/2015 | 425.00 | Write-off in next two years |
| | 4/30/2015 | 425.00 | Write-off in next two years |
| | 4/30/2015 | 10.00 | Write-off in next two years |
| | 4/30/2015 | 425.00 | Write-off in next two years |
| | 3/28/2018 | 200.00 | In collection |
| | 5/30/2015 | 400.00 | Write-off in next two years |
| | 5/30/2015 | 375.00 | Write-off in next two years |
| | 5/30/2015 | 350.00 | Write-off in next two years |
| | 5/30/2015 | 425.00 | Write-off in next two years |
| | 6/30/2015 | 300.00 | Write-off in next two years |
| | 7/30/2015 | 425.00 | Write-off in next two years |
| | 7/30/2015 | 450.00 | Write-off in next two years |
| | 8/30/2015 | 425.00 | Write-off in next two years |
| | 11/30/2015 | 450.00 | Write-off in next two years |
| | 12/30/2015 | 150.00 | Write-off in next two years |
| Fun Catholic Travel | 12/30/2016 | 170.00 | In collection |
| Fun Catholic Travel | 5/30/2018 | 408.25 | In collection |
| Fun Catholic Travel | 6/30/2018 | 408.25 | In collection |
| | 6/30/2016 | 125.00 | In collection |
| | 3/2/2017 | 75.00 | In collection |
| | 3/30/2017 | 150.00 | In collection |
| | 9/30/2018 | 355.00 | In collection |
| | 5/30/2017 | 35.00 | In collection |
| | 6/30/2017 | 125.00 | In collection |
| | 6/30/2017 | 25.00 | In collection |
| | 7/30/2017 | 75.00 | In collection |
| | 7/30/2017 | 75.00 | In collection |
| | 7/30/2017 | 125.00 | In collection |
| | 9/30/2017 | 150.00 | In collection |
| | 9/30/2017 | 5.00 | In collection |
| | 10/30/2017 | 150.00 | In collection |
| | 3/2/2018 | 125.00 | In collection |
| | 3/28/2018 | 200.00 | In collection |
| | 3/28/2018 | 200.00 | In collection |
| | 3/28/2018 | 200.00 | In collection |
| | 3/28/2018 | 200.00 | In collection |
| | 3/28/2018 | 200.00 | In collection |
| | 3/28/2018 | 200.00 | In collection |
| | 3/28/2018 | 200.00 | In collection |
| | 3/28/2018 | 200.00 | In collection |
| | 3/30/2018 | 5.00 | In collection |
| | 4/25/2018 | 150.00 | In collection |

*Individual Names Redacted

| | | | |
|---|---|---|---|
| Mariach Extravaganza (Fiesta de Santa Fe) | 7/30/2018 | 753.25 | In collection |
| | 7/30/2018 | 150.00 | In collection |
| | 7/30/2018 | 264.41 | In collection |
| | 8/30/2018 | 664.41 | In collection |
| | 9/30/2018 | 664.41 | In collection |
| | 8/30/2018 | 25.00 | In collection |
| | 8/30/2018 | 125.00 | In collection |
| | 8/30/2018 | 75.00 | In collection |
| | 9/30/2018 | 150.00 | In collection |
| | 10/30/2018 | 100.00 | In collection |
| | 10/30/2018 | 125.00 | In collection |
| | 11/30/2018 | 125.00 | In collection |
| St. Thomas Aquinas University Parish | 7/31/2018 | 6,387.53 | Parish receivable - collectible |
| Santo Nino Regional Catholic School | 10/30/2018 | 4.90 | Parish receivable - collectible |
| Santo Nino Regional Catholic School | 8/30/2014 | 16.25 | Parish receivable - collectible |
| Santo Nino Regional Catholic School | 8/30/2018 | 86.47 | Parish receivable - collectible |
| Santo Nino Regional Catholic School | 9/30/2018 | 86.47 | Parish receivable - collectible |
| Shrine of St Bernadette | 7/31/2018 | 5,651.83 | Parish receivable - collectible |
| Catholic Charities - Albq | 7/31/2018 | 13,661.77 | Catholic Org - collectible |
| St. Charles Borromeo | 7/31/2018 | 13,472.11 | Parish receivable - collectible |
| Catholic Charismatic Center | 4/30/2017 | 50.00 | Catholic Org - collectible |
| Catholic Charismatic Center | 5/30/2017 | 262.00 | Catholic Org - collectible |
| BUSINESS OFFICE/St. Francis Xavier - Albuquerque | 7/31/2018 | 3,797.28 | Parish receivable - collectible |
| Shrine of the Little Flower/St.Therese of the Infant J | 7/31/2018 | 5,582.76 | Parish receivable - collectible |
| San Ignacio | 7/31/2018 | 2,867.80 | Parish receivable - collectible |
| San Jose - Albuquerque | 7/31/2018 | 5,870.00 | Parish receivable - collectible |
| San Jose - Anton Chico | 7/31/2018 | 2,043.71 | Parish receivable - collectible |
| Our Lady of Belen | 8/30/2017 | 102.69 | Parish receivable - collectible |
| Our Lady of Belen | 4/30/2016 | 2,600.00 | Parish receivable - collectible |
| Silver Owl | 1/30/2018 | 100.00 | In collection |
| St. Patrick - Chama | 5/30/2016 | 142.00 | Parish receivable - collectible |
| St. Patrick - Chama | 8/30/2015 | 688.00 | Parish receivable - collectible |
| St. Patrick - Chama | 7/31/2018 | 3,125.07 | Parish receivable - collectible |
| St. Patrick - Chama | 8/30/2016 | 7,623.67 | Parish receivable - collectible |
| St. Patrick - Chama | 8/30/2017 | 9,254.70 | Parish receivable - collectible |

*Individual Names Redacted