# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**Bank of America**
**Merrill Lynch**

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE | Account # ███████5601 | March 1, 2019 to March 31, 2019

## Checks

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 03/18 | | 813004692635799 *18773* | -129.86 |
| 03/12 | 1873 | 813005992058569 *18730* | -21.68 |
| 03/13 | 1875* | 813004192462726 *18758* | -460.46 |
| 03/11 | 18706* | 813002052784903 | -15.02 |
| 03/11 | 18707 | 813002052784902 | -15.02 |
| 03/14 | 18724* | 813004292883097 | -8.24 |
| 03/11 | 18726* | 813002052784900 | -15.02 |
| 03/11 | 18728* | 813002052784901 | -15.02 |
| 03/13 | 18729 | 813004192462725 | -460.46 |
| 03/08 | 18731* | 813005592251625 | -100.36 |
| 03/04 | 18732 | 813004692780122 | -110.72 |
| 03/06 | 18735* | 813008392680394 | -58.00 |
| 03/07 | 18736 | 813008592604219 | -355.86 |
| 03/11 | 18737 | 813008992224776 | -471.46 |
| 03/07 | 18738 | 813005392208560 | -1,099.57 |
| 03/12 | 18739 | 813009292352144 | -805.60 |
| 03/05 | 18740 | 813004992427103 | -271.10 |
| 03/14 | 18741 | 813004292883098 | -8.24 |
| 03/08 | 18742 | 813008792424406 | -45.86 |
| 03/11 | 18743 | 813002052784899 | -15.02 |
| 03/11 | 18745* | 813002052784898 | -15.02 |
| 03/08 | 18746 | 813005492848608 | -289.92 |
| 03/08 | 18747 | 813005492848609 | -119.84 |
| 03/07 | 18748 | 813008592546124 | -240.00 |

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 03/06 | 18749 | 813008492056187 | -118.00 |
| 03/26 | 18750 | 813005792941478 | -10.14 |
| 03/28 | 18751 | 813006092608355 | -238.32 |
| 03/20 | 18752 | 813008592067805 | -57.00 |
| 03/18 | 18753 | 813008092592695 | -121.60 |
| 03/05 | 18754 | 813004992795655 *18744* | -129.86 |
| 03/12 | 18754* | 813005992058570 *18754* | -21.68 |
| 03/22 | 18755 | 813005392620874 | -100.36 |
| 03/25 | 18756 | 813005492735351 | -110.72 |
| 03/13 | 18757 | 813006092758946 | -378.32 |
| 03/19 | 18759* | 813008392386860 | -270.16 |
| 03/21 | 18760 | 813005192841172 | -304.13 |
| 03/21 | 18761 | 813005192841173 | -138.00 |
| 03/21 | 18762 | 813005192841174 | -155.76 |
| 03/21 | 18763 | 813008692529522 | -167.05 |
| 03/27 | 18764 | 813009592215464 | -1,100.01 |
| 03/22 | 18765 | 813008792651221 | -855.81 |
| 03/25 | 18766 | 813006592144800 | -692.21 |
| 03/25 | 18767 | 813006592144801 | -237.70 |
| 03/22 | 18768 | 813005292828635 | -271.10 |
| 03/27 | 18774* | 813005992324465 | -260.47 |
| 03/25 | 18775 | 813009192217479 | -123.54 |
| 03/28 | 18776 | 813009692176505 | -136.96 |
| 03/27 | 18777 | 813009592215465 | -193.00 |

continued on the next page

## Checks - continued

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 03/25 | 18781* | 813005492735352 | -110.72 | 03/27 | 18783 | 813009492848461 | -167.05 |
| 03/26 | 18782 | 813005792147542 | -378.32 | | | | |

| | |
|---|---|
| Total checks | -$11,995.34 |
| Total # of checks | 51 |

\* There is a gap in sequential check numbers

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 12,658.34 | 03/12 | 8,308.71 | 03/21 | 5,649.43 |
| 03/04 | 12,547.62 | 03/13 | 7,009.47 | 03/22 | 4,422.16 |
| 03/05 | 12,146.66 | 03/14 | 6,992.99 | 03/25 | 3,147.27 |
| 03/06 | 11,970.66 | 03/18 | 6,741.53 | 03/26 | 2,758.81 |
| 03/07 | 10,275.23 | 03/19 | 6,471.37 | 03/27 | 1,038.28 |
| 03/08 | 9,719.25 | 03/20 | 6,414.37 | 03/28 | 663.00 |
| 03/11 | 9,157.67 | | | | |

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

This page intentionally left blank

Outstanding Checklist
Bank of America
Mar-19

| Check No. | Check Date | Amount |
|-----------|------------|--------|
| 18622 | 11/29/2018 | 21.68 |
| 18636 | 12/13/2018 | 21.68 |
| 18652 | 12/27/2018 | 21.68 |
| 18715 | 2/12/2019 | 100.00 |
| 18769 | 3/15/2019 | 8.24 |
| 18770 | 3/15/2019 | 45.86 |
| 18771 | 3/15/2019 | 15.02 |
| 18772 | 3/15/2019 | 15.02 |
| 18778 | 3/21/2019 | 21.68 |
| 18779 | 3/21/2019 | 100.36 |
| 18780 | 3/21/2019 | 460.46 |
| 18784 | 3/22/2019 | 805.60 |
| 18785 | 3/28/2019 | 271.10 |
| 18786 | 3/28/2019 | 8.24 |
| 18787 | 3/28/2019 | 45.86 |
| 18788 | 3/28/2019 | 15.02 |
| 18789 | 3/28/2019 | 15.02 |
| 18790 | 3/28/2019 | 129.86 |

Total $  2,122.38

663.00
(2,122.38)
(1,459.38)

-

8,941.27
-
(10,400.65)
(1,459.38)

# Check Register

### For Period 3/1/2019 to 4/1/2019

| Type | Check # | Check Date | Claim Number | Payee Name | Corp ID | Void Date | Year | Type | Pay Cat | Claimant Name | Amount |
|------|---------|-----------|--------------|-----------|---------|-----------|------|------|---------|---------------|--------|
| C | 18740 | 03/01/19 | 100001673A | | 0002A | | ASF31 | | P4 | | 271.10 |
| C | 18741 | 03/01/19 | 100001600A | | 0153A | | ASF30 | | P4 | | 8.24 |
| C | 18742 | 03/01/19 | 100001562A | | 0170A | | ASF29 | | P4 | | 45.86 |
| C | 18743 | 03/01/19 | 100001627A | | 0161A | | ASF30 | | P4 | | 15.02 |
| C | 18744 | 03/01/19 | 100001395A | | 0013A | | ASF25 | | P4 | | 29.86 |
| C | 18745 | 03/01/19 | 100001627A | | 0161A | | ASF30 | | P4 | | 15.02 |
| C | 18746 | 03/01/19 | 100001714A | Occupational Health Centers of the | 0159A | | ASF32 | | M1 | | 289.92 |
| C | 18747 | 03/01/19 | 100001715A | Occupational Health Centers of the | 0155A | | ASF32 | | M1 | | 319.84 |
| C | 18748 | 03/01/19 | 100001702A | ZIA DIAGNOSTIC IMAGING LLC | 0092A | | ASF32 | | M1 | | 240.00 |
| C | 18749 | 03/01/19 | 100001700A | NEW MEXICO ORTHOPAEDIC AS | 0151A | | ASF32 | | M1 | | 118.00 |
| C | 18750 | 03/05/19 | 100001704A | | 0006A | | ASF32 | | M3 | | 10.14 |
| C | 18751 | 03/06/19 | 100001715A | Occupational Health Centers of the | 0155A | | ASF32 | | M1 | | 238.32 |
| C | 18752 | 03/06/19 | 100001699A | UNM HEALTH SCIENCES CTR | 0007A | | ASF32 | | M1 | | 57.00 |
| C | 18753 | 03/07/19 | 100001702A | LOVELACE HOSPITAL WESTSID | 0092A | | ASF32 | | M5 | | 621.80 |
| C | 18754 | 03/08/19 | 100001673A | | 0002A | | ASF31 | | P4 | | 21.68 |
| C | 18755 | 03/08/19 | 100001593A | | 0170A | | ASF29 | | P4 | | 100.36 |
| C | 18756 | 03/08/19 | 100001427A | | 0003A | | ASF26 | | P4 | | 10.72 |
| C | 18757 | 03/08/19 | 100001191A | | 0159A | | ASF22 | | P4 | | 678.32 |
| C | 18758 | 03/08/19 | 100001107A | | 0015A | | ASF21 | | P4 | | 160.46 |
| C | 18759 | 03/13/19 | 100001673A | HNSNM TIJERAS | 0002A | | ASF31 | | M1 | | 270.16 |
| C | 18760 | 03/13/19 | 100001716A | Occupational Health Centers of the | 0153A | | ASF32 | | M1 | | 304.13 |
| C | 18761 | 03/13/19 | 100001716A | Occupational Health Centers of the | 0153A | | ASF32 | | M1 | | 338.00 |
| C | 18762 | 03/13/19 | 100001715A | Occupational Health Centers of the | 0155A | | ASF32 | | M1 | | 155.76 |
| C | 18763 | 03/13/19 | 100001710A | MCLEOD MEDICAL CENTERS OF | 0051A | | ASF32 | | M1 | | 167.05 |
| C | 18764 | 03/13/19 | 100001710A | ACTIVE SLOUTIONS-EDGEWOO | 0051A | | ASF32 | | M97 | | 100.01 |
| C | 18765 | 03/13/19 | 100001700A | ONE CALL MEDICAL INC | 0151A | | ASF32 | | M98 | | 855.81 |
| C | 18766 | 03/13/19 | 100001700A | ATI PHYSICIAL THERAPY NM | 0151A | | ASF32 | | M97 | | 692.21 |
| C | 18767 | 03/13/19 | 100001700A | ATI PHYSICIAL THERAPY NM | 0151A | | ASF32 | | M97 | | 237.70 |
| C | 18768 | 03/15/19 | 100001673A | | 0002A | | ASF31 | | P4 | | 271.10 |
| C | 18769 | 03/15/19 | 100001600A | | 0153A | | ASF30 | | P4 | | 8.24 |
| C | 18770 | 03/15/19 | 100001562A | | 0170A | | ASF29 | | P4 | | 45.86 |
| C | 18771 | 03/15/19 | 100001627A | | 0161A | | ASF30 | | P4 | | 15.02 |
| C | 18772 | 03/15/19 | 100001627A | | 0161A | | ASF30 | | P4 | | 15.02 |
| C | 18773 | 03/15/19 | 100001395A | | 0013A | | ASF25 | | P4 | | 29.86 |
| C | 18774 | 03/20/19 | 100001709A | Occupational Health Centers of the | 0020A | | ASF32 | | M1 | | 260.47 |
| C | 18775 | 03/20/19 | 100001656A | NEW MEXICO ORTHOPAEDIC AS | 0006A | | ASF31 | | M97 | | 23.54 |
| C | 18776 | 03/20/19 | 100000027A | MITCHELL INTERNATIONAL INC. | 0151A | | ASF09 | | M3 | | 36.96 |
| C | 18777 | 03/20/19 | 100001710A | ACTIVE SLOUTIONS-EDGEWOO | 0051A | | ASF32 | | M97 | | 93.00 |
| C | 18778 | 03/21/19 | 100001673A | | 0002A | | ASF31 | | P4 | | 21.68 |
| C | 18779 | 03/21/19 | 100001593A | | 0170A | | ASF29 | | P4 | | 100.36 |
| C | 18780 | 03/21/19 | 100001107A | | 0015A | | ASF21 | | P4 | | 160.46 |
| C | 18781 | 03/21/19 | 100001427A | | 0003A | | ASF26 | | P4 | | 10.72 |
| C | 18782 | 03/21/19 | 100001191A | | 0159A | | ASF22 | | P4 | | 678.32 |
| C | 18783 | 03/22/19 | 100001710A | MCLEOD MEDICAL CENTERS OF | 0051A | | ASF32 | | M1 | | 167.05 |
| C | 18784 | 03/22/19 | 100000027A | MITCHELL INTERNATIONAL INC. | 0151A | | ASF09 | | M3 | | 305.60 |
| C | 18785 | 03/28/19 | 100001673A | | 0002A | | ASF31 | | P4 | | 271.10 |
| C | 18786 | 03/28/19 | 100001600A | | 0153A | | ASF30 | | P4 | | 8.24 |
| C | 18787 | 03/28/19 | 100001562A | | 0170A | | ASF29 | | P4 | | 45.86 |
| C | 18788 | 03/28/19 | 100001627A | | 0161A | | ASF30 | | P4 | | 15.02 |
| C | 18789 | 03/28/19 | 100001627A | | 0161A | | ASF30 | | P4 | | 15.02 |
| C | 18790 | 03/28/19 | 100001395A | | 0013A | | ASF25 | | P4 | | 29.86 |

Check Type: C = Computer Chk   M = Manual Chk   V = Voided Chk   R = Refund/Deductible   Z = Recovery   S = Reversed Void

| Type | Check # | Check Date | Claim Number | Payee Name | Corp ID | Void Date | Year | Type Pay Cat | Claimant Name | Amount |
|------|---------|-----------|--------------|------------|---------|-----------|------|--------------|---------------|--------|
| | | | | * This total includes Checks that have been VOIDED and MAY appear in the Voided Check section above. | | | | | Number of Checks: | 51 |
| | | | | | | | | | Total: | $10,400.65 |

| | |
|---|---|
| Total Checks: | 51 |
| Grand Total: | $10,400.65 |

Case 18-13027-t11    Doc 165-3    Filed 04/18/19    Entered 04/18/19 15:39:52 Page 8 of 35

## Summary

**Cash Account: 1040 Cash in Bank - P/R**
**Reconciliation ID: March 2019 Payroll 1040**
**Reconciliation Date: 3/31/2019**
**Status: Open**

| | |
|---|---:|
| Bank Balance | 0.00 |
| Less Outstanding Checks/Vouchers | 0.00 |
| Plus Deposits in Transit | 0.00 |
| Plus or Minus Other Cash Items | 0.00 |
| Plus or Minus Suspense Items | 0.00 |
| Reconciled Bank Balance | 0.00 |
| Balance Per Books | 0.00 |
| Unreconciled Difference | 0.00 |

Click the Next Page toolbar button to view details.

Detail

**Cash Account: 1040 Cash In Bank - P/R**
**Reconciliation ID: March 2019 Payroll 1040**
**Reconciliation Date: 3/31/2019**
**Status: Open**

Cleared Other Cash Items

| Document Number | Document Date | Document Description | Document Amount |
|---|---|---|---|
| JE7532 | 2/8/2019 | Payroll Lay Feb. 8 2019 | (134,727.75) |
| JE7533 | 2/22/2019 | Payroll Lay Feb. 22 2019 | (136,304.45) |
| JE7529 | 2/28/2019 | Priest Payroll Feb. 28 2019 | (13,988.58) |
| JE7579 | 2/28/2019 | Payroll Dep.& Svc. Charge for 2/19 | 285,020.78 |
| JE7602 | 2/28/2019 | Reverse JE 7494 | 1,216.53 |
| JE7611 | 2/28/2019 | Reverse JV 1056 JE Feb. 2019 | (1,216.53) |
| JE7620 | 2/28/2019 | Reverse JE 7494 | 1,216.53 |
| JV1055 | 3/8/2019 | ASF 3 8 2019 | (136,257.57) |
| JV1065 | 3/22/2019 | ASF Paycor Payroll JE 3 22 2019 | (135,983.62) |
| JV1066 | 3/22/2019 | Priest PR JE March 2019 | (14,982.98) |
| JE7655 | 3/31/2019 | Payroll Dep. & Svc. Charge for 3/2019 | 287,232.77 |
| JE7659 | 3/31/2019 | Adjust Bank JE's | (1,225.13) |
| Cleared Other Cash Items | | | 0.00 |



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ARCHDIOCESE OF SANTA FE
DEBTOR IN POSSESSION CASE 18-13024
PAYROLL ACCT
4000 SAINT JOSEPHS PL NW
ALBUQUERQUE, NM 87120-1714

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking

for March 1, 2019 to March 31, 2019 | Account number: ██████ 0860

**ARCHDIOCESE OF SANTA FE  DEBTOR IN POSSESSION CASE 18-13024  PAYROLL ACCT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2019 | $0.00 | # of deposits/credits: 4 |
| Deposits and other credits | 287,832.41 | # of withdrawals/debits: 10 |
| Withdrawals and other debits | -287,832.41 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $0.00 |
| Service fees | -0.00 | |
| **Ending balance on March 31, 2019** | **$0.00** | |

*G-Ltf 1040*

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - **You may call us** at the telephone number listed on the front of this statement.

Updating your contact information - **We encourage you to keep your contact information up-to-date.** This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - **When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.** These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- **If you think your statement or receipt is wrong or you need more information about an electronic transfer** (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - **You must examine your statement carefully and promptly.** You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - **If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled.** You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/07/19 | TFR TRANSFER CREDIT CUR TRSF FR NM ████ 0021 | | 906003072000009 | 136,725.13 |
| 03/21/19 | TFR TRANSFER CREDIT CUR TRSF FR NM ████ 0021 | | 906003212000007 | 151,078.44 |
| 03/22/19 | TFR TRANSFER CREDIT CUR TRSF FR NM ████ 0021 | | 906003222000005 | 20.24 |
| 03/29/19 | TFR TRANSFER CREDIT CUR TRSF FR NM ████ 0021 | | 906003292000007 | 8.60 |

**Total deposits and other credits**      **$287,832.41**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | | Amount |
|------|------------------------|--------------------|----------------|---|--------|
| 03/07/19 | PAYCOR INC. DES:DD - Fund ID:715514289443400 INDN:ROMAN CATHOLIC CHURCH CO ID:2311299990 CCD | | 902565009702865 | ✓ | -99,475.06 |
| 03/07/19 | PAYCOR INC. DES:tax fund ID:645491255524540 INDN:ROMAN CATHOLIC CHURCH CO ID:1311299990 CCD | | 902565009702867 | ✓ | -36,782.51 |
| 03/07/19 | PAYCOR INC. DES:SVC-PAYCOR ID:186773191140014 INDN:ROMAN CATHOLIC CHURCH CO ID:4311299990 CCD | | 902565010210965 | | -467.56 |
| 03/21/19 | PAYCOR INC. DES:DD - Fund ID:265979832799104 INDN:ROMAN CATHOLIC CHURCH CO ID:2311299990 CCD | | 902579005757530 | | -99,041.97 |
| 03/21/19 | PAYCOR INC. DES:tax fund ID:254770914454465 INDN:ROMAN CATHOLIC CHURCH CO ID:1311299990 CCD | | 902579005757532 | | -36,941.65 |
| 03/21/19 | PAYCOR INC. DES:DD - Fund ID:267892539992706 INDN:ROMAN CATHOLIC CHURCH CO ID:2311299990 CCD | | 902579008717531 | | -12,013.58 |

continued on the next page

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 03/21/19 | PAYCOR INC. DES:tax fund ID:218144771642111 INDN:ROMAN CATHOLIC CHURCH CO ID:1311299990 CCD | | 902579008717533 | -2,969.40 |
| 03/21/19 | PAYCOR INC. DES:SVC-PAYCOR ID:141649391518961 INDN:ROMAN CATHOLIC CHURCH CO ID:4311299990 CCD | | 902579008717529 | -111.84 |
| 03/22/19 | PAYCOR INC. DES:SVC-PAYCOR ID:203251608780355 INDN:ROMAN CATHOLIC CHURCH CO ID:4311299990 CCD | | 902580017016854 | -20.24 |
| 03/29/19 | PAYCOR INC. DES:tax fund ID:269633527233302 INDN:ROMAN CATHOLIC CHURCH CO ID:1311299990 CCD | | 902587014352923 | -8.60 |

**Total withdrawals and other debits**      -$287,832.41

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

**Archdiocese Of Santa Fe Catholic Center**

**Reconcile Cash Accounts**

Summary

Cash Account: 1050 Cash in Bank - Cafeteria
Reconciliation ID: March 2019 Cafeteria 1050
Reconciliation Date: 3/31/2019
Status: Open

| | |
|---|---|
| Bank Balance | 8,586.71 |
| Less Outstanding Checks/Vouchers | 0.00 |
| Plus Deposits in Transit | 0.00 |
| Plus or Minus Other Cash Items | 0.00 |
| Plus or Minus Suspense Items | (208.33) |
| Reconciled Bank Balance | 8,378.38 |
| Balance Per Books | 8,378.38 |
| Unreconciled Difference | 0.00 |

Click the Next Page toolbar button to view details.

## Detail

**Cash Account: 1050 Cash in Bank - Cafeteria**
**Reconciliation ID: March 2019 Cafeteria 1050**
**Reconciliation Date: 3/31/2019**
**Status: Open**

### Outstanding Suspense Items

| Item Number | Date | Description | Amount |
|---|---|---|---|
| 3964 | 3/31/2019 | OS CK 3964 | (208.33) |
| Outstanding Suspense Items | | | (208.33) |

**Detail**

**Cash Account: 1050 Cash in Bank - Cafeteria**
**Reconciliation ID: March 2019 Cafeteria 1050**
**Reconciliation Date: 3/31/2019**
**Status: Open**

**Cleared Other Cash Items**

| Document Number | Document Date | Document Description | Document Amount |
|---|---|---|---|
| JE7656 | 3/31/2019 | Record dep. & cks for 3/2019 | 4,209.10 |
| Cleared Other Cash Items | | | 4,209.10 |



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

ARCHDIOCESE OF SANTA FE
DEBTOR IN POSSESSION CASE 18-13024
CAFETERIA FUND
4000 SAINT JOSEPHS PL NW
ALBUQUERQUE, NM 87120-1714

**Customer service information**

🔊 Customer service: 1.888.400.9009

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

⸱ Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking

for March 1, 2019 to March 31, 2019 Account number: ▓▓▓▓ 3937

**ARCHDIOCESE OF SANTA FE    DEBTOR IN POSSESSION CASE 18-13024    CAFETERIA FUND**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2019 | $5,432.92 | # of deposits/credits: 1 |
| Deposits and other credits | 7,267.20 | # of withdrawals/debits: 13 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -4,113.41 | Average ledger balance: $9,406.47 |
| Service fees | -0.00 | |
| Ending balance on March 31, 2019 | $8,586.71 | |

*C.L# 1050*

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

**Bank of America** 
**Merrill Lynch**

ARCHDIOCESE OF SANTA FE | Account # ███████ 3937 | March 1, 2019 to March 31, 2019

# Your checking account

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/04/19 | ACCOUNT TRANSFER TRSF FROM█████ | 0021 1932050504 | 906803040000402 | 7,267.20 |

Total deposits and other credits $7,267.20

## Checks

| Date | Check # | | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/29 | 3450 | ✓ | 813004292448641 | -57.99 | 03/08 | 3462 | 813005592555374 | -258.88 |
| 03/11 | 3455* | ✓ | 813005792401693 | -208.33 | 03/07 | 3463 | 813005392352668 | -501.89 |
| 03/01 | 3456 | ✓ | 813009692429854 | -200.00 | 03/22 | 3465* | 813005392392688 | -149.84 |
| 03/01 | 3457 | ✓ | 813004592364663 | -797.32 | 03/22 | 3466 | 813005392079353 | -337.75 |
| 03/11 | 3459* | | 813005792401694 | -208.33 | 03/22 | 3467 | 813005392881922 | -580.39 |
| 03/07 | 3460 | | 813008592563875 | -238.48 | 03/25 | 3468 | 813005592063761 | -500.00 |
| 03/11 | 3461 | | 813005792346361 | -74.21 | | | | |

Total checks -$4,113.41
Total # of checks 13

\* There is a gap in sequential check numbers

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 4,435.60 | 03/08 | 10,703.55 | 03/25 | 8,644.70 |
| 03/04 | 11,702.80 | 03/11 | 10,212.68 | 03/29 | 8,586.71 |
| 03/07 | 10,962.43 | 03/22 | 9,144.70 | | |

**Summary**

Cash Account: 1012 BofA Credit Card Collateral Account
Reconciliation ID: March 2019 Collateral 1012
Reconciliation Date: 3/31/2019
Status: Open

| | |
|---|---:|
| Bank Balance | 28,969.96 |
| Less Outstanding Checks/Vouchers | 0.00 |
| Plus Deposits in Transit | 0.00 |
| Plus or Minus Other Cash Items | 0.00 |
| Plus or Minus Suspense Items | 0.00 |
| Reconciled Bank Balance | 28,969.96 |
| Balance Per Books | 28,969.96 |
| Unreconciled Difference | 0.00 |

Click the Next Page toolbar button to view details.

**Detail**

**Cash Account: 1012 BofA Credit Card Collateral Account**
**Reconciliation ID: March 2019 Collateral 1012**
**Reconciliation Date: 3/31/2019**
**Status: Open**

**Cleared Other Cash Items**

| Document Number | Document Date | Document Description | Document Amount |
|---|---|---|---|
| JE7581 | 2/28/2019 | CC Collateral activity for 2/2019 | (35.14) |
| JE7657 | 3/31/2019 | CC Collateral activity for 3/2019 | (27.29) |
| | | | |
| Cleared Other Cash Items | | | (62.43) |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number          ████946
01 01 140 01 M0000 E#        0
Last Statement:    02/28/2019
This Statement:    03/29/2019

IMG
Customer Service
1-888-400-9009

ROMAN CATHOLIC CHURCH OF THE
DEBTOR IN POSSESSION CASE 18-13024
ARCHDIOCESE OF SANTA FE.
FBO BANK OF AMERICA N.A.
4000 SAINT JOSEPHS PL NW
ALBURQUERQUE NM  87120

Page    1 of    2

Bankruptcy Case Number:1813024

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement. Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## MMDA - CASH COLLATERAL   *GL# 1012*

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 03/01/2019 - 03/29/2019 | | Statement Beginning Balance | 28,997.25 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 12.30 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 1 | Amount of Other Debits | 39.59 |
| | | Statement Ending Balance | 28,969.96 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | 12.30 | Interest Paid Year-to-Date | 21.68 |
| Annual Percentage Yield Earned | .50% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 03/29 | | 12.30 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF | $28,975.54 | 09840000554 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/15 | | 39.59 | Account Analysis Fee ANALYSIS CHARGE FEBRUARY BILLING FOR PARENT 06025-99999 | 08790015001 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 02/28 | 28,997.25 | 28,997.25 | .200 | 03/15 | 28,957.66 | 28,957.66 | .500 |
| 03/01 | 28,997.25 | 28,997.25 | .500 | 03/29 | 28,969.96 | 28,969.96 | .500 |

*2/2019        28,997.25*
*Int. Inc.         12.30*
*Act. Fee       - 39.59*
*28,969.96*

*3/2019*



**Bank of America**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

IMG
Customer Service
1-888-400-9009

ROMAN CATHOLIC CHURCH OF THE

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Archdiocese Of Santa Fe Catholic Center**
**Reconcile Cash Accounts**

**Summary**

**Cash Account: 1085 Cash in Bank-Prop. Ins. Reserve**
**Reconciliation ID: March 2019 Prop Ins Res 1085**
**Reconciliation Date: 3/31/2019**
**Status: Open**

| | |
|---|---|
| Bank Balance | 609,512.04 |
| Less Outstanding Checks/Vouchers | 0.00 |
| Plus Deposits in Transit | 0.00 |
| Plus or Minus Other Cash Items | 0.00 |
| Plus or Minus Suspense Items | 0.00 |
| Reconciled Bank Balance | 609,512.04 |
| Balance Per Books | 609,512.04 |
| Unreconciled Difference | 0.00 |

**Click the Next Page toolbar button to view details.**

Detail

**Cash Account: 1085 Cash in Bank-Prop. Ins. Reserve**
**Reconciliation ID: March 2019 Prop Ins Res 1085**
**Reconciliation Date: 3/31/2019**
**Status: Open**

Cleared Other Cash Items

| Document Number | Document Date | Document Description | Document Amount |
|---|---|---|---|
| JE7658 | 3/31/2019 | Prop. Ins. Cash Reserve Acct 3/2019 | 13,184.91 |
| Cleared Other Cash Items | | | 13,184.91 |



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

ARCHDIOCESE OF SANTA FE
DEBTOR IN POSSESSION CASE 18-13024
4000 SAINT JOSEPHS PL NW
ALBUQUERQUE, NM 87120-1714

**Customer service information**

🕭 Customer service: 1.888.400.9009

🖳 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

. Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking

for March 1, 2019 to March 31, 2019          Account number: ▇▇▇▇ 0078

**ARCHDIOCESE OF SANTA FE    DEBTOR IN POSSESSION CASE 18-13024**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2019 | $596,327.13 | # of deposits/credits: 1 |
| Deposits and other credits | 118,477.34 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -105,292.43 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $635,408.32 |
| Service fees | -0.00 | |
| Ending balance on March 31, 2019 | $609,512.04 | |

*GL# /085*

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and** **Equal Housing Lender**




ARCHDIOCESE OF SANTA FE  |  Account # ████████0078  |  March 1, 2019 to March 31, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/04/19 | ACCOUNT TRANSFER TRSF FROM ██████0021 | 1934933204 | 906803040000370 | 118,477.34 |
| **Total deposits and other credits** | | | | **$118,477.34** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/12/19 | ACCOUNT TRANSFER TRSF TO ██████0021 | 1933149029 | 906803120000504 | -105,292.43 |
| **Total withdrawals and other debits** | | | | **-$105,292.43** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 596,327.13 | 03/04 | 714,804.47 | 03/12 | 609,512.04 |

This page intentionally left blank

## Important Messages - Please Read
We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

This page intentionally left blank

# Morgan Stanley

## CLIENT STATEMENT | For the Period March 1-31, 2019

**Active Assets Account** ▓▓▓▓7-268

ROMAN CATHOLIC CHURCH OF ARCH OF SF
C/O TONY SALGADO, JOHN C WESTER &

## Account Summary

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 2/28/19) | This Period (as of 3/31/19) | This Year (1/1/19-3/31/19) |
|---|---|---|---|
| Cash, BDP, MMFs | $39,549.82 | $53,538.88 | $23,653.39 |
| Municipal Bonds ^ | 203,846.00 | 205,622.93 | 120,891.60 |
| Corporate Fixed Income ^ | 3,761,296.79 | 3,783,637.70 | 29,895.49 |
| Certificates of Deposit ^ | 148,535.05 | 148,693.99 | $150,787.09 |
| **Total Assets** | **$4,153,227.66** | **$4,191,493.50** | |
| Total Liabilities (outstanding balance) | — | — | |
| **TOTAL VALUE** | **$4,153,227.66** | **$4,191,493.50** | |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (3/1/19-3/31/19) | This Year (1/1/19-3/31/19) |
|---|---|---|
| Interest | $13,989.06 | $29,895.49 |
| **Income And Distributions** | **$13,989.06** | **$29,895.49** |
| Tax-Exempt Income | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$13,989.06** | **$29,895.49** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### CASH FLOW

| | This Period (3/1/19-3/31/19) | This Year (1/1/19-3/31/19) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$39,549.82** | **$23,653.39** |
| Sales and Redemptions | 10,514.39 | 120,891.60 |
| Income and Distributions | 13,989.06 | 29,895.49 |
| **Total Investment Related Activity** | **$24,503.45** | **$150,787.09** |
| Electronic Transfers-Debits | (10,514.39) | (120,891.60) |
| Other Debits | — | (10.00) |
| **Total Cash Related Activity** | **$(10,514.39)** | **$(120,901.60)** |
| Total Card/Check Activity | — | — |
| **CLOSING CASH, BDP, MMFs** | **$53,538.88** | **$53,538.88** |

### GAIN/(LOSS) SUMMARY

| | Realized This Period (3/1/19-3/31/19) | Realized This Year (1/1/19-3/31/19) | Unrealized Inception to Date (as of 3/31/19) |
|---|---|---|---|
| Short-Term Gain | — | — | $2,639.50 |
| Short-Term (Loss) | — | — | (254.55) |
| **Total Short-Term** | **—** | **—** | **$2,384.95** |
| Long-Term Gain | 3,165.14 | 39,099.18 | — |
| Long-Term (Loss) | — | — | (103,026.72) |
| **Total Long-Term** | **$3,165.14** | **$39,099.18** | **$(103,026.72)** |
| **TOTAL GAIN/(LOSS)** | **$3,165.14** | **$39,099.18** | **$(100,641.77)** |

*The Gain/(Loss) Summary, which may change due to basis adjustments, is provided for informational purposes and should not be used for tax preparation. Refer to Gain/(Loss) in the Expanded Disclosures.*

# Morgan Stanley

## CLIENT STATEMENT | For the Period March 1-31, 2019

| Active Assets Account |
| 7-268 |

ROMAN CATHOLIC CHURCH OF ARCH OF SF
C/O TONY SALGADO, JOHN C WESTER &

## Account Summary

### ADDITIONAL ACCOUNT INFORMATION

| Category | This Period (3/1/19-3/31/19) | This Year (1/1/19-3/31/19) |
|---|---|---|
| Municipal Interest | — | $1,955.00 |

*All Municipal and U.S. Treasury coupon interest displayed in this section is also included in the Income and Distribution Summary. Municipal interest above is subject to federal income tax, but may be exempt from state and local income tax. U.S. Treasury interest is subject to federal income tax, but is exempt from both state and local income tax.*