```
                       United States Bankruptcy Court
                          District of New Mexico
```

In re:                                                          Case No. 18-13027-t
Roman Catholic Church of the Archdiocese                        Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 1084-1        User: nabshez         Page 1 of 2           Date Rcvd: Apr 17, 2019
                            Form ID: pdfor1       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
crcm         +Brad D. Hall,   320 Gold Avenue SW,   Suite 1218,   Albuquerque, NM 87102-3216
intp         +Elizabeth Hardin-Burrola,   P.O. Box 178,   Gallup, NM 87305-0178

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
              Alice Nystel Page    on behalf of U.S. Trustee    United States Trustee Alice.N.Page@usdoj.gov
              Alicia C. Lopez    on behalf of Creditor    John Doe #1, 2, 4, 5, 6 alopez@rothsteinlaw.com,
               melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.
               com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
              Andrew Berne Indahl    on behalf of Creditor Thomas  Paickattu andy@alturalawfirm.com
              Andrew Berne Indahl    on behalf of Plaintiff Thomas  Paickattu andy@alturalawfirm.com
              Annie  Coogan    on behalf of Creditor Rudy  Blea annie@cooganlawnm.com
              Bruce  Anderson    on behalf of Debtor    Roman Catholic Church of the Archdiocese of Santa Fe
               baafiling@eaidaho.com,  brucea@eaidaho.com
              Carlos  Sedillo    on behalf of Interested Party    Various tort claimants csedillo@fchclaw.com
              Caroline  Manierre    on behalf of Creditor    John Doe #1, 2, 4, 5, 6 cmanierre@rothsteinlaw.com,
               melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.
               com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
              Carolyn M Nichols    on behalf of Creditor    John Doe #1, 2, 4, 5, 6 cmnichols@rothsteinlaw.com,
               melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.
               com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
              Charles S Glidewell    on behalf of U.S. Trustee    United States Trustee
               charles.glidewell@usdoj.gov
              Chris W Pierce    on behalf of Debtor    Roman Catholic Church of the Archdiocese of Santa Fe
               cpierce@walkerlawpc.com,  piercelawfirm@gmail.com;WalkerLawPC14@gmail.com;MWells@walkerlawpc.com
              Christopher  Pattock    on behalf of U.S. Trustee    United States Trustee
               Christopher.J.Pattock@usdoj.gov
              Christopher P. Winters    on behalf of Interested Party    Various tort claimants
               cwinters@fchclaw.com
              Dennis A Banning    on behalf of Interested Party    Santa Maria de La Paz Parish
               nmfl@nmfinanciallaw.com,
               banninglaw@yahoo.com;dab@nmfinanciallaw.com;banningdr54167@notify.bestcase.com
              Don F Harris    on behalf of Interested Party    Santa Maria de La Paz Parish
               nmfl@nmfinanciallaw.com,
               briefwriter@comcast.net;donharrislawfirm@gmail.com;nmflcmecf@gmail.com;r54167@notify.bestcase.com
               ;dab@nmfinanciallaw.com
              Ford  Elsaesser    on behalf of Debtor    Roman Catholic Church of the Archdiocese of Santa Fe
               ford@eaidaho.com
              James C Jacobsen    on behalf of Creditor    State of New Mexico, Workers Compensation
               Administration jjacobsen@nmag.gov,  jotero@nmag.gov
              James I. Stang    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jstang@pszjlaw.com
              Jonathan B. Alter    on behalf of Interested Party    St. Paul Fire & Marine Insurance Company
               jalter@travelers.com
              Juan L Flores    on behalf of Debtor    Roman Catholic Church of the Archdiocese of Santa Fe
               jflores@stelznerlaw.com,  jgarcia@stelznerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Laura R Callanan   on behalf of Interested Party J.  W. laura@curtislawfirm.org,
           lisa@curtislawfirm.org;amalia@curtislawfirm.org;filing@curtislawfirm.org
          Leonard K Martinez-Metzgar    on behalf of U.S. Trustee   United States Trustee
           leonard.martinez-metzgar@usdoj.gov
          Leslie D. Maxwell   on behalf of Interested Party   Catholic Charities, Inc.
           lmaxwell@maxwelllawpc.com,  9786701420@filings.docketbird.com;aburnside@maxwelllawpc.com;
          Lisa K. Curtis   on behalf of Interested Party J.  W. lisa@curtislawfirm.org,
           steven@curtislawfirm.org;pauline@curtislawfirm.org;filing@curtislawfirm.org
          Manuel   Hernandez   on behalf of Interested Party   Various tort claimants mhernandez@fchclaw.com
          Martha G Brown   on behalf of Interested Party   Sons of the Holy Family, Inc mgb@modrall.com,
           sandih@modrall.com
          Merit   Bennett   on behalf of Creditor John   Doe Victim administrator@thebennettlawgroup.com,
           mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgro
           up.com
          Merit   Bennett   on behalf of Plaintiff John   Doe administrator@thebennettlawgroup.com,
           mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgro
           up.com
          Paul M Fish   on behalf of Interested Party   Sons of the Holy Family, Inc pfish@modrall.com,
           nikkim@modrall.com;nikkim@ecf.courtdrive.com
          Paul M Linnenburger   on behalf of Creditor   John Doe #1, 2, 4, 5, 6
           plinnenburger@rothsteinlaw.com,
           melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.
           com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
          Pierre   Levy   on behalf of Creditor Christine   Romero pierre@ofrielandlevy.com
          Robert M. Charles, Jr.   on behalf of Creditor   Parish Steering Committee of the Roman Catholic
           Church of the Archdiocese of Santa Fe RCharles@LRRC.com,  BankruptcyNotices@LRRC.com
          Sam L. Fadduol   on behalf of Interested Party   Various tort claimants sfadduol@fchclaw.com
          Samuel I. Roybal   on behalf of Debtor   Roman Catholic Church of the Archdiocese of Santa Fe
           sroybal@walkerlawpc.com,  WalkerLawPC14@gmail.com,mlara@walkerlawpc.com
          Stephanie L Schaeffer   on behalf of Defendant   Roman Catholic Church of the Archdiocese of
           Santa Fe sschaeffer@walkerlawpc.com,
           awynn@walkerlawpc.com;WalkerLawPC14@gmail.com;mlara@walkerlawpc.com
          Stephanie L Schaeffer   on behalf of Debtor   Roman Catholic Church of the Archdiocese of Santa
           Fe sschaeffer@walkerlawpc.com,
           awynn@walkerlawpc.com;WalkerLawPC14@gmail.com;mlara@walkerlawpc.com
          Thomas D Walker   on behalf of Debtor   Roman Catholic Church of the Archdiocese of Santa Fe
           twalker@walkerlawpc.com,
           mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;m
           devine@walkerlawpc.com
          United States Trustee   ustpregion20.aq.ecf@usdoj.gov
          Vito Ray de la Cruz   on behalf of Interested Party   Various tort claimants vito@tamakilaw.com

                                                                                        TOTAL: 39

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

Roman Catholic Church of
the Archdiocese of Santa Fe,                      Case No. 18-13027 t11

    Debtor.

## **INJUNCTION**

This matter came before the Court for a status conference on April 17, 2019. Counsel and other interested parties appeared as stated on the record.

Being sufficiently advised, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. All persons are hereby enjoined, until further order of the Court, from publishing, speaking, writing, emailing, hand-delivering, posting on social media, or otherwise disclosing, communicating, disseminating, or preserving the names and/or other information in the document entered on the Court's docket on March 25, 2019, doc. #139 (the "Sealed Document").

2. All persons are hereby enjoined to immediately and safely dispose of and destroy any copies of the Sealed Document and/or any information contained therein. No records of any such information are to be kept, in electronic, paper, or other format.

3. This injunction shall not apply to:

    a.    The Debtor, which filed the Sealed Document;
    b.    The Office of the United States Trustee; or
    c.    Members of and counsel for the unsecured creditors' committee in this case.

/s/ Hon. David T. Thuma
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: April 17, 2019

Copies to: electronic notice recipients