# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole, | Case No. 18-13027 t11 |
| Debtor. | |

## **ENTRY OF APPEARANCE**

Hall & Monagle, LLC, enters its appearance on behalf of Claimants John Does 67, 69, 70, 71, 73, 74, 76, 77, 78, 79, 80, 82, 83, 84, 87, 88, 90, 91, 92, 93, 94, 96, and Jane Does G, I, L, and M, (listed as Creditors in Form 204, Petition [Doc. 1]), as well as other sexual abuse victims filing proof of claim forms, and request that copies of all court filed pleadings and notices be provided to the address below.

Respectfully Submitted by:

HALL & MONAGLE, LLC

/s/ Levi A. Monagle 04/25/19
Levi A. Monagle
Brad D. Hall
320 Gold Ave SW #1218
Albuquerque, NM 87102
(505) 255-6300, Fax 255-6323
levi@hallmonagle.com