**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:

ROMAN CATHOLIC CHURCH OF THE        Chapter 11
ARCHDIOCESE OF SANTA FE, a New Mexico
Corporation sole,                         Case No. 18-13027-t11

           Debtor-in Possession.

### <u>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*</u>

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

       I, Joseph A. Blumel, III, hereby apply to the Court, pursuant to Local Rule 9010-1(c), for

permission to appear and participate *pro hac vice* in the above-captioned Chapter 11 case on behalf

of victims of sexual abuse perpetrated by priests and employees of the Roman Catholic Church of

the Archdiocese of Santa Fe, a New Mexico corporation sole and the Debtor herein.

       In support of this application, I hereby certify that:

1.   I am a member in good standing of the state bars of Washington, Idaho, and Oregon.

2.   I have read and am familiar with the Court's local rules.

3.   I have associated with a resident member of the bar of this Court.

       Based upon the foregoing, I respectfully request that the Court enter the Order Admitting

Attorney *Pro Hac Vice* submitted contemporaneously herewith.

                          Respectfully submitted

                          */s/ Joseph A. Blumel, III*
                          Joseph A. Blumel, III
                          LAW OFFICE OF JOSEPH A. BLUMEL III, P.S.
                          4407 N. Division Street, Suite 900
                          Spokane, WA 99207
                          (509) 487-1651
                          Fax: (509) 483-5016
                          joseph@blumellaw.com

-and-

 /s/ Carlos E. Sedillo
Carlos E. Sedillo
FADDUOL, CLUFF, HARDY & CONAWAY, P.C.
3301 San Mateo Boulevard NE
Albuquerque, New Mexico 87110
(505) 243-6045
Fax: (505) 243-6642
csedillo@fchclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2019, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

*/s/ Joseph A. Blumel, III*