UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
Corporation sole,

Chapter 11

Case No. 18-13027-t11

Debtor-in Possession.

## APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

I, Bryan G. Smith, hereby apply to the Court, pursuant to Local Rule 9010-1(c), for permission to appear and participate *pro hac vice* in the above-captioned Chapter 11 case on behalf of victims of sexual abuse perpetrated by priests and employees of the Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole and the Debtor herein.

In support of this application, I hereby certify that:

1. I am a member in good standing of the state bars of Washington, Oregon, and Idaho.

2. I have read and am familiar with the Court's local rules.

3. I have associated with a resident member of the bar of this Court.

Based upon the foregoing, I respectfully request that the Court enter the Order Admitting Attorney *Pro Hac Vice* submitted contemporaneously herewith.

Respectfully submitted

 */s/ Bran G. Smith*
Bryan G. Smith
TAMAKI LAW
1340 N. 16th Avenue, Suite C
Yakima, Washington 98902
(509) 248-8338
Fax: (509) 452-4225
bsmith@tamakilaw.com

-and-

   */s/ Carlos E. Sedillo*
Carlos E. Sedillo
FADDUOL, CLUFF, HARDY & CONAWAY, P.C.
3301 San Mateo Boulevard NE
Albuquerque, New Mexico 87110
(505) 243-6045
Fax: (505) 243-6642
csedillo@fchclaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

*/s/ Bryan G. Smith*