# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New
Mexico corporation sole,
      Debtor.

Chapter 11

Case No. 18-13027-t11

## CERTIFICATE OF SERVICE

I hereby certify that service of: (1) the Notice of Chapter 11 Bankruptcy Case (Docket No. 9): (2) the Notice of Deadline for Filing Claims Relating to or Arising from Sexual Abuse (Docket No. 130-4); and (3) the Corrected Sexual Abuse Proof of Claim (Docket No. 151-1) as approved by Stipulated Order to Correct the Sexual Abuse Proof of Claim (Docket No. 130-2) (Docket No. 151) was made on May 22, 2019 via first class mail, postage prepaid, on (name omitted to protect privacy of the party):

    E.T.
    c/o
    Attn: Joseph Saunders
    Saunders & Walker, P.A.
    3491 Gandy Blvd. North Suite 200
    Pinellas Park, FL 33781

    and

    E.T.
    c/o
    Attn: Joseph Saunders
    Saunders & Walker, P.A.
    1901 Avenue of the Stars 2nd Floor
    Los Angeles, CA 90067

    Respectfully submitted,
    WALKER & ASSOCIATES, P.C.

    */s/ Stephanie L. Schaeffer*
    Thomas D. Walker
    Stephanie L. Schaeffer
    500 Marquette N.W., Suite 650
    Albuquerque, New Mexico 87102
    (505) 766-9272
    Fax: (505) 722-9287
    twalker@walkerlawpc.com
    sschaeffer@walkerlawpc.com
    Counsel for Debtor

Pursuant to F.R.C.P. 5(b)(3), F.R.B.P. 9036 and NM LBR 9036-1(b), I hereby certify that service of the foregoing was made on May 22, 2019 via the notice transmission facilities of the Bankruptcy Court's case management and electronic filing system.

/s/filed electronically
Stephanie L. Schaeffer