**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:
ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
corporation sole,
       Debtor.

Chapter 11

Case No. 18-13027-t11

### NOTICE OF DEADLINE TO OBJECT TO APPLICATION TO EMPLOY REDW, LLC AS ACCOUNTANTS FOR DEBTOR AND DEBTOR IN POSSESSION

On May 24, 2019, the Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole, (the "Debtor"), the debtor in possession in the above-referenced matter (the "Debtor"), filed its Application to Employ REDW, LLC ("Accountants") as Accountants for the Debtor in Possession (the "Application") (Doc. No. 185). In the Application, the Debtor requests Bankruptcy Court approval of the Debtor's employment of Accountants, effective as of the date of filing the Application, to provide accounting services to the Debtor for its annual financial audit. Accountants has filed a verified disclosure pursuant to Bankruptcy Rules 2014 and 2016 (the "Disclosure") (Doc. No. 185-1). The Application and the Disclosure can be inspected at the Office of the Clerk, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102.

If its employment is approved, Accounts will be paid as follows: **(a)** Base fee of $71,000 for the Audit**s**, which is the same base fee as in the prior year; **(b)** Additional estimated fee of up to $4,000 for nonrecurring work to implement Accounting Standard Update 2016-14, and adjustments to financial presentation to account for requirements for post-bankruptcy filing; **(c)** Additional estimated fee of $1,000 for nonrecurring work to provide consulting on grant accounting and reporting. However, if the actual time incurred related to the nonrecurring work is less than the fee estimated, the Debtor will not be billed the total additional estimated amount; **(d.)** The fee for the agreed upon procedures is based upon actual hours incurred at 75% of REDW's standard hourly rates ($**130** to $**330**). REDW's hourly rates vary according to the degree of responsibility involved and the experience level of the personnel assigned; **(e)** Debtor will also be billed for the applicable New Mexico Gross Receipts tax; (f) If any extended audit services are requested by the Catholic Center, or if such services are required to complete the audit, they would be billed additionally at REDW's standard hourly rates ($**130** to **$330**), depending upon the degree of responsibility involved and the experience level of the personnel assigned. In that case, REDW will discuss the situation with Debtor before proceeding.

REDW's invoices for the fees above will be due as work progresses as follows:

| **Description** | **Invoice Due Date** | **Fees** |
| --- | --- | --- |
| Planning and Risk Assessment | September 2, 2019 | $10,000 |
| Financial Statement Audit | October 1, 2019 | $35,000 |
| Financial Statement Audit | November 1, 2019 | $15,000 |
| Financial Statement Audit and grant consulting | At delivery of draft auditor's report | Remaining fees of up to $16,000 |
| Agreed upon procedures | June 1, 2019 | $9,500 |
| Agreed upon procedures | At time of report | Remaining hourly fees |

Accountants will render invoices to the Debtor as set forth above. The Debtor seeks authority to pay Accountants monthly, upon receipt of Accountants' invoices and prior to the Court's determination of allowability of Accountants' compensation, 75% of billed fees, 100% of billed costs and 100% of gross receipts tax on fees and costs. All amounts paid by the Debtor to Accountants would be subject to ultimate approval of the Bankruptcy Court under Bankruptcy Code §§ 328, 330, and 331.

Any party who objects to the Application must file their objection with the Clerk of the United States Bankruptcy Court for the District of New Mexico **within 21 days after the date of mailing of this notice, plus three days because this notice is served by mail, for a total of 24 days**, and serve a copy of the objection on Walker & Associates, P.C. (Stephanie L. Schaeffer), at the address given below. Objections must be filed electronically to the extent required by New Mexico Local Bankruptcy Rule 5005-2. The Clerk's mailing address (for use if electronic filing is not required) is Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM

87102. If any objections are timely filed, a hearing will be held on notice only to counsel for the Debtor and objecting parties. If no objections are timely filed, an order granting the Application will be presented for entry without a hearing or further notice.

Date of Mailing: May 28, 2019        By: /s/Stephanie L. Schaeffer_____
                                              Thomas D. Walker
                                              Stephanie L. Schaeffer
                                              WALKER & ASSOCIATES, P.C.
                                              500 Marquette N.W., Suite 650
                                              Albuquerque, New Mexico 87102
                                              (505) 766-9272
                                              Fax: (505) 722-9287
                                              sschaeffer@walkerlawpc.com
                                            *Counsel for Debtor*

I hereby certify that on May 28, 2019 a copy of the foregoing Notice was mailed by first class United States mail, postage prepaid, to all persons listed on the mailing matrix kept by the Clerk of the Bankruptcy Court, a copy of which is attached to the original of this Notice that will be filed with the Clerk.

                                                s/filed electronically 5/28/2019
                                                Stephanie L. Schaeffer

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1084-1<br>Case 18-13027-t11<br>District of New Mexico<br>Albuquerque<br>Tue May 28 09:22:19 MDT 2019 | Bank of America, N.A.<br>c/o Robert J. Miller and Khaled Tarazi<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4533 | Roman Catholic Church of the Archdiocese of<br>4000 St. Josephs Place NW<br>Albuquerque, NM 87120-1714 |
| State of New Mexico, Workers Compensation Ad<br>P.O. Box 27198<br>2410 Centre Ave. SE<br>Albuquerque, NM 87106-4190 | United States Bankruptcy Court<br>333 Lomas Blvd. NW, Suite 360<br>Albuquerque, NM 87102-2275 | Adjusting Alternatives, LLC<br>PO Box 14710<br>Albuquerque, NM 87191-4710 |
| Bank of America<br>PO Box 15731<br>Wilmington, DE 19886-5731 | Benito Garcia<br>1307 New Mexico Ave.<br>Las Vegas, NM 87701-3341 | Candelaria Lopez<br>124 Santa Ana Road<br>Bernalillo, NM 87004-6264 |
| Catherine Collins<br>Kevin R. Korte<br>Prince, Schmidt, Korte & Baca, LLP<br>2905 Rodeo Park Drive East, Building 2<br>Santa Fe, NM 87505-6313 | Catholic Mutual Society of America<br>4060 St. Joseph Place<br>Rooms 135<br>Albuquerque, NM 87120-1714 | Christine B. Romero<br>c/o Pierre Levy of O'Friel and Levy<br>PO Box 2084<br>Santa Fe, NM 87504-2084 |
| Christine Romero<br>644 Don Gaspar Ave.<br>Santa Fe, NM 87505-2666 | Church of Ascension<br>2150 Raymac SW<br>Albuquerque, NM 87105-6841 | Church of the Incarnation<br>2309 Monterrey Road NE<br>Rio Rancho, NM 87144-5579 |
| Claimant C.M.<br>Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 | Claimant D.G.<br>Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 | Claimant J.N.<br>Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 |
| Claimants<br>c/o Tinkler Law Firm<br>309 Johnson Street<br>Santa Fe, NM 87501-1828 | Congregation of Blessed Sacrament Father<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 23450<br>Santa Fe, NM 87502-3450 | Cristo Rey Parish<br>1120 Canyon Road<br>Santa Fe, NM 87501-6188 |
| Dessie Montoya-Soto, Inc.<br>4060 St. Joseph Place<br>Rooms 234<br>Albuquerque, NM 87120-1714 | Diocese of Gallup<br>503 W Highway 66<br>Gallup, NM 87301-6418 | Dominican Ecclesial Institute<br>4060 St. Joseph Place<br>Room 232B<br>Albuquerque, NM 87120-1714 |
| El Santuario de Chimayo<br>15 Santuario Drive<br>Chimayo, NM 87522 | Elizabeth Hardin-Burrola<br>P.O. Box 178<br>Gallup, NM 87305-0178 | Emma Banuelos<br>240 County Road 303<br>Seminole, TX 79360-5959 |
| Estancia Valley Catholic Parish<br>PO Box 129<br>Moriarty, NM 87035-0129 | Estate of Robert B. Garcia<br>Donald Garcia, PR and Eilsea Garcia<br>928 Nicole Place<br>Santa Fe, NM 87505-0731 | Former Priest Marvin Archuleta<br>c/o Sons of the Holy Family<br>801 Locust Place NE, Apt. 1018<br>Albuquerque, NM 87102-1652 |

| | | |
|---|---|---|
| George Garcia<br>4060 St. Joseph Place<br>Rooms 150<br>Albuquerque, NM 87120-1714 | Hilda Hidalgo<br>121 Tafoya Road<br>Belen, NM 87002-4123 | Holy Child<br>PO Box 130<br>Tijeras, NM 87059-0130 |
| Holy Cross<br>PO Box 1228<br>Santa Cruz, NM 87567-1228 | Holy Cross Catholic School<br>PO Box 1260<br>Santa Cruz, NM 87567-1260 | Holy Family<br>PO Box 12127<br>Albuquerque, NM 87195-0127 |
| Holy Family - Chimayo<br>PO Box 235<br>Chimayo, NM 87522-0235 | Holy Family - St. Joseph<br>PO Box 37<br>Roy, NM 87743-0037 | Holy Family Church<br>355 Chicosa Street<br>Roy, NM 87743 |
| Holy Ghost<br>833 Arizona Street SE<br>Albuquerque, NM 87108-4823 | Immaculate Conception<br>619 Copper Avenue NW<br>Albuquerque, NM 87102-3140 | Immaculate Conception - Cimarron<br>440 W. 18th Street<br>Cimarron, NM 87714-9672 |
| Immaculate Conception - Las Vegas<br>811 6th Street<br>Las Vegas, NM 87701-4305 | Immaculate Conception - Tome<br>PO Box 100<br>Tome, NM 87060-0100 | Immaculate Heart of Mary<br>3700 Canyon Road<br>Los Alamos, NM 87544-2213 |
| Jane Doe I<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | Jane Doe L<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | Jane Doe M<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| Jane Does 'G, I, L and M'<br>c/o Brad D. Hall<br>320 Gold Avenue, SW, Ste 1218<br>Albuquerque, NM 87102-3216 | John Doe<br>c/o Merit Bennett<br>460 St. Michael's Drive, Ste 703<br>Santa Fe, NM 87505-7646 | John Doe '67'<br>Claimants c/o Brad D. Hall<br>320 Gold Avenue, SW, Ste 1218<br>Albuquerque, NM 87102-3216 |
| John Doe 69<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 70<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 71<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 73<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 74<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 76<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 77<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 78<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 79<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |

| | | |
|---|---|---|
| John Doe 80<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 82<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 83<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 84<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 87<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 88<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 90<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 91<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 92<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 93<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 94<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 | John Doe 96<br>c/o Brad D. Hall<br>320 Gold Avenue,<br>SW, Ste 1218<br>Albuquerque, NM 87102-3202 |
| John Doe 1, c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street NW, Suite 400<br>Albuquerque, NM 87102-2174 | John Doe 2<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 | John Doe 4<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 |
| John Doe 5<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 | John Doe 6<br>c/o Carolyn Nichols<br>Rothstein Donatelli, LLP<br>500 Fourth Street<br>NW, Suite 400<br>Albuquerque, NM 87102 | Josephine Wafula<br>c/o Curtis and Lucero<br>215 Central Avenue NW Suite 300<br>Albuquerque, NM 87102-3363 |
| Kenneth J. Griesemer<br>4060 St. Joseph Place<br>Rooms 232-A<br>Albuquerque, NM 87120-1714 | La Santisima Trindad<br>PO Box 189<br>Arroyo Seco, NM 87514-0189 | Larry Brito<br>c/o St. Anne's<br>511 Alicia Street<br>Santa Fe, NM 87501-3645 |
| Lucy Brown<br>2808 Bellamah Drive<br>Santa Fe, NM 87507-5309 | Madison Bartleson<br>c/o Prince, Schmidt, Korte and Baca<br>2905 Rodeo Park Dr. East, Building 2<br>Santa Fe, NM 87505-6313 | Mail Finance<br>478 Wheelers Farm Road<br>Milford, CT 06461-9105 |
| Mark Hilton<br>c/o Michael Danoff and Assoc.<br>1225 Rio Grande Blvd. NW<br>Albuquerque, NM 87104-2630 | Mark Valdez<br>460 St. Michael's Drive<br>Suite 703<br>Santa Fe, NM 87505-7646 | N.S. de Guadalupe del Valle de Pojoaque<br>9 Grazing Elk Drive<br>Santa Fe, NM 87506-7140 |
| NM Taxation and Revenue Dept.<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Nativity of the Blessed Virgin Mary<br>9502 4th Street NW<br>Albuquerque, NM 87114-1634 | New Mexico School for the Arts<br>4060 St. Joseph Place<br>San Juan Building<br>Albuquerque, NM 87120-1714 |

| | | |
|---|---|---|
| New Mexico Workers Comp Administration<br>2410 Centre Avenue SE<br>Albuquerque, NM 87106-4190 | Nuestra Senora de Guadalupe<br>PO Box 1270<br>Pena Blanca, NM 87041-1270 | Nuestra Senora de Guadalupe - Taos<br>205 Don Fernando Street<br>Taos, NM 87571-5932 |
| Office of the NM Attorney General<br>Ms. Maestas and Ms. Pino<br>PO Box 1508<br>Santa Fe, NM 87504-1508 | Old Town Catering Company<br>4060 St. Joseph Place<br>Albuquerque, NM 87120-1714 | Our Lady of Belen<br>101 - A North 10th Street<br>Belen, NM 87002-3835 |
| Our Lady of Fatima<br>4020 Lomas Blvd. NE<br>Albuquerque, NM 87110-7745 | Our Lady of Guadalupe<br>1860 Griegos Road NW<br>Albuquerque, NM 87107-2899 | Our Lady of Guadalupe - Clovis<br>108 North Davis Street<br>Clovis, NM 88101-7237 |
| Our Lady of Guadalupe - Peralta<br>PO Box 10<br>Peralta, NM 87042-0010 | Our Lady of Guadalupe - Villanueva<br>PO Box 39<br>Villanueva, NM 87583-0039 | Our Lady of Lavang<br>1015 Chelwood Park NE<br>Albuquerque, NM 87112-5902 |
| Our Lady of Sorrows - Bernalilo<br>PO Box 607<br>Bernalillo, NM 87004-0607 | Our Lady of Sorrows - La Joya<br>PO Box 32<br>La Joya, NM 87028-0032 | Our Lady of Sorrows - Las Vegas<br>403 Valencia Street<br>Las Vegas, NM 87701-3783 |
| Our Lady of the Annunciation<br>2532 Vermont St. NE<br>Albuquerque, NM 87110-4638 | Our Lady of the Assumption<br>811 Guaymas Place NE<br>Albuquerque, NM 87108-2331 | Our Lady of the Assumption<br>Jemez Springs<br>PO Box 10<br>Jemez Springs, NM 87025-0010 |
| Our Lady of the Most Holy Rosary<br>5415 Fortuna Road NW<br>Albuquerque, NM 87105-1371 | Pierre Levy<br>644 Don Gaspar Ave.<br>Santa Fe, NM 87505-2666 | Prince of Peace Catholic Community<br>12500 Carmel Avenue NE<br>Albuquerque, NM 87122-1221 |
| Province of St. Ann<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 24350<br>Santa Fe, NM 87502-9350 | Province of St. Ann<br>c/o Paul R. Harris, Ulmer & Berne<br>1660 West 2nd Street, Ste. 1100<br>Cleveland, OH 44113-1406 | Queen of Heaven<br>5311 Phoenix Avenue NE<br>Albuquerque, NM 87110-3125 |
| Risen Savior Catholic Community<br>7701 Wyoming Blvd. NE<br>Albuquerque, NM 87109-5346 | Ruben Ortiz<br>Michael Ross, Elias Law Firm, P.C.<br>111 Isleta Blvd., SW Ste A<br>Albuquerque, NM 87105-3896 | Rudy Blea<br>c/o Pierre Levy, O'Friel and Levy,<br>644 Don Gaspar Avenue<br>Santa Fe, NM 87505-2666 |
| Sacred Heart<br>412 Stover Avenue SW<br>Albuquerque, NM 87102-3899 | Sacred Heart - Clovis<br>911 N. Merriwether Street<br>Clovis, NM 88101-5864 | Sacred Heart - Espanola<br>PO Box 69<br>Espanola, NM 87532-0069 |

| | | |
|---|---|---|
| Saint John XXII Catholic Community<br>4831 Tramway Ridge Drive, NE<br>Albuquerque, NM 87111-2787 | San Antonio de Padua<br>PO Box 460<br>Penasco, NM 87553-0460 | San Clemente<br>PO Box 147<br>Los Lunas, NM 87031-0147 |
| San Diego Mission<br>PO Box 79<br>Jemez Pueblo, NM 87024-0079 | San Felipe de Neri<br>PO Box 7007<br>Albuquerque, NM 87194-7007 | San Francisco de Asis<br>PO Box 72<br>Ranchos De Taos, NM 87557-0072 |
| San Ignacio<br>1300 Waler Street NE<br>Albuquerque, NM 87102-1623 | San Isidro<br>3552 Aqua Fria Street<br>Santa Fe, NM 87507-1583 | San Jose<br>2401 Broadway Blvd. SE<br>Albuquerque, NM 87102-5009 |
| San Jose - Anton Chico<br>PO Box 99<br>Anton Chico, NM 87711-0099 | San Jose - Los Ojos<br>PO Box 6<br>Los Ojos, NM 87551-0006 | San Juan Bautista<br>PO Box 1075<br>Ohkay Owingeh, NM 87566-1075 |
| San Juan Nepomuceno<br>PO Box 7<br>El Rito, NM 87530-0007 | San Miguel<br>403 El Camino Real Street NW<br>Socorro, NM 87801-5106 | San Miguel del Vado<br>PO Box 507<br>Ribera, NM 87560-0507 |
| San Ysidro<br>PO Box 182<br>Corrales, NM 87048-0182 | Sangre de Cristo<br>8901 Candelaria Road NE<br>Albuquerque, NM 87112-1209 | Santa Clara<br>PO Box 186<br>Roy, NM 87743-0186 |
| Santa Maria de La Paz Catholic Community<br>11 College Avenue<br>Santa Fe, NM 87508-9225 | Santo Nino - Tierra Amarilla<br>PO Box 160<br>Tierra Amarilla, NM 87575-0160 | Santuario San Martin de Porres<br>8321 Camino San Martin SW<br>Albuquerque, NM 87121-8302 |
| Servants of the Paraclete<br>c/o Law Offices of Jeffrey E. Jones<br>PO Box 24350<br>Santa Fe, NM 87502-9350 | Shrine of Our Lady of Guadalupe - SF<br>417 Aqua Fria Street<br>Santa Fe, NM 87501-2505 | Shrine of St. Bernadette<br>11509 Indian School Road NE<br>Albuquerque, NM 87112-3163 |
| Shrine of the Little Flower<br>St. Teresa of the Infant Jesus<br>300 Mildred Avenue NW<br>Albuquerque, NM 87107-2307 | Sons of the Holy Family, Inc.<br>c/o Modrall Sperling<br>500 4th Street NW, Ste. 1000<br>Albuquerque, NM 87102-2186 | Southwest Copy Systems Leasing<br>4545 McLeod NE<br>Albuquerque, NM 87109-2202 |
| St. Alice<br>PO Box 206<br>Mountainair, NM 87036-0206 | St. Anne<br>1400 Arenal Road SW<br>Albuquerque, NM 87105-4032 | St. Anne - Tucumcari<br>306 West High<br>Tucumcari, NM 88401-2801 |

| | | |
|---|---|---|
| St. Anne's<br>511 Alicia Street<br>Santa Fe, NM 87501-3645 | St. Anthony - Dixon<br>PO Box 39<br>Dixon, NM 87527-0039 | St. Anthony - Questa<br>PO Box 200<br>Questa, NM 87556-0200 |
| St. Anthony of Padua - Fort Sumner<br>PO Box 370<br>Fort Sumner, NM 88119-0370 | St. Anthony of Padua - Pecos<br>HC 74, Box 23<br>Pecos, NM 87552-9705 | St. Augustine<br>PO Box 849<br>Isleta, NM 87022-0849 |
| St. Bernadette Parish<br>11509 Indian School Rd. NE<br>Albuquerque, NM 87112-3163 | St. Charles<br>1818 Coal Place SE<br>Albuquerque, NM 87106-4095 | St. Edwin<br>2105 Barcelona Road SW<br>Albuquerque, NM 87105-5713 |
| St. Francis Xavier<br>820 Broadway Blvd. SE<br>Albuquerque, NM 87102-4210 | St. Francis Xavier - Clayton<br>115 North 1st Street<br>Clayton, NM 88415-3503 | St. Gurtrude the Great<br>PO Box 599<br>Mora, NM 87732-0599 |
| St. Helen<br>1600 South Avenue O<br>Portales, NM 88130-7099 | St. John Vianney Church<br>1001 Meteor Avenue NE<br>Rio Rancho, NM 87144-8031 | St. John the Baptist - Santa Fe<br>1301 Osage Avenue<br>Santa Fe, NM 87505-3327 |
| St. Joseph<br>PO Box 516<br>Springer, NM 87747-0516 | St. Joseph - Cerrillos<br>PO Box 98<br>Cerrillos, NM 87010-0098 | St. Joseph on the Rio Grande<br>5901 St. Joseph Drive NW<br>Albuquerque, NM 87120-3767 |
| St. Joseph's Fertility Care<br>4060 St. Joseph Place<br>Rooms 130<br>Albuquerque, NM 87120-1714 | St. Jude Thaddeus<br>5712 Paradise Blvd. NW<br>Albuquerque, NM 87114-4928 | St. Mary<br>PO Box 276<br>Vaughn, NM 88353-0276 |
| St. Patrick - Chama<br>PO Box 36<br>Chama, NM 87520-0036 | St. Patrick - St. Joseph<br>105 Buena Vista Street<br>Raton, NM 87740-2954 | St. Pius X High School<br>Catholic Center<br>5301 St. Josephs Drive NW<br>Albuquerque, NM 87120-1712 |
| St. Rose of Lima<br>439 South 3rd Street<br>Santa Rosa, NM 88435-2405 | St. Therese of the Infant Jesus Parish<br>3424 4th Street NW<br>Albuquerque, NM 87107 | St. Thomas Aquinas<br>1502 Sara Road SE<br>Rio Rancho, NM 87124-1848 |
| St. Thomas Aquinas University Parish<br>1815 Las Lomas Road NE<br>Albuquerque, NM 87106-3803 | St. Thomas the Apostle<br>PO Box 117<br>Abiquiu, NM 87510-0117 | St. Vincent de Paul Society Archdiocese of S<br>c/o Modrall Sperling Law Firm<br>PO Box 2168<br>Albuquerque, NM 87103-2168 |

| | | |
|---|---|---|
| The Cathedral Basilica of St. Francis<br>PO Box 2127<br>Santa Fe, NM 87504-2127 | The Catholic Foundation<br>4333 Pan American Fwy NE<br>Albuquerque, NM 87107-6833 | The Holy See, Archbishop Pierre<br>Apostolic Nunciature<br>3339 Massachusetts Avenue NW<br>Washington, DC 20008-3610 |
| Thomas Mayefske<br>1017 Florida SE<br>Albuquerque, NM 87108-4929 | Thomas Paickattu<br>c/o Andrew Indahl, Altura Law Firm<br>500 Marquette Drive NW, Ste. 1200<br>Albuquerque, NM 87102-5312 | United States Conference of<br>Catholic Bishops<br>3211 Fourth Street NE<br>Washington, DC 20017-1194 |
| United States Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Xerox Financial Services<br>45 Glover Avenue<br>Norwalk, CT 06850-1238 | Brad D. Hall<br>320 Gold Avenue SW<br>Suite 1218<br>Albuquerque, NM 87102-3216 |
| Bruce Anderson<br>Elsaesser Anderson, Chtd.<br>320 East Neider Avenue<br>Coeur d'Alene, ID 83815-6007 | Chris W Pierce<br>Walker & Associates, P.C.<br>500 Marquette N.W., Suite 650<br>Albuquerque, NM 87102-5341 | Christine Romero<br>c/o Pierre Levy, Esq.<br>644 Don Gaspar Avenue<br>Santa Fe, NM 87505-2666 |
| Ford Elsaesser<br>Elsaesser Anderson, Chtd.<br>320 East Neider Avenue<br>Suite 102<br>Coeur D'Alene, ID 83815-6007 | Jaime Dawes<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 | James R. Murray<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403 |
| Jim Carter<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403 | Juan L Flores<br>Stelzner, Winter, Warburton, Flores, San<br>P.O. Box 528<br>Albuquerque, NM 87103-0528 | Luis Stelzner<br>Stelzner, Winter, Warburton, Flores, San<br>302 8th St. NW Ste 200<br>Albuquerque, NM 87102-3024 |
| Mark H Donatelli<br>Carolyn M. Cammie Nichols Ro<br>500 4th Street, NW<br>Suite 400<br>Albuquerque, NM 87102-2174 | Robert P. Warburton<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 | Samuel I. Roybal<br>Walker & Associates, P.C.<br>500 Marquette, NW, Ste 650<br>Albuquerque, NM 87102-5341 |
| Sara Sanchez<br>Stelzner, Winter, Warburton, Flores, San<br>PO Box 528<br>Albuquerque, NM 87103-0528 | Stephanie L Schaeffer<br>Walker & Associates, P.C.<br>500 Marquette NW Suite 650<br>Albuquerque, NM 87102-5341 | Thomas Paickattu<br>C/o Altura Law Firm<br>500 Marquette Ave NW<br>Suite 1200<br>Albuquerque, NM 87102-5312 |
| Thomas D Walker<br>Walker & Associates, P.C.<br>500 Marquette Ave NW Ste 650<br>Albuquerque, NM 87102-5341 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Catholic Charities, Inc. | (u)John Doe #1, 2, 4, 5, 6 | (u)Official Committee of Unsecured Creditors |
| (u)Parish Steering Committee of the Roman Cat | (u)Santa Maria de La Paz Parish | (u)Sons of the Holy Family, Inc |
| (u)St. Paul Fire & Marine Insurance Company | (u)Various tort claimants | (u)A-1 |
| (u)A-10 | (u)A-11 | (u)A-12 |
| (u)A-13 | (u)A-14 | (u)A-15 |
| (u)A-16 | (u)A-17 | (u)A-18 |
| (u)A-19 | (u)A-2 | (u)A-20 |
| (u)A-21 | (u)A-22 | (u)A-23 |
| (u)A-24 | (u)A-25 | (u)A-26 |
| (u)A-27 | (u)A-28 | (u)A-29 |

(u)A-3    (u)A-30   (u)A-31

(u)A-32   (u)A-33   (u)A-34

(u)A-35   (u)A-36   (u)A-37

(u)A-38   (u)A-39   (u)A-4

(u)A-40   (u)A-41   (u)A-42

(u)A-43   (u)A-44   (u)A-45

(u)A-46   (u)A-47   (u)A-48

(u)A-49   (u)A-5    (u)A-50

(u)A-51   (u)A-52   (u)A-53

(u)A-54   (u)A-55   (u)A-56

| | | |
|---|---|---|
| (u)A-57 | (u)A-58 | (u)A-59 |
| (u)A-6 | (u)A-60 | (u)A-61 |
| (u)A-62 | (u)A-63 | (u)A-64 |
| (u)A-65 | (u)A-66 | (u)A-67 |
| (u)A-68 | (u)A-69 | (u)A-7 |
| (u)A-8 | (u)A-9 | (u)Debra J. Moulton<br>Kennedy, Moulton & Wells, P.C. |
| (d)Elizabeth Hardin-Burrola<br>P.O. Box 178<br>Gallup, NM 87305-0178 | (u)J. W. | (u)John Doe |
| (u)John Doe Victim | (u)John Does 67, 69, 70, 71, 73, 74, 76, 77, | (u)Pamela D Kennedy |
| (u)Patrick Kennedy<br>King Industries Corporation | (u)Rudy Blea | End of Label Matrix<br>Mailable recipients   204<br>Bypassed recipients    86<br>Total                 290 |