# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
corporation sole,

Debtor-in-Possession.

Chapter 11

Case No. 18-13027-t11

## NOTICE OF OBJECTION DEADLINE FOR THE FIRST INTERIM FEE APPLICATION OF ELSAESSER ANDERSON CHTD. ATTORNEYS FOR THE DEBTOR-IN-POSSESSION

On August 19, 2019, Elsaesser Anderson, Chtd, bankruptcy attorneys for the Roman Catholic Church of the Archdiocese of Santa Fe, the Debtor herein, filed their First Interim Fee Application of Elsaesser Anderson Chtd. Attorneys for the Debtor-in-Possession [Docket #221](the "Application"), for allowance and payment of compensation, pursuant to 11 U.S.C. §§330, 331 and 503(b) for work performed from December 3, 2019 through June 30, 2019 ("First Application Period"), and to authorize the Debtor to pay the unpaid balance of approved compensation.

In the Application, Debtor requests that the Court (1) grant approval of compensation to Elsaesser Anderson Chtd. for the First Application Period in the total amount of $247,395.38, consisting of $244,388.75 in professional fees and $3,006.63 in costs, (2) authorize applicant to apply funds in trust ($8,765.21) to the unpaid balance; and (3) authorize payment of the unpaid balance of approved compensation. The Application can be inspected at the Office of the Clerk, Pete V. Domenici, U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102.

Any party who objects to the Application must file their objection with the Clerk of the United States Bankruptcy Court for the District of New Mexico **within 21 days after the date of mailing of this notice, plus three days because this notice is served by mail, for a total of 24 days**, and serve a copy of the objection on Elsaesser Anderson Chtd. (Bruce A. Anderson), at the address given below. Objections must be filed electronically to the extent required by New Mexico Local Bankruptcy Rule 5005-2. The Clerk's mailing address (for use if electronic filing is not required) is Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102. If any objections are timely filed, a hearing will be held on notice only to counsel for the Debtor and objecting parties. If no objections are timely filed, an order granting the Application will be presented for entry without a hearing or further notice.

NOTICE OF OBJECTION DEADLINE FOR FIRST INTERIM FEE APPLICATION OF
ELSAESSER ANDERSON CHTD., ATTORNEYS FOR THE DEBTOR-IN-POSSESSION -1

Date of Mailing: August 20, 2019

/s/ Bruce A. Anderson
Ford Elsaesser
Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
(208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com
katie@eaidaho.com

-and-

/s/ Thomas D. Walker
Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, NM  87102
(505) 766-9272
Fax: (505) 772-9287
twalker@walkerlawpc.com

*Counsel for Debtor-in-Possession*

I hereby certify that on August 20, 2019 a copy of the foregoing Notice was mailed by first class United States mail, postage prepaid, to all persons listed on the mailing matrix kept by the Clerk of the Bankruptcy Court, a copy of which is attached to the original of this Notice that will be filed with the Clerk.

s/filed electronically 8/20/2019
Stephanie L. Schaeffer

NOTICE OF OBJECTION DEADLINE FOR FIRST INTERIM FEE APPLICATION OF
ELSAESSER ANDERSON CHTD., ATTORNEYS FOR THE DEBTOR-IN-POSSESSION -2

Label Matrix for local noticing
1084-1
Case 18-13027-t11
District of New Mexico
Albuquerque
Mon Aug 19 14:58:23 MDT 2019

Bank of America, N.A.
c/o Robert J. Miller and Khaled Tarazi
Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4533

REDW, LLC, CPAs
Albuquerque, NM

Roman Catholic Church of the Archdiocese of
4000 St. Josephs Place NW
Albuquerque, NM 87120-1714

State of New Mexico, Workers Compensation Ad
P.O. Box 27198
2410 Centre Ave. SE
Albuquerque, NM 87106-4190

United States Bankruptcy Court
333 Lomas Blvd. NW, Suite 360
Albuquerque, NM 87102-2275

Adjusting Alternatives, LLC
PO Box 14710
Albuquerque, NM 87191-4710

Bank of America
PO Box 15731
Wilmington, DE 19886-5731

Bank of America, N.A.
c/o Khaled Tarazi
Bryan Cave Leighton Paisner LLP
Two N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4533

Benito Garcia
1307 New Mexico Ave.
Las Vegas, NM 87701-3341

Candelaria Lopez
124 Santa Ana Road
Bernalillo, NM 87004-6264

Catherine Collins
Kevin R. Korte
Prince, Schmidt, Korte & Baca, LLP
2905 Rodeo Park Drive East, Building 2
Santa Fe, NM 87505-6313

Catherine Collins
c/o Prince, Schmidt Korte & Baca, LLP
2905 Rodeo Park Drive East, Bld 2
Santa Fe, NM 87505-6313

Catholic Mutual Society of America
4060 St. Joseph Place
Rooms 135
Albuquerque, NM 87120-1714

Christine B. Romero
c/o Pierre Levy of O'Friel and Levy
PO Box 2084
Santa Fe, NM 87504-2084

Christine Romero
644 Don Gaspar Ave.
Santa Fe, NM 87505-2666

Church of Ascension
2150 Raymac SW
Albuquerque, NM 87105-6841

Church of the Incarnation
2309 Monterrey Road NE
Rio Rancho, NM 87144-5579

Claimant C.M.
Tinkler Law Firm
309 Johnson Street
Santa Fe, NM 87501-1828

Claimant D.G.
Tinkler Law Firm
309 Johnson Street
Santa Fe, NM 87501-1828

Claimant J.N.
Tinkler Law Firm
309 Johnson Street
Santa Fe, NM 87501-1828

Claimants
c/o Tinkler Law Firm
309 Johnson Street
Santa Fe, NM 87501-1828

Congregation Blessed Sacrament, Province St.
Ulmer & Berne LLP
1660 West 2nd St., Suite 1100
Cleveland, OH 44113-1406

Congregation of Blessed Sacrament Father
c/o Law Offices of Jeffrey E. Jones
PO Box 23450
Santa Fe, NM 87502-3450

Cristo Rey Parish
1120 Canyon Road
Santa Fe, NM 87501-6188

Cynthia A. Buckner
10215 Central Ave NW
Albuquerque, NM 87121-7626

Dessie Montoya-Soto, Inc.
4060 St. Joseph Place
Rooms 234
Albuquerque, NM 87120-1714

Diocese of Gallup
503 W Highway 66
Gallup, NM 87301-6418

Dominican Ecclesial Institute
4060 St. Joseph Place
Room 232B
Albuquerque, NM 87120-1714

El Santuario de Chimayo
15 Santuario Drive
Chimayo, NM 87522

Elizabeth Hardin-Burrola
P.O. Box 178
Gallup, NM 87305-0178

Emma Banuelos
240 County Road 303
Seminole, TX 79360-5959

Estancia Valley Catholic Parish
PO Box 129
Moriarty, NM 87035-0129

Estate of Robert B. Garcia
Donald Garcia, PR and Eilsea Garcia
928 Nicole Place
Santa Fe, NM 87505-0731

Former Priest Marvin Archuleta
c/o Sons of the Holy Family
801 Locust Place NE, Apt. 1018
Albuquerque, NM 87102-1652

George Garcia
4060 St. Joseph Place
Rooms 150
Albuquerque, NM 87120-1714

Hilda Hidalgo
121 Tafoya Road
Belen, NM 87002-4123

Holy Child
PO Box 130
Tijeras, NM 87059-0130

Holy Cross
PO Box 1228
Santa Cruz, NM 87567-1228

Holy Cross Catholic School
PO Box 1260
Santa Cruz, NM 87567-1260

Holy Family
PO Box 12127
Albuquerque, NM 87195-0127

Holy Family – Chimayo
PO Box 235
Chimayo, NM 87522-0235

Holy Family – St. Joseph
PO Box 37
Roy, NM 87743-0037

Holy Family Church
355 Chicosa Street
Roy, NM 87743

Holy Ghost
833 Arizona Street SE
Albuquerque, NM 87108-4823

Immaculate Conception
619 Copper Avenue NW
Albuquerque, NM 87102-3140

Immaculate Conception – Cimarron
440 W. 18th Street
Cimarron, NM 87714-9672

Immaculate Conception – Las Vegas
811 6th Street
Las Vegas, NM 87701-4305

Immaculate Conception – Tome
PO Box 100
Tome, NM 87060-0100

Immaculate Heart of Mary
3700 Canyon Road
Los Alamos, NM 87544-2213

Jane Doe I
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

Jane Doe L
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

Jane Doe M
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

Jane Does 'G, I, L and M'
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102-3216

Jessica Bartleson Individually &
as Parent & Natural Guardian of
Maddison Bartleson
c/o Prince, Schmidt Korte & Baca, LLP
2905 Rodeo Park Drive East, Bldg 2
Santa Fe, NM 87505-6313

John Doe
c/o Merit Bennett
460 St. Michael's Drive, Ste 703
Santa Fe, NM 87505-7646

John Doe '67'
Claimants c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102-3216

John Doe 69
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3203

John Doe 70
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 71
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 73
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 74
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 76
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 77
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 78
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 79
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 80
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 82
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 83
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 84
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 87
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 88
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 90
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 91
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 92
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 93
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 94
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 96
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 1, c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street NW, Suite 400
Albuquerque, NM 87102-2174

John Doe 2
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

John Doe 4
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

John Doe 5
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

John Doe 6
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

Joseph Luke Schmaltz
543 Bannock Street
Denver, CO 80204-5127

Josephine Wafula
c/o Curtis and Lucero
215 Central Avenue NW Suite 300
Albuquerque, NM 87102-3363

Kenneth J. Griesemer
4060 St. Joseph Place
Rooms 232-A
Albuquerque, NM 87120-1714

La Santisima Trindad
PO Box 189
Arroyo Seco, NM 87514-0189

Larry Brito
c/o St. Anne's
511 Alicia Street
Santa Fe, NM 87501-3645

Laura Holmes, as Parent a/n/f D.H.
C/o Aaron Boland, John Sloan, and Rachae
308 Catron Street
Santa Fe, New Mexico 87501-1806

Lucy Brown
2808 Bellamah Drive
Santa Fe, NM 87507-5309

| | | |
|---|---|---|
| Madison Bartleson<br>c/o Prince, Schmidt, Korte and Baca<br>2905 Rodeo Park Dr. East, Building 2<br>Santa Fe, NM 87505-6313 | Mail Finance<br>478 Wheelers Farm Road<br>Milford, CT 06461-9105 | Marc Hilton<br>c/o Michael Danoff & Associates, P.C.<br>1225 Rio Grande Blvd. NW<br>Albuquerque, NM 87104-2630 |
| Mark Hilton<br>c/o Michael Danoff and Assoc.<br>1225 Rio Grande Blvd. NW<br>Albuquerque, NM 87104-2630 | Mark Valdez<br>460 St. Michael's Drive<br>Suite 703<br>Santa Fe, NM 87505-7646 | N.S. de Guadalupe del Valle de Pojoaque<br>9 Grazing Elk Drive<br>Santa Fe, NM 87506-7140 |
| NM Taxation and Revenue Dept.<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Nativity of the Blessed Virgin Mary<br>9502 4th Street NW<br>Albuquerque, NM 87114-1634 | New Mexico School for the Arts<br>4060 St. Joseph Place<br>San Juan Building<br>Albuquerque, NM 87120-1714 |
| New Mexico Workers Comp Administration<br>2410 Centre Avenue SE<br>Albuquerque, NM 87106-4190 | Nuestra Senora de Guadalupe<br>PO Box 1270<br>Pena Blanca, NM 87041-1270 | Nuestra Senora de Guadalupe - Taos<br>205 Don Fernando Street<br>Taos, NM 87571-5932 |
| Office of the NM Attorney General<br>Ms. Maestas and Ms. Pino<br>PO Box 1508<br>Santa Fe, NM 87504-1508 | Old Town Catering Company<br>4060 St. Joseph Place<br>Albuquerque, NM 87120-1714 | Our Lady of Belen<br>101 - A North 10th Street<br>Belen, NM 87002-3835 |
| Our Lady of Fatima<br>4020 Lomas Blvd. NE<br>Albuquerque, NM 87110-7745 | Our Lady of Guadalupe<br>1860 Griegos Road NW<br>Albuquerque, NM 87107-2899 | Our Lady of Guadalupe - Clovis<br>108 North Davis Street<br>Clovis, NM 88101-7237 |
| Our Lady of Guadalupe - Peralta<br>PO Box 10<br>Peralta, NM 87042-0010 | Our Lady of Guadalupe - Villanueva<br>PO Box 39<br>Villanueva, NM 87583-0039 | Our Lady of Lavang<br>1015 Chelwood Park NE<br>Albuquerque, NM 87112-5902 |
| Our Lady of Sorrows - Bernalilo<br>PO Box 607<br>Bernalillo, NM 87004-0607 | Our Lady of Sorrows - La Joya<br>PO Box 32<br>La Joya, NM 87028-0032 | Our Lady of Sorrows - Las Vegas<br>403 Valencia Street<br>Las Vegas, NM 87701-3783 |
| Our Lady of the Annunciation<br>2532 Vermont St. NE<br>Albuquerque, NM 87110-4638 | Our Lady of the Assumption<br>811 Guaymas Place NE<br>Albuquerque, NM 87108-2331 | Our Lady of the Assumption<br>Jemez Springs<br>PO Box 10<br>Jemez Springs, NM 87025-0010 |
| Our Lady of the Most Holy Rosary<br>5415 Fortuna Road NW<br>Albuquerque, NM 87105-1371 | Pierre Levy<br>644 Don Gaspar Ave.<br>Santa Fe, NM 87505-2666 | Prince of Peace Catholic Community<br>12500 Carmel Avenue NE<br>Albuquerque, NM 87122-1221 |

Province of St. Ann
c/o Law Offices of Jeffrey E. Jones
PO Box 24350
Santa Fe, NM 87502-9350

Province of St. Ann
c/o Paul R. Harris, Ulmer & Berne
1660 West 2nd Street, Ste. 1100
Cleveland, OH 44113-1406

Queen of Heaven
5311 Phoenix Avenue NE
Albuquerque, NM 87110-3125

Risen Savior Catholic Community
7701 Wyoming Blvd. NE
Albuquerque, NM 87109-5346

Ruben Ortiz
Michael Ross, Elias Law Firm, P.C.
111 Isleta Blvd., SW Ste A
Albuquerque, NM 87105-3896

Rudy Blea
c/o Annie-Laurie Coogan, LLC
215 Lincoln Ave. Suite 204F
Santa Fe, NM 87501-1903

Rudy Blea
c/o Pierre Levy, O'Friel and Levy,
644 Don Gaspar Avenue
Santa Fe, NM 87505-2666

Sacred Heart
412 Stover Avenue SW
Albuquerque, NM 87102-3899

Sacred Heart - Clovis
911 N. Merriwether Street
Clovis, NM 88101-5864

Sacred Heart - Espanola
PO Box 69
Espanola, NM 87532-0069

Saint John XXII Catholic Community
4831 Tramway Ridge Drive, NE
Albuquerque, NM 87111-2787

San Antonio de Padua
PO Box 460
Penasco, NM 87553-0460

San Clemente
PO Box 147
Los Lunas, NM 87031-0147

San Diego Mission
PO Box 79
Jemez Pueblo, NM 87024-0079

San Felipe de Neri
PO Box 7007
Albuquerque, NM 87194-7007

San Francisco de Asis
PO Box 72
Ranchos De Taos, NM 87557-0072

San Ignacio
1300 Waler Street NE
Albuquerque, NM 87102-1623

San Isidro
3552 Aqua Fria Street
Santa Fe, NM 87507-1583

San Jose
2401 Broadway Blvd. SE
Albuquerque, NM 87102-5009

San Jose - Anton Chico
PO Box 99
Anton Chico, NM 87711-0099

San Jose - Los Ojos
PO Box 6
Los Ojos, NM 87551-0006

San Juan Bautista
PO Box 1075
Ohkay Owingeh, NM 87566-1075

San Juan Nepomuceno
PO Box 7
El Rito, NM 87530-0007

San Miguel
403 El Camino Real Street NW
Socorro, NM 87801-5106

San Miguel del Vado
PO Box 507
Ribera, NM 87560-0507

San Ysidro
PO Box 182
Corrales, NM 87048-0182

Sangre de Cristo
8901 Candelaria Road NE
Albuquerque, NM 87112-1209

Santa Clara
PO Box 186
Roy, NM 87743-0186

Santa Maria De La Paz Catholic Community, In
c/o Dennis A. Banning
NM Financial & Family Law
320 Gold Avenue SW, Suite 1401
Albuquerque, NM 87102-3248

Santa Maria de La Paz Catholic Community
11 College Avenue
Santa Fe, NM 87508-9225

Santo Nino - Tierra Amarilla
PO Box 160
Tierra Amarilla, NM 87575-0160

Santuario San Martin de Porres
8321 Camino San Martin SW
Albuquerque, NM 87121-8302

Servants of the Paraclete
c/o Law Offices of Jeffrey E. Jones
PO Box 24350
Santa Fe, NM 87502-9350

Shrine of Our Lady of Guadalupe - SF
417 Aqua Fria Street
Santa Fe, NM 87501-2505

Shrine of St. Bernadette
11509 Indian School Road NE
Albuquerque, NM 87112-3163

Shrine of the Little Flower
St. Teresa of the Infant Jesus
300 Mildred Avenue NW
Albuquerque, NM 87107-2307

Sons of the Holy Family, Inc.
c/o Modrall Sperling
500 4th Street NW, Ste. 1000
Albuquerque, NM 87102-2186

Southwest Copy Systems Leasing
4545 McLeod NE
Albuquerque, NM 87109-2202

St. Alice
PO Box 206
Mountainair, NM 87036-0206

St. Anne
1400 Arenal Road SW
Albuquerque, NM 87105-4032

St. Anne - Tucumcari
306 West High
Tucumcari, NM 88401-2801

St. Anne's
511 Alicia Street
Santa Fe, NM 87501-3645

St. Anthony - Dixon
PO Box 39
Dixon, NM 87527-0039

St. Anthony - Questa
PO Box 200
Questa, NM 87556-0200

St. Anthony of Padua - Fort Sumner
PO Box 370
Fort Sumner, NM 88119-0370

St. Anthony of Padua - Pecos
HC 74, Box 23
Pecos, NM 87552-9705

St. Augustine
PO Box 849
Isleta, NM 87022-0849

St. Bernadette Parish
11509 Indian School Rd. NE
Albuquerque, NM 87112-3163

St. Charles
1818 Coal Place SE
Albuquerque, NM 87106-4095

St. Edwin
2105 Barcelona Road SW
Albuquerque, NM 87105-5713

St. Francis Xavier
820 Broadway Blvd. SE
Albuquerque, NM 87102-4210

St. Francis Xavier - Clayton
115 North 1st Street
Clayton, NM 88415-3503

St. Gurtrude the Great
PO Box 599
Mora, NM 87732-0599

St. Helen
1600 South Avenue O
Portales, NM 88130-7099

St. John Vianney Church
1001 Meteor Avenue NE
Rio Rancho, NM 87144-8031

St. John the Baptist - Santa Fe
1301 Osage Avenue
Santa Fe, NM 87505-3327

St. Joseph
PO Box 516
Springer, NM 87747-0516

St. Joseph - Cerrillos
PO Box 98
Cerrillos, NM 87010-0098

St. Joseph on the Rio Grande
5901 St. Joseph Drive NW
Albuquerque, NM 87120-3767

St. Joseph's Fertility Care
4060 St. Joseph Place
Rooms 130
Albuquerque, NM 87120-1714

St. Jude Thaddeus
5712 Paradise Blvd. NW
Albuquerque, NM 87114-4928

St. Mary
PO Box 276
Vaughn, NM 88353-0276

St. Patrick - Chama
PO Box 36
Chama, NM 87520-0036

St. Patrick - St. Joseph
105 Buena Vista Street
Raton, NM 87740-2954

St. Paul Fire & Marine Insurance Company
Jonathan B. Alter, Esq.
1 Tower Square  4MS
Hartford, CT 06183-1050

St. Pius X High School
Catholic Center
5301 St. Josephs Drive NW
Albuquerque, NM 87120-1712

St. Rose of Lima
439 South 3rd Street
Santa Rosa, NM 88435-2405

St. Therese of the Infant Jesus Parish
3424 4th Street NW
Albuquerque, NM 87107

St. Thomas Aquinas
1502 Sara Road SE
Rio Rancho, NM 87124-1848

St. Thomas Aquinas University Parish
1815 Las Lomas Road NE
Albuquerque, NM 87106-3803

St. Thomas the Apostle
PO Box 117
Abiquiu, NM 87510-0117

St. Vincent de Paul Society Archdiocese of S
c/o Modrall Sperling Law Firm
PO Box 2168
Albuquerque, NM 87103-2168

The Cathedral Basilica of St. Francis
PO Box 2127
Santa Fe, NM 87504-2127

The Catholic Foundation
4333 Pan American Fwy NE
Albuquerque, NM 87107-6833

The Holy See, Archbishop Pierre
Apostolic Nunciature
3339 Massachusetts Avenue NW
Washington, DC 20008-3610

Thomas Mayefske
1017 Florida SE
Albuquerque, NM 87108-4929

Thomas Paickattu
c/o Andrew Indahl, Altura Law Firm
500 Marquette Drive NW, Ste. 1200
Albuquerque, NM 87102-5312

Todd A. Atkinson
Ulmer & Berne LLP
1660 West 2nd St., Suite 1100
Cleveland, OH 44113-1406

United States Conference of
Catholic Bishops
3211 Fourth Street NE
Washington, DC  20017-1194

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608

Xerox Financial Services
45 Glover Avenue
Norwalk, CT 06850-1238

Brad D. Hall
320 Gold Avenue SW
Suite 1218
Albuquerque, NM 87102-3216

Bruce Anderson
Elsaesser Anderson, Chtd.
320 East Neider Avenue
Coeur d'Alene, ID 83815-6007

Chris W Pierce
Walker & Associates, P.C.
500 Marquette N.W., Suite 650
Albuquerque, NM 87102-5341

Christine Romero
c/o Pierre Levy, Esq.
644 Don Gaspar Avenue
Santa Fe, NM 87505-2666

Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
2201 San Pedro Dr. NE
Albuquerque, NM 87110-5942

Ford Elsaesser
Elsaesser Anderson, Chtd.
320 East Neider Avenue
Suite 102
Coeur D'Alene, ID 83815-6007

Jaime Dawes
Stelzner, Winter, Warburton, Flores, San
PO Box 528
Albuquerque, NM 87103-0528

James R. Murray
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403

Jim Carter
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403

Juan L Flores
Stelzner, Winter, Warburton, Flores, San
P.O. Box 528
Albuquerque, NM 87103-0528

Luis Stelzner
Stelzner, Winter, Warburton, Flores, San
302 8th St. NW Ste 200
Albuquerque, NM 87102-3024

Mark H Donatelli
Carolyn M. Cammie Nichols Ro
500 4th Street, NW
Suite 400
Albuquerque, NM 87102-2174

Patrick Kennedy
King Industries Corporation
PO Box 273
Alto, NM 88312-0273

Robert P. Warburton
Stelzner, Winter, Warburton, Flores, San
PO Box 528
Albuquerque, NM 87103-0528

Samuel I. Roybal
Walker & Associates, P.C.
500 Marquette, NW, Ste 650
Albuquerque, NM 87102-5341

Sara Sanchez
Stelzner, Winter, Warburton, Flores, San
PO Box 528
Albuquerque, NM 87103-0528

Stephanie L Schaeffer
Walker & Associates, P.C.
500 Marquette NW Suite 650
Albuquerque, NM 87102-5341

Thomas Paickattu
C/o Altura Law Firm
500 Marquette Ave NW
Suite 1200
Albuquerque, NM 87102-5312

Thomas D Walker
Walker & Associates, P.C.
500 Marquette Ave NW Ste 650
Albuquerque, NM 87102-5341

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Catholic Charities, Inc.

(u)Catholic Mutual Relief Society of America

(u)John Doe #1, 2, 4, 5, 6

(u)Official Committee of Unsecured Creditors

(u)Parish Steering Committee of the Roman Cat

(u)Santa Maria de La Paz Parish

(u)Sons of the Holy Family, Inc

(u)St. Paul Fire & Marine Insurance Company

(u)The Catholic Foundation of the Archdiocese

(u)Various tort claimants

(u)A-1

(u)A-10

(u)A-100

(u)A-101

(u)A-102

(u)A-103

(u)A-104

(u)A-105

(u)A-106

(u)A-107

(u)A-108

(u)A-109

(u)A-11

(u)A-110

(u)A-111

(u)A-112

(u)A-113

(u)A-114

(u)A-115

(u)A-116

(u)A-117

(u)A-118

(u)A-119

(u)A-12

(u)A-120

(u)A-121

(u)A-122

(u)A-123

(u)A-124

(u)A-125

(u)A-126

(u)A-127

(u)A-128

(u)A-129

(u)A-13

(u)A-130                    (u)A-131                    (u)A-132

(u)A-133                    (u)A-134                    (u)A-135

(u)A-136                    (u)A-137                    (u)A-138

(u)A-139                    (u)A-14                     (u)A-140

(u)A-141                    (u)A-142                    (u)A-143

(u)A-144                    (u)A-145                    (u)A-146

(u)A-147                    (u)A-148                    (u)A-149

(u)A-15                     (u)A-150                    (u)A-151

(u)A-152                    (u)A-153                    (u)A-154

(u)A-155                    (u)A-156                    (u)A-157

(u)A-158

(u)A-159

(u)A-16

(u)A-160

(u)A-161

(u)A-162

(u)A-163

(u)A-164

(u)A-165

(u)A-166

(u)A-167

(u)A-168

(u)A-169

(u)A-17

(u)A-170

(u)A-171

(u)A-172

(u)A-173

(u)A-174

(u)A-175

(u)A-176

(u)A-177

(u)A-178

(u)A-179

(u)A-18

(u)A-180

(u)A-181

(u)A-182

(u)A-183

(u)A-184

(u)A-185                    (u)A-186                    (u)A-187

(u)A-188                    (u)A-189                    (u)A-19

(u)A-190                    (u)A-191                    (u)A-192

(u)A-193                    (u)A-194                    (u)A-195

(u)A-196                    (u)A-197                    (u)A-198

(u)A-199                    (u)A-2                      (u)A-20

(u)A-200                    (u)A-201                    (u)A-202

(u)A-203                    (u)A-204                    (u)A-205

(u)A-206                    (u)A-207                    (u)A-208

(u)A-209                    (u)A-21                     (u)A-210

(u)A-211

(u)A-212

(u)A-213

(u)A-214

(u)A-215

(u)A-216

(u)A-217

(u)A-218

(u)A-219

(u)A-22

(u)A-220

(u)A-221

(u)A-222

(u)A-223

(u)A-224

(u)A-225

(u)A-226

(u)A-227

(u)A-228

(u)A-229

(u)A-23

(u)A-230

(u)A-231

(u)A-232

(u)A-233

(u)A-234

(u)A-235

(u)A-236

(u)A-237

(u)A-238

(u)A-239

(u)A-24

(u)A-240

(u)A-241

(u)A-242

(u)A-243

(u)A-244

(u)A-245

(u)A-246

(u)A-247

(u)A-248

(u)A-249

(u)A-25

(u)A-250

(u)A-251

(u)A-252

(u)A-253

(u)A-254

(u)A-255

(u)A-256

(u)A-257

(u)A-258

(u)A-259

(u)A-26

(u)A-260

(u)A-261

(u)A-262

(u)A-263

(u)A-264

(u)A-265

(u)A-266

(u)A-267

(u)A-268

(u)A-269

(u)A-27

(u)A-270

(u)A-271

(u)A-272

(u)A-273

(u)A-274

(u)A-275

(u)A-276

(u)A-277

(u)A-278

(u)A-279

(u)A-28

(u)A-280

(u)A-281

(u)A-282

(u)A-283

(u)A-284

(u)A-285

(u)A-286

(u)A-288

(u)A-289

(u)A-29

(u)A-290

(u)A-291

(u)A-292

(u)A-293

(u)A-294

(u)A-295

(u)A-296

(u)A-297

(u)A-298

(u)A-299

(u)A-3

(u)A-30

(u)A-300

(u)A-301

(u)A-302

(u)A-303

(u)A-304

(u)A-305

(u)A-306

(u)A-307

(u)A-308

(u)A-309

(u)A-31

(u)A-310

(u)A-311

(u)A-312

(u)A-313

(u)A-314

(u)A-315

(u)A-316

(u)A-317

(u)A-318

(u)A-319

(u)A-32

(u)A-320

(u)A-321

(u)A-322

(u)A-323

(u)A-324

(u)A-325

(u)A-326

(u)A-327

(u)A-328

(u)A-329

(u)A-33

(u)A-330

(u)A-331

(u)A-332

(u)A-333

(u)A-334

(u)A-335

(u)A-336

(u)A-337

(u)A-338

(u)A-339

(u)A-34

(u)A-340

(u)A-341

(u)A-342

(u)A-343

(u)A-344

(u)A-345

(u)A-346

(u)A-347

(u)A-348

(u)A-349

(u)A-35

(u)A-350

(u)A-351

(u)A-352

(u)A-353

(u)A-354

(u)A-355

(u)A-356

(u)A-357

(u)A-358

(u)A-359

(u)A-36

(u)A-360

(u)A-361

(u)A-362

(u)A-363

(u)A-364

(u)A-365

(u)A-366

(u)A-367

(u)A-368

(u)A-369

(u)A-37

(u)A-370

(u)A-371

(u)A-372

(u)A-373

(u)A-374

(u)A-375

(u)A-376

(u)A-377

(u)A-378

(u)A-379

(u)A-38

(u)A-39

(u)A-4

(u)A-40

(u)A-41

(u)A-42

(u)A-43

(u)A-44

(u)A-45

(u)A-46

(u)A-47

(u)A-48

(u)A-49

(u)A-5

(u)A-50

(u)A-51

(u)A-52

(u)A-53

(u)A-54

(u)A-55

(u)A-56

(u)A-57

(u)A-58

(u)A-59

(u)A-6

(u)A-60        (u)A-61        (u)A-62

(u)A-63        (u)A-64        (u)A-65

(u)A-66        (u)A-67        (u)A-68

(u)A-69        (u)A-7        (u)A-72

(u)A-73        (u)A-74        (u)A-75

(u)A-76        (u)A-77        (u)A-78

(u)A-79        (u)A-8        (u)A-80

(u)A-81        (u)A-82        (u)A-83

(u)A-84        (u)A-85        (u)A-86

(u)A-87        (u)A-88        (u)A-89



(u)A-9                          (u)A-90                         (u)A-91

(u)A-92                         (u)A-93                         (u)A-94

(u)A-95                         (u)A-96                         (u)A-97

(u)A-98                         (u)A-99                         (d)Elizabeth Hardin-Burrola
                                                                P.O. Box 178
                                                                Gallup, NM 87305-0178

(u)J. W.                        (u)John Doe                     (u)John Doe Victim

(u)John Does 67, 69, 70, 71, 73, 74, 76, 77,    (u)Laura Holmes                 (u)Pamela D Kennedy

(u)Rudy Blea                    End of Label Matrix
                                Mailable recipients   219
                                Bypassed recipients   394
                                Total                 613