| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Roman Catholic Church of the Archdiocese of Santa Fe |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known) | 18-13027 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................... $ 37,590,598.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................. $ 14,920,327.66

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................... $ 52,510,925.66

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$ 3,753,920.65

4. **Total liabilities** ....................................................................................................................................... $ 3,753,920.65
   Lines 2 + 3a + 3b

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. Cash on hand ........................................................................... $2,121.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118<br><br>$3,276,487 are available unrestricted funds, $762,298 are restricted funds, and $1,349,542 are property held for another.<br><br>Morgan Stanley<br>6565 Americas Pkwy NE<br>Albuquerque | Various. See Exhibit 1 | | $4,038,776.00 |

4. Other cash equivalents *(Identify all)*

   | | | | |
   |---|---|---|---|
   | 4.1. | Various closed bank accounts, proceeds were deposited into the general account as restricted funds.<br>See attached Exhbit 1 | | $45,453.37 |
   | 4.2. | Bank of America<br>St. Pius X High School<br>Utility Reserve Fund | | $171,567.00 |

5.  **Total of Part 1.**                                                                                   $4,257,917.37

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.  Workers Compensation Insurance with Catholic Mutual                                              $48,044.00

    8.2.  Seminarian prepaid tuition expenses to various colleges                                         $111,188.00

9.  **Total of Part 2.**                                                                                   $159,232.00

    Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    251,639.04       -       0.00          = ....         $251,639.04
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:       714,784.00       -       41,104.00     = ....         $673,680.00
                                 face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                   $925,319.04

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. Does the debtor own any investments?

    ☐ No. Go to Part 5.
    ■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. Mutual funds or publicly traded stocks not included in Part 1

| Debtor | Roman Catholic Church of the Archdiocese of Santa Fe | Case number (If known) 18-13027 |
|---|---|---|
| | Name | |

14.1. Name of fund or stock:
Morgan Stanley
6565 Americas Pkwy NE
Albuquerque, NM 87110

The Debtor is civilly incorporated as the "Roman Catholic Church of Archdiocese of Santa Fe" (ASF). The Code of Canon Law of the Roman Catholic Church requires that each entity within the Archdiocese (e.g., parish, institution) is a separate entity within the Church. The Debtor may have title to property which is held for the benefit of those separate entities. Therefore, except as otherwise stated, the property listed on the attached list is held for the benefit of the parishes and institutions of the Archdiocese, and is not property of the estate. See Exhibit 2

Total value of such investment accounts is $11,493,965, of which $2,578,233 is property held for another, and $4,748,096 are restricted.

$8,915,732.00

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                          % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**                                    $8,915,732.00
Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| Office furniture | $10,847.00 | Estimated FMV | $86,709.00 |

40. Office fixtures

| Debtor | Roman Catholic Church of the Archdiocese of Santa Fe | | Case number *(If known)* 18-13027 |
| --- | --- | --- | --- |
| | Name | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | Office fixtures | $0.00 | Estimated FMV | $817.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | Computer equipment ($18,080), communications equipment (12,419.60) and software (15,427.10) | $9,721.00 | Estimated FMV | $45,926.00 |
| | Office equipment | $13,520.00 | Estimated FMV | $63,647.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1. Misc. collectibles | $17,619.00 | | $123,054.25 |

| 43. | Total of Part 7. | $320,153.25 |
| --- | --- | --- |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. Is a depreciation schedule available for any of the property listed in Part 7?
   ■ No
   ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

**Part 8:  Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. 2008 Toyota 4 Runner | $0.00 | NADA | $10,912.00 |
| 47.2. 2002 Ford Ranger Pickup | $0.00 | NADA | $4,475.00 |
| 47.3. 2014 Buick LaCrosse | $0.00 | NADA | $19,900.00 |
| 47.4. 2015 Toyota Camry | $0.00 | NADA | $14,625.00 |
| 47.5. 2007 Chevy Silverado Pickup | $0.00 | NADA | $9,125.00 |
| 47.6. 2004 Pace AME Trailer | $0.00 | NADA | $4,899.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** $63,936.00

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real Property held by Archdiocese of Santa Fe - See Exhibit 2.** Values are assessed and partially appraised. | Fee Simple | $5,752,481.00 | | $37,590,598.00 |

56. **Total of Part 9.** $37,590,598.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites<br>Internet domain names<br>www.archdiosf.org<br>www.archdioceseofsantafegiving.org/development<br>www.asfcatholicschools.org<br>www.retreatabq.org<br>www.ihmretreat.com<br>www.archdiosf.booksys.net/opac/archdiosf/index.html<br>www.asfworship.org<br>www.asfym.org<br>www.archbishopshour.com<br>www.hispanicministryasf.org | $0.00 | | Unknown |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |
| 66. **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
■ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 11:   All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |

| Fr. Tobe, Fr. Pinon - auto loan receivable | 17,186.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | $17,186.00 |
|---|---|---|---|---|---|
| St. Charles loans | 31,667.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | $31,667.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**
    **The Martello Living Trust 25% Interest**
    **Current Present Value -0-**                                                                                                 $0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **North American College - cash and accrued interest (illiquid)**                                                              $37,468.00

    **Software cost reimbursement receivable - Parishsoft**                                                                        $4,946.00

    **Background check reimbursement receivable - Simplifile**                                                                     $1,346.00

    **Credit card clearing account**                                                                                               $9,425.00

    **Priest long-term care overfunded valuation adjustment**                                                                      $166,000.00

    **Villa Santa Maria - Reverter**                                                                                               $10,000.00

    **Carmelites - 2 acres Santa Fe - Reverter**                                                                                   Unknown

78. **Total of Part 11.**                                                                                                          $278,038.00
    Add lines 71 through 77. Copy the total to line 90.

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $4,257,917.37 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $159,232.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $925,319.04 | |
| 83. Investments. *Copy line 17, Part 4.* | $8,915,732.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $320,153.25 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $63,936.00 | |
| 88. Real property. *Copy line 56, Part 9.* ................................> | | $37,590,598.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $278,038.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,920,327.66 + 91b. | $37,590,598.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $52,510,925.66 |

**Fill in this information to identify the case:**

Debtor name: **Roman Catholic Church of the Archdiocese of Santa Fe**

United States Bankruptcy Court for the: **DISTRICT OF NEW MEXICO**

Case number (if known): **18-13027**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☒ Amended Schedule   **A/B**
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration   **Amended Summary of Assets and Liabilities**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **9/25/19**   X _[signature]_
Signature of individual signing on behalf of debtor

**Tony Salgado**
Printed name

**CFO**
Position or relationship to debtor