Exhibit A

# Alamogordo Daily News

**AFFIDAVIT OF PUBLICATION**

**Ad No.**
**0001279990**

WALKER & ASSOCIATES, P.C.
500 MARQUETTE NW SUITE 650

ALBUQUERQUE NM 87102

I, being duly sworn, on my oath say that I am the Legal Coordinator of the **Alamogordo Daily News**, a newspaper of daily circulation, published and printed in the English language at the City of Alamogordo, Otero County, and State of New Mexico. That the Alamogordo Daily News has been regularly published and issued for more than nine months prior to the date of the first publication hereinafter mentioned.

**03/13/19, 05/15/19**

Legal Clerk

Subscribed and sworn before me this 15th of May 2019.

State of WI, County of Brown
NOTARY PUBLIC

9-19-21

My Commission Expires

Ad#:0001279990
P O :
# of Affidavits :0.00

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**
**YOU MAY HAVE A SEXUAL ABUSE CLAIM OF UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**
On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.
**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**
**IF YOU WERE SEXUALLY ABUSED BY ANY PSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**
For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at **https://archdiosf.org/** ; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.
Pub: March 13, May 15, 2019 #1279990

VICKY FELTY
NOTARY PUBLIC
STATE OF WISCONSIN

# AFFIDAVIT OF PUBLICATION

## STATE OF NEW MEXICO

**County of Bernalillo** SS

UNITEDSTATESBANKRUPTCYCOURTFORTHEDISTRICTOFNEWMEXICOINRETHEROMANCATHOLICCHURCHOFTHEARCHDIOCESEOFSANTAFEANEWMEXICOCORPORATIONSOL

Elise Rodriguez , the undersigned, on oath states that she is an authorized Representative of The Albuquerque Journal, and that this newspaper is duly qualified to publish legal notices or advertisements within the meaning of Section 3, Chapter 167, Session Laws of 1937, and that payment therefore has been made of assessed as court cost; that the notice, copy of which hereto attached, was published in said paper in the regular daily edition, for 2 time(s) on the following date(s):

03/15/2019, 05/15/2019

OFFICIAL SEAL
Susan Ramirez
NOTARY PUBLIC-STATE OF NEW MEXICO
My Commission Expires: 2/15/2023

Sworn and subscribed before me, a Notary Public, in and for the County of Bernalillo and State of New Mexico this 15 day of May of 2019

PRICE $534.88

Statement to come at the end of month.

ACCOUNT NUMBER 1029185

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO**

**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole**

**(Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at **https://archdiosf.org/**; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-8217.

Journal: March 15, May 15, 2019

# THE ARIZONA REPUBLIC

PO Box 194, Phoenix, Arizona 85001-0194
Phone 1-602-444-7315 Fax 1-877-943-0443

STATE OF WISCONSIN } SS.
COUNTY OF BROWN

**AFFIDAVIT OF PUBLICATION**

**WALKER & ASSOCIATES, P.C.**
**500 MARQUETTE, NW SUITE 650**
**ALBUQUERQUE, NM 87102**

I, being first duly sworn, upon oath deposes and says: That I am the legal clerk of the Arizona Republic, a newspaper of general circulation in the counties of Maricopa, Coconino, Pima and Pinal, in the State of Arizona, published weekly at Phoenix, Arizona, and that the copy hereto attached is a true copy of the advertisement published in the said paper on the dates indicated.

Publication: Arizona Republic

Ad number: 0008870132/0003526457

PO Field:

Published Date(s):

03/16/19, 05/15/19

Sworn to before me this

15 th day of
May, 2019

Notary Public
My Commission Expires on 9-19-21

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT
OF NEW MEXICO

In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)

Case No. 18-13027-t11

YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).

IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

Pub: Mar. 16, May 15, 2019

# AFFIDAVIT OF PUBLICATION

## STATE OF NEW MEXICO

**County of Santa Fe** SS

UNITEDSTATESBANKRUPTCYCOURTFORTHEDISTRICTOFNEWMEXICOINRETHEROMANCATHOLICCHURCHOFTHEARCHDIOCESEOFSANTAFEANEWMEXICOCORPORATIONSOL

Elise Rodriguez , the undersigned, on oath states that she is an authorized Representative of Journal North, and that this newspaper is duly qualified to publish legal notices or advertisements within the meaning of Section 3, Chapter 167, Session Laws of 1937, and that payment therefore has been made of assessed as court cost; that the notice, copy of which hereto attached, was published in said paper in the regular daily edition, for 2 time(s) on the following date(s):

03/17/2019, 05/12/2019

OFFICIAL SEAL
Susan Ramirez
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 2/15/2023

Sworn and subscribed before me, a Notary Public, in and for the County of Santa Fe and State of New Mexico this 13 day of May of 2019

PRICE $526.70

Statement to come at the end of month.

ACCOUNT NUMBER 1029185

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole**

**(Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at **https://archdiosf.org/**; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

Journal North: March 17, May 12, 2019

# PROOF OF PUBLICATION

The following legal notice has been published in THE CIBOLA CITIZEN, a weekly newspaper published in Grants, Cibola County, State of New Mexico.

2x3 Legal Display

in said newspaper for Two (2) time(s) on the following date(s):

3/13, 3/20

SIGNED: James S Ford

TITLE: Managing Editor

Sworn and subscribed before me this 24th day of June, 2019

Sylvia Anzures Gonzales

Notary Public Signature

OFFICIAL SEAL
Sylvia Anzures Gonzales
NOTARY PUBLIC-State of New Mexico
My Commission Expires 9/24/22

Legal Cost: $90.83

ARGARET ANN PINO FOR A CHANGE F NAME FOR VIVIAN MARGARET PINO

**PETITION FOR CHANGE OF NAME**

COMES NOW I, Vivian Margaret ino, the above-named Petitioner, hereby ate that:

1. I am a resident of Bexar, County of exas, State of New Mexico, Pueblo/Tribe f Laguna and I am over the age of 14 ears.

2. My present name is Margaret Ann ino, and I desire to change my name to Vi-ian Margaret Pino.

3. The reason(s) for wanting to hange my name is as follows: I have al-ays gone by Vivian Margaret Pino. My ibal enrollment application, dated 11/6/55, signed as Vivian Margaret Pino.

WHEREFORE Petitioner asks the ourt enter its order changing my name om Margaret Ann Pino to Vivian Margaret ino.

Vivian Margaret Pino

Published in the Cibola Citizen March 3, 20, 2019. Invoice #0197.

Blanca, County of Cibola, State of New Mexico, Pueblo/Tribe of Laguna and I am

13, 20, 2019. Invoice #0198.

3/13/19

**LEGAL NOTICE**

**BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO**
**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE DEBTOR IS June 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE A UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY June 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-5586.

iniciativa para someter la cuestión de seguir imponer el gravamen del molino de 4,25 molinos a los electores calificados registrados, según lo autorizado por el Hospital de financiación ley, NMSA 1978 secciones 4-48B-1 a la 4-48B-29; y,

**Considerando que,** es la opinión de la Junta que es necesario y en el mejor interés de los residentes del Condado, presentarse la cuestión a votación de los inscritos votantes del Condado a través de una elección de balota por correo especial calificados.

**AHORA POR LO TANTO, SER PROCLAMADO Y RESUELTO POR LA JUNTA DE COMISIONADOS DEL CONDADO DE CONDADO DE CIBOLA QUE:**

**Sección 1.** En el 4° día de junio de 2019, que se llevará a cabo en el Condado de Cibola, Nuevo México, un especial todos correo boleta elección, conforme a las disposiciones de la ley de elecciones especiales, NMSA 1978 sección 1-24-1 *et seq.*, con el fin de someterse a los electores capacitados de la cuestión de si el Condado de Cibola el Condado de Cibola, estado de Nuevo México, continuar la imposición de un impuesto no debe exceder cuatro dólares veinte cinco centavos de dólar ($4.25) cada 1 mil dólares ($1,000.00) del valor imponible neto de propiedad ubicada dentro del Condado, para un período de ocho 8 años, para la operación y mantenimiento del Hospital General Cibola, como un hospital del condado para el Condado

vehículo de motor adjunto en sección 04/01/47 NMSA 1978.

**Sección 7.** El Secretario del Condado, administrador del Condado y otros funcionarios del condado se autorizó y dirigidas, en nombre del Condado y tomar todas las medidas necesarias o apropiadas para efectuar la disposición de la presente

Toinette Garcia

Submitted by:
Brenda L. Chavez

Published in the Cibola Citizen March 20, 27, 2019. Invoice #0179.

See Public Notices, Page A6

**LEGAL NOTICE**

**BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO**
**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE DEBTOR IS June 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE A UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY June 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-5586.

e Phone Numbers:
505) 604-4347 Cell

## The Denver Post, LLC

**PUBLISHER'S AFFIDAVIT**

**City and County of Denver )**
**State of Colorado )**
**)**

The undersigned Nicole Maestas being first duly sworn under oath, states and affirms as follows:

1. He/she is the legal Advertising Reviewer of The Denver Post, LLC, publisher of *The Denver Post* and *Your Hub.*
2. *The Denver Post* and Your *Hub* are newspapers of general circulation that have been published continuously and without interruption for at least fifty-two weeks in Denver County and meet the legal requisites for a legal newspaper under Colo. Rev. Stat. 24-70-103.
3. The notice that is attached hereto is a true copy, published in *The Denver Post* on the following date(s):

March 19 & May 15, 2019

Nicole Maestas
Signature

Subscribed and sworn to before me this _15__ day of __May____ , 2019.

[signature]
Notary Public

Jamie Lynn Kittelson
Notary Public
State of Colorado
Notary ID 20054026395
My Commission Expires July 6, 2021

(SEAL)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO
In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)
Case No. 18-13027-t11

YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).

IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

# Payment Receipt

# THE DENVER POST

**Thursday, March 14, 2019**

Transaction Type: Payment
Order Number: 0001575862
Payment Method: Credit Card
Bad Debt: -
Credit Card Number: ************6153
Cardholder Name: Monica Lara
Credit Card Expire Date: 12/28/2023
Payment Amount: $ 1,434.00
Reference Number: 03530G
Charge to Company: The Denver Post
Category: Classified
Credit to Transaction Number: P203224
Invoice Text:
Invoice Notes:

Customer Type: Transient
Customer Category: Class Other
Customer Status: Active
Customer Group:
Customer Trade:
Account Number: 1086394
Phone Number: 5057669272
Company / Individual: Individual
Customer Name/Address: WALKER & ASSOCIATES, P.C.
500 MARQUETTE, NW SUITE 650
ALBUQUERQUE NM 87102 USA

Check Number:

El Paso Times

**AFFIDAVIT OF PUBLICATION**

**Ad No.**
**0001279271**

WALKER & ASSOCIATES, P.C.
500 MARQUETTE NW SUITE 650

ALBUQUERQUE NM 87102

I, being duly sworn say: EL PASO TIMES, a daily newspaper of general circulation published in the City and County El Paso, State of Texas, which is a newspaper of general circulation and which has been continuously and regularly published for the period of not less than one year in the said Counties of El Paso, Otero, Dona Ana and that he/she was upon the dates herein mentioned in the EL PASO TIMES.

That the LEGAL copy was published in the EL PASO TIMES for the date(s) of such follows 2 DAY(s) to wit

**03/15/19, 05/15/19**

Legal Clerk

Subscribed and sworn before me this 15th of May 2019.

State of WI, County of Brown
NOTARY PUBLIC

9-19-21

My Commission Expires

Ad# 0001279271
P O : 18-13027-t11
# of Affidavits :0.00

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**In re: The Roman Catholic Church of the Archdioces of Santa Fe, a New Mexico Corporation Sole**
**(Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUALABUSECLAIM OR UNSECUREDCLAIM AGAINSTTHE ARCHDIOCESEOF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUALABUSECLAIM OR UNSECUREDCLAIM AGAINST THE DEBTORIS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLYABUSEDBY ANY PERSON CONNECTEDWITH THE DEBTOROR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

3/15, 5/15 (#1279271)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole**
**(Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

3/15, 5/15 (#1279271)



THE DAILY TIMES

## AFFIDAVIT OF PUBLICATION

Ad No.
0001279437

WALKER & ASSOCIATES, P.C.
500 MARQUETTE NW SUITE 650

ALBUQUERQUE NM 87102

I, being duly sworn say: THE DAILY TIMES, a daily newspaper of general circulation published in English at Farmington, said county and state, and that the hereto attached Legal Notice was published in a regular and entire issue of the said DAILY TIMES, a daily newsaper duly qualified for the purpose within the State of New Mexico for publication and appeared in the internet at The Daily Times web site on the following days(s):

03/15/19, 05/15/19

Legal Clerk

Subscribed and sworn before me this 15th of May 2019.

State of WI, County of Brown
NOTARY PUBLIC

9-19-21

My Commission Expires

Ad#:0001279437
P O : 18-13027-t11
# of Affidavits :0.00

**BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO**
**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUALABUSECLAIM OR GENERALCLAIM AGAINSTTHE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE DEBTORIS June 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERESEXUALLYABUSEDBY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE A UNSECUREDCLAIM AGAINST THE DEBTOR,YOU MUST FILEA CLAIM BY June17, 2019 AT 5:00 P.M. (PREVAILINGMOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

Legal No. 1279437 published in The Daily Times on March 15 and May 15, 2019.



# Affidavit of Publication

STATE OF NEW MEXICO

) SS

COUNTY OF MCKINLEY

Amelda Besselente being duly sworn upon oath, deposes and says:

As LEGAL CLERK of The Independent, a newspaper published in and having a general circulation in McKinley County, New Mexico and in the City of Gallup, New Mexico and having a general circulation in Cibola County, New Mexico and in the City of Grants, New Mexico and having a general circulation in Apache County, Arizona and in the City of St. Johns and in the City of Window Rock, Arizona therein: that this affiant makes the affidavit based upon personal knowledge of the facts herein sworn to. That the publication, a copy of which is hereto attached was published in said newspaper during the period time of publication and said notice was published in the newspaper proper, and not in a supplement thereof, for Two Times, the first publication being on the 16th day of March, 2019, the second publication being on the ______ day of ______, 2019, the third publication being on the ______ day of ______, 2019,

and the last publication being on the 15th day of May, 2019. That such newspaper, in which such notice or advertisement was published, is now and has been at all times material hereto, duly qualified for such purpose, and to publish legal notices and advertisements within the meaning of Chapter 12, of the statutes of the State of New Mexico, 1941 compilation,

[signature]

Affiant.

Sworn and Subscribed to before me this 16th day of May, A.D., 2019.

[signature]

Notary Public

My commission expires:
August 29th, 2021

**LEGAL NOTICE**
**Sante Fe - Santa Fe County**
**New Mexico**

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO**

**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

Legal # 18553 Published in The Independent March 16 , 2019. May 15, 2019.

**Gallup Independent**
**500 N. 9th Street**
**Gallup, NM 87301**
**MERCHANT # 490300046148**

**SALE**
REF NUM: 907320342751
VISA
xxxxxxxxxxxx6153 EXP.: ****
INV NUM: A75609
DATE: 3/14/2019 TIME: 2:56:52 PM
AUTH NO: 09566G
AVS: Y CVV: M
PO NUMBER: A75609 Tax: $ 0.00

**TOTAL : $ 196.61**

Customer Name: Thomas D. Walker

CUSTOMER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE T SET

**CASH RECEIPT**

# GALLUP INDEPENDENT

P.O. Box 1210 500 N. Ninth Phone 863-6811
GALLUP, NEW MEXICO

DATE 3/14 20 19
NAME Walker & Associates
ADDRESS

| ACCOUNT # | | AMOUNT | |
|---|---|---|---|
| 340 | AD # 38513 | | |
| | DISCOUNT | | |
| | TOTAL | | |
| | 2 TAX | | |
| | NET TOTAL | 196 | 61 |

8110054037 RR Donnelley ©2015. All rights reserved. — 0867

CASH ☐ CHECK ☐ #09566G CREDIT CARD ☑

BY AB CASHIER

RECEIPT NUMBER A 75609

LAS CRUCES SUN-NEWS

**AFFIDAVIT OF PUBLICATION**

**Ad No.**
**0001279939**

WALKER & ASSOCIATES, P.C.
500 MARQUETTE NW SUITE 650

ALBUQUERQUE NM 87102

I, a legal clerk of the **Las Cruces Sun-News**, a newspaper published daily at the county of Dona Ana, state of New Mexico and of general paid circulation in said county; that the same is a duly qualified newspaper under the laws of the State wherein legal notices and advertisements may be published; that the printed notice attached hereto was published in the regular and entire edition of said newspaper and not in supplement thereof on the date as follows, to wit:

03/13/19, 05/15/19

Despondent further states this newspaper is duly qualified to publish legal notice or advertisements within the meaning of Sec. Chapter 167, Laws of 1937.

Legal Clerk
STATE OF WISCONSIN
County of Brown ss.
Subscribed and sworn before me this 15th of May 2019.

NOTARY PUBLIC in and for Brown County, Wisconsin

9-19-21
My Commission Expires

Ad# 0001279939
P O : exhibit e
# of Affidavits :0.00

VICKY FELTY NOTARY PUBLIC STATE OF WISCONSIN

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO**
**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**
On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.
**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINSTTHE DEBTORIS June 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**
**IF YOU WERE SEXUALLY ABUSEDBY ANY PERSON CONNECTED WITH THE DEBTOROR HAVE A UNSECURED CLAIM AGAINST THE DEBTOR YOU MUST FILE A CLAIM BY June17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**
For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.
Pub#1279939 Run Dates: Mar. 13, May 15, 2019

# Affidavit of Publication

BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO
IN RE: THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, A NEW MEXICO CORPORATION SOLE (ARCHDIOCESE OF SANTA FE)
CASE NO. 18-13027t11
YOU MAY HAVE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE
On December 3, 2018, the Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11of the United States Code.
THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00P.M. (PREVAILING MOUNTAIN TIME).
IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE A UNSECURED CALIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY June 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).
For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-5586.
(Published March 14 & May 16, 2019)

**Publishe[r]**

59 lines one t[ime]

59 lines 1

**Payment received at** ... **N**

Date March 14, 2019

By [signature]

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the publisher of the Rio Grande SUN, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

2 consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the 14 day of March, 2019 and the last publication on the 16 day of May, 2019 payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

[signature: Robert Trapp]
Publisher

Subscribed and sworn to before me this 16 day of May A.D. 2019

[signature]
Maria V. Lopez-Garcia/Notary Public
My commission expires 13 July 2021

OFFICIAL SEAL
MARIA V. LOPEZ-GARCIA
Notary Public
State of New Mexico
My Comm. Expires 7/13/21

# Legal Invoice

**Rio Grande Sun**

PO Box 790
Espanola, NM 87532

Phone: 505-753-2126
Fax: 505-753-2140

MONICA LARA
WALKER AND ASSOCIATES, P.C.
500 MARQUETTE NW SUITE 650
ALBUQUERQUE, NM 87102

Acct #: 00006453
Phone: (505)766-9272
Date: 03/11/2019
Ad #: 00018548
Salesperson: Ad Taker: LM

Class: 899
Sort Line: CASE NO: 1813027t11

Ad Notes:

| Description | Start | Stop | Ins. | Cost/Day | Amount |
|---|---|---|---|---|---|
| affd Affidavit | | | | | 5.00 |
| 01 RIO GRANDE SUN | 03/14/2019 | 05/16/2019 | 2 | 38.35 | 76.70 |
| 05 Rio Grande Sun Online | 03/14/2019 | 05/16/2019 | 2 | 0.00 | 0.00 |

RIO GRANDE SUN
123 N RAILROAD AVE
ESPANOLA, NM 87532
505-753-2126

SALE

MID: 5516 Store: 0001 Term: 5412
REF#: 00000008
Batch #: 525 RRN: 907018203708
03/11/19 12:25:41
AVS: EXACT MATCH CVV: M
Trans ID: 469070663411338
APPR CODE: 06232G
VISA Manual CNP
************9786 **/**

AMOUNT $88.99
TAX $0.01
TOTAL $89.00

APPROVED

Thank You
Please Come Again

CUSTOMER COPY

Ad Text:

BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO
IN RE: THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, A NEW MEXICO CORPORATION SOLE (ARCHDIOCESE OF SANTA FE)
CASE NO. 18-13027t11
YOU MAY HAVE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE
On December 3, 2018, the Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11of the United States Code.

Payment Reference:

Credit Card #9786 $-89.00

| | |
|---|---|
| Total: | 81.70 |
| Tax: | 7.30 |
| Net: | 89.00 |
| Prepaid: | -89.00 |
| Total Due | 0.00 |

# AFFIDAVIT OF PUBLICATION

**COUNTY OF SAN MIGUEL**
} ss.
**STATE OF NEW MEXICO**

Jason W. Brooks, Being first duly sworn, on oath states that he is the General Manager of the Las Vegas Optic, a tri-weekly newspaper of general paid and general circulation in San Miguel county, New Mexico, entered under the second class postal privilege in said county, being the county in which the notice hereto attached is required to be published and said paper has been published in said San Miguel County continuously and uninterruptedly during a period of six months prior to the first issue thereof containing said notice. That the notice of which a copy as published is hereto attached and hereby made a part hereof was published in the English Language in said newspaper once each week for 2 consecutive weeks on the following dates, to wit:

First Publication on the 17 day of March, 20 19.

Second Publication on the 15 day of May, 20 19.

Third Publication on the ________ day of ________, 20 19.

Fourth Publication on the ________ day of ________, 20 19.

That such notice is a legal notice and was published in said newspaper duly qualified for that purpose within the meaning of the provisions of Chapter 167, session Laws of 1937, and that payment therefor has been made – assessed as Court costs.

[signature]
General Manager / Publisher

Subscribed and sworn to before me this 16th day of May, 20 19.

[signature] Notary Public

5/30/2021 Expires

Official Seal
MARIA S. SANCHEZ
Notary Public
State of New Mexico
My Commission Expires 5/30/21

LVO2014

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO

In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)

Case No. 18-13027-t11

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE

**On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.**

***THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).***

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

*For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.*

**AFFIDAVIT OF PUBLICATION** **Inv#L19-582**

I, Duane Beyal, Editor of the Navajo Times, a legal newspaper published weekly at Window Rock, Navajo Nation, Arizona, do hereby swear that a public notice:

> US Bankruptcy Court for the District of New Mexico: In re: The Roman Catholic Church of the Archdiocese of Santa Fe, New Mexico: Case No. 18-13027-t11

was published in said Navajo Times on the following date(s):

May 16, 2019

and that said notice is attached to this Affidavit and is a true and exact copy of said notice as published.

Duane Beyal
Editor

STATE OF ARIZONA :}

COUNTY OF APACHE :}

SUBSCRIBED AND SWORN TO before me this

11th day of July, 2019.

Olivia L. Benally, Notary Public

OLIVIA L. BENALLY
Notary Public - State of Arizona
APACHE COUNTY
My Commission Expires
April 09, 2022

My Commission Expires: April 09, 2022

ll Licensed information ooghan.org. Development il to: NHA ist, P.O. Box diately after T at NM15- f MDST at efiance, AZ. izations and R §1000.48,

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at **https://archdiosf.org/**; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

vajoTimes.com

AFFIDAVIT OF PUBLICATION
STATE OF NEW MEXICO

I, Jennifer Martinez
Legals Clerk

Of the Roswell Daily Record, a daily newspaper published at Roswell, New Mexico do solemnly swear that the clipping hereto attached was published in the regular and entire issue of said paper and not in a supplement thereof for a period of:

Two times beginning with the issue dated

March 16, 2019

and ending with the issue dated

May 15, 2019

---

Clerk

Sworn and subscribed to before me this 15th day of May, 2019

Notary Public

OFFICIAL SEAL
Claudia Martinez
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 4-27-2022

*Legal Notice...*

**Publish March 16, May 15, 2019**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO
In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)
Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

# Order Receipt

**ROSWELL DAILY RECORD**
2301 NORTH MAIN
P.O. BOX 1897
ROSWELL, NM 88202-1897
Phone: 575-622-7710
Fax: 575-625-0421
URL: HTTP://WWW.RDRNEWS.COM

MONICA LARA
WALKER & ASSOCIATES, P.C.
500 MARQUETTE NW, SUITE 650
ALBUQUERQUE, NM 87102

Acct #: 10119618
Phone: (575)766-9272
Date: 05/13/2019
Ad #: 00244406
Salesperson: 24 Ad Taker: 24

Class: 0000

Ad Notes:

| Description | Start | Stop | Ins. | Cost/Day | Extras | Amount |
|---|---|---|---|---|---|---|
| Legal Notice | 03/16/2019 | 05/15/2019 | 2 | 53.76 | 17.92 | 107.52 |

Ad Text:

Legal Notice...

Publish March 16, May 15, 2019

Payment Reference:

| | |
|---|---|
| Total: | 107.52 |
| Tax: | 7.02 |
| Net: | 114.54 |
| Prepaid: | 0.00 |
| Total Due | 114.54 |



*Founded 1849*

WALKER AND ASSOCIATES.
500 MARQUETTE NW SUITE 650
ALBUQUERQUE, NM 87102

ACCOUNT: 4535

AD NUMBER: 0000250806

LEGAL NO 85533 P.O. #:

| | |
|---|---|
| 2 TIME(S) | 132.60 |
| AFFIDAVIT | 20.00 |
| TAX | 12.03 |
| TOTAL | 154.63 |

AFFIDAVIT OF PUBLICATION

STATE OF NEW MEXICO
COUNTY OF SANTA FE

I, C. Valdez, being first duly sworn declare and say that I am Legal Advertising Representative of THE SANTA FE NEW MEXICAN, a daily newspaper published in the English language, and having a general circulation in the Counties of Santa Fe, Rio Arriba, San Miguel, and Los Alamos, State of New Mexico and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 on Session Laws of 1937; that the Legal No 85533 a copy of which is hereto attached was published in said newspaper 2 day(s) between 03/19/2019 and 05/15/2019 and that the notice was published in the newspaper proper and not in any supplement; the first date of publication being on the 19th day of March, 2019 and that the undersigned has personal knowledge of the matter and things set forth in this affidavit.

/S/ C. Valdez
LEGAL ADVERTISEMENT REPRESENTATIVE

Subscried and sworn to before me on this 15th day of May, 2019

Notary Allison Everett

Commission Expires: 2-20-2022

OFFICIAL SEAL
Allison Everett
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires 2-20-2022

Case 18-13027-t11 Doc 274-1 Filed 10/26/19 Entered 10/26/19 10:41:09 Page 22 of 30

LEGAL # 85533

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO**

In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)
Case No. 18-13027-t11

YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE
On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.
THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).
IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).
For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

Pub.: Mar. 19, May 15. 2019

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO
In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)
Case No. 18-13027-t11
YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE
On December 3, 2018, The Roman Catholic Church of The Archdicese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

**AFFIDAVIT OF PUBLICATION**
**STATE OF NEW MEXICO**
**COUNTY OF SANTA FE**

Anna Maggio Being first duly sworn, declare and say that I am Legal Classified Manager of the Santa Fe Reporter, a weekly newspaper published in the English Language, and having a general circulation in the Counties of Santa Fe, Rio Arriba and Los Alamos, State of New Mexico, and being a Newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 on Session Laws of 1937: that the publication, a copy of which is hereto attached, was published in said newspaper proper and not in any supplement; the first publication being on the 13 day of March 2019, and the last date of publication being on the 15 day of May, 2019, and that the undersigned has personal knowledge of the matter and things set forth in this affidavit

[signature]
LEGAL ADVERTISING MANAGER

Subscribed and sworn to before me on this

15 day of May A.D., 2019

Notary [signature]

Commission Expires 12-05-2021

OFFICIAL SEAL
Jessica Renee Apodaca
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 12-05-2021

Customer#: 35736 Ad#: 223045

| | |
|---|---|
| First week at $65 | $65.00 |
| Additional week(s) at $65 | $65.00 |
| AFFIDAVITS | FREE OF CHARGE |
| Tax: | $10.97 |
| Total: | $140.97 |

132 East Marcy Street
Santa Fe, New Mexico 87501
505.988.5541 - 505.988.5348

AFFP

Legal No. 16712_ Claims Notice

# Affidavit of Publication

STATE OF NM }
COUNTY OF TAOS } SS

Renee Quintana, being duly sworn, says:

That she is Legal Advertising Representative of the The Taos News, a weekly newspaper of general circulation, printed and published in Colfax County, Rio Arriba County, Taos County, NM; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following

March 21 & May 16, 2019

That said newspaper was regularly issued and circulated on those dates.

SIGNED:

[signature]

Subscribed to and sworn to me this 16th day of May 2019.

[signature]

Mary Chavez, Notary Public, Taos County, NM

My commission expires: April 03, 2021

OFFICIAL SEAL
MARY CHAVEZ
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires 4-3-2021

00006151 00027823

WALKER & ASSOCIATES, P.C.
500 MARQUETTE NW, STE. 650
ALBUQUERQUE, NM 87102

Legal No. 16,712.
BANKRUPTCY COURT OF THE DISTRICT OF NEW MEXICO
In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe) Case No. 18-13027-t11

YOU MAY HAVE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE DEBTOR IS June 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).

IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE A SECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY June 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee or Unsecured Creditors appointed in this case at 1-888-570-5586.

(Legal No. 16,712; Pub. Mar. 21 & May 16, 2019.)

**AFFIDAVIT OF PUBLICATION**

I, Celine Baca Radigan, editor of *People of God*, a legal magazine published monthly for the Archdiocese of Santa Fe, New Mexico, do hereby swear that a public notice:

US Bankruptcy Court for the District of New Mexico:
In re: The Roman Catholic Church of the Archdiocese of Santa Fe, New Mexico
Case No. 18-13027-t11

was published in said *People of God* the following months:

April 2019
May 2019
June/July 2019

and that said notice is attached to this Affidavit and is a true and exact copy of said notice as published.

Celine Baca Radigan
Editor

STATE OF NEW MEXICO :}

COUNTY OF BERNALILLO :}

SUBSCRIBED AND SWORN TO before me this

18th day of July, 2019.

My commission expires Feb. 29, 2020.

OFFICIAL SEAL
Gloria V. Sisneros
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: Feb. 29 2020

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)**
**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at **https://archdiosf.org/**; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

---

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Tuesday, April 30, 2019**, the following legal advertisement – **In re: ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole, Debtor.** – was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
June 26, 2019

This 26th day of June month
2019 year.

Notary Public
Commission expires on 31 October 2019

ROBIN SUE PURCELL
NOTARY PUBLIC
MY COMMISSION NUMBER 7630258
COMMONWEALTH OF VIRGINIA

NOTICES

LEGAL NOTICE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

**In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe)**

**Case No. 18-13027-t11**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE**

On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at https://archdiosf.org/; (b) call the Debtor's hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

# Classified

**Place your ad:** alibi.com
classifieds@alibi.com
(505) 346-0660 ext 223

**General Services**

**FLAT RATE PC REPAIRS** Fairly priced flat rate of $120 for all remote and in-shop PC repairs. 35 years experience! Call 505.990.0166 for info.

**Beauty Services**

**MALE WAXING & GROOMING** 3 Back Waxes Only $65, 3 Full Manzilians Only $110. Book Online/Text 505.750.1498

**Legal Services**

**CHAPTER 7 BANKRUPTCY $200** Stop Garnishments FAST. Payment Plans Available 505-688-0070

**CHAPTER 7 BANKRUPTCY $200** STOP Garnishments NOW. Payment Plans Available 505-688-0070

**Buy/Sell/Trade**

**BUYING DIABETIC TEST** STRIPS FOR $CASH$ & FREE PICK-UP! Highest CASH Prices Paid In NM For Your Diabetic Test Strips And FREE Pick-UP! Help Others(Those Without Insurance) & Make Money Too! Call: 505-203-6806

**Arts & Crafts**

**CALL TO ARTISTS!** Accepting creative, unique & ORIGINAL submissions for a 9th annual MINIATURE SHOW. All mediums welcomed. Dimensions no larger than 36 sq. inches (for 2-dimensional think 6â X 6â, for 3-dimensional 6â X 6â X 6â), frame included. Some exceptions may apply within reason. Works must have been completed in the past year. NO PRINTS. ... Submission Deadline, April 27th. Please send quality photos that can be used in promotional materials. www.metallogallery.com Send images with details to metallogallerysubmissions@yahoo.com

**Legal**

**ARCHDIOCESE OF SANTA FE** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO In re: The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation Sole (Archdiocese of Santa Fe) Case No. 18-13027-t11 YOU MAY HAVE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE ARCHDIOCESE OF SANTA FE On December 3, 2018, The Roman Catholic Church of The Archdiocese of Santa Fe, (âDebtorâ) filed for protection under Chapter 11 of Title 11 of the United States Code. THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR UNSECURED CLAIM AGAINST THE DEBTOR IS JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME). IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY JUNE 17, 2019 AT 5:00 P.M. (PREVAILING MOUNTAIN TIME). For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtorâs website at https://archdiosf.org/; (b) call the Debtorâs hotline at 1-505-831-8144; or (c) call the Official Committee of Unsecured Creditors appointed in this case at 1-888-570-6217.

# Real Estate

**Apartments for Rent**

**MOVE IN TODAY!** Fully Furnished Studio Apartments - no credit check & no lease req. Call Now: 505-225-2673

**NEWLY RENOVATED** furnished studios. Laundry Onsite. Cable & Utilities INCLUDED. Call now: 505-226-6932

**LOW RATES!** Fully furnished studios. FREE utilities. NO CREDIT CHECK. Call now & move in today: 505-225-1216

**YOU WILL GET RESULTS** when you place your classified ad in the Weekly Alibi. Call 346-0660 ex. 221 today!

**THE WEEKLY ALIBI CLASSIFIEDS** are a great deal! Call 346-0660 ex. 221.

# Body & Soul

**Wellness**

**NO INSURANCE? NO PROBLEM!** Labyrinth Primary Care is Now Accepting New Patients! Membership costs less than your monthly phone bill! We also offer Medical Cannabis Evaluations *Separate Pricing* Contact Us at (505) 539-2148 or Visit our website for more information www.labyrinthdpc.wordpress.com

**Licensed Massage**

**AUTHENTIC TANTRA MASSAGE** Give yourself the beautiful gift of authentic Tantra massage and teaching. I am a Certified Tantra Educator, Professional Massage Therapist, Relationship Coach and Reiki Healer. Please call me for detailed information and scheduling. Namaste,Julianne 505 920 3083 LMT #2788

**Martial Arts**

**3 MONTHS FOR PRICE OF 1** Sifu Dug has PM Tai Chi class openings, 6:30 to 7:30 2 trial classes free. 3 for 1 with sign up. 505.306.0118

**Metaphysical**

**INTUITIVE READINGS** Spirit Medium, Animal Communicator, Medical Intuitive, www.elizabethanglin.com

**Self-Help/Workshops**

**OUT OF CONTROL?** Struggling with COMPULSIVE SEXUAL BEHAVIOR and WANT HELP? Call 505-510-1722 or visit www.abqsaa.org

## AFFIDAVIT OF PUBLICATION
## STATE OF NEW MEXICO
## COUNTY OF BERNALILLO

I Madeline MacKenzie being first duly sworn, declare and say that I am Legal Classified Manager of Weekly Alibi, a weekly newspaper published in the English Language, and having a general circulation in the Counties of Bernalillo, Santa Fe, Valencia and Sandoval, State of New Mexico, and being a Newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 on Session Laws of 1937; that the publication, a copy of which is hereto attached, was published in said newspaper proper and not in any supplement; the first publication being on the 27th day of March, 20 19 and the last date of publication being on the 3rd day of April, 20 19, and that the undersigned has personal knowledge of the matter ~~and things set forth in this affidavit~~

[signature]

LEGAL ADVERTISING MANAGER

Subscribed and sworn to before me on this 21 day of October A.D., 2019

Notary [signature]

Commission Expires September 15, 2020

OFFICIAL SEAL
VICTORIA A LUJAN
Notary Public
State of New Mexico
My Comm. Expires 9/15/2020

Company Code 53158 Invoice # OL289553

Cost per ad: $ 72.00

AFFIDAVITS FREE OF CHARGE

Tax: $ 5.67

Total: $ 77.67