# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 18-13027-t11 |

## NOTICE OF OBJECTION DEADLINE FOR FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD FROM DECEMBER 18, 2018 THROUGH SEPTEMBER 30, 2019

On November 27, 2019, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Church of the Archdiocese of Santa Fe (the "Debtor"), filed its first interim application for allowance and payment of compensation, pursuant to Bankruptcy Code §§ 330 and 503(b), for work performed from December 18, 2018 through September 30, 2019 (the "First Application Period"), and to authorize the Debtor to pay the unpaid balance of approved compensation (Doc. 283) (the "Application"). In the Application, PSZJ requests that the Court (1) grant approval of compensation to the PSZJ for the First Application Period in the total amount of $412,545.04 (which is comprised of fees in the amount of $402,065.00 plus reimbursement of PSZJ's expenses in the amount of $10,480.04), and the allowance of a priority, administrative expense under Bankruptcy Code §§ 503(b)(2) and 507(a)(2) for all such approved compensation. The Application can be inspected at the Office of the Clerk, Pete V. Domenici, U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102. Exhibits attached to the Application set forth total fees and costs that PSZJ charged the Debtor each month during the First Application Period; billing rates, and number of hours billed for each PSZJ attorney, paralegal and law clerk; fees summarized by project category; and PSZJ's monthly Billing Statements rendered during the First Application Period. PSZJ asserts that the amount charged for fees is reasonable based on the nature, extent, and value of the services and the amount of time spent providing the services, and that the services rendered were actual and necessary.

Any party who objects to the Application must file the objection with the Clerk of the United States Bankruptcy Court for the District of New Mexico within **21 days after the date of mailing of this notice, plus three days because this notice is served by mail, for a total of 24 days**, and serve a copy of the objection on PSZJ (James I. Stang and Ilan D. Scharf), at the address below. Objections must be filed electronically to the extent required by New Mexico Local Bankruptcy Rule 5005-2. The Clerk's mailing address (for use if electronic filing is not required) is U.S. Bankruptcy Court Clerk, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102. If any objections are timely filed, a hearing will be held on notice only to counsel for the Committee and the objecting party. If no objections are

timely filed, an order granting the Application will be presented for entry without hearing or further notice.

Dated: November 27, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ Ilan D. Scharf
          James I. Stang
          10100 Santa Monica Blvd., 13th Floor
          Los Angeles, CA  90067
          Tel: 310-277-6910
          Fax: 310-201-0760
          jstang@pszjlaw.com

            - and –

          Ilan D. Scharf
          780 Third Avenue, 34th Floor
          New York, NY 10017
          Tel: 212-561-7721
          Fax: 212-561-7777
          ischarf@pszjlaw.com

          Counsel for the Official Committee of
          Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd, 13th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF OBJECTION DEADLINE FOR FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD FROM DECEMBER 18, 2018 THROUGH SEPTEMBER 30, 2019**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 27, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 27, 2019 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **Served by Court Electronic Filing (ECF)**
   - Jonathan B. Alter    jalter@travelers.com
   - Bruce Anderson    baafiling@eaidaho.com, brucea@eaidaho.com
   - Dennis A Banning    nmfl@nmfinanciallaw.com, banninglaw@yahoo.com, dab@nmfinanciallaw.com;banningdr54167@notify.bestcase.com;dfh@nmfinanciallaw.com
   - Jamison Barkley    jamison@jamisonbarkley.com
   - Merit Bennett    administrator@thebennettlawgroup.com, mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com
   - Joseph A. Blumel    joseph@blumellaw.com
   - Martha G Brown    mgb@modrall.com, sandih@modrall.com
   - Laura R Callanan    laura@curtislawfirm.org, lisa@curtislawfirm.org; amalia@curtislawfirm.org;filing@curtislawfirm.org
   - Robert M. Charles    RCharles@LRRC.com, BankruptcyNotices@LRRC.com
   - Annie Coogan    annie@cooganlawnm.com
   - Lisa K. Curtis    lisa@curtislawfirm.org, steven@curtislawfirm.org;pauline@curtislawfirm.org;filing@curtislawfirm.org
   - Everett J. Cygal    ecygal@schiffhardin.com
   - Ford Elsaesser    ford@eaidaho.com
   - Sam L. Fadduol    sfadduol@fchclaw.com
   - Daniel Fasy    dan@fasylaw.com
   - Paul M Fish    pfish@modrall.com, nikkim@modrall.com;nikkim@ecf.courtdrive.com
   - Joseph Mark Fisher    mfisher@schiffhardin.com
   - Juan L Flores    jflores@stelznerlaw.com, jgarcia@stelznerlaw.com
   - Charles S Glidewell    charles.glidewell@usdoj.gov
   - Don F Harris    nmfl@nmfinanciallaw.com, briefwriter@comcast.net; donharrislawfirm@gmail.com;nmflcmecf@gmail.com;r54167@notify.bestcase.com;dab@nmfinanciallaw.com
   - Paul Russell Harris    pharris@ulmer.com
   - Manuel Hernandez    mhernandez@fchclaw.com
   - Andrew Berne Indahl    andy@alturalawfirm.com
   - James C Jacobsen    jjacobsen@nmag.gov, jotero@nmag.gov
   - Pierre Levy    pierre@ofrielandlevy.com
   - Paul M Linnenburger    plinnenburger@rothsteinlaw.com, melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
   - Alicia C. Lopez    alopez@rothsteinlaw.com, melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
   - Caroline Manierre    cmanierre@rothsteinlaw.com, melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
   - Leslie D. Maxwell    lmaxwell@maxwelllawpc.com, 9786701420@filings.docketbird.com;aburnside@maxwelllawpc.com;
   - John F. McIntyre    jmcintyre@montand.com
   - Levi A Monagle    levi@hallmonagle.com
   - Carolyn M Nichols    cmnichols@rothsteinlaw.com, melopez@rothsteinlaw.com; psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com

- Alice Nystel Page      Alice.N.Page@usdoj.gov
- Christopher Pattock      Christopher.J.Pattock@usdoj.gov
- Chris W Pierce      cpierce@walkerlawpc.com,
  piercelawfirm@gmail.com;WalkerLawPC14@gmail.com;cramirez@walkerlawpc.com
- Samuel I. Roybal      sroybal@walkerlawpc.com,
  WalkerLawPC14@gmail.com,mlara@walkerlawpc.com
- Stephanie L Schaeffer      bknotice@mccarthyholthus.com,
  sschaeffer@mccarthyholthus.com;sschaeffer@ecf.courtdrive.com
- Daniel J. Schufreider      dschufreider@schiffhardin.com
- Carlos Sedillo      csedillo@fchclaw.com
- Sharon T. Shaheen      sshaheen@montand.com, ltalley@montand.com
- John D. Sloan      pfoster@sloanfirm.com
- Bryan G. Smith      bsmith@tamakilaw.com
- David M. Spector      dspector@schiffhardin.com
- James I. Stang      jstang@pszjlaw.com
- United States Trustee      ustpregion20.aq.ecf@usdoj.gov
- Douglas R Vadnais      drv@modrall.com, doloress@modrall.com
- Thomas D Walker      twalker@walkerlawpc.com,
  mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spat
  teson@walkerlawpc.com;mdevine@walkerlawpc.com
- Christopher P. Winters      cwinters@fchclaw.com
- Vito Ray de la Cruz      vito@tamakilaw.com

**2. Served by U.S. Mail**

   **(see attached list)**

Label Matrix for local noticing
1084-1
Case 18-13027-t11
District of New Mexico
Albuquerque
Wed Nov 27 11:59:24 MST 2019

Bruce Anderson
Elsaesser Anderson, Chtd.
320 East Neider Avenue
Coeur d'Alene, ID 83815-6007

Bank of America, N.A.
c/o Khaled Tarazi
Bryan Cave Leighton Paisner LLP
Two N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4533

Benito Garcia
1307 New Mexico Ave.
Las Vegas, NM 87701-3341

Martha G Brown
Modrall Sperling Law Firm
P.O. Box 2168
Albuquerque, NM 87103-2168

Jim Carter
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403

Catholic Mutual Society of America
4060 St. Joseph Place
Rooms 135
Albuquerque, NM 87120-1714

Christine Romero
644 Don Gaspar Ave.
Santa Fe, NM 87505-2666

Claimant C.M.
Tinkler Law Firm
414A Old Taos Highway
Santa Fe, NM 87501

Claimants
c/o Tinkler Law Firm
414A Old Taos Highway
Santa Fe, NM 87501

Adjusting Alternatives, LLC
PO Box 14710
Albuquerque, NM 87191-4710

Bank of America
PO Box 15731
Wilmington, DE 19886-5731

Dennis A Banning
New Mexico Financial Law
320 Gold Ave, SW #1401
Albuquerque, NM 87102-3248

Merit Bennett
The Bennett Law Group
460 St. Michael's Drive
Suite 703
Santa Fe, NM 87505-7646

Laura R Callanan
Curtis and Lucero Law Firm
215 Central Ave., NW, Suite 30
Albuquerque, NM 87102-3318

Catherine Collins
Kevin R. Korte
Prince, Schmidt, Korte & Baca, LLP
2905 Rodeo Park Drive East, Building 2
Santa Fe, NM 87505-6313

Robert M. Charles Jr.
Lewis Roca Rothgerber Christie LLP
One South Church Avenue
Suite 2000
Tucson, AZ 85701-1611

Church of Ascension
2150 Raymac SW
Albuquerque, NM 87105-6841

Claimant D.G.
Tinkler Law Firm
414A Old Taos Highway
Santa Fe, NM 87501

Congregation Blessed Sacrament, Province St.
Ulmer & Berne LLP
1660 West 2nd St., Suite 1100
Cleveland, OH 44113-1406

Jonathan B. Alter
Travelers Insurance Co.
One Tower Square
4MS
Hartford, CT 06183-0002

Bank of America, N.A.
c/o Robert J. Miller and Khaled Tarazi
Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4533

Jamison Barkley
Jamison Barkley Attorney at Law
316 Garfield
Santa Fe, NM 87501-2612

Joseph A. Blumel III
Law Office of Joseph A. Blumel III, P.S.
4407 N. Division St., Suite 900
Spokane, WA 99207-1660

Candelaria Lopez
124 Santa Ana Road
Bernalillo, NM 87004-6264

Catherine Collins
c/o Prince, Schmidt Korte & Baca, LLP
2905 Rodeo Park Drive East, Bld 2
Santa Fe, NM 87505-6313

Christine B. Romero
c/o Pierre Levy of O'Friel and Levy
PO Box 2084
Santa Fe, NM 87504-2084

Church of the Incarnation
2309 Monterrey Road NE
Rio Rancho, NM 87144-5579

Claimant J.N.
Tinkler Law Firm
414A Old Taos Highway
Santa Fe, NM 87501

Congregation of Blessed Sacrament Father
c/o Law Offices of Jeffrey E. Jones
PO Box 23450
Santa Fe, NM 87502-3450

Annie Coogan
215 Lincoln Ave., 204F
Santa Fe, NM 87501-1903

Cristo Rey Parish
1120 Canyon Road
Santa Fe, NM 87501-6188

Lisa K. Curtis
Curtis and Lucero
215 Central Ave. NW
Suite 300
Albuquerque, NM 87102-3363

Everett J. Cygal
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606-6307

Cynthia A. Buckner
10215 Central Ave NW
Albuquerque, NM 87121-7626

Jaime Dawes
Stelzner, Winter, Warburton, Flores, San
PO Box 528
Albuquerque, NM 87103-0528

Dessie Montoya-Soto, Inc.
4060 St. Joseph Place
Rooms 234
Albuquerque, NM 87120-1714

Diocese of Gallup
503 W Highway 66
Gallup, NM 87301-6418

Dominican Ecclesial Institute
4060 St. Joseph Place
Room 232B
Albuquerque, NM 87120-1714

Mark H Donatelli
Carolyn M. Cammie Nichols Rothstein
500 4th Street, NW
Suite 400
Albuquerque, NM 87102-2174

El Santuario de Chimayo
15 Santuario Drive
Chimayo, NM 87522

Elizabeth Hardin-Burrola
P.O. Box 178
Gallup, NM 87305-0178

Ford Elsaesser
Elsaesser Anderson, Chtd.
320 East Neider Avenue
Suite 102
Coeur D'Alene, ID 83815-6007

Emma Banuelos
240 County Road 303
Seminole, TX 79360-5959

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Estancia Valley Catholic Parish
PO Box 129
Moriarty, NM 87035-0129

Estate of Robert B. Garcia
Donald Garcia, PR and Eilsea Garcia
928 Nicole Place
Santa Fe, NM 87505-0731

Experian
PO Box 2002
Allen, TX 75013-2002

Sam L. Fadduol
Fadduol, Cluff, Hardy & Conaway, P.C.
3301 San Mateo Blvd. NE
Albuquerque, NM 87110-1925

Daniel Fasy
Fasy Law, PLLC
1752 NW Market St.
Seattle, WA 98107-5264

Paul M Fish
PO Box 2168
Albuquerque, NM 87103-2168

Joseph Mark Fisher
aka Mark J. Fisher
Schiff Hardin LLP
233 S Wacker Drive Ste 7100
Chicago, IL 60606-6307

Juan L Flores
Stelzner, Winter, Warburton, Flores, San
P.O. Box 528
Albuquerque, NM 87103-0528

Former Priest Marvin Archuleta
c/o Sons of the Holy Family
801 Locust Place NE, Apt. 1018
Albuquerque, NM 87102-1652

George Garcia
4060 St. Joseph Place
Rooms 150
Albuquerque, NM 87120-1714

Charles S Glidewell
Office of U.S. Trustee
PO Box 608
Albuquerque, NM 87103-0608

Brad D Hall
Hall & Monagle, LLC
320 Gold Ave., SW
#1218
Albuquerque, NM 87102-3216

Brad D. Hall
320 Gold Avenue SW
Suite 1218
Albuquerque, NM 87102-3216

Don F Harris
320 Gold Avenue SW, Suite 1401
Albuquerque, NM 87102-3248

Paul Russell Harris
Ulmer & Berne LLP
1660 W 2nd Street, Ste. 1100
Cleveland, OH 44113-1448

Manuel Hernandez
Fadduol, Cluff, Hardy & Conaway, P.C.
3301 San Mateo Blvd. NE
Albuquerque, NM 87110-1925

Hilda Hidalgo
121 Tafoya Road
Belen, NM 87002-4123

Holy Child
PO Box 130
Tijeras, NM 87059-0130

Holy Cross
PO Box 1228
Santa Cruz, NM 87567-1228

Holy Cross Catholic School
PO Box 1260
Santa Cruz, NM 87567-1260

Holy Family
PO Box 12127
Albuquerque, NM 87195-0127

Holy Family - Chimayo
PO Box 235
Chimayo, NM 87522-0235

Holy Family - St. Joseph
PO Box 37
Roy, NM 87743-0037

Holy Family Church
355 Chicosa Street
Roy, NM 87743

Holy Ghost
833 Arizona Street SE
Albuquerque, NM 87108-4823

Immaculate Conception
619 Copper Avenue NW
Albuquerque, NM 87102-3140

Immaculate Conception - Cimarron
440 W. 18th Street
Cimarron, NM 87714-9672

Immaculate Conception - Las Vegas
811 6th Street
Las Vegas, NM 87701-4305

Immaculate Conception - Tome
PO Box 100
Tome, NM 87060-0100

Immaculate Heart of Mary
3700 Canyon Road
Los Alamos, NM 87544-2213

Andrew Berne Indahl
Altura Law Firm
500 Marquette Ave NW
Suite 1200
Albuquerque, NM 87102-5312

James C Jacobsen
201 Third Street Suite 300
Albuquerque, NM 87102-3366

Jane Doe I
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

Jane Doe L
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

Jane Doe M
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

Jane Does 'G, I, L and M'
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102-3216

Jessica Bartleson Individually &
as Parent & Natural Guardian of
Maddison Bartleson
c/o Prince, Schmidt Korte & Baca, LLP
2905 Rodeo Park Drive East, Bldg 2
Santa Fe, NM 87505-6313

John Doe
c/o Merit Bennett
460 St. Michael's Drive, Ste 703
Santa Fe, NM 87505-7646

John Doe '67'
Claimants c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102-3216

John Doe 69
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 70
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 71
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 73
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 74
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 76
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 77
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 78
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 79
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 80
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 82
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 83
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 84
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 87
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 88
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 90
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 91
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 92
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 93
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 94
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 96
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 1, c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street NW, Suite 400
Albuquerque, NM 87102-2174

John Doe 2
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

John Doe 4
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

John Doe 5
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

John Doe 6
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

Joseph Luke Schmaltz
543 Bannock Street
Denver, CO 80204-5127

Josephine Wafula
c/o Curtis and Lucero
215 Central Avenue NW Suite 300
Albuquerque, NM 87102-3363

Patrick Kennedy
King Industries Corporation
PO Box 273
Alto, NM 88312-0273

Kenneth J. Griesemer
4060 St. Joseph Place
Rooms 232-A
Albuquerque, NM 87120-1714

La Santisima Trindad
PO Box 189
Arroyo Seco, NM 87514-0189

Larry Brito
c/o St. Anne's
511 Alicia Street
Santa Fe, NM 87501-3645

Laura Holmes, as Parent a/n/f D.H.
C/o Aaron Boland, John Sloan, and Rachae
308 Catron Street
Santa Fe, New Mexico 87501-1806

Pierre Levy
O'Friel and Levy PC
PO Box 2084
Santa Fe, NM 87504-2084

Paul M Linnenburger
Rothstein Donatelli LLP
PO Box 8180
Santa Fe, NM 87504-8180

Alicia C. Lopez
Rothstein Donatelli LLP
500 4th Street NW
Suite 400
Albuquerque, NM 87102-2174

Lucy Brown
2808 Bellamah Drive
Santa Fe, NM 87507-5309

Madison Bartleson
c/o Prince, Schmidt, Korte and Baca
2905 Rodeo Park Dr. East, Building 2
Santa Fe, NM 87505-6313

Mail Finance
478 Wheelers Farm Road
Milford, CT 06461-9105

Caroline Manierre
Rothstein Donatelli LLP
PO Box 8180
Santa Fe, NM 87504-8180

Marc Hilton
c/o Michael Danoff & Associates, P.C.
1225 Rio Grande Blvd. NW
Albuquerque, NM 87104-2630

Mark Hilton
c/o Michael Danoff and Assoc.
1225 Rio Grande Blvd. NW
Albuquerque, NM 87104-2630

Mark Valdez
460 St. Michael's Drive
Suite 703
Santa Fe, NM 87505-7646

Leslie D. Maxwell
Maxwell Law, P.C.
7007 Wyoming Blvd. NE
Ste A-1
Albuquerque, NM 87109-6941

John F. McIntyre
Montgomery & Andrews, P.A.
P.O. Box 2307
Santa Fe, NM 87504-2307

Levi A Monagle
Hall & Monagle, LLC
320 Gold Ave SW
Suite # 1218
Albuquerque, NM 87102-3216

Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
2201 San Pedro Dr. NE
Albuquerque, NM 87110-5942

James R. Murray
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403

N.S. de Guadalupe del Valle de Pojoaque
9 Grazing Elk Drive
Santa Fe, NM 87506-7140

NM Taxation and Revenue Dept.
PO Box 8575
Albuquerque, NM 87198-8575

Nativity of the Blessed Virgin Mary
9502 4th Street NW
Albuquerque, NM 87114-1634

New Mexico School for the Arts
4060 St. Joseph Place
San Juan Building
Albuquerque, NM 87120-1714

New Mexico Taxation & Revenue Department
PO Box 8575
Albuquerque, NM 87198-8575

New Mexico Workers Comp Administration
2410 Centre Avenue SE
Albuquerque, NM 87106-4190

Carolyn M Nichols
Rothstein Donatelli LLP
500 4th Street NW
Suite 400
Albuquerque, NM 87102-2174

Nuestra Senora de Guadalupe
PO Box 1270
Pena Blanca, NM 87041-1270

Nuestra Senora de Guadalupe - Taos
205 Don Fernando Street
Taos, NM 87571-5932

Office of the NM Attorney General
Ms. Maestas and Ms. Pino
PO Box 1508
Santa Fe, NM 87504-1508

Old Town Catering Company
4060 St. Joseph Place
Albuquerque, NM 87120-1714

Victor Ortega
PO Box 2307
Santa Fe, NM 87504-2307

Our Lady of Belen
101 - A North 10th Street
Belen, NM 87002-3835

Our Lady of Fatima
4020 Lomas Blvd. NE
Albuquerque, NM 87110-7745

Our Lady of Guadalupe
1860 Griegos Road NW
Albuquerque, NM 87107-2899

Our Lady of Guadalupe - Clovis
108 North Davis Street
Clovis, NM 88101-7237

Our Lady of Guadalupe - Peralta
PO Box 10
Peralta, NM 87042-0010

Our Lady of Guadalupe - Villanueva
PO Box 39
Villanueva, NM 87583-0039

Our Lady of Lavang
1015 Chelwood Park NE
Albuquerque, NM 87112-5902

Our Lady of Sorrows - Bernalilo
PO Box 607
Bernalillo, NM 87004-0607

Our Lady of Sorrows - La Joya
PO Box 32
La Joya, NM 87028-0032

Our Lady of Sorrows - Las Vegas
403 Valencia Street
Las Vegas, NM 87701-3783

Our Lady of the Annunciation
2532 Vermont St. NE
Albuquerque, NM 87110-4638

Our Lady of the Assumption
811 Guaymas Place NE
Albuquerque, NM 87108-2331

Our Lady of the Assumption
Jemez Springs
PO Box 10
Jemez Springs, NM 87025-0010

Our Lady of the Most Holy Rosary
5415 Fortuna Road NW
Albuquerque, NM 87105-1371

Alice Nystel Page
Office of the U.S. Trustee
PO Box 608
Albuquerque, NM 87103-0608

Thomas Paickattu
C/o Altura Law Firm
500 Marquette Ave NW
Suite 1200
Albuquerque, NM 87102-5312

Christopher Pattock
Office of U.S. Trustee
PO Box 608
Albuquerque, NM 87103-0608

Chris W Pierce
Walker & Associates, P.C.
500 Marquette N.W., Suite 650
Albuquerque, NM 87102-5341

Pierre Levy
644 Don Gaspar Ave.
Santa Fe, NM 87505-2666

Prince of Peace Catholic Community
12500 Carmel Avenue NE
Albuquerque, NM 87122-1221

Province of St. Ann
c/o Law Offices of Jeffrey E. Jones
PO Box 24350
Santa Fe, NM 87502-9350

Province of St. Ann
c/o Paul R. Harris, Ulmer & Berne
1660 West 2nd Street, Ste. 1100
Cleveland, OH 44113-1406

Queen of Heaven
5311 Phoenix Avenue NE
Albuquerque, NM 87110-3125

REDW, LLC, CPAs
Albuquerque, NM

Risen Savior Catholic Community
7701 Wyoming Blvd. NE
Albuquerque, NM 87109-5346

Roman Catholic Church of the Archdiocese of
4000 St. Josephs Place NW
Albuquerque, NM 87120-1714

Christine Romero
c/o Pierre Levy, Esq.
644 Don Gaspar Avenue
Santa Fe, NM 87505-2666

Samuel I. Roybal
Walker & Associates, P.C.
500 Marquette, NW, Ste 650
Albuquerque, NM 87102-5341

Ruben Ortiz
Michael Ross, Elias Law Firm, P.C.
111 Isleta Blvd., SW Ste A
Albuquerque, NM 87105-3896

Rudy Blea
c/o Annie-Laurie Coogan, LLC
215 Lincoln Ave. Suite 204F
Santa Fe, NM 87501-1903

Rudy Blea
c/o Pierre Levy, O'Friel and Levy, P.C.
644 Don Gaspar Avenue
Santa Fe, NM 87505-2666

Sacred Heart
412 Stover Avenue SW
Albuquerque, NM 87102-3899

Sacred Heart - Clovis
911 N. Merriwether Street
Clovis, NM 88101-5864

Sacred Heart - Espanola
PO Box 69
Espanola, NM 87532-0069

Saint John XXII Catholic Community
4831 Tramway Ridge Drive, NE
Albuquerque, NM 87111-2787

San Antonio de Padua
PO Box 460
Penasco, NM 87553-0460

San Clemente
PO Box 147
Los Lunas, NM 87031-0147

San Diego Mission
PO Box 79
Jemez Pueblo, NM 87024-0079

San Felipe de Neri
PO Box 7007
Albuquerque, NM 87194-7007

San Francisco de Asis
PO Box 72
Ranchos De Taos, NM 87557-0072

San Ignacio
1300 Waler Street NE
Albuquerque, NM 87102-1623

San Isidro
3552 Aqua Fria Street
Santa Fe, NM 87507-1583

San Jose
2401 Broadway Blvd. SE
Albuquerque, NM 87102-5009

San Jose - Anton Chico
PO Box 99
Anton Chico, NM 87711-0099

San Jose - Los Ojos
PO Box 6
Los Ojos, NM 87551-0006

San Juan Bautista
PO Box 1075
Ohkay Owingeh, NM 87566-1075

San Juan Nepomuceno
PO Box 7
El Rito, NM 87530-0007

San Miguel
403 El Camino Real Street NW
Socorro, NM 87801-5106

San Miguel del Vado
PO Box 507
Ribera, NM 87560-0507

San Ysidro
PO Box 182
Corrales, NM 87048-0182

Sara Sanchez
Stelzner, Winter, Warburton, Flores, San
PO Box 528
Albuquerque, NM 87103-0528

Sangre de Cristo
8901 Candelaria Road NE
Albuquerque, NM 87112-1209

Santa Clara
PO Box 186
Roy, NM 87743-0186

Santa Maria De La Paz Catholic Community, In
c/o Dennis A. Banning
NM Financial & Family Law
320 Gold Avenue SW, Suite 1401
Albuquerque, NM 87102-3248

Santa Maria de La Paz Catholic Community
11 College Avenue
Santa Fe, NM 87508-9225

Santo Nino - Tierra Amarilla
PO Box 160
Tierra Amarilla, NM 87575-0160

Santuario San Martin de Porres
8321 Camino San Martin SW
Albuquerque, NM 87121-8302

Stephanie L Schaeffer
McCarthy & Holthus, LLP
6501 Eagle Rock NE, Suite A-3
Albuquerque, NM 87113-2478

Daniel J. Schufreider
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606-6307

Carlos Sedillo
Faddoul, Cluff, Hardy & Conaway, P.C.
3301 San Mateo NE
Albuquerque, NM 87110-1925

Servants of the Paraclete
c/o Law Offices of Jeffrey E. Jones
PO Box 24350
Santa Fe, NM 87502-9350

Sharon T. Shaheen
Montgomery & Andrews, P.A.
P.O. Box 2307
Santa Fe, NM 87504-2307

Shrine of Our Lady of Guadalupe - SF
417 Aqua Fria Street
Santa Fe, NM 87501-2505

Shrine of St. Bernadette
11509 Indian School Road NE
Albuquerque, NM 87112-3163

Shrine of the Little Flower
St. Teresa of the Infant Jesus
300 Mildred Avenue NW
Albuquerque, NM 87107-2307

John D. Sloan Jr.
Sloan, Hatcher, Perry, Runge, Robertson
P.O. Box 2909
Longview, TX 75606-2909

Bryan G. Smith
Tamaki Law Offices
1340 N. 16th Avenue, Suite C
Yakima, WA 98902-7106

Sons of the Holy Family, Inc.
c/o Modrall Sperling
500 4th Street NW, Ste. 1000
Albuquerque, NM 87102-2186

Southwest Copy Systems Leasing
4545 McLeod NE
Albuquerque, NM 87109-2202

David M. Spector
Schiff Hardin LLP
233 S. Wacker Drive
Suite 7100
Chicago, IL 60606-6307

St. Alice
PO Box 206
Mountainair, NM 87036-0206

St. Anne
1400 Arenal Road SW
Albuquerque, NM 87105-4032

St. Anne - Tucumcari
306 West High
Tucumcari, NM 88401-2801

St. Anne's
511 Alicia Street
Santa Fe, NM 87501-3645

St. Anthony - Dixon
PO Box 39
Dixon, NM 87527-0039

St. Anthony - Questa
PO Box 200
Questa, NM 87556-0200

St. Anthony of Padua - Fort Sumner
PO Box 370
Fort Sumner, NM 88119-0370

St. Anthony of Padua - Pecos
HC 74, Box 23
Pecos, NM 87552-9705

St. Augustine
PO Box 849
Isleta, NM 87022-0849

St. Bernadette Parish
11509 Indian School Rd. NE
Albuquerque, NM 87112-3163

St. Charles
1818 Coal Place SE
Albuquerque, NM 87106-4095

St. Edwin
2105 Barcelona Road SW
Albuquerque, NM 87105-5713

St. Francis Xavier
820 Broadway Blvd. SE
Albuquerque, NM 87102-4210

St. Francis Xavier - Clayton
115 North 1st Street
Clayton, NM 88415-3503

St. Gurtrude the Great
PO Box 599
Mora, NM 87732-0599

St. Helen
1600 South Avenue O
Portales, NM 88130-7099

St. John Vianney Church
1001 Meteor Avenue NE
Rio Rancho, NM 87144-8031

St. John the Baptist - Santa Fe
1301 Osage Avenue
Santa Fe, NM 87505-3327

St. Joseph
PO Box 516
Springer, NM 87747-0516

St. Joseph - Cerrillos
PO Box 98
Cerrillos, NM 87010-0098

St. Joseph on the Rio Grande
5901 St. Joseph Drive NW
Albuquerque, NM 87120-3767

St. Joseph's Fertility Care
4060 St. Joseph Place
Rooms 130
Albuquerque, NM 87120-1714

St. Jude Thaddeus
5712 Paradise Blvd. NW
Albuquerque, NM 87114-4928

St. Mary
PO Box 276
Vaughn, NM 88353-0276

St. Patrick - Chama
PO Box 36
Chama, NM 87520-0036

St. Patrick - St. Joseph
105 Buena Vista Street
Raton, NM 87740-2954

St. Paul Fire & Marine Insurance Company
Jonathan B. Alter, Esq.
1 Tower Square  4MS
Hartford, CT 06183-1050

St. Pius X High School
Catholic Center
5301 St. Josephs Drive NW
Albuquerque, NM 87120-1712

St. Rose of Lima
439 South 3rd Street
Santa Rosa, NM 88435-2405

St. Therese of the Infant Jesus Parish
3424 4th Street NW
Albuquerque, NM 87107

St. Thomas Aquinas
1502 Sara Road SE
Rio Rancho, NM 87124-1848

St. Thomas Aquinas University Parish
1815 Las Lomas Road NE
Albuquerque, NM 87106-3803

St. Thomas the Apostle
PO Box 117
Abiquiu, NM 87510-0117

St. Vincent de Paul Society Archdiocese of S
c/o Modrall Sperling Law Firm
PO Box 2168
Albuquerque, NM 87103-2168

James I. Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., #1300
Los Angeles, CA 90067-4114

State of New Mexico, Workers Compensation Ad
P.O. Box 27198
2410 Centre Ave. SE
Albuquerque, NM 87106-4190

Luis Stelzner
Stelzner, Winter, Warburton, Flores, San
302 8th St. NW Ste 200
Albuquerque, NM 87102-3024

The Cathedral Basilica of St. Francis
PO Box 2127
Santa Fe, NM 87504-2127

The Catholic Foundation
4333 Pan American Fwy NE
Albuquerque, NM 87107-6833

The Holy See, Archbishop Pierre
Apostolic Nunciature
3339 Massachusetts Avenue NW
Washington, DC 20008-3610

Thomas Mayefske
1017 Florida SE
Albuquerque, NM 87108-4929

Thomas Paickattu
c/o Andrew Indahl, Altura Law Firm
500 Marquette Drive NW, Ste. 1200
Albuquerque, NM 87102-5312

Todd A. Atkinson
Ulmer & Berne LLP
1660 West 2nd St., Suite 1100
Cleveland, OH 44113-1406

TransUnion LLC
Attn: Public Records Dept.
PO Box 2000
Chester, PA 19016-2000

United States Conference of
Catholic Bishops
3211 Fourth Street NE
Washington, DC  20017-1194

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608

Douglas R Vadnais
PO Box 2168
Albuquerque, NM 87103-2168

Thomas D Walker
Walker & Associates, P.C.
500 Marquette Ave NW Ste 650
Albuquerque, NM 87102-5341

Robert P. Warburton
Stelzner, Winter, Warburton, Flores, San
PO Box 528
Albuquerque, NM 87103-0528

Christopher P. Winters
Fadduol, Cluff, Hardy & Conaway, P.C.
3301 San Mateo Blvd. NE
Albuquerque, NM 87110-1925

Xerox Financial Services
45 Glover Avenue
Norwalk, CT 06850-1238

Vito Ray de la Cruz
Tamaki Law Offices
1340 N 16th Ave
Ste C
Yakima, WA 98902-7106

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Claim No. 300 | (u)Doe 377 | (u)A-1 |
| (u)A-10 | (u)A-100 | (u)A-101 |
| (u)A-102 | (u)A-103 | (u)A-104 |
| (u)A-105 | (u)A-106 | (u)A-107 |
| (u)A-108 | (u)A-109 | (u)A-11 |
| (u)A-110 | (u)A-111 | (u)A-112 |
| (u)A-113 | (u)A-114 | (u)A-115 |
| (u)A-116 | (u)A-117 | (u)A-118 |
| (u)A-119 | (u)A-12 | (u)A-120 |
| (u)A-121 | (u)A-122 | (u)A-123 |

(u)A-124

(u)A-125

(u)A-126

(u)A-127

(u)A-128

(u)A-129

(u)A-13

(u)A-130

(u)A-131

(u)A-132

(u)A-133

(u)A-134

(u)A-135

(u)A-136

(u)A-137

(u)A-138

(u)A-139

(u)A-14

(u)A-140

(u)A-141

(u)A-142

(u)A-143

(u)A-144

(u)A-145

(u)A-146

(u)A-147

(u)A-148

(u)A-149

(u)A-15

(u)A-150

(u)A-151            (u)A-152            (u)A-153

(u)A-154            (u)A-155            (u)A-156

(u)A-157            (u)A-158            (u)A-159

(u)A-16             (u)A-160            (u)A-161

(u)A-162            (u)A-163            (u)A-164

(u)A-165            (u)A-166            (u)A-167

(u)A-168            (u)A-169            (u)A-17

(u)A-170            (u)A-171            (u)A-172

(u)A-173            (u)A-174            (u)A-175

(u)A-176            (u)A-177            (u)A-178

(u)A-179

(u)A-18

(u)A-180

(u)A-181

(u)A-182

(u)A-183

(u)A-184

(u)A-185

(u)A-186

(u)A-187

(u)A-188

(u)A-189

(u)A-19

(u)A-190

(u)A-191

(u)A-192

(u)A-193

(u)A-194

(u)A-195

(u)A-196

(u)A-197

(u)A-198

(u)A-199

(u)A-2

(u)A-20

(u)A-200

(u)A-201

(u)A-202

(u)A-203

(u)A-204

(u)A-205

(u)A-206

(u)A-207

(u)A-208

(u)A-209

(u)A-21

(u)A-210

(u)A-211

(u)A-212

(u)A-213

(u)A-214

(u)A-215

(u)A-216

(u)A-217

(u)A-218

(u)A-219

(u)A-22

(u)A-220

(u)A-221

(u)A-222

(u)A-223

(u)A-224

(u)A-225

(u)A-226

(u)A-227

(u)A-228

(u)A-229

(u)A-23

(u)A-230

(u)A-231

(u)A-232                    (u)A-233                    (u)A-234

(u)A-235                    (u)A-236                    (u)A-237

(u)A-238                    (u)A-239                    (u)A-24

(u)A-240                    (u)A-241                    (u)A-242

(u)A-243                    (u)A-244                    (u)A-245

(u)A-246                    (u)A-247                    (u)A-248

(u)A-249                    (u)A-25                     (u)A-250

(u)A-251                    (u)A-252                    (u)A-253

(u)A-254                    (u)A-255                    (u)A-256

(u)A-257                    (u)A-258                    (u)A-259

(u)A-26

(u)A-260

(u)A-261

(u)A-262

(u)A-263

(u)A-264

(u)A-265

(u)A-266

(u)A-267

(u)A-268

(u)A-269

(u)A-27

(u)A-270

(u)A-271

(u)A-272

(u)A-273

(u)A-274

(u)A-275

(u)A-276

(u)A-277

(u)A-278

(u)A-279

(u)A-28

(u)A-280

(u)A-281

(u)A-282

(u)A-283

(u)A-284

(u)A-285

(u)A-286

(u)A-288

(u)A-289

(u)A-29

(u)A-290

(u)A-291

(u)A-292

(u)A-293

(u)A-294

(u)A-295

(u)A-296

(u)A-297

(u)A-298

(u)A-299

(u)A-3

(u)A-30

(u)A-300

(u)A-301

(u)A-302

(u)A-303

(u)A-304

(u)A-305

(u)A-306

(u)A-307

(u)A-308

(u)A-309

(u)A-31

(u)A-310

(u)A-311

(u)A-312

(u)A-313

(u)A-314  (u)A-315  (u)A-316

(u)A-317  (u)A-318  (u)A-319

(u)A-32  (u)A-320  (u)A-321

(u)A-322  (u)A-323  (u)A-324

(u)A-325  (u)A-326  (u)A-327

(u)A-328  (u)A-329  (u)A-33

(u)A-330  (u)A-331  (u)A-332

(u)A-333  (u)A-334  (u)A-335

(u)A-336  (u)A-337  (u)A-338

(u)A-339  (u)A-34  (u)A-340

(u)A-341                    (u)A-342                    (u)A-343

(u)A-344                    (u)A-345                    (u)A-346

(u)A-347                    (u)A-348                    (u)A-349

(u)A-35                     (u)A-350                    (u)A-351

(u)A-352                    (u)A-353                    (u)A-354

(u)A-355                    (u)A-356                    (u)A-357

(u)A-358                    (u)A-359                    (u)A-36

(u)A-360                    (u)A-361                    (u)A-362

(u)A-363                    (u)A-364                    (u)A-365

(u)A-366                    (u)A-367                    (u)A-368

(u)A-369

(u)A-37

(u)A-370

(u)A-371

(u)A-372

(u)A-373

(u)A-374

(u)A-375

(u)A-376

(u)A-377

(u)A-378

(u)A-379

(u)A-38

(u)A-380

(u)A-381

(u)A-382

(u)A-383

(u)A-384

(u)A-385

(u)A-386

(u)A-387

(u)A-388

(u)A-389

(u)A-39

(u)A-390

(u)A-391

(u)A-392

(u)A-393

(u)A-4

(u)A-40

(u)A-41

(u)A-42

(u)A-43

(u)A-44

(u)A-45

(u)A-46

(u)A-47

(u)A-48

(u)A-49

(u)A-5

(u)A-50

(u)A-51

(u)A-52

(u)A-53

(u)A-54

(u)A-55

(u)A-56

(u)A-57

(u)A-58

(u)A-59

(u)A-6

(u)A-60

(u)A-61

(u)A-62

(u)A-63

(u)A-64

(u)A-65

(u)A-66

(u)A-67

(u)A-68

(u)A-69

(u)A-7

(u)A-72

(u)A-73

(u)A-74

(u)A-75

(u)A-76

(u)A-77

(u)A-78

(u)A-79

(u)A-8

(u)A-80

(u)A-81

(u)A-82

(u)A-83

(u)A-84

(u)A-85

(u)A-86

(u)A-87

(u)A-88

(u)A-89

(u)A-9

(u)A-90

(u)A-91

(u)A-92

(u)A-93

(u)A-94

(u)A-95

(u)A-96

(u)A-97

(u)A-98                          (u)A-99                          (du)A=381

(u)Biophilia Foundation, Inc.    (u)Rudy Blea                     (u)Catholic Charities, Inc.
c/o Douglas R. Vadnais

(u)Catholic Mutual Relief Society of America   (u)Congregation of the Blessed Sacrament, Pro   (u)John Doe

(u)John Doe Victim               (u)John Does 67, 69, 70, 71, 73, 74, 76, 77,   (u)Cynthia S. Gilbert
                                                                 Perfectly Legal, Inc.

(u)Jesse Hall                    (d)Elizabeth Hardin-Burrola      (u)Laura Holmes
Plugajawea Productions, LLC      P.O. Box 178
                                 Gallup, NM 87305-0178

(u)John Doe #1, 2, 4, 5, 6       (u)Pamela D Kennedy              (u)Official Committee of Unsecured Creditors

(u)Parish Steering Committee of the Roman Cat   (u)Santa Maria de La Paz Parish   (u)Sons of the Holy Family, Inc

(u)St. Paul Fire & Marine Insurance Company     (u)The Catholic Foundation of the Archdiocese   (u)Various tort claimants

(u)J. W.                         End of Label Matrix
                                 Mailable recipients   265
                                 Bypassed recipients   415
                                 Total                 680