UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New
Mexico Corporation Sole,

Chapter 11

Case No.18-13027-11

Debtor-in-Possession,

## APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

I, James J. Moffitt, hereby apply to the Court, pursuant to Local Rule 9010-1(c), for permission to appear and participate *pro hac vice* in the above-captioned Chapter 11 case on behalf of Great American Insurance Company.

In support of this application, I hereby certify that:

1. I am a member in good standing of the bar of Illinois;

2. I have read and am familiar with the Court's local rules;

3. I understand that if the Court deems it necessary or advisable that I will associate with a resident member of the bar.

Based upon the foregoing, I respectfully request that the Court enter the Order Admitting Attorney *Pro Hac Vice* submitted contemporaneously herewith.

DATED: April 1, 2020  CLYDE & CO

By: /s/ James J. Moffitt
James J. Moffitt
*Attorney for Great American Insurance Company*
CLYDE & CO US LLP
55 W Monroe St., Suite 3000
Chicago, IL 60603
(312) 635-6902
james.moffitt@clydeco.us

CERTIFICATE OF SERVICE

       I hereby certify that, on April 1, 2020, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

/s/ filed electronically
James J. Moffitt