# Morgan Stanley

CLIENT STATEMENT | For the Period March 1-31, 2020

## Account Detail

**Active Assets Account** ▉▉▉ 7-268

ROMAN CATHOLIC CHURCH OF ARCH OF SF
C/O TONY SALGADO, JOHN C WESTER &

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **CREDIT SUISSE AG LONDON BRH** Coupon Rate 2.250%; Matures 08/31/2021; CUSIP 225480EW1 <br> Int. Semi-Annually; Stepped; Trading Flat; Moody A1; Issued 08/31/16; Asset Class: FI & Pref | 4/11/17 | 30,000.000 | 99.609 / 99.609 | 100.063 | 29,882.60 / 29,882.60 | 30,018.90 | 136.30 LT | — / — | — / — |
| **MITSUBISHI UFJ FINANCIAL GROUP INC** Coupon Rate 2.190%; Matures 09/13/2021; CUSIP 606822AG9 <br> Int. Semi-Annually; Yield to Maturity 3.144%; Moody A1 <br> S&P A-; Issued 09/13/16; Asset Class: FI & Pref | 8/14/17 | 175,000.000 | 100.639 / 100.233 | 98.657 | 176,119.15 / 175,408.54 | 172,649.75 | (2,758.79) LT | 3,833.00 / 191.62 | 2.22 |
| **MS FIXED TO FLOATING RATE NOTE BASED ON 3ML** Coupon Rate 2.875%; Matures 12/28/2022; CUSIP 61760C004 <br> Int. Semi-Annually; Callable $100.00 on 05/14/21; Yield to Call 2.164%; Moody A3 <br> S&P A-; Issued 06/14/16; Asset Class: FI & Pref <br> Interest Paid Quarterly; Floating Rate; Moody A3 (+); S&P BBB +; Issued 12/28/12; Asset Class: Struct Inv | 1/23/18 | 150,000.000 | 104.553 / 103.163 | 97.902 | 156,831.50 / 154,744.02 | 146,853.00 | (7,891.02) LT | 4,313.00 / 35.93 | 2.93 |

| | Percentage of Holdings | Face Value | | | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **CORPORATE FIXED INCOME** | 75.33% | 1,355,000.000 | | | $1,413,068.84 / $1,376,989.46 | $1,327,822.90 | ($49,166.55) LT | $33,358.00 / $9,239.04 | 2.51% |
| **TOTAL CORPORATE FIXED INCOME** (includes accrued interest) | | | | | | $1,337,061.94 | | | |

Watchlist and CreditWatch Indicators: (*) = developing/uncertain   (+) = On Watchlist/CreditWatch Upgrade   (-) = On Watchlist/CreditWatch Downgrade

## CERTIFICATES OF DEPOSIT

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **GOLDMAN SACHS BK USA NEW YORK CD** Coupon Rate 1.850%; Matures 03/30/2021; CUSIP 38148PDM6 <br> Int. Semi-Annually; Yield to Maturity 1.242%; Issued 03/30/16; Maturity Value = $100,000.00; Asset Class: FI & Pref | 4/8/16 | 100,000.000 | $101,476 / $100,304 | $100,601 | $101,476.00 / $100,304.41 | $100,601.00 | $296.59 LT | $1,850.00 / — | 1.84 |
| **CAPITAL ONE BANK GLEN ALLEN VA CD** Coupon Rate 1.700%; Matures 04/06/2021; CUSIP 140420XR6 <br> Int. Semi-Annually; Yield to Maturity 1.050%; Issued 04/06/16; Maturity Value = $50,000.00; Asset Class: FI & Pref | 6/2/16 | 50,000.000 | 101.069 / 100.230 | 100.654 | 50,535.00 / 50,115.22 | 50,327.00 | 211.78 LT | 850.00 / 411.07 | 1.69 |

# CLIENT STATEMENT | For the Period March 1-31, 2020

## Account Detail

**Active Assets Account** ███████7-268

ROMAN CATHOLIC CHURCH OF ARCH OF SF
C/O TONY SALGADO, JOHN C WESTER &

| | Percentage of Holdings | Face Value | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Other | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **CERTIFICATES OF DEPOSIT** | | 150,000.000 | $152,011.00 | | | | $2,700.00 | 1.79% |
| | | | $150,419.63 | $150,928.00 | $508.37 LT | | $411.07 | |
| **TOTAL CERTIFICATES OF DEPOSIT** (includes accrued interest) | 8.53% | | | $151,339.07 | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Structured Investments | Unrealized Gain/(Loss) | Other | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | | | $1,627,819.49 | $1,764,570.08 | | $(49,161.59) LT | | $37,574.59 | 2.12% |
| | | | | | | | | $10,398.86 | |
| **TOTAL VALUE** (includes accrued interest) | 100.00% | | | $1,774,968.94 | | | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating Please Provide or Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS (^ includes accrued interest)

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $185,912.18 | — | — | — | — | — |
| Municipal Bonds ^ | | — | — | — | — | — |
| Corporate Fixed Income ^ | | — | $100,655.75 | — | $146,888.93 | — |
| Certificates of Deposit ^ | | — | 1,190,173.01 | — | — | — |
| | | — | 151,339.07 | — | — | — |
| **TOTAL ALLOCATION OF ASSETS ^** | **$185,912.18** | **—** | **$1,442,167.83** | **—** | **$146,888.93** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 3/3 | | Interest Income | CREDIT SUISSE AG LONDON BRH | 2.250% DUE 2021-08-31 [225480EW1] | | | $335.63 |
| 3/13 | | Interest Income | MITSUBISHI UFJ FINANCIAL GROUPIN | 2.190% DUE 2021-09-13 [606822AG9] | | | 1,916.25 |
| 3/16 | | Interest Income | AMERIPRISE FINANCIAL INC | 5.300% DUE 2020-03-15 [03076CAE6] | | | 3,975.00 |
| 3/16 | | Interest Income | GOLDMAN SACHS GROUP INC/THE | 4.150% DUE 2020-05-15 [38141EP94] | | | 259.37 |

**CLIENT STATEMENT | For the Period March 1-31, 2020**

## Account Detail

| Active Assets Account | ROMAN CATHOLIC CHURCH OF ARCH OF SF |
|---|---|
| 7-268 | C/O TONY SALGADO, JOHN C WESTER & |

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 3/16 | 3/16 | Redemption | AMERIPRISE FINANCIAL INC | 5.300% DUE 2020-03-15 [03076CAE6] REDEMPTION OF MATURED BOND | 150,000.000 | 100.0000 | 150,000.00 |
| 3/30 | | Interest Income | MS FIXED TO FLOATING RATE NOTEBA | 2.874% DUE 2022-12-28 [61760QCD4] | | | 1,297.69 |
| 3/30 | | Interest Income | GOLDMAN SACHS BK USA NEW YORK CD | 1.850% DUE 2021-03-30 [38148PDM6] | | | 922.47 |
| 3/31 | | Interest Income | MORGAN STANLEY BANK N.A. | (Period 03/01-03/31) | | | 1.01 |

**NET CREDITS/(DEBITS)**         **$158,707.42**

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | | | | | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 3/4 | Automatic Investment | BANK DEPOSIT PROGRAM | | | | | $335.63 |
| 3/13 | Automatic Investment | BANK DEPOSIT PROGRAM | | | | | 1,916.25 |
| 3/16 | Automatic Investment | BANK DEPOSIT PROGRAM | | | | | 154,234.37 |
| 3/30 | Automatic Investment | BANK DEPOSIT PROGRAM | | | | | 2,220.16 |
| 3/31 | Automatic Investment | BANK DEPOSIT PROGRAM | | | | | 1.01 |

**NET ACTIVITY FOR PERIOD**         **$158,707.42**

### REALIZED GAIN/(LOSS) DETAIL

#### LONG-TERM GAIN/(LOSS)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| AMERIPRISE FINL 5300 20MH15 | 07/12/16 | 03/15/20 | 150,000.000 | $150,000.00 | $150,000.00 | $0.00 | |
| **Long-Term This Period** | | | | **$150,000.00** | **$150,000.00** | **$0.00** | |
| **Long-Term Year to Date** | | | | **$268,945.17** | **$206,463.72** | **$62,481.45** | |
| **Net Realized Gain/(Loss) This Period** | | | | **$150,000.00** | **$150,000.00** | **$0.00** | |
| **Net Realized Gain/(Loss) Year to Date** | | | | **$284,464.27** | **$206,463.72** | **$62,481.45** | |

*Treasury regulations require that we report on Form 1099-B a) adjusted cost basis on the sale of covered securities acquired on or after 1/1/11 (or the applicable date for the type of security), b) the gain or loss as either long-term or short-term, and c) basis adjustments on covered securities due to wash sales, certain corporate actions and transfers by gift or inheritance. This section may not reflect all the basis adjustments required when filing your tax return. Refer to the Expanded Disclosures.*

Case 18-13027-t11   Doc 362-3   Filed 05/07/20   Entered 05/07/20 11:33:33 Page 3 of 35

# Morgan Stanley

| Active Assets Account | ROMAN CATHOLIC CHURCH OF ARCH OF SF |
|---|---|
| 7-268 | C/O TONY SALGADO, JOHN C WESTER & |

## Account Detail

## MESSAGES

**Protecting Yourself from Fraudulent Scams—An Important Message For Our Clients**
The COVID 19 crisis is creating opportunities for fraudsters to exploit individuals, especially senior citizens. The safety of our clients is of utmost importance to Morgan Stanley. We are taking this opportunity to alert our clients of the following scams that have been identified by a number of organizations. **Please be reminded that you should never provide your account numbers, passwords, or personal information, including your social security number, to anyone you do not know** Be aware that as a result of COVID 19, these scams have been identified: **Treatment scams; Supply scams; Provider scams; Charity scams; Phishing scams; App scams; Investment scams; Tech Support scams; Home Sanitation scams; and Government Assistance scams**

If you have any questions regarding these scams, please immediately contact us.
**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.
**Consolidated Statement of Financial Condition (in millions of dollars):**
At December 31, 2019 Morgan Stanley Smith Barney LLC had net capital of $3,387 which exceeded the Securities and Exchange Commission's minimum requirement by $3,238. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at December 31, 2019 can be viewed online at: http://www.morganstanley.com/about-us-ir/shareholder/morganstanley_smithbarney_llc.pdf, or may be mailed to you at no cost by calling 1 (866) 825-1675, after March 15, 2020.
**24/7 Access to Your Morgan Stanley Account**
As the coronavirus outbreak continues, and the markets remain volatile, the Morgan Stanley family is thinking of you and hoping your loved ones are safe and well.

We are well equipped with the technology and resources to be available to you at all times. If our Financial Advisor teams need to work remotely, they can be reached at their regular phone numbers and e-mail addresses, and will be ready to help.

We want to remind you about our powerful suite of digital tools that allow you to be informed and still conduct your financial business when meeting in person is not feasible.

**Morgan Stanley Online and the Morgan Stanley Mobile App** provide 24/7 access to review your accounts, statements and tax documents. If you have not enrolled, visit www.morganstanleyonline.com to create an account. Here are some of the many other services you can utilize through Morgan Stanley Online or the Mobile App:

- Instantly deposit checks without leaving home with the mobile deposit capability on our Morgan Stanley Mobile app. We are increasing limits for clients.
- Access cash at ATMs and banks with your Morgan Stanley Debit Card. Daily limits have been increased.
- Send money to family or friends in minutes using our Morgan Stanley Mobile App.
- Make everyday payments online.
- Approve wires or transfers electronically on your device.
- Share critical documents with us.
- Link your external accounts to Morgan Stanley Online to view all your financial information in one place.

Thank you for the trust you place in all of us at Morgan Stanley.
**Disclosures**
The Morgan Stanley Debit Card is issued by Morgan Stanley Private Bank, National Association pursuant to a license from Mastercard International Incorporated. Mastercard and Maestro are registered trademarks of Mastercard International Incorporated and are the property of their respective owners.

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2020

**STATEMENT FOR:**
ROMAN CATHOLIC CHURCH OF ARCH OF SF
C/O TONY SALGADO, JOHN C WESTER &
JOHN DANIEL

*Morgan Stanley Smith Barney LLC. Member SIPC.*

#BWNJGWM

ROMAN CATHOLIC CHURCH OF ARCH OF SF
C/O TONY SALGADO, JOHN C WESTER &
JOHN DANIEL
4000 ST JOSEPHS PL NW
ALBUQUERQUE NM 87120-1714

**TOTAL VALUE OF YOUR ACCOUNT** (as of 3/31/20)          **$1,151,458.67**
*Includes Accrued Interest*

**Your Financial Advisor Team**
DALY/RICHINS/GRAMER
505-883-6262

**Your Branch**
6565 AMERICAS PKWY NE, STE 400
ALBUQUERQUE, NM 87110
Telephone: 505-883-6262; Alt. Phone: 800-776-5973; Fax: 505-889-2858

**Client Service Center** (24 Hours a Day: 7 Days a Week): 800-869-3326

**Access Your Account Online:** www.morganstanley.com/online

68 - 1 - 0

# Morgan Stanley

## CLIENT STATEMENT | For the Period March 1-31, 2020

**Account Summary**

| | Active Assets Account | |
|---|---|---|
| | 3-268 | ROMAN CATHOLIC CHURCH OF ARCH OF SF<br>C/O TONY SALGADO, JOHN C WESTER &<br>Nickname: SELF INSURED FUND |

### CHANGE IN VALUE OF YOUR ACCOUNTS (includes accrued interest)

| | This Period<br>(3/1/20-3/31/20) | This Year<br>(1/1/20-3/31/20) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $1,166,467.02 | $1,162,749.12 |
| Credits | — | — |
| Debits | — | — |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | — | — |
| Change in Value | (15,008.35) | (11,290.45) |
| **TOTAL ENDING VALUE** | $1,151,458.67 | $1,151,458.67 |

FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, which are provided to you as a courtesy, and may not be covered by SIPC. For additional information, refer to the corresponding section of this statement.

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $718,812.89 | 62.43 |
| Fixed Income & Preferreds | 432,645.78 | 37.57 |
| **TOTAL VALUE** | $1,151,458.67 | 100.00% |

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value.*



*This chart does not reflect corrections to Market Value made subsequent to the dates depicted. It may exclude transactions in Annuities or positions where we are not the custodian, which could delay the reporting of Market Value.*

*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

Case 18-13027-t11   Doc 362-3   Filed 05/07/20   Entered 05/07/20 11:33:33 Page 6 of 35

# CLIENT STATEMENT | For the Period March 1-31, 2020

| Active Assets Account | ROMAN CATHOLIC CHURCH OF ARCH OF SF |
| 3-268 | C/O TONY SALGADO, JOHN C WESTER & |
| | Nickname: SELF INSURED FUND |

## Account Summary

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 2/29/20) | This Period (as of 3/31/20) |
|---|---|---|
| Cash, BDP, MMFs | $630,713.38 | $718,812.89 |
| Corporate Fixed Income ^ | 349,061.49 | 245,772.47 |
| Government Securities ^ | 2,943.43 | 2,956.49 |
| Certificates of Deposit ^ | 183,748.72 | 183,916.82 |
| **Total Assets** | **$1,166,467.02** | **$1,151,458.67** |
| Total Liabilities (outstanding balance) | — | — |
| **TOTAL VALUE** | **$1,166,467.02** | **$1,151,458.67** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (3/1/20-3/31/20) | This Year (1/1/20-3/31/20) |
|---|---|---|
| Interest | — | $3,764.20 |
| Return of Capital/Principal | — | 316.61 |
| **Income And Distributions** | **$3,099.51** | **$4,080.81** |
| Tax-Exempt Income | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$3,099.51** | **$4,080.81** |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

### CASH FLOW

| | This Period (3/1/20-3/31/20) | This Year (1/1/20-3/31/20) |
|---|---|---|
| OPENING CASH, BDP, MMFs | $630,713.38 | $629,732.08 |
| Sales and Redemptions | 85,000.00 | 85,000.00 |
| Income and Distributions | 3,099.51 | 4,080.81 |
| **Total Investment Related Activity** | **$88,099.51** | **$89,080.81** |
| Total Cash Related Activity | — | — |
| Total Card/Check Activity | — | — |
| **CLOSING CASH, BDP, MMFs** | **$718,812.89** | **$718,812.89** |

### GAIN/(LOSS) SUMMARY

| | Realized This Period (3/1/20-3/31/20) | Realized This Year (1/1/20-3/31/20) | Unrealized Inception to Date (as of 3/31/20) |
|---|---|---|---|
| Long-Term Gain | — | — | $2,210.86 |
| Long-Term (Loss) | — | (1.12) | (26,324.82) |
| **Total Long-Term** | **—** | **$(1.12)** | **$(24,113.96)** |

The Gain/(Loss) Summary, which may change due to basis adjustments, is provided for informational purposes and should not be used for tax preparation. Refer to Gain/(Loss) in the Expanded Disclosures.

# CLIENT STATEMENT | For the Period March 1-31, 2020

## Account Detail

| Active Assets Account | ROMAN CATHOLIC CHURCH OF ARCH OF SF |
|---|---|
| ██████3-268 | C/O TONY SALGADO, JOHN C WESTER & |
| | Nickname: SELF INSURED FUND |

**Investment Objectives (in order of priority):** Income, Aggressive Income
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income (Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for securities that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified actual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the actual period. For debt securities that pay dividends (identified as "Pays Div" below the security description), accrued interest represents accrued expected dividends. Unit and Total Cost include these accrued dividends. but Market Value does not, so Unrealized Gain/(Loss) may be understated.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions.*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| MORGAN STANLEY BANK N.A. # | $473,810.01 | — | $47.38 | 0.010 |
| MORGAN STANLEY PRIVATE BANK NA # | 245,002.88 | — | 24.50 | 0.010 |
| **BANK DEPOSITS** | **$718,812.89** | | **$71.88** | |

| | Percentage of Holdings | Market Value | | | Est Ann Income |
|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | 62.43% | $718,812.89 | | | $71.88 |

*# Bank Deposits are held at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, affiliates of Morgan Stanley Smith Barney LLC and each a national bank and FDIC member.*

## CORPORATE FIXED INCOME

### CORPORATE BONDS

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| GENERAL ELECTRIC CO FXD TO 012021 VAR THRAFTR 5.0000% 3/20/17 Coupon Rate 5.000%; Perpetual Maturity; CUSIP 36960RRD5 Int, Semi-Annually; Callable $100.00 on 01/21/21; Floating Rate; Moody BAA3 S&P BBB-; Issued 01/20/16; Pays Div; Asset Class: FI & Pref | 3/20/17 | 100,000.000 | $108.339 $108.339 | $82.500 | $108,338.61 $108,338.61 | $82,500.00 | $(25,838.61) LT | $5,000.00 $1,472.22 | 6.06 |
| MORGAN STANLEY Coupon Rate 2.800%; Matures 06/16/2020; CUSIP 61761IU32 | 5/11/16 | 40,000.000 | 103.763 100.198 | 99.986 | 41,505.32 40,079.16 | 39,994.40 | (84.76) LT | 560.00 326.66 | 1.40 |

# CLIENT STATEMENT | For the Period March 1-31, 2020

## Account Detail

Active Assets Account ▇▇▇-3-268

ROMAN CATHOLIC CHURCH OF ARCH OF SF
C/O TONY SALGADO, JOHN C WESTER &
Nickname: SELF INSURED FUND

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Market Value | Orig Total Cost / Adj Total Cost | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **WELLS FARGO & CO** Int. Semi-Annually: Yield to Maturity 2.844%; Moody A3 (+)    S&P BBB+; Issued 06/16/15; Asset Class: FI & Pref | 8/7/17 | 25,000.000 | 102.425 / 100.643 | 100.017 | 25,004.25 | 25,606.48 / 25,160.75 | (156.50) LT | 625.00 / 46.87 | 2.49 |
| **Coupon Rate 2.500%; Matures 03/04/2021; CUSIP 949746RS2** Int. Semi-Annually: Yield to Maturity 2.480%; Moody A2    S&P A-; Issued 03/04/16; Asset Class: FI & Pref | | | | | | | | | |
| **WESTPAC BANKING CORP** | 12/2/16 | 70,000.000 | 99.753 / 99.753 | 99.935 | 69,954.50 | 69,826.81 / 69,826.81 | 127.69 LT | 1,470.00 / 563.49 | 2.10 |
| **Coupon Rate 2.100%; Matures 05/13/2021; CUSIP 961214CV3** Int. Semi-Annually: Yield to Maturity 2.158%; Moody A43    S&P AA-; Issued 05/13/16; Asset Class: FI & Pref | | | | | | | | | |
| **MARSH & MCLENNAN COS INC** | 7/27/17 | 25,000.000 | 110.480 / 103.501 | 102.627 | 25,656.75 | 27,620.25 / 25,875.23 | (218.48) LT | 1,200.00 / 253.33 | 4.67 |
| **Coupon Rate 4.800%; Matures 07/15/2021; CUSIP 571748AR3** Int. Semi-Annually: Callable $100.00 on 04/15/21; Yield to Call 2.227%; Moody BAA1    S&P A-; Issued 07/15/11; Asset Class: FI & Pref | | | | | | | | | |

| | Percentage of Holdings | Face Value | | | Market Value | Orig Total Cost / Adj Total Cost | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **CORPORATE FIXED INCOME** | 21.34% | 260,000.000 | | | $243,109.90 | $272,897.47 / $269,280.56 | $(26,170.66) LT | $8,855.00 / $2,662.57 | 3.64% |

**TOTAL CORPORATE FIXED INCOME**
(includes accrued interest)    $245,772.47

*Watchlist and CreditWatch Indicators: (\*) = developing/uncertain (+) = On Watchlist/CreditWatch Upgrade (-) = On Watchlist/CreditWatch Downgrade*

# GOVERNMENT SECURITIES
## FEDERAL AGENCIES

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Market Value | Orig Total Cost / Adj Total Cost | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **FNR 2012-133 LA** | 11/26/12 | 25,000.000 | $100.338 / $100.338 | $99.446 | $2,950.31 | $25,096.00 / $2,976.78 | $(26.47) LT | $74.00 / $6.18 | 2.50 |
| **Coupon Rate 2.500%; Matures 01/25/2042; CUSIP 3136ANYT6** Interest Paid Monthly; Yield to Maturity 2.533%; Current Face 2,966.741; Factor .1186696; Issued 11/01/12; Asset Class: FI & Pref | | | | | | | | | |

| | Percentage of Holdings | Face Value | | | Market Value | Orig Total Cost / Adj Total Cost | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **GOVERNMENT SECURITIES** | 0.26% | 25,000.000 | | | $2,950.31 | $25,096.00 / $2,976.78 | $(26.47) LT | $74.00 / $6.18 | 2.51% |

**TOTAL GOVERNMENT SECURITIES**
(includes accrued interest)    $2,956.49

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2020

## Account Detail

| Active Assets Account | 3-268 |
|---|---|

ROMAN CATHOLIC CHURCH OF ARCH OF SF
C/O TONY SALGADO, JOHN C WESTER &
Nickname: SELF INSURED FUND

## CERTIFICATES OF DEPOSIT

| Security Description | Trade Date | Face Value | Orig Unit Cost Adj Unit Cost | Unit Price | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| Goldman Sachs NEW YORK NY CD | 5/31/17 | 40,000.000 | $101.610 $100.559 | $101.654 | $40,644.09 $40,223.60 | $40,661.60 | $438.00 LT | $980.00 $58.59 | 2.41 |
| Coupon Rate 2.450%; Matures 09/09/2021; CUSIP 38148J93 | | | | | | | | | |
| *Int. Semi-Annually; Yield to Maturity 1.287%; Issued 09/09/15; Maturity Value = $40,000.00; Asset Class: FI & Pref* | | | | | | | | | |
| AMERICAN EXPRESS FED SVGS BK CD | 12/21/17 | 100,000.000 | 100.693 100.304 | 101.383 | 100,693.00 100,303.57 | 101,383.00 | 1,079.43 LT | 2,250.00 676.23 | 2.22 |
| Coupon Rate 2.250%; Matures 12/13/2021; CUSIP 02587CH2 | | | | | | | | | |
| *Int. Semi-Annually; Yield to Maturity 1.424%; Issued 12/12/17; Maturity Value = $100,000.00; Asset Class: FI & Pref* | | | | | | | | | |
| AMERICAN EXPRESS CENTURION BK CD | 5/31/17 | 40,000.000 | 100.918 100.400 | 101.814 | 40,367.20 40,159.86 | 40,725.60 | 565.74 LT | 960.00 411.80 | 2.36 |
| Coupon Rate 2.400%; Matures 04/26/2022; CUSIP 02587D084 | | | | | | | | | |
| *Int. Semi-Annually; Yield to Maturity 1.506%; Issued 04/26/17; Maturity Value = $40,000.00; Asset Class: FI & Pref* | | | | | | | | | |

| | Percentage of Holdings | Face Value | | | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **CERTIFICATES OF DEPOSIT** | 15.97% | 180,000.000 | | | $181,704.29 $180,687.03 | $182,770.20 | $2,083.17 LT | $4,190.00 $1,146.62 | 2.29% |
| **TOTAL CERTIFICATES OF DEPOSIT**<br>(includes accrued interest) | | | | | | $183,916.82 | | | |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | | | | | $452,944.37 | $1,147,643.30 | $(24,113.96) LT | $13,190.88 $3,815.37 | 1.15% |
| **TOTAL VALUE** (includes accrued interest) | 100.00% | | | | | $1,151,458.67 | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

# Morgan Stanley

**CLIENT STATEMENT | For the Period March 1-31, 2020**

## Account Detail

**Active Assets Account** 3-268

**ROMAN CATHOLIC CHURCH OF ARCH OF SF**
**C/O TONY SALGADO, JOHN C WESTER &**
**Nickname: SELF INSURED FUND**

## ALLOCATION OF ASSETS (^ includes accrued interest)

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $718,812.89 | | — | — | — | — |
| Corporate Fixed Income ^ | | — | $245,772.47 | — | — | — |
| Government Securities ^ | | — | 2,956.49 | — | — | — |
| Certificates of Deposit ^ | — | — | 183,916.82 | — | — | — |
| **TOTAL ALLOCATION OF ASSETS ^** | **$718,812.89** | | **$432,645.78** | | | |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 3/4 | | Interest Income | WELLS FARGO & CO | 2.500% DUE 2021-03-04 [949746RS2] | | | $312.50 |
| 3/9 | | Interest Income | Goldman Sachs NEW YORK NY CD | 2.450% DUE 2021-09-09 [38148JJ93] | | | 488.66 |
| 3/16 | | Interest Income | GOLDMAN SACHS GROUP INC/THE | 5.375% DUE 2020-03-15 [38141EA58] | | | 2,284.38 |
| 3/16 | 3/16 | Redemption | GOLDMAN SACHS GROUP INC/THE | 5.375% DUE 2020-03-15 [38141EA58] REDEMPTION OF MATURED BOND | 85,000.000 | 100.0000 | 85,000.00 |
| 3/25 | | Interest Income | FNR 2012-133 LA | 2.500% DUE 2042-07-25 [3136AAYT6] | | | 6.18 |
| 3/31 | | Interest Income | MORGAN STANLEY BANK N.A. | (Period 03/01-03/31) | | | 4.91 |
| 3/31 | | Interest Income | MORGAN STANLEY PRIVATE BANK NA | (Period 03/01-03/31) | | | 2.88 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$88,099.51** |

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | | | Credits/(Debits) |
|---|---|---|---|---|---|
| 3/4 | Automatic Investment | BANK DEPOSIT PROGRAM | | | $312.50 |
| 3/9 | Automatic Investment | BANK DEPOSIT PROGRAM | | | 488.66 |
| 3/16 | Automatic Investment | BANK DEPOSIT PROGRAM | | | 87,284.38 |
| 3/25 | Automatic Investment | BANK DEPOSIT PROGRAM | | | 6.18 |
| 3/31 | Automatic Investment | BANK DEPOSIT PROGRAM | | | 4.91 |
| 3/31 | Automatic Investment | BANK DEPOSIT PROGRAM | | | 2.88 |
| **NET ACTIVITY FOR PERIOD** | | | | | **$88,099.51** |

## Account Detail

| Active Assets Account | |
|---|---|
| 3-268 | ROMAN CATHOLIC CHURCH OF ARCH OF SF |
| | C/O TONY SALGADO, JOHN C WESTER & |
| | Nickname: SELF INSURED FUND |

## REALIZED GAIN/(LOSS) DETAIL

### LONG-TERM GAIN/(LOSS)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| GOLDMAN SACHS  5375  20MH15 | 08/09/16 | 03/15/20 | 85,000.000 | $85,000.00 | $85,000.00 | $0.00 | |
| Long-Term This Period | | | | $85,000.00 | $85,000.00 | $0.00 | |
| Long-Term Year to Date | | | | $85,316.61 | $85,317.73 | $(1.12) | |
| Net Realized Gain/(Loss) This Period | | | | $85,000.00 | $85,000.00 | $0.00 | |
| Net Realized Gain/(Loss) Year to Date | | | | $85,316.61 | $85,317.73 | $(1.12) | |

*Treasury regulations require that we report on Form 1099-B a) adjusted cost basis on the sale of covered securities acquired on or after 1/1/11 (or the applicable date for the type of security), b) the gain or loss as either long-term or short-term, and c) basis adjustments on covered securities due to wash sales, certain corporate actions and transfers by gift or inheritance. This section may not reflect all the basis adjustments required when filing your tax return. Refer to the Expanded Disclosures.*

## MESSAGES

**Protecting Yourself from Fraudulent Scams—An Important Message For Our Clients**
The COVID 19 crisis is creating opportunities for fraudsters to exploit individuals, especially senior citizens. The safety of our clients is of utmost importance to Morgan Stanley. We are taking this opportunity to alert our clients of the following scams that have been identified by a number of organizations. Please be reminded that you should never provide your account numbers, passwords, or personal information, including your social security number, to anyone you do not know. Be aware that as a result of COVID 19, these scams have been identified: Treatment scams; Supply scams; Provider scams; Charity scams; Phishing scams; App scams; Investment scams; Tech Support scams; Home Sanitation scams; and Government Assistance scams

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Consolidated Statement of Financial Condition (in millions of dollars):**
At December 31, 2019 Morgan Stanley Smith Barney LLC had net capital of $3,387 which exceeded the Securities and Exchange Commission's minimum requirement by $3,238. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at December 31, 2019 can be viewed online at: http://www.morganstanley.com/about-us-ir/shareholder/morganstanley_smithbarney_llc.pdf, or may be mailed to you at no cost by calling 1 (866) 825-1675, after March 15, 2020.



ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE
4000 SAINT JOSEPHS PL NW
ALBUQUERQUE NM 87120-1714

If you have questions on your statement,
call 24-Hour Assistance:
(800) MERRILL
(800) 637-7455

**Investment Advice and Guidance:**
**Call Your Private Wealth Advisor**

**Your Private Wealth Advisor:**
NATHAN R ARMSTRONG
2125 LOUISIANA BLVD NE STE 200
ALBUQUERQUE NM 87110
nate_armstrong@ml.com
1-800-365-9091

Up-to-date account information can be viewed
at: www.mymerrill.com, where your statements
are archived for three or more years.

Questions about MyMerrill? Click the "help" tab
at the top of the screen once you log in.

# YOU MAY STILL BE ABLE TO MAKE A 2019 IRA CONTRIBUTION UNTIL
7/15/2020. If you earned income in 2019 and have not made an IRA contribution for 2019, call your advisor today to discuss your contribution.

Primary Account: 2761

# PRIVATE WEALTH MANAGEMENT

February 29, 2020 - March 31, 2020

## PORTFOLIO SUMMARY

| | February 28 | March 31 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | $4,835,295.55 | $4,849,265.72 | $13,970.17 ◄ |
| Your assets | $4,835,295.55 | $4,849,265.72 | $13,970.17 ◄ |
| Your liabilities | . | . | |
| Your Net Cash Flow (Inflows/Outflows) | . | . | |
| Securities You Transferred In/Out | . | . | |
| *Subtotal Net Contributions* | . | . | |
| Your Dividends/Interest Income | $5,333.04 | $10,210.71 | |
| Your Market Gains/(Losses) | $3,361.20 | $3,759.46 | |
| *Subtotal Investment Earnings* | *$8,694.24* | *$13,970.17* | |

Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in millions, 2019-2020

4/19  5/19  6/19  7/19  8/19  9/19  10/19  11/19  12/19  1/20  2/20  3/20

3.3  3.31  3.32  3.32  4.8  4.81  4.81  4.82  4.83  4.84  4.85

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.

Investment products:  Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value

019

Case 18-13027-t11    Doc 362-3    Filed 05/07/20    Entered 05/07/20 11:33:33 Page 13 of 35

# ■ YOUR PORTFOLIO REVIEW

## ASSET ALLOCATION*

*Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.

| | Current Value | Allocation |
|---|---|---|
| ☐ Fixed Income | 4,579,505.29 | 94.82% |
| ▨ Cash/Money Accounts | 250,127.43 | 5.18% |
| **TOTAL** | **$4,829,632.72** | **100%** |

## BOND MATURITY SCHEDULE

Does not include Fixed Income Mutual Funds

| Maturity Years | % of Total Bond Assets | Par Value | Estimated Market Value |
|---|---|---|---|
| <1 | 100% | 4,568,000 | 4,579,505.29 |
| **Total** | **100%** | **4,568,000** | **$4,579,505.29** |

## CURRENT INCOME

$8,168
$4,084
$0

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

| | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | | |
| Taxable Interest | 10,210.71 | 15,928.70 |
| Tax-Exempt Dividends | | |
| Taxable Dividends | | |
| **Total** | **$10,210.71** | **$15,928.70** |
| **Your Estimated Annual Income** | | **$70,815.00** |

## TOP FIVE PORTFOLIO HOLDINGS

Based on Estimated Market Value

| | Current Value | % of Portfolio |
|---|---|---|
| CASH | 250,127.43 | 5.17% |
| CD BERKSHIRE BANK | 246,819.69 | 5.11% |
| CD CATHAY BANK | 246,510.94 | 5.10% |
| CD ZIONS BANCORP NA | 246,271.55 | 5.09% |
| CD TEXAS CAPITAL BANK NA | 245,945.70 | 5.09% |

1026

019



**MERRILL** 米辛
A BANK OF AMERICA COMPANY

24-Hour Assistance: (800) MERRILL

## Net Portfolio Value: $4,849,265.72

**Your Private Wealth Advisor:**
NATHAN R ARMSTRONG
2125 LOUISIANA BLVD NE STE 200
ALBUQUERQUE NM 87110
nate_armstrong@ml.com
1-800-365-9091

ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE
4000 SAINT JOSEPHS PL NW
ALBUQUERQUE NM 87120-1714

# ▮ INDIVIDUAL INVESTOR ACCOUNT

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value (02/29)** | **$4,835,295.56** | |
| Total Credits | 10,210.71 | 15,928.70 |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | 3,759.46 | 14,330.77 |
| **Closing Value (03/31)** | **$4,849,265.72** | |

February 29, 2020 - March 31, 2020

| ASSETS | March 31 | February 28 |
|---|---|---|
| Cash/Money Accounts | 250,127.43 | 786,916.72 |
| Fixed Income | 4,579,505.29 | 4,024,866.49 |
| Equities | - | - |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| **Subtotal (Long Portfolio)** | **4,829,632.72** | **4,811,783.21** |
| Estimated Accrued Interest | 19,633.00 | 23,512.34 |
| **TOTAL ASSETS** | **$4,849,265.72** | **$4,835,295.55** |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | **-** |
| **NET PORTFOLIO VALUE** | **$4,849,265.72** | **$4,835,295.55** |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.

Investment products:   | Are Not FDIC Insured |   | Are Not Bank Guaranteed |   | May Lose Value |

Case 18-13027-t11    Doc 362-3    Filed 05/07/20    Entered 05/07/20 11:33:33 Page 15 of 35

# INDIVIDUAL INVESTOR ACCOUNT

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | **$786,916.72** | |
| **CREDITS** | | |
| Funds Received | · | · |
| Electronic Transfers | · | · |
| Other Credits | · | · |
| Subtotal | · | · |
| **DEBITS** | | |
| Electronic Transfers | · | · |
| Margin Interest Charged | · | · |
| Other Debits | · | · |
| Visa Purchases | · | · |
| ATM/Cash Advances | · | · |
| Checks Written/Bill Payment | · | · |
| Advisory and other fees | · | · |
| Subtotal | · | · |
| **Net Cash Flow** | · | |

## OTHER TRANSACTIONS

| | This Statement | Year to Date |
|---|---|---|
| Dividends/Interest Income | 10,210.71 | 15,928.70 |
| Security Purchases/Debits | (1,412,000.00) | (1,442,000.00) |
| Security Sales/Credits | 895,000.00 | 1,655,000.00 |
| **Closing Cash/Money Accounts** | **$250,127.43** | |

## ASSET ALLOCATION*

* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.

| | | Allocation |
|---|---|---|
| ☐ | Fixed Income | 94.82% |
| ▨ | Cash/Money Accounts | 5.18% |
| | **TOTAL** | **100%** |

Having an asset allocation that reflects your profile and goals is key to achieving the right outcome. Consult with your advisor to determine an appropriate allocation across all your holdings.

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | | X |

Case 18-13027-t11    Doc 362-3    Filed 05/07/20    Entered 05/07/20 11:33:33    Page 16 of 35



ROMAN CATHOLIC CHURCH OF THE

Account Number: [REDACTED]2761

## YOUR INDIVIDUAL INVESTOR ACCOUNT ASSETS

### CASH/MONEY ACCOUNTS

| Description | | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|---|---|
| CASH | | 250,127.43 | 250,127.43 | | 250,127.43 | | | |

### CDs/EQUIVALENTS

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| CD NEW YORK CMNTY BK WESTBURY, NY  01.800% JUL 01 2020 CUSIP: 649447SZ3  CURRENT YIELD  1.79% | 09/18/19 | 245,000 | 245,000.00 | 100.2010 | 245,492.45 | 492.45 | 2,247.29 | 4,410 |
| CD SYNOVUS BANK COLUMBUS, GA  01.550% AUG 25 2020 CUSIP: 87164DPM6  CURRENT YIELD  1.54% | 11/06/19 | 245,000 | 245,000.00 | 100.2090 | 245,512.05 | 512.05 | 1,321.32 | 3,798 |
| CD BANNER BK WALLA WALLA, WA  01.500% SEP 10 2020 CUSIP: 05652XGT6  CURRENT YIELD  1.49% | 02/26/20 | 245,000 | 245,000.00 | 100.2070 | 245,507.15 | 507.15 | 211.44 | 3,675 |
| CD BANK OF BARODA NEW YORK, NY  01.650% SEP 14 2020 CUSIP: 06063HJM6  CURRENT YIELD  1.64% | 12/05/19 | 245,000 | 245,000.00 | 100.2780 | 245,681.10 | 681.10 | 1,207.21 | 4,043 |
| CD FIRST FOUNDATION BANK IRVINE, CA  01.500% SEP 18 2020 CUSIP: 32026URW8  CURRENT YIELD  1.49% | 11/06/19 | 245,000 | 245,000.00 | 100.2120 | 245,519.40 | 519.40 | 1,349.18 | 3,675 |
| CD ENERBANK USA SALT LAKE CITY, UT  01.800% SEP 25 2020 CUSIP: 29278TLP3  CURRENT YIELD  1.79% | 09/18/19 | 245,000 | 245,000.00 | 100.3650 | 245,894.25 | 894.25 | 2,247.29 | 4,410 |
| CD MORGAN STANLEY PVT BK PURCHASE, NY  01.800% SEP 25 2020 CUSIP: 61760A2A6  CURRENT YIELD  1.79% | 09/18/19 | 215,000 | 215,000.00 | 100.3650 | 215,784.75 | 784.75 | 1,982.71 | 3,870 |
| CD SAFRA NATIONAL BANK NEW YORK, NY  01.750% SEP 25 2020 CUSIP: 78658RAB7  CURRENT YIELD  1.74% | 09/18/19 | 245,000 | 245,000.00 | 100.3400 | 245,833.00 | 833.00 | 2,196.61 | 4,288 |

## YOUR INDIVIDUAL INVESTOR ACCOUNT ASSETS

February 29, 2020 - March 31, 2020

| CDs/EQUIVALENTS (continued) Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| CD BANKUNITED NA<br>MIAMI LAKES, FL  01.000% SEP 28 2020<br>CUSIP: 066519MU0  CURRENT YIELD 1.00% | 03/20/20 | 188,000 | 188,000.00 | 99.9750 | 187,953.00 | (47.00) | 20.60 | 1,880 |
| CD TEXAS CAPITAL BANK NA<br>DALLAS, TX  01.700% NOV 12 2020<br>CUSIP: 88224PLH0  CURRENT YIELD 1.69% | 12/05/19 | 245,000 | 245,000.00 | 100.3860 | 245,945.70 | 945.70 | 1,266.62 | 4,165 |
| CD TRUIST BANK<br>CHARLOTTE, NC  01.600% NOV 12 2020<br>CUSIP: 105133GR7  CURRENT YIELD 1.59% | 11/06/19 | 245,000 | 245,000.00 | 100.3230 | 245,791.35 | 791.35 | 1,492.82 | 3,920 |
| CD LUANA SAVINGS BANK<br>LUANA, IA  01.400% NOV 16 2020<br>CUSIP: 549104KU8  CURRENT YIELD 1.39% | 11/06/19 | 20,000 | 20,000.00 | 100.2010 | 20,040.20 | 40.20 | 105.10 | 280 |
| CD NORTHFIELD BANK<br>WOODBRIDGE, NJ  01.550% DEC 08 2020<br>CUSIP: 66612AFS2  CURRENT YIELD 1.54% | 12/05/19 | 196,000 | 196,000.00 | 100.3160 | 196,619.36 | 619.36 | 940.53 | 3,038 |
| CD MIZUHO BANK USA<br>NEW YORK, NY  01.600% DEC 10 2020<br>CUSIP: 60688MD27  CURRENT YIELD 1.59% | 12/05/19 | 245,000 | 245,000.00 | 100.3530 | 245,864.85 | 864.85 | 1,192.11 | 3,920 |
| CD BMW BK NORTH AMER<br>SALT LAKE CITY, UT  01.600% DEC 11 2020<br>CUSIP: 05580ATK0  CURRENT YIELD 1.59% | 12/05/19 | 245,000 | 245,000.00 | 100.3540 | 245,867.30 | 867.30 | 1,170.63 | 3,920 |
| CD LUANA SAVINGS BANK<br>LUANA, IA  01.400% DEC 14 2020<br>CUSIP: 549104NY9  CURRENT YIELD 1.39% | 02/26/20 | 45,000 | 45,000.00 | 100.2180 | 45,098.10 | 98.10 | 31.07 | 630 |
| CD ZIONS BANCORP NA<br>SALT LAKE CITY, UT  01.800% DEC 24 2020<br>CUSIP: 98970L3Y7  CURRENT YIELD 1.79% | 09/18/19 | 245,000 | 245,000.00 | 100.5190 | 246,271.55 | 1,271.55 | 84.57 | 4,410 |

1026
019
+

Case 18-13027-t11    Doc 362-3    Filed 05/07/20    Entered 05/07/20 11:33:33 Page 18 of 35



ROMAN CATHOLIC CHURCH OF THE

Account Number: ▮2761

## YOUR INDIVIDUAL INVESTOR ACCOUNT ASSETS

February 29, 2020 - March 31, 2020

| CDs/EQUIVALENTS (continued) Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| CD BERKSHIRE BANK BOSTON, MA 01.050% JAN 21 2021 CUSIP: 08460YWU3 CURRENT YIELD 1.05% | 03/20/20 | 247,000 | 247,000.00 | 99.9270 | 246,819.69 | (180.31) | 28.42 | 2,594 |
| CD BANK OF INDIA NEW YORK, NY 01.500% MAR 03 2021 CUSIP: 06279KF92 CURRENT YIELD 1.49% | 02/26/20 | 225,000 | 225,000.00 | 100.2710 | 225,609.75 | 609.75 | 240.41 | 3,375 |
| CD BANK HAPOALIM B.M. NEW YORK, NY 01.600% MAR 04 2021 CUSIP: 06251AZ29 CURRENT YIELD 1.59% | 02/26/20 | 245,000 | 245,000.00 | 100.3630 | 245,889.35 | 889.35 | 289.97 | 3,920 |
| CD CATHAY BANK LOS ANGELES, CA 01.050% MAR 30 2021 CUSIP: 14915SP22 CURRENT YIELD 1.05% | 03/20/20 | 247,000 | 247,000.00 | 99.8020 | 246,510.94 | (489.06) | 7.10 | 2,594 |
| **TOTAL YIELD 1.55%** | | 4,568,000 | 4,568,000.00 | | 4,579,505.29 | 11,505.29 | 19,633.00 | 70,815 |

PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL YIELD 1.47%** | 4,818,127.43 | 4,829,632.72 | 11,505.29 | 19,633.00 | 70,815 |

**Notes**
For Credit Ratings: S&P and Moody's provide credit ratings on the credit quality of certain bonds and preferred stocks. For a credit enhanced security, Moody's and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security.

1026

019

## YOUR INDIVIDUAL INVESTOR ACCOUNT TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS

**Taxable Interest**

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| 03/18 | CD CITIZENS BANK NA<br>PROVIDENCE, RI 01.850% MAR 18 2020 PAY DATE 03/18/2020 CUSIP NUM: 75524KML5 | ¤ Interest | | 1,475.95 | |
| 03/18 | CD GOLDMAN SACHS BK USA<br>NEW YORK, NY 01.800% MAR 18 2020 PAY DATE 03/18/2020 CUSIP NUM: 38149MGJ6 | ¤ Interest | | 2,198.96 | |
| 03/19 | CD BANK LEUMI USA<br>NEW YORK, NY 01.800% MAR 19 2020 PAY DATE 03/19/2020 CUSIP NUM: 063248JU3 | ¤ Interest | | 2,198.96 | |
| 03/24 | CD ZIONS BANCORP NA<br>SALT LAKE CITY, UT 01.800% DEC 24 2020 PAY DATE 03/24/2020 CUSIP NUM: 9897OL3Y7 | ¤ Interest | | 2,198.96 | |
| 03/25 | CD BEAL BANK, SSB<br>PLANO, TX 01.750% MAR 25 2020 PAY DATE 03/25/2020 CUSIP NUM: 07370XS88 | ¤ Interest | | 2,137.88 | |
| | **Subtotal (Taxable Interest)** | | | **10,210.71** | **15,928.70** |
| | **NET TOTAL** | | | **10,210.71** | **15,928.70** |

### SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|-----------------|-------------|------------------|----------|--------------------|--------------------------|-----------------|-------------------------------|
| **Purchases** | | | | | | | |
| 03/04 | CD BANK HAPOALIM B.M.<br>NEW YORK, NY 01.600% MAR 04 2021 WHEN, AS, IF ISSUED. ISS YS ML/ML AFFILIATE FEE 0 %. AFFLT MAY ACT AS PRIN CUS NO 06251A2Z9<br>UNIT PRICE 100.0000 | Purchase | 245,000.0000 | (245,000.00) | | (245,000.00) | |
| 03/05 | CD BANK OF INDIA<br>NEW YORK, NY 01.500% MAR 03 2021 WHEN, AS, IF ISSUED. ISS YS ML/ML AFFILIATE FEE 0 %. AFFLT MAY ACT AS PRIN CUS NO 06279KF92<br>UNIT PRICE 100.0000 | Purchase | 225,000.0000 | (225,000.00) | | (225,000.00) | |
| 03/10 | CD BANNER BK<br>WALLA WALLA, WA 01.500% SEP 10 2020 WHEN, AS, IF ISSUED. ISS YS ML/ML AFFILIATE FEE 0 %. AFFLT MAY ACT AS PRIN CUS NO 06652XGT6<br>UNIT PRICE 100.0000 | Purchase | 245,000.0000 | (245,000.00) | | (245,000.00) | |
| 03/13 | CD LUANA SAVINGS BANK<br>LUANA, IA 01.400% DEC 14 2020 WHEN, AS, IF ISSUED. ISS YS ML/ML AFFILIATE FEE 0 %. AFFLT MAY ACT AS PRIN CUS NO 549104NY9 | Purchase | 45,000.0000 | (45,000.00) | | (45,000.00) | |

Case 18-13027-t11    Doc 362-3    Filed 05/07/20    Entered 05/07/20 11:33:33 Page 20 of 35



**MERRILL**
A BANK OF AMERICA COMPANY

ROMAN CATHOLIC CHURCH OF THE

Account Number: ███████2761

## YOUR INDIVIDUAL INVESTOR ACCOUNT TRANSACTIONS

February 29, 2020 - March 31, 2020

### SECURITY TRANSACTIONS (continued)

#### Purchases

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| | UNIT PRICE 100.0000 | | | | | | |
| 03/27 | CD BANKUNITED NA | Purchase | 188,000.0000 | (188,000.00) | | (188,000.00) | |
| | MIAMI LAKES, FL 01.000% SEP 28 2020 WHEN, AS, IF ISSUED. ISS YS ML/ML AFFILIATE FEE 0 %. AFFLT MAY ACT AS PRIN CUS NO 066519MU0 | | | | | | |
| | UNIT PRICE 100.0000 | | | | | | |
| 03/27 | CD BERKSHIRE BANK | Purchase | 247,000.0000 | (247,000.00) | | (247,000.00) | |
| | BOSTON, MA 01.050% JAN 21 2021 WHEN, AS, IF ISSUED. ISS YS ML/ML AFFILIATE FEE 0 %. AFFLT MAY ACT AS PRIN CUS NO 084601WU3 | | | | | | |
| | UNIT PRICE 100.0000 | | | | | | |
| 03/30 | CD CATHAY BANK | Purchase | 247,000.0000 | (247,000.00) | | (247,000.00) | |
| | LOS ANGELES, CA 01.050% MAR 30 2021 WHEN, AS, IF ISSUED. ISS YS ML/ML AFFILIATE FEE 0 %. AFFLT ACTED AS PRINCI CUS NO 149159P22 | | | | | | |
| | UNIT PRICE 100.0000 | | | | | | |
| | **Subtotal (Purchases)** | | | **(1,442,000.00)** | | **(1,442,000.00)** | |

#### Other Security Transactions

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 03/18 ■ | CD CITIZENS BANK NA | Redemption | -160,000.0000 | | | 160,000.00 | |
| | PROVIDENCE, RI 01.850% MAR 18 2020 PAY DATE 03/18/2020 | | | | | | |
| 03/18 ■ | CD GOLDMAN SACHS BK USA | Redemption | -245,000.0000 | | | 245,000.00 | |
| | NEW YORK, NY 01.800% MAR 18 2020 PAY DATE 03/18/2020 | | | | | | |
| 03/19 ■ | CD BANK LEUMI USA | Redemption | -245,000.0000 | | | 245,000.00 | |
| | NEW YORK, NY 01.800% MAR 19 2020 PAY DATE 03/19/2020 | | | | | | |
| 03/25 ■ | CD BEAL BANK, SSB | Redemption | -245,000.0000 | | | 245,000.00 | |
| | PLANO, TX 01.750% MAR 25 2020 PAY DATE 03/25/2020 | | | | | | |
| | **Subtotal (Other Security Transactions)** | | | | | **895,000.00** | |
| | **TOTAL** | | | **(1,442,000.00)** | | **(547,000.00)** | |
| | TOTAL SECURITY PURCHASES/(DEBITS) | | | | | (1,442,000.00) | |
| | TOTAL SECURITY SALES/CREDITS | | | | | 895,000.00 | |

1026

019

ROMAN CATHOLIC CHURCH OF THE

Account Number: ███2761

24-Hour Assistance: (800) MERRILL

# YOUR INDIVIDUAL INVESTOR ACCOUNT TRANSACTIONS

February 29, 2020 - March 31, 2020

## REALIZED GAINS/(LOSSES)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ❷ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| CD BANK LEUMI USA 1.80% 20 | 245000.0000 | 09/10/19 | 03/19/20 | 245,000.00 | 245,000.00 | .00 | |
| CD CITIZENS BK NA 1.85% 20 | 160000.0000 | 09/10/19 | 03/18/20 | 160,000.00 | 160,000.00 | .00 | |
| CD GOLDMAN SACHS 1.80% 20 | 245000.0000 | 09/10/19 | 03/18/20 | 245,000.00 | 245,000.00 | .00 | |
| CD BEAL BANK, SSB 1.75% 20 | 245000.0000 | 09/18/19 | 03/25/20 | 245,000.00 | 245,000.00 | .00 | |
| **TOTAL** | | | | **895,000.00** | **895,000.00** | | |

❷ - Excludes transactions for which we have insufficient data

019

Bank of America, N.A.
P.O. Box 2010
Lakewood, NJ 08071

**Office Servicing Your Account:**
214 N TRYON ST
HEARST TOWER
NC1-027-14-01
CHARLOTTE, NC 28202-1078
Fax: 980.233.7103

**Account Representative:**
IAN WHITE

JULIAN.WHITE@BOFA.COM

ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE
4000 SAINT JOSEPHS PL NW
ALBUQUERQUE, NM 87120-1714

TABLE OF CONTENTS
Account Summary                      1
Disclosure
Statement                            2
Income and
Expense Summary                      3
Transaction Activity
Summary                              3
Maturity Schedule                    3
Portfolio Holdings                   4
Transaction Activity                 4
Income and
Expense Activity                     4
Announcements                        5

## Account Summary

| | |
|---|---|
| Current Period Ending Value | $0.00 |
| Net Income and Expenses | $9,871.65 |

Bank of America, N.A.
P.O. Box 2010
Lakewood, NJ 08071

## Transaction Activity Summary

| Description | Amount |
|---|---|
| Interest | $9,871.65 |
| Other Transaction Activity | $1,079,000.00 |

## Income and Expense Summary

The income data is provided for informational purposes only. Regularly scheduled payments are reported in the section. Interest income from products which pay interest only at maturity are not reflected.

| Description | Reportable Month-to-Date | Non-Reportable Month-to-Date | Total Income Month-to-Date |
|---|---|---|---|
| Money Market Interest | $9,871.65 | $0.00 | $9,871.65 |
| **TOTAL INCOME AND EXPENSES** | **$9,871.65** | **$0.00** | **$9,871.65** |

## Maturity Schedule

| Security | CUSIP/ Security # | Coupon | Maturity | Quantity | Market Value | Next Coupon Date | Next Coupon Amount | Pledge | Pledge Units |
|---|---|---|---|---|---|---|---|---|---|
| BANK OF AMERICA N A CERTIFICATE OF DEPOSIT | 1885026944 | 1.84% | 03/13/2020 | 0 | N/A | 03/13/2020 | | Y | 1,079,000 |

**Bank of America, N.A.**
P.O. Box 2010
Lakewood, NJ 08071

## Portfolio Holdings

Securities positions are valued at or about the close of the statement period if prices are available from reference sources deemed reliable. For money market positions, if price is shown as N/A, a derived valuation (unadjusted for the credit quality) is provided based on the original cost basis reported to the Bank and adjusted by the amount of any accrued discount from the purchase date to the end of the statement period. The month-end valuations of your portfolio are for guidance only and do not necessarily reflect prices at which each positions could be sold or, if short, covered on the valuation date, particularly in the case of inactivity or infrequently traded securities. Bank cannot guarantee the accuracy of such information. N/A information not applicable or available at the time of statement creation.

PENDING STABILIZATION OF THE AUCTION RATE SECURITIES MARKET, BANK OF AMERICA, N.A.("BANA") HAS CEASED PROVIDING MARKET VALUES AND MARKET PRICE INFORMATION WITH RESPECT TO AUCTION RATE SECURITIES ON CLIENT STATEMENTS. UNTIL BANA RESUMES PROVIDING THIS INFORMATION, NO VALUE WILL BE GIVEN TO AUCTION RATE SECURITIES IN CALCULATING PORTFOLIO VALUE. THIS RESULTS FROM THE "CLOSING MARKET PRICE" AND "MARKET VALUE" FIELDS BEING INPUT AS "N/A"; IT DOES NOT IMPLY THAT YOUR AUCTION RATE SECURITIES HAVE NO VALUE.

| Security Description | CUSIP/ Security # | Acquired Ticket # | Quantity | Original Price Market Price | Original Cost Basis | Market Value | Next Coupon Date | Price | Next Coupon Amount | Portfolio % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Money Market** | 1885026944 | N/A | 0 | N/A N/A | N/A | N/A | 03/13/2020 | | | N/A |
| BANK OF AMERICA N A CERTIFICATE OF DEPOSIT Coupon 1.84% Maturity 03/13/2020 | | 1885026944 | | | | | | | | |
| **Total Money Market** | | | 0 | | | $0.00 | | | | |
| **Total Portfolio Holdings** | | | | | | $0.00 | | | | |

## Transaction Activity

| Date | CUSIP/ Security # | Description | Transaction | Quantity | Price | Net Amount |
|---|---|---|---|---|---|---|
| 03/13/2020 | 1885026944 | BANK OF AMERICA N A CERTIFICATE OF DEPOSIT | Maturity | 1,079,000 | 100.00 | 1,079,000.00 |
| **TOTAL TRANSACTION ACTIVITY** | | | | | | **$1,079,000.00** |

## Income and Expense Activity

The income data is provided for informational purposes only. Regular scheduled payments are reported in the section. Interest income from products which pay interest only at maturity are not reflected.

| Date | Description | Transaction | Tax Withheld | Reportable | Non-Reportable | Net Amount |
|---|---|---|---|---|---|---|
| 03/13/2020 | BANK OF AMERICA N A CERTIFICATE OF DEPOSIT | Interest | $0.00 | $9,871.65 | $0.00 | $9,871.65 |
| **TOTAL INCOME AND EXPENSE ACTIVITY** | | | **$0.00** | **$9,871.65** | **$0.00** | **$9,871.65** |

Case 18-13027-11    Doc 362-3    Filed 05/07/20    Entered 05/07/20 11:33:33    Page 25 of 35



Client Statement
03/01/2020 to 03/31/2020

Account Number
....5391

Bank of America, N.A.
P.O. Box 2010
Lakewood, NJ 08071

**Announcements:**

USA PATRIOT ACT DISCLOSURE

BANA, like all financial institutions, is required by Federal law to obtain, verify and record information that identifies each customer who opens an account with us. When you open an account, we will ask for your name, address and government-issued identification number and other information that will allow us to form a reasonable belief as to your identity, such as documents that establish legal status.

YOU MAY HAVE NOTICED......
Beginning with your January 2014 statement, some information on your statement has been modified and new fields have been added.
The new fields are:
Acquired (the date of purchase/transfer of the security)
Ticket # (the ticket number assigned to your security on our system of record)
Original Price (the price paid for the security*)
Original Cost Basis (the original value or purchase price of the security*)
   *For transfer in of the security, the information displayed will be limited to the values available to us as at the time of the transfer.

Thank you for your business and we look forward to continuing to serve you with your investments.

End of Statement

# Certificate of Deposit Copy and Certificate of Deposit Signature Card

| Date Opened: | 3/13/2020 | Term: 12 Months | Tax ID: 85-6009986 | Number: |
|---|---|---|---|---|

Account Number: �█ 4035

**Dollar Amount of Deposit:** One Million Seventy-Nine Thousand Dollars And No Cents    **$1,079,000.00**

**This Time Deposit is Issued to:**

**Issuer:** NEW MEXICO BANK AND TRUST
320 Gold SW Suite 100
Albuquerque, NM 87102

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE
4000 ST JOSEPH PL NW
ALBUQUERQUE, NM 87120

Not Negotiable - Not Transferable - Additional terms are below.

By _(signature)_

---

## Additional Terms and Disclosures

This form contains the terms for your time deposit. It is also the Truth-in-Savings disclosure for those depositors entitled to one. There are additional terms and disclosures on page two of this form, some of which explain or expand on those below. You should keep one copy of this form.

**Maturity Date.** This account matures 3/13/2021
(See below for renewal information.)

**Rate Information.** The interest rate for this account is 0.4500 % with an annual percentage yield of 0.4505 %. This rate will be paid until the maturity date specified above. Interest begins to accrue on the business day you deposit any noncash item (for example, a check). Interest will be compounded at interest payment if added to CD. Interest will be credited or paid out every 006 Months.

☒ The annual percentage yield assumes that interest remains on deposit until maturity. A withdrawal of interest will reduce earnings.

☐ If you close your account before interest is credited, you will not receive the accrued interest.

The Number of Endorsements needed for withdrawal or any other purpose is: Not Applicable .

**Minimum Balance Requirement.** You must make a minimum deposit to open this account of the amount listed on Time Deposit instructions
☐ You must maintain this minimum balance on a daily basis to earn the annual percentage yield disclosed.

**Withdrawals of Interest.** Interest ☐ accrued ☒ credited during a term can be withdrawn:

**Early Withdrawal Penalty.** If we consent to a request for a withdrawal that is otherwise not permitted you may have to pay a penalty. The penalty will be an amount equal to: the penalty information within the Time Deposit instructions
_____ interest on the amount withdrawn.

**Renewal Policy**
☐ **Single Maturity.** If checked, this account will not automatically renew. Interest ☐ will ☐ will not accrue after maturity.
☒ **Automatic Renewal.** If checked, this account will automatically renew on the maturity date. (see page two for terms)
Interest ☒ will ☐ will not accrue after final maturity.

---

**Account Ownership.** You have requested and intend the type of account marked below.
☐ Individual
☐ Joint Account - With Survivorship (and not as tenants in common)
☐ Joint Account - No Survivorship (as tenants in common)
☐ Trust: Separate Agreement Dated _____
_____
_____
_____
☐ Revocable Trust or ☐ Pay on Death Designation as defined in this agreement
(Beneficiaries' names and addresses)

**Backup Withholding Certifications**
(If not a "U.S. Person", certify foreign status separately)
☒ **Taxpayer I.D. Number - TIN:** 85-6009986   The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.
☐ **Backup Withholding.** I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.
**Signature.** I certify under penalties of perjury that the statements made in this section are true and that I am a U.S. citizen or other U.S. person (as defined in the instructions)
(X) _(signature)_ _____ (Date)

**Signatures.** I agree to the terms stated on page one and page two.
(X) _(signature)_
(X) _(signature)_
X _____

Certificate of Deposit/Account Agreement
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015

011    Read Page Two for Additional Terms    CD-AA-LAZ 7/30/2015
Page 1 of 2
10791

**Definitions.** "We," "our," and "us" mean the issuer of this account and "you" and "your" mean the depositor(s). "Account" means the original certificate of deposit as well as the deposit it evidences.

**Transfer.** "Transfer" means any change in ownership, withdrawal rights, or survivorship rights, including (but not limited to) any pledge or assignment of this account as collateral. You cannot transfer this account without our written consent.

**Primary Agreement.** You agree to keep your funds with us in this account until the maturity date. (An automatically renewable account matures at regular intervals.) You may not transfer this account without first obtaining our written consent. You must present this certificate when you request a withdrawal or a transfer.

This account is void if the deposit is made by any method requiring collection (such as a check) and the deposit is not immediately collected in full. If the deposit is made or payable in a foreign currency, the amount of the deposit will be adjusted to reflect final exchange into U.S. dollars.

We may change any term of this agreement. Rules governing changes in interest rates have been provided. For other changes we will give you reasonable notice in writing or by any other method permitted by law.

If any notice is necessary, you all agree that the notice will be sufficient if we mail it to the address listed on page one of this form. You must notify us of any change.

**Withdrawals and Transfers.** Only those of you who sign the permanent signature card may withdraw funds from this account. (In appropriate cases, a court appointed representative, a beneficiary of a trust or pay-on-death account whose right of withdrawal has matured, or a newly appointed and authorized representative of a legal entity may also withdraw from this account.) The specific number of you who must agree to any withdrawal is written on page one in the section bearing the title *Number of Endorsements*. This means, for example, that if two of you sign the signature card but only one endorsement is necessary for withdrawal then either of you may request withdrawal of the entire account at any time. Unless otherwise specified in writing, only one endorsement is required to withdraw funds from this account.

These same rules apply to define the names and the number of you who can request our consent to a transfer.

**Pledges.** Any pledge of this account (to which we have agreed), must first be satisfied before the rights of any joint account survivor, pay-on-death beneficiary or trust account beneficiary become effective. For example, if one joint tenant pledges the account for payment of a debt and then dies, the surviving joint tenant's rights in this account are subject first to the payment of the debt.

**Ownership of Account and Beneficiary Designation.** You intend these rules to apply to this account depending on the form of ownership and beneficiary designation, if any, specified on page 1. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account.** Such an account is owned by one person.

**Joint Account With Survivorship (And Not As Tenants In Common).** Such an account is owned by two or more persons. Each of you intend that upon your death the balance in the account (subject to any previous pledge to which we have consented) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account ownership as joint tenants with survivorship and not as tenants in common.

**Joint Account - No Survivorship (As Tenants In Common).** Such an account is owned by two or more persons but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of endorsements" necessary for withdrawal.

**Revocable Trust and Pay-on-Death Account (Subject to this Agreement).** If two or more of you create such an account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, without right of survivorship. Any such beneficiary may withdraw all or any part of the account balance. The person(s) creating either of these account types reserves the right to: (1) change beneficiaries; (2) change account types; and (3) withdraw all or part of the deposit at any time.

**Trust Account Subject to Separate Agreement.** We will abide by the terms of any separate agreement which clearly pertains to this account and which you file with us. Any additional consistent terms stated on this form will also apply.

**Set-Off.** You each agree that we may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt owed to us now or in the future, by any of you having the right of withdrawal, to the extent of such person's or legal entity's right to withdraw. If the debt arises from a note, "any due and payable debt" includes the total amount of which we are entitled to demand payment under the terms of the note at the time we set off, including any balance the due date for which we properly accelerate under the note. This right of set-off does not apply to this account if: (a) it is an Individual Retirement Account or other tax-deferred retirement account, or (b) the debt is created by a consumer credit transaction under a credit card plan, or (c) the debtor's right of withdrawal arises only in a representative capacity. You agree to hold us harmless from any claim arising as a result of our exercise of our right of set-off.

**Balance Computation Method.** We use the daily balance method to calculate the interest on this account. This method applies a daily periodic rate to the principal in the account each day.

**Transaction Limitations.** You cannot make additional deposits to this account during a term (other than credited interest). You cannot withdraw principal from this account without our consent except on or after maturity. (For accounts that automatically renew, there is a grace period after each renewal date during which withdrawals are permitted without penalty.)

In certain circumstances, such as the death or incompetence of an account owner, the law permits, or in some cases requires, the waiver of the early withdrawal penalty. Other exceptions may also apply, for example, if this is part of an IRA or other tax-deferred savings plan.

**For Accounts that Automatically Renew.** Each renewal term will be renewed as a regular cd, beginning on the maturity date (unless we notify you, in writing, before a maturity date, of a different term for renewal).

You must notify us in writing before, or within a 10 day grace period after, the maturity date if you do not want this account to automatically renew.

Interest earned during one term that is not withdrawn during or immediately after that term is added to principal for the renewal term.

The rate for each renewal term will be determined by us on or just before the renewal date. You may call us on or shortly before the maturity date and we can tell you what the interest rate will be for the next renewal term. On accounts with terms of longer than one month we will remind you in advance of the renewal and tell you when the rate will be known for the renewal period.

See your plan disclosure if this account is part of an IRA.

Certificate of Deposit/Account Agreement
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015

10791

CD-AA-LAZ 7/30/2015
Page 2 of 2



# Corporate Authorization Resolution

NEW MEXICO BANK AND TRUST
320 Gold SW Suite 100
Albuquerque, NM 87102

**By:** ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SF
4000 ST JOSEPH PL NW
ALBUQUERQUE, NM  87120

*Referred to in this document as "Financial Institution"*    *Referred to in this document as "Corporation"*

I, JOSE ANTONIO SALGADO                                , certify that I am Secretary (clerk) of the above named corporation
organized under the laws of NM                                          , Federal Employer I.D. Number
85-6009986              , engaged in business under the trade name of NA
, and that the resolutions on this document are a correct copy of the resolutions adopted at a
meeting of the Board of Directors of the Corporation duly and properly called and held on          03/12/2020
(*date*). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**Agents.** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as
indicated below:

| Name and Title or Position | Signature | Facsimile Signature *(if used)* |
|---|---|---|
| A. JOSE ANTONIO SALGADO, CFO | (X) | X |
| B. GLENNON F JONES, VICAR GENERAL | (X) | X |
| C. | X | X |
| D. | X | X |
| E. | X | X |
| F. | X | X |

Corporation Authorization
Bankers Systems ™
Wolters Kluwer Financial Services © 2018

10791
CA-1 7/1/2018
(1807).01
Page 1 of 3

**Powers Granted.** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A+B | (1) Exercise all of the powers listed in this resolution. | 1 |
| | (2) Open any deposit or share account(s) in the name of the Corporation. | 1 |
| | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | 1 |
| | (4) Borrow money on behalf and in the name of the Corporation, sign, execute and deliver promissory notes or other evidences of indebtedness. | 1 |
| | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Corporation as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | 1 |
| | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | 1 |
| | (7) Other: | 1 |

**Limitations on Powers.** The following are the Corporation's express limitations on the powers granted under this resolution.

**Resolutions**

**The Corporation named on this resolution resolves that,**

(1) The Financial Institution is designated as a depository for the funds of the Corporation and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Board of Directors of the Corporation and certified to the Financial Institution as governing the operation of this corporation's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Corporation. Any Agent, so long as they act in a representative capacity as an Agent of the Corporation, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated in this resolution, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Corporation with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

Corporation Authorization
Bankers Systems ™
Wolters Kluwer Financial Services © 2018

10791
CA-1 7/1/2018
(1807).01
Page 2 of 3

(5) The Corporation agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Corporation. The Corporation authorizes the Financial Institution, at any time, to charge the Corporation for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Corporation acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Corporation to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Corporation acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Corporation with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Corporation authorizes each Agent to have custody of the Corporation's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Effect on Previous Resolutions.** This resolution supersedes resolution dated _____. If not completed, all resolutions remain in effect.

**Certification of Authority**

I further certify that the Board of Directors of the Corporation has, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions stated above and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

[X] If checked, the Corporation is a non-profit corporation.

In Witness Whereof, I have subscribed my name to this document and affixed the seal of the Corporation on

3/13/2020          *(date).*

(X) _~~Jayold~~_ _____          (X) _____

Secretary                                  Attest by One Other Officer

JOSE ANTONIO SALGADO                        GLENNON F JONES

---

| For Financial Institution Use Only |  | b6x3677 |  |
| --- | --- | --- | --- |
| Acknowledged and received on | 3/13/2020 | *(date)* by _____ | *(initials)* |
| ☐ This resolution is superseded by resolution dated | | . | |
| Comments: ▓▓▓▓4035 | | | |

011

10791
CA-1 7/1/2018
(18071.01
Page 3 of 3

Corporation Authorization
Bankers Systems ™
Wolters Kluwer Financial Services © 2018

**BANK OF AMERICA** 

Cashier's Check

No. 1101713550

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

30-1/1140
NTX

Date 03/13/20 12:18:49 PM

RIVERVIEW BANKING CENTER
0005      0001129      0041

Pay  BANK OF AMERICA  ONE ZERO SEVEN NINE ZERO ZERO ZERO CTS CTS **$1,079,000.00**

**One Million Seventy Nine Thousand and 00/100 Dollars**

To The
Order Of  ROMAN CATHOLIC CHURCH ARCHDIOCESE OF SF

Remitter (Purchased By):  ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈1101713550⑈ ⑆        0019⑈        6261⑈

■ THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ▮

# MISSION DIOCESE FUND, LLC

Account Name: Seminarian Endowment Challenge
Account Number: ████-1001
Group: Archdiocese of Santa Fe

**For the month ending March 31, 2020**

## Market Value Summary

| | Current Month | Calendar Year To-Date | Fiscal Year To-Date 7/1 - 6/30 | Since Inception* |
|---|---|---|---|---|
| Opening Balance | $288,961.23 | $231,039.18 | $220,626.62 | $0.00 |
| Income | 156.25 | 451.10 | 1,170.80 | 3,620.01 |
| Expenses | (332.18) | (337.20) | (911.22) | (2,753.18) |
| Realized Gains/Losses | 914.42 | 2,677.57 | 2,337.34 | 12,326.39 |
| Unrealized Gains/Losses | (32,149.85) | (51,755.03) | (41,559.71) | (46,144.77) |
| Contributions | 0.00 | 75,250.00 | 75,250.00 | 288,611.48 |
| Contributions-Catholic Extension | 0.00 | 224.25 | 636.04 | 1,889.94 |
| Withdrawals/Distributions | 0.00 | 0.00 | 0.00 | 0.00 |
| Transfers | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending Balance | $257,549.87 | $257,549.87 | $257,549.87 | $257,549.87 |

## Unit Value Summary

| | Current Month | Calendar Year To-Date |
|---|---|---|
| Opening Balance | 1,929.8821 | 1,454.6782 |
| Contributions | 0.0000 | 473.7920 |
| Contributions-CE | 0.0000 | 1.4119 |
| Withdrawals/Distributions | 0.0000 | 0.0000 |
| Transfers | 0.0000 | 0.0000 |
| Ending Balance | 1,929.8821 | 1,929.8821 |
| Beginning Unit Value | 149.729999 | 158.824957 |
| Ending Unit Value | 133.453691 | 133.453691 |

## Account Performance Summary

| | Current Month | Calendar Quarter To-Date | Calendar Year To-Date | One Year | Annualized Three Years | Annualized Five Years | Annualized Since Inception * |
|---|---|---|---|---|---|---|---|
| Net of Fees capped at 55 basis points | (10.9%) | (15.9%) | (15.9%) | (9.2%) | N/A | N/A | (4.1%) |

\* Initial Entry Date: Jan 1, 2018

If entry date is less than 1 year, return is since inception

**Mission Diocese Fund, LLC**
550 South Wacker Drive, Suite 2000
Chicago, IL 60606
800.842.7804
www.missiondiocesefund.org

**For Additional Account Information Contact:**

Betty Assell
Phone: 312.795.6089
Email: BAssell@catholicextension.org

## The Catholic Foundation ASF Fund Statement
### July 1, 2019 through March 31, 2020

| CHI | Beginning Balance | Contributions & Transfers | Investment Income | | | Admin. Fee - % | Inv. Expense | Grant/Other Distribution | Ending Balance |
| | | | Dividends Interest | Realized Gains/Losses | Unrealized Gains/Losses | | | | |
| CHI GL Accounts | | | 4510 | 4511 | 4511 | 4510 | 4510 | 4505 | |
| 1069 - Archbishop Sheehan Sch. Fund for Lay Ministers | 148,093.63 | 0.00 | 4,943.53 | (147.50) | (18,803.39) | 1,352.79 / 1.25% | 176.59 | 0.00 | 132,556.89 |
| 1084 - George John Weisenhorn Seminary Scholarship Fund | 19,864.61 | 0.00 | 663.02 | (19.79) | (2,521.59) | 186.16 / 1.25% | 23.68 | 0.00 | 17,776.41 |
| 1085 - Harriet Scully Seminary Scholarship Fund | 143,497.04 | 0.00 | 4,789.51 | (142.92) | (18,215.32) | 1,344.83 / 1.25% | 171.11 | 0.00 | 128,412.37 |
| 1086 - Ellen and Lucia Sena Seminarian Education Fund | 85,708.31 | 0.00 | 2,860.73 | (85.37) | (10,879.89) | 801.73 / 1.25% | 102.20 | 0.00 | 76,699.85 |
| 1095 - Archbishop's School Fund - Agency | 2,019,585.48 | 0.00 | 67,524.45 | (2,011.58) | (257,278.73) | 11,693.86 / 0.75% | 2,409.96 | 0.00 | 1,813,715.80 |
| 1122 - St. John Vianney Seminary Burse - Agency | 894,457.62 | 0.00 | 29,829.43 | (890.92) | (113,363.89) | 9,668.83 / 1.00% | 1,066.16 | 0.00 | 799,297.25 |
| 1162 - Alfred W. and Virginia M. LaPine Fund | 233,043.99 | 0.00 | 7,785.48 | (232.13) | (29,638.43) | 1,741.23 / 1.00% | 277.99 | 0.00 | 208,939.69 |
| 1174 - Lamy Fund | 350,404.71 | 0.00 | 11,607.50 | (353.16) | (43,747.96) | 2,567.44 / 1.00% | 414.58 | 8,700.00 | 306,229.07 |
| 1205 - Eugene D. Monsimer Memorial Fund | 178,988.54 | 0.00 | 5,979.76 | (178.28) | (22,764.51) | 1,331.48 / 1.00% | 213.50 | 0.00 | 160,480.53 |
| 1222 - Archdiocese of Santa Fe Catholic Health Initiatives Fund I | 1,150,975.90 | 0.00 | 38,486.75 | (1,146.41) | (146,655.48) | 6,432.48 / 0.75% | 1,373.52 | 0.00 | 1,033,854.76 |
| 1230 - Rafaela Cardenas Seminary Burse | 57,572.30 | 0.00 | 1,923.37 | (57.34) | (7,322.02) | 430.17 / 1.00% | 68.67 | 0.00 | 51,617.47 |
| 2016 - Archbishop's School Fund - Foundation | 216,434.67 | 0.00 | 7,237.20 | (215.58) | (27,577.80) | 1,209.34 / 0.75% | 258.29 | 0.00 | 194,410.86 |
| 2020 - Archdiocese of Santa Fe Catholic Health Initiatives Fund II | 2,145,563.82 | 0.00 | 71,750.68 | (2,137.06) | (273,433.89) | 11,608.76 / 0.75% | 2,560.52 | 0.00 | 1,927,574.27 |
| 2028 - St. John Vianney Seminary Burse - Foundation | 128,042.82 | 0.00 | 4,275.41 | (127.54) | (16,266.08) | 1,106.42 / 1.25% | 152.70 | 0.00 | 114,665.49 |
| 2058 - Archbishop of Santa Fe Donor Advised Fund | 957,831.76 | 0.00 | 31,946.20 | (954.03) | (121,401.22) | 10,441.30 / 1.50% | 1,141.72 | 0.00 | 855,839.69 |
| 2080 - Archbishop Robert F. Sanchez Seminary Agency | 12,423.16 | 0.00 | 414.70 | (12.37) | (1,577.40) | 113.26 / 1.25% | 14.81 | 0.00 | 11,120.02 |
| CHI Fund Total | 3,296,539.72 | 0.00 | 110,237.43 | (3,283.47) | (420,089.37) | 18,041.24 | 3,934.04 | 0.00 | 2,961,429.03 |
| Seminary Burse Total | 1,341,565.86 | 0.00 | 44,756.17 | (1,336.25) | (170,146.19) | 13,651.40 | 1,599.33 | 0.00 | 1,199,588.86 |

Unaudited statement - for management purposes only



Catholic Umbrella Pool and Subsidiary
CONSOLIDATED SUPPLEMENTAL SCHEDULE OF TOTAL MEMBERS' FUND
For the Year Ended June 30, 2019