# Notice Recipients

District/Off: 1084−1          User: admin                    Date Created: 5/28/2020

Case: 18−13027−t11          Form ID: pdfor1                Total: 1

**Recipients of Notice of Electronic Filing:**

aty          Thomas D Walker          twalker@walkerlawpc.com

TOTAL: 1