```
                          United States Bankruptcy Court
                              District of New Mexico
In re:                                                       Case No. 18-13027-t
Roman Catholic Church of the Archdiocese                     Chapter 11
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 1084-1      User: admin            Page 1 of 3         Date Rcvd: Jul 06, 2020
                          Form ID: ntchrgph      Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2020.
db         +Roman Catholic Church of the Archdiocese of Santa,    4000 St. Josephs Place NW,
             Albuquerque, NM 87120-1714
aty        +Brad D Hall,   Hall & Monagle, LLC,   320 Gold Ave., SW,   #1218,   Albuquerque, NM 87102-3216
aty         Victor Ortega,    PO Box 2307,   Santa Fe, NM 87504-2307
cr         +Bank of America, N.A.,   c/o Robert J. Miller and Khaled Tarazi,
             Bryan Cave Leighton Paisner LLP,   Two North Central Avenue, Suite 2100,
             Phoenix, AZ 85004-4533
crcm       +Brad D. Hall,   320 Gold Avenue SW,   Suite 1218,   Albuquerque, NM 87102-3216
app        +Brooks Pearsall Zantow, LLC,   7000 Prospect Pl. NE,   Suite B,   Albuquerque, NM 87110-4359
cr         +Christine Romero,    c/o Pierre Levy, Esq.,   644 Don Gaspar Avenue,   Santa Fe, NM 87505-2666
br         +David V Walters,    Coldwell Banker Legacy,   6767 Academy Road NE,   Albuquerque, NM 87109-3345
sp         +Debra J. Moulton,   Kennedy, Moulton & Wells, P.C.,   2201 San Pedro Dr. NE,
             Albuquerque, NM 87110-5942
craty      +Edgar C Johnson, Jr.,    10455 N. Central Expressway,   P.O. Box 109-197,
             Dallas, TX 75231-2213
intp       +Elizabeth Hardin-Burrola,   P.O. Box 178,   Gallup, NM 87305-0178
sp         +Jaime Dawes,    Stelzner, Winter, Warburton, Flores, San,   PO Box 528,
             Albuquerque, NM 87103-0528
op         +James R. Murray,   Blank Rome LLP,   1825 Eye Street NW,   Washington, DC 20006-5403
intp       +Jennifer Day,   1240 Camino Cruz Blanca,   Santa Fe, NM 87505-0380
op         +Jim Carter,   Blank Rome LLP,   1825 Eye Street NW,   Washington, DC 20006-5403
intp       +Jimmy Day,   1240 Camino Cruz Blanca,   Santa Fe, NM 87505-0380
sp         +Juan L. Flores,   Stelzner, Winter Law Firm,   P.O. Box 528,   Albuquerque, NM 87103-0528
br         +Kelly Sullivan,    Coldwell Banker Legacy,   10400 Academy Road NE, #100,
             Albuquerque, NM 87111-7369
br         +Liz McGuire,   Coldwell Banker Legacy,   12042 Highway 14 N,   Cedar Crest, NM 87008-9405
sp         +Luis Stelzner,   Stelzner, Winter, Warburton, Flores, San,   302 8th St. NW Ste 200,
             Albuquerque, NM 87102-3024
crcm       +Mark H Donatelli,   Carolyn M. Cammie Nichols Rothstein,   500 4th Street, NW,   Suite 400,
             Albuquerque, NM 87102-2174
acc        +Patrick Kennedy,   King Industries Corporation,   PO Box 273,   Alto, NM 88312-0273
acc         REDW, LLC, CPAs,   Albuquerque, NM
sp         +Robert P. Warburton,   Stelzner, Winter, Warburton, Flores, San,   PO Box 528,
             Albuquerque, NM 87103-0528
cr         +State of New Mexico, Workers Compensation Administ,   P.O. Box 27198,   2410 Centre Ave. SE,
             Albuquerque, NM 87106-4190
cr         +Thomas Paickattu,   C/o Altura Law Firm,   500 Marquette Ave NW,   Suite 1200,
             Albuquerque, NM  87102,   UNITED STATES 87102-5312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op            Cynthia S. Gilbert,   Perfectly Legal, Inc.
op            Jesse Hall,    Plugajawea Productions, LLC
sp            Pamela D Kennedy
sp            Tessa Davidson
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:

              Aaron J. Boland    on behalf of Interested Party Laura  Holmes aaron@aaronbolandlaw.com
              Alicia C. Lopez    on behalf of Creditor    John Doe #1, 2, 4, 5, 6 alopez@rothsteinlaw.com,
               melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.
               com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
              Andrew Berne Indahl    on behalf of Creditor Thomas  Paickattu andy@alturalawfirm.com
              Andrew Berne Indahl    on behalf of Plaintiff Thomas  Paickattu andy@alturalawfirm.com
              Annie  Coogan    on behalf of Creditor Rudy  Blea annie@cooganlawnm.com
              Bruce  Anderson    on behalf of Debtor   Roman Catholic Church of the Archdiocese of Santa Fe
               baafiling@eaidaho.com,  brucea@eaidaho.com
              Bryan G. Smith    on behalf of Interested Party   Various tort claimants bsmith@tamakilaw.com
              Carlos  Sedillo    on behalf of Interested Party   Various tort claimants csedillo@fchclaw.com
              Caroline  Manierre    on behalf of Creditor    John Doe #1, 2, 4, 5, 6 cmanierre@rothsteinlaw.com,
               melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.
               com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
              Caroline  Manierre    on behalf of Interested Party   Various tort claimants
               cmanierre@rothsteinlaw.com,
               melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.
               com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
              Carolyn M Nichols    on behalf of Creditor    John Doe #1, 2, 4, 5, 6 cmnichols@rothsteinlaw.com,
               melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.
               com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com
              Catalina  Sugayan    on behalf of Interested Party   Great American Insurance Company
               catalina.sugayan@clydeco.us,  Nancy.Lima@clydeco.us
              Charles S Glidewell    on behalf of U.S. Trustee   United States Trustee
               charles.glidewell@usdoj.gov
              Chris W Pierce    on behalf of Debtor   Roman Catholic Church of the Archdiocese of Santa Fe
               cpierce@walkerlawpc.com,
               piercelawfirm@gmail.com;WalkerLawPC14@gmail.com;cramirez@walkerlawpc.com
              Christopher Pattock    on behalf of U.S. Trustee   United States Trustee
               Christopher.J.Pattock@usdoj.gov
              Christopher P. Winters    on behalf of Interested Party   Various tort claimants
               cwinters@fchclaw.com
              Clifford C Gramer, Jr    on behalf of Interested Party Jennifer  Day cliffordgramerlaw@gmail.com,
               amyccglaw@gmail.com
              Clifford C Gramer, Jr    on behalf of Interested Party Jimmy  Day cliffordgramerlaw@gmail.com,
               amyccglaw@gmail.com
              Daniel  Fasy    on behalf of Interested Party   Various tort claimants dan@fasylaw.com
              Daniel J. Schufreider    on behalf of Interested Party   Catholic Mutual Relief Society of America
               dschufreider@schiffhardin.com
              David M. Spector    on behalf of Interested Party   Catholic Mutual Relief Society of America
               dspector@schiffhardin.com
              Daymon Brandeis Ely    on behalf of Creditor Barbara  Deschaine daymon@daymonely.com,
               darlene@daymonely.com
              Daymon Brandeis Ely    on behalf of Interested Party   Various tort claimants daymon@daymonely.com,
               darlene@daymonely.com
              Dennis A Banning    on behalf of Interested Party   Santa Maria de La Paz Parish
               nmfl@nmfinanciallaw.com,
               banninglaw@yahoo.com;dab@nmfinanciallaw.com;banningdr54167@notify.bestcase.com;dfh@nmfinanciallaw
               .com
              Don F Harris    on behalf of Interested Party   Santa Maria de La Paz Parish
               nmfl@nmfinanciallaw.com,
               briefwriter@comcast.net;donharrislawfirm@gmail.com;nmflcmecf@gmail.com;r54167@notify.bestcase.com
               ;dab@nmfinanciallaw.com
              Douglas R Vadnais    on behalf of Interested Party Celia  Maestas drv@modrall.com,
               doloress@modrall.com,doloress@ecf.courtdrive.com
              Douglas R Vadnais    on behalf of Interested Party   Biophilia Foundation, Inc. drv@modrall.com,
               doloress@modrall.com,doloress@ecf.courtdrive.com
              Everett J. Cygal    on behalf of Interested Party   Catholic Mutual Relief Society of America
               ecygal@schiffhardin.com
              Ford  Elsaesser    on behalf of Debtor   Roman Catholic Church of the Archdiocese of Santa Fe
               ford@eaidaho.com
              Hannah  Dolski    on behalf of Creditor   Parish Steering Committee of the Roman Catholic Church
               of the Archdiocese of Santa Fe hdolski@lrrc.com
              Jack  Hardwick    on behalf of Interested Party   Discalced Carmelite Nuns of Santa Fe, New Mexico
               jhardwick@SommerUdall.com,  lag@SommerUdall.com
              Jaime A. Pena    on behalf of U.S. Trustee   United States Trustee jaime.a.pena@usdoj.gov
              James  Moffitt    on behalf of Interested Party   Great American Insurance Company
               james.moffitt@clydeco.us
              James C Jacobsen    on behalf of Creditor   State of New Mexico, Workers Compensation
               Administration jjacobsen@nmag.gov,  jotero@nmag.gov
              James I. Stang    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jstang@pszjlaw.com
              Jamison  Barkley    on behalf of Creditor Claim No.  300 jamison@jamisonbarkley.com
              John D. Sloan, Jr.    on behalf of Interested Party Laura  Holmes pfoster@sloanfirm.com
              John F. McIntyre    on behalf of Interested Party   Catholic Mutual Relief Society of America
               jmcintyre@montand.com
              Jonathan B. Alter    on behalf of Interested Party   St. Paul Fire & Marine Insurance Company
               jalter@travelers.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph A. Blumel, III    on behalf of Interested Party    Various tort claimants joseph@blumellaw.com

          Joseph Mark Fisher    on behalf of Interested Party    Catholic Mutual Relief Society of America mfisher@schiffhardin.com

          Kenneth Harris Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors kbrown@pszjlaw.com

          Kevin VanLandingham    on behalf of Defendant    United States of America Small Business Administration kevin.p.vanlandingham@usdoj.gov

          Kevin VanLandingham    on behalf of Defendant Jovita Corranza kevin.p.vanlandingham@usdoj.gov

          Laura R Callanan    on behalf of Interested Party J. W. laura@curtislawfirm.org, lisa@curtislawfirm.org;amalia@curtislawfirm.org;filing@curtislawfirm.org

          Leslie D. Maxwell    on behalf of Interested Party    Villa Santa Maria, Inc. lmaxwell@maxwelllawpc.com,  9786701420@filings.docketbird.com;aburnside@maxwelllawpc.com;

          Leslie D. Maxwell    on behalf of Interested Party    Catholic Charities, Inc. lmaxwell@maxwelllawpc.com,  9786701420@filings.docketbird.com;aburnside@maxwelllawpc.com;

          Levi A Monagle    on behalf of Creditor John    Does 67, 69, 70, 71, 73, 74, 76, 77, 78, 79, 80, 82, 83, 84, 87, 88, 90, 91, 92, 93, 94, 96, and Jane Does G, I, L and M levi@hallmonagle.com

          Lisa K. Curtis    on behalf of Interested Party J. W. lisa@curtislawfirm.org, steven@curtislawfirm.org;pauline@curtislawfirm.org;filing@curtislawfirm.org

          Manuel Hernandez    on behalf of Interested Party    Various tort claimants mhernandez@fchclaw.com

          Martha G Brown    on behalf of Interested Party    Sons of the Holy Family, Inc mgb@modrall.com, sandih@modrall.com

          Merit Bennett    on behalf of Plaintiff John    Doe tblgexternalmail@gmail.com, mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com

          Merit Bennett    on behalf of Creditor John    Doe tblgexternalmail@gmail.com, mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com

          Merit Bennett    on behalf of Creditor Doe    377 tblgexternalmail@gmail.com, mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com

          Merit Bennett    on behalf of Creditor John    Doe Victim tblgexternalmail@gmail.com, mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com

          Paul M Fish    on behalf of Interested Party    Sons of the Holy Family, Inc pfish@modrall.com, nikkim@modrall.com;nikkim@ecf.courtdrive.com

          Paul M Fish    on behalf of Interested Party    The Catholic Foundation of the Archdiocese of Santa Fe pfish@modrall.com,  nikkim@modrall.com;nikkim@ecf.courtdrive.com

          Paul M Linnenburger    on behalf of Creditor    John Doe #1, 2, 4, 5, 6 plinnenburger@rothsteinlaw.com, melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com

          Paul Russell Harris    on behalf of Creditor    Congregation of the Blessed Sacrament, Province of St. Ann pharris@ulmer.com

          Pierre Levy    on behalf of Creditor Christine    Romero pierre@ofrielandlevy.com

          Robert M. Charles, Jr.    on behalf of Creditor    Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe RCharles@LRRC.com,  BankruptcyNotices@LRRC.com, robert-charles-1072@ecf.pacerpro.com

          Sam L. Fadduol    on behalf of Interested Party    Various tort claimants sfadduol@fchclaw.com

          Samuel I. Roybal    on behalf of Debtor    Roman Catholic Church of the Archdiocese of Santa Fe sroybal@walkerlawpc.com,  WalkerLawPC14@gmail.com,mlara@walkerlawpc.com

          Sharon T. Shaheen    on behalf of Interested Party    Catholic Mutual Relief Society of America sshaheen@montand.com,  ltalley@montand.com

          Stephanie L Schaeffer    on behalf of Defendant    Roman Catholic Church of the Archdiocese of Santa Fe bknotice@mccarthyholthus.com, sschaeffer@mccarthyholthus.com;sschaeffer@ecf.courtdrive.com

          Thomas D Walker    on behalf of Plaintiff    Roman Catholic Church of the Archdiocese of Santa Fe twalker@walkerlawpc.com, mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com

          Thomas D Walker    on behalf of Debtor    Roman Catholic Church of the Archdiocese of Santa Fe twalker@walkerlawpc.com, mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com

          United States Trustee     ustpregion20.aq.ecf@usdoj.gov

          Vito Ray de la Cruz    on behalf of Interested Party    Various tort claimants vito@tamakilaw.com

                                                                                                                 TOTAL: 69

Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, 5th Floor
Albuquerque, NM 87102
505−415−7999/866−291−6805
www.nmb.uscourts.gov

Case No.:   18−13027−t11
Chapter:  11
Judge:  David T. Thuma
Judge/341 Location:  TA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Roman Catholic Church of the Archdiocese of Santa Fe
4000 St. Josephs Place NW
Albuquerque, NM 87120
Tax ID No:  85−6009986

## NOTICE OF CONTINUED STATUS CONFERENCE

Notice is hereby given that a continued status conference will be held on:

**Thursday, July 23, 2020 at 10:00 AM, before the Honorable David T. Thuma, Brazos Courtroom, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*431* − Notice of Continued Status Conference. Continued Status conference to be held on 7/23/2020 at 10:00 AM in Judge Thuma's Brazos Courtroom. (Lor, Tara)

**BY ORDER OF THE COURT**
Lana Merewether
Clerk of Court

_____

Parties in interest may participate in person or by telephone. Those wishing to appear by telephone must call the toll−free number approximately 5 minutes prior to the start time.

Call in Number: 888−684−8852
Access Code: 3661269

You will be placed on hold until the conference call is activated. Parties should mute their telephone until their case is called.

nm_ntchrgph.jsp − 7/6/20