## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
corporation sole,

Case No. 18-13027-t11
Chapter 11

Debtor.

### NOTICE OF OBJECTION DEADLINE FOR THE FIRST INTERIM FEE APPLICATION OF REDW LLC, ACCOUNTANTS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

On October 9, 2020, REDW LLC ("REDW"), accountants for the Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole (the "Debtor"), filed its first interim application (the "Application") (Doc. 516) for allowance and payment of compensation, pursuant to Bankruptcy Code §§ 330 and 503(b) for work performed from May 24, 2019 through December 31, 2019 (the "First Application Period"). In the Application, REDW requests that the Court: (1) grant approval of compensation to REDW for the First Application Period in the total amount of $124,514.81, including gross receipts tax; (2) allow as a priority, administrative expense under Bankruptcy Code §§ 503(b)(2) and 507(a)(2) all such approved compensation, and (3) authorize the Debtor to pay REDW the unpaid balance of approved compensation. REDW's monthly billing statements rendered during the First Application Period are attached to the Application as Exhibit A. REDW asserts that the amount charged for fees is reasonable based on the nature, extent, and value of the services and the amount of time spent providing the services, and that the services rendered were actual and necessary. The Application can be inspected at the Office of the Clerk at the address given below. Due to COVID-19 restrictions, you should call the clerk's office at 505-415-7999 before visiting to inspect document.

Any party who objects to the Application must file the objection with the Clerk of the United States Bankruptcy Court for the District of New Mexico **within 21 days after the date of mailing of this notice, plus three days because this notice is served by mail, for a total of 24 days,** and serve a copy of the objection on Walker & Associates, P.C. (Thomas D. Walker), at the address below. Objections must be filed electronically to the extent required by New Mexico Local Bankruptcy Rule 5005-2. The Clerk's mailing address (for use if electronic filing is not required) is U.S. Bankruptcy Court Clerk, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102. If any objections are timely filed, a hearing will be held on notice only to counsel for the Debtor and the objecting party. If no objections are timely filed, an order granting the Application will be presented for entry without hearing or further notice.

Date of Mailing: October 16, 2020

WALKER& ASSOCIATES, P.C.
By: s/filed electronically 10/16/2020
    Thomas D. Walker
    500 Marquette N.W., Suite 650
    Albuquerque, N.M. 87102
    (505) 766-9272
    *Attorneys for the Debtor*

CERTIFICATE OF SERVICE: In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), this certifies that on October 16, 2020, a true and correct copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and via first class United States mail, postage prepaid, to all persons listed on the mailing matrix kept by the Clerk of the Bankruptcy Court, a copy of which is attached to the original of this Notice that will be filed with the Clerk, and to the confidential mailing list maintained by the Clerk of the Bankruptcy Court that will not be attached.

s/filed electronically 10/16/2020
Thomas D. Walker

Label Matrix for local noticing
1084-1
Case 18-13027-t11
District of New Mexico
Albuquerque
Fri Oct 16 09:00:35 MDT 2020

Adjusting Alternatives, LLC
PO Box 14710
Albuquerque, NM 87191-4710

Bruce Anderson
Elsaesser Anderson, Chtd.
320 East Neider Avenue
Coeur d'Alene, ID 83815-6007

Bank of America
PO Box 15731
Wilmington, DE 19886-5731

Bank of America, N.A.
c/o Robert J. Miller and Khaled Tarazi
Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4533

Bank of America, N.A.
c/o Khaled Tarazi
Bryan Cave Leighton Paisner LLP
Two N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4533

Benito Garcia
1307 New Mexico Ave.
Las Vegas, NM 87701-3341

Brooks Pearsall Zantow, LLC
7000 Prospect Pl. NE
Suite B
Albuquerque, NM 87110-4359

Candelaria Lopez
124 Santa Ana Road
Bernalillo, NM 87004-6264

Jennifer Cantrell
Jennifer Cantrell CPA PC
5024 4th Street NW
Suite A
Albuquerque, NM 87107-3954

Jim Carter
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403

Catherine Collins
Kevin R. Korte
Prince, Schmidt, Korte & Baca, LLP
2905 Rodeo Park Drive East, Building 2
Santa Fe, NM 87505-6313

Catherine Collins
c/o Prince, Schmidt Korte & Baca, LLP
2905 Rodeo Park Drive East, Bld 2
Santa Fe, NM 87505-6313

Catholic Mutual Society of America
4060 St. Joseph Place
Rooms 135
Albuquerque, NM 87120-1714

Christine B. Romero
c/o Pierre Levy of O'Friel and Levy
PO Box 2084
Santa Fe, NM 87504-2084

Christine Romero
644 Don Gaspar Ave.
Santa Fe, NM 87505-2666

Church of Ascension
2150 Raymac SW
Albuquerque, NM 87105-6841

Church of the Incarnation
2309 Monterrey Road NE
Rio Rancho, NM 87144-5579

Claimant C.M.
Tinkler Law Firm
414A Old Taos Highway
Santa Fe, NM 87501

Claimant D.G.
Tinkler Law Firm
414A Old Taos Highway
Santa Fe, NM 87501

Claimant J.N.
Tinkler Law Firm
414A Old Taos Highway
Santa Fe, NM 87501

Claimants
c/o Tinkler Law Firm
414A Old Taos Highway
Santa Fe, NM 87501

Congregation Blessed Sacrament, Province St.
Ulmer & Berne LLP
1660 West 2nd St., Suite 1100
Cleveland, OH 44113-1406

Congregation of Blessed Sacrament Father
c/o Law Offices of Jeffrey E. Jones
PO Box 23450
Santa Fe, NM 87502-3450

Cristo Rey Parish
1120 Canyon Road
Santa Fe, NM 87501-6188

Cynthia A. Buckner
10215 Central Ave NW
Albuquerque, NM 87121-7626

Jaime Dawes
Stelzner, Winter, Warburton, Flores, San
PO Box 528
Albuquerque, NM 87103-0528

Jennifer Day
1240 Camino Cruz Blanca
Santa Fe, NM 87505-0380

Jimmy Day
1240 Camino Cruz Blanca
Santa Fe, NM 87505-0380

Dessie Montoya-Soto, Inc.
4060 St. Joseph Place
Rooms 234
Albuquerque, NM 87120-1714

Diocese of Gallup
503 W Highway 66
Gallup, NM 87301-6418

Dominican Ecclesial Institute
4060 St. Joseph Place
Room 232B
Albuquerque, NM 87120-1714

Mark H Donatelli
Carolyn M. Cammie Nichols Rothstein
500 4th Street, NW
Suite 400
Albuquerque, NM 87102-2174

El Santuario de Chimayo
15 Santuario Drive
Chimayo, NM 87522

Elizabeth Hardin-Burrola
P.O. Box 178
Gallup, NM 87305-0178

Ford Elsaesser
Elsaesser Anderson, Chtd.
320 East Neider Avenue
Suite 102
Coeur D'Alene, ID 83815-6007

Emma Banuelos
240 County Road 303
Seminole, TX 79360-5959

Estancia Valley Catholic Parish
PO Box 129
Moriarty, NM 87035-0129

Estate of Robert B. Garcia
Donald Garcia, PR and Eilsea Garcia
928 Nicole Place
Santa Fe, NM 87505-0731

Juan L. Flores
Stelzner, Winter Law Firm
P.O. Box 528
Albuquerque, NM 87103-0528

Former Priest Marvin Archuleta
c/o Sons of the Holy Family
801 Locust Place NE, Apt. 1018
Albuquerque, NM 87102-1652

George Garcia
4060 St. Joseph Place
Rooms 150
Albuquerque, NM 87120-1714

Philip Gudwin
Santa Fe Properties
1000 Paseo de Peralta
Santa Fe, NM 87501-2736

Brad D. Hall
320 Gold Avenue SW
Suite 1218
Albuquerque, NM 87102-3216

Hilda Hidalgo
121 Tafoya Road
Belen, NM 87002-4123

Holy Child
PO Box 130
Tijeras, NM 87059-0130

Holy Cross
PO Box 1228
Santa Cruz, NM 87567-1228

Holy Cross Catholic School
PO Box 1260
Santa Cruz, NM 87567-1260

Holy Family
PO Box 12127
Albuquerque, NM 87195-0127

Holy Family - Chimayo
PO Box 235
Chimayo, NM 87522-0235

Holy Family - St. Joseph
PO Box 37
Roy, NM 87743-0037

Holy Family Church
355 Chicosa Street
Roy, NM 87743

Holy Ghost
833 Arizona Street SE
Albuquerque, NM 87108-4823

Immaculate Conception
619 Copper Avenue NW
Albuquerque, NM 87102-3140

Immaculate Conception - Cimarron
440 W. 18th Street
Cimarron, NM 87714-9672

Immaculate Conception - Las Vegas
811 6th Street
Las Vegas, NM 87701-4305

Immaculate Conception - Tome
PO Box 100
Tome, NM 87060-0100

Immaculate Heart of Mary
3700 Canyon Road
Los Alamos, NM 87544-2213

Jane Doe I
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

Jane Doe L
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

Jane Doe M
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

Jane Does 'G, I, L and M'
c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102-3216

Jessica Bartleson Individually &
as Parent & Natural Guardian of
Maddison Bartleson
c/o Prince, Schmidt Korte & Baca, LLP
2905 Rodeo Park Drive East, Bldg 2
Santa Fe, NM 87505-6313

John Doe
c/o Merit Bennett
460 St. Michael's Drive, Ste 703
Santa Fe, NM 87505-7646

John Doe '67'
Claimants c/o Brad D. Hall
320 Gold Avenue, SW, Ste 1218
Albuquerque, NM 87102-3216

John Doe 69
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 70
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 71
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 73
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 74
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 76
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 77
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 78
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 79
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 80
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 82
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 83
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 84
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 87
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 88
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 90
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 91
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 92
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 93
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 94
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 96
c/o Brad D. Hall
320 Gold Avenue,
SW, Ste 1218
Albuquerque, NM 87102-3202

John Doe 1, c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street NW, Suite 400
Albuquerque, NM 87102-2174

John Doe 2
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

John Doe 4
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

John Doe 5
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

John Doe 6
c/o Carolyn Nichols
Rothstein Donatelli, LLP
500 Fourth Street
NW, Suite 400
Albuquerque, NM 87102

Edgar C Johnson, Jr.
10455 N. Central Expressway
P.O. Box 109-197
Dallas, TX 75231-2213

Joseph Luke Schmaltz
543 Bannock Street
Denver, CO 80204-5127

Josephine Wafula
c/o Curtis and Lucero
215 Central Avenue NW Suite 300
Albuquerque, NM 87102-3363

William R Keeler
Keeler & Keeler, LLP
235 West Historic Highway 66
Gallup, NM 87301-6321

Patrick Kennedy
King Industries Corporation
PO Box 273
Alto, NM 88312-0273

Kenneth J. Griesemer
4060 St. Joseph Place
Rooms 232-A
Albuquerque, NM 87120-1714

La Santisima Trindad
PO Box 189
Arroyo Seco, NM 87514-0189

Larry Brito
c/o St. Anne's
511 Alicia Street
Santa Fe, NM 87501-3645

Laura Holmes, as Parent a/n/f D.H.
C/o Aaron Boland, John Sloan, and Rachae
308 Catron Street
Santa Fe, New Mexico 87501-1806

Lucy Brown
2808 Bellamah Drive
Santa Fe, NM 87507-5309

Madison Bartleson
c/o Prince, Schmidt, Korte and Baca
2905 Rodeo Park Dr. East, Building 2
Santa Fe, NM 87505-6313

Mail Finance
478 Wheelers Farm Road
Milford, CT 06461-9105

Marc Hilton
c/o Michael Danoff & Associates, P.C.
1225 Rio Grande Blvd. NW
Albuquerque, NM 87104-2630

Mark Hilton
c/o Michael Danoff and Assoc.
1225 Rio Grande Blvd. NW
Albuquerque, NM 87104-2630

Mark Valdez
460 St. Michael's Drive
Suite 703
Santa Fe, NM 87505-7646

Liz McGuire
Coldwell Banker Legacy
12042 Highway 14 N
Cedar Crest, NM 87008-9405

Philip J. Montoya
1122 Central Ave. SW, Suite 3
Albuquerque, NM 87102-2947

Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
2201 San Pedro Dr. NE
Albuquerque, NM 87110-5942

James R. Murray
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403

N.S. de Guadalupe del Valle de Pojoaque
9 Grazing Elk Drive
Santa Fe, NM 87506-7140

NM Taxation and Revenue Dept.
PO Box 8575
Albuquerque, NM 87198-8575

Nativity of the Blessed Virgin Mary
9502 4th Street NW
Albuquerque, NM 87114-1634

New Mexico School for the Arts
4060 St. Joseph Place
San Juan Building
Albuquerque, NM 87120-1714

New Mexico Workers Comp Administration
2410 Centre Avenue SE
Albuquerque, NM 87106-4190

Nuestra Senora de Guadalupe
PO Box 1270
Pena Blanca, NM 87041-1270

Nuestra Senora de Guadalupe - Taos
205 Don Fernando Street
Taos, NM 87571-5932

Office of the NM Attorney General
Ms. Maestas and Ms. Pino
PO Box 1508
Santa Fe, NM 87504-1508

Old Town Catering Company
4060 St. Joseph Place
Albuquerque, NM 87120-1714

Our Lady of Belen
101 - A North 10th Street
Belen, NM 87002-3835

Our Lady of Fatima
4020 Lomas Blvd. NE
Albuquerque, NM 87110-7745

Our Lady of Guadalupe
1860 Griegos Road NW
Albuquerque, NM 87107-2899

Our Lady of Guadalupe - Clovis
108 North Davis Street
Clovis, NM 88101-7237

Our Lady of Guadalupe - Peralta
PO Box 10
Peralta, NM 87042-0010

Our Lady of Guadalupe - Villanueva
PO Box 39
Villanueva, NM 87583-0039

Our Lady of Lavang
1015 Chelwood Park NE
Albuquerque, NM 87112-5902

Our Lady of Sorrows - Bernalilo
PO Box 607
Bernalillo, NM 87004-0607

Our Lady of Sorrows - La Joya
PO Box 32
La Joya, NM 87028-0032

Our Lady of Sorrows - Las Vegas
403 Valencia Street
Las Vegas, NM 87701-3783

Our Lady of the Annunciation
2532 Vermont St. NE
Albuquerque, NM 87110-4638

Our Lady of the Assumption
811 Guaymas Place NE
Albuquerque, NM 87108-2331

Our Lady of the Assumption
Jemez Springs
PO Box 10
Jemez Springs, NM 87025-0010

Our Lady of the Most Holy Rosary
5415 Fortuna Road NW
Albuquerque, NM 87105-1371

Thomas Paickattu
C/o Altura Law Firm
500 Marquette Ave NW
Suite 1200
Albuquerque, NM 87102-5312

Chris W Pierce
Walker & Associates, P.C.
500 Marquette N.W., Suite 650
Albuquerque, NM 87102-5341

Pierre Levy
644 Don Gaspar Ave.
Santa Fe, NM 87505-2666

Prince of Peace Catholic Community
12500 Carmel Avenue NE
Albuquerque, NM 87122-1221

Province of St. Ann
c/o Law Offices of Jeffrey E. Jones
PO Box 24350
Santa Fe, NM 87502-9350

Province of St. Ann
c/o Paul R. Harris, Ulmer & Berne
1660 West 2nd Street, Ste. 1100
Cleveland, OH 44113-1406

Queen of Heaven
5311 Phoenix Avenue NE
Albuquerque, NM 87110-3193

REDW, LLC
7425 Jefferson Street, NE
Albuquerque, NM 87109-4488

REDW, LLC, CPAs
Albuquerque, NM

Risen Savior Catholic Community
7701 Wyoming Blvd. NE
Albuquerque, NM 87109-5346

Roman Catholic Church of the Archdiocese of
4000 St. Josephs Place NW
Albuquerque, NM 87120-1714

Christine Romero
c/o Pierre Levy, Esq.
644 Don Gaspar Avenue
Santa Fe, NM 87505-2666

Samuel I. Roybal
Walker & Associates, P.C.
500 Marquette, NW, Ste 650
Albuquerque, NM 87102-5341

Ruben Ortiz
Michael Ross, Elias Law Firm, P.C.
111 Isleta Blvd., SW Ste A
Albuquerque, NM 87105-3896

Rudy Blea
c/o Annie-Laurie Coogan, LLC
215 Lincoln Ave. Suite 204F
Santa Fe, NM 87501-1903

Rudy Blea
c/o Pierre Levy, O'Friel and Levy, P.C.
644 Don Gaspar Avenue
Santa Fe, NM 87505-2666

Sacred Heart
412 Stover Avenue SW
Albuquerque, NM 87102-3899

Sacred Heart – Clovis
911 N. Merriwether Street
Clovis, NM 88101-5864

Sacred Heart – Espanola
PO Box 69
Espanola, NM 87532-0069

Saint John XXII Catholic Community
4831 Tramway Ridge Drive, NE
Albuquerque, NM 87111-2787

San Antonio de Padua
PO Box 460
Penasco, NM 87553-0460

San Clemente
PO Box 147
Los Lunas, NM 87031-0147

San Diego Mission
PO Box 79
Jemez Pueblo, NM 87024-0079

San Felipe de Neri
PO Box 7007
Albuquerque, NM 87194-7007

San Francisco de Asis
PO Box 72
Ranchos De Taos, NM 87557-0072

San Ignacio
1300 Waler Street NE
Albuquerque, NM 87102-1623

San Isidro
3552 Aqua Fria Street
Santa Fe, NM 87507-1583

San Jose
2401 Broadway Blvd. SE
Albuquerque, NM 87102-5009

San Jose – Anton Chico
PO Box 99
Anton Chico, NM 87711-0099

San Jose – Los Ojos
PO Box 6
Los Ojos, NM 87551-0006

San Juan Bautista
PO Box 1075
Ohkay Owingeh, NM 87566-1075

San Juan Nepomuceno
PO Box 7
El Rito, NM 87530-0007

San Miguel
403 El Camino Real Street NW
Socorro, NM 87801-5106

San Miguel del Vado
PO Box 507
Ribera, NM 87560-0507

San Ysidro
PO Box 182
Corrales, NM 87048-0182

Sangre de Cristo
8901 Candelaria Road NE
Albuquerque, NM 87112-1209

Santa Clara
PO Box 186
Roy, NM 87743-0186

Santa Maria De La Paz Catholic Community, In
c/o Dennis A. Banning
NM Financial & Family Law
320 Gold Avenue SW, Suite 1401
Albuquerque, NM 87102-3248

Santa Maria de La Paz Catholic Community
11 College Avenue
Santa Fe, NM 87508-9225

Santo Nino – Tierra Amarilla
PO Box 160
Tierra Amarilla, NM 87575-0160

Santuario San Martin de Porres
8321 Camino San Martin SW
Albuquerque, NM 87121-8302

Servants of the Paraclete
c/o Law Offices of Jeffrey E. Jones
PO Box 24350
Santa Fe, NM 87502-9350

Shrine of Our Lady of Guadalupe – SF
417 Aqua Fria Street
Santa Fe, NM 87501-2505

Shrine of St. Bernadette
11509 Indian School Road NE
Albuquerque, NM 87112-3163

Shrine of the Little Flower
St. Teresa of the Infant Jesus
300 Mildred Avenue NW
Albuquerque, NM 87107-2307

Sons of the Holy Family, Inc.
c/o Modrall Sperling
500 4th Street NW, Ste. 1000
Albuquerque, NM 87102-2186

Southwest Copy Systems Leasing
4545 McLeod NE
Albuquerque, NM 87109-2202

St. Alice
PO Box 206
Mountainair, NM 87036-0206

St. Anne
1400 Arenal Road SW
Albuquerque, NM 87105-4032

St. Anne - Tucumcari
306 West High
Tucumcari, NM 88401-2801

St. Anne's
511 Alicia Street
Santa Fe, NM 87501-3645

St. Anthony - Dixon
PO Box 39
Dixon, NM 87527-0039

St. Anthony - Questa
PO Box 200
Questa, NM 87556-0200

St. Anthony of Padua - Fort Sumner
PO Box 370
Fort Sumner, NM 88119-0370

St. Anthony of Padua - Pecos
HC 74, Box 23
Pecos, NM 87552-9705

St. Augustine
PO Box 849
Isleta, NM 87022-0849

St. Bernadette Parish
11509 Indian School Rd. NE
Albuquerque, NM 87112-3163

St. Charles
1818 Coal Place SE
Albuquerque, NM 87106-4095

St. Edwin
2105 Barcelona Road SW
Albuquerque, NM 87105-5713

St. Francis Xavier
820 Broadway Blvd. SE
Albuquerque, NM 87102-4210

St. Francis Xavier - Clayton
115 North 1st Street
Clayton, NM 88415-3503

St. Gurtrude the Great
PO Box 599
Mora, NM 87732-0599

St. Helen
1600 South Avenue O
Portales, NM 88130-7099

St. John Vianney Church
1001 Meteor Avenue NE
Rio Rancho, NM 87144-8031

St. John the Baptist - Santa Fe
1301 Osage Avenue
Santa Fe, NM 87505-3327

St. Joseph
PO Box 516
Springer, NM 87747-0516

St. Joseph - Cerrillos
PO Box 98
Cerrillos, NM 87010-0098

St. Joseph on the Rio Grande
5901 St. Joseph Drive NW
Albuquerque, NM 87120-3767

St. Joseph's Fertility Care
4060 St. Joseph Place
Rooms 130
Albuquerque, NM 87120-1714

St. Jude Thaddeus
5712 Paradise Blvd. NW
Albuquerque, NM 87114-4928

St. Mary
PO Box 276
Vaughn, NM 88353-0276

St. Patrick - Chama
PO Box 36
Chama, NM 87520-0036

St. Patrick - St. Joseph
105 Buena Vista Street
Raton, NM 87740-2954

St. Paul Fire & Marine Insurance Company
Jonathan B. Alter, Esq.
1 Tower Square  4MS
Hartford, CT 06183-1050

St. Pius X High School
Catholic Center
5301 St. Josephs Drive NW
Albuquerque, NM 87120-1712

St. Rose of Lima
439 South 3rd Street
Santa Rosa, NM 88435-2405

St. Therese of the Infant Jesus Parish
3424 4th Street NW
Albuquerque, NM 87107

St. Thomas Aquinas
1502 Sara Road SE
Rio Rancho, NM 87124-1848

St. Thomas Aquinas University Parish
1815 Las Lomas Road NE
Albuquerque, NM 87106-3803

St. Thomas the Apostle
PO Box 117
Abiquiu, NM 87510-0117

St. Vincent de Paul Society Archdiocese of S
c/o Modrall Sperling Law Firm
PO Box 2168
Albuquerque, NM 87103-2168

State of New Mexico, Workers Compensation Ad
P.O. Box 27198
2410 Centre Ave. SE
Albuquerque, NM 87106-4190

Luis Stelzner
Stelzner, Winter, Warburton, Flores, San
302 8th St. NW Ste 200
Albuquerque, NM 87102-3024

Kelly Sullivan
Coldwell Banker Legacy
10400 Academy Road NE, #100
Albuquerque, NM 87111-7369

The Cathedral Basilica of St. Francis
PO Box 2127
Santa Fe, NM 87504-2127

The Catholic Foundation
4333 Pan American Fwy NE
Albuquerque, NM 87107-6833

The Holy See, Archbishop Pierre
Apostolic Nunciature
3339 Massachusetts Avenue NW
Washington, DC 20008-3610

Thomas Mayefske
1017 Florida SE
Albuquerque, NM 87108-4929

Thomas Paickattu
c/o Andrew Indahl, Altura Law Firm
500 Marquette Drive NW, Ste. 1200
Albuquerque, NM 87102-5312

Todd A. Atkinson
Ulmer & Berne LLP
1660 West 2nd St., Suite 1100
Cleveland, OH 44113-1406

United States Conference of
Catholic Bishops
3211 Fourth Street NE
Washington, DC  20017-1194

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608

Rusty Wafer
Santa Fe Properties
1000 Paseo de Peralta
Santa Fe, NM 87501-2736

Thomas D Walker
Walker & Associates, P.C.
500 Marquette Ave NW Ste 650
Albuquerque, NM 87102-5341

David V Walters
Coldwell Banker Legacy
6767 Academy Road NE
Albuquerque, NM 87109-3345

Robert P. Warburton
Stelzner, Winter, Warburton, Flores, San
PO Box 528
Albuquerque, NM 87103-0528

Xerox Financial Services
45 Glover Avenue
Norwalk, CT 06850-1238

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Claim No. 300

(u)Doe 377

(u)A-1

(u)A-10

(u)A-100

(u)A-101

(u)A-102

(u)A-103

(u)A-104

(u)A-105

(u)A-106

(u)A-107

(u)A-108

(u)A-109

(u)A-11

(u)A-110

(u)A-111

(u)A-112

(u)A-113

(u)A-114

(u)A-115

(u)A-116

(u)A-117

(u)A-118

(u)A-119

(u)A-12

(u)A-120

(u)A-121

(u)A-122

(u)A-123

(u)A-124

(u)A-125

(u)A-126

(u)A-127

(u)A-128

(u)A-129

(u)A-13

(u)A-130

(u)A-131

(u)A-132

(u)A-133

(u)A-134

(u)A-135

(u)A-136

(u)A-137

(u)A-138

(u)A-139

(u)A-14

(u)A-140

(u)A-141

(u)A-142

(u)A-143

(u)A-144

(u)A-145

(u)A-146

(u)A-147

(u)A-148

(u)A-149

(u)A-15

(u)A-150

(u)A-151

(u)A-152

(u)A-153

(u)A-154

(u)A-155

(u)A-156

(u)A-157

(u)A-158

(u)A-159

(u)A-16

(u)A-160

(u)A-161

(u)A-162

(u)A-163

(u)A-164

(u)A-165

(u)A-166

(u)A-167

(u)A-168

(u)A-169

(u)A-17

(u)A-170

(u)A-171

(u)A-172

(u)A-173

(u)A-174

(u)A-175

(u)A-176

(u)A-177

(u)A-178

(u)A-179

(u)A-18

(u)A-180

(u)A-181

(u)A-182

(u)A-183

(u)A-184

(u)A-185

(u)A-186

(u)A-187

(u)A-188

(u)A-189

(u)A-19

(u)A-190

(u)A-191

(u)A-192

(u)A-193

(u)A-194

(u)A-195

(u)A-196

(u)A-197

(u)A-198

(u)A-199

(u)A-2

(u)A-20

(u)A-200

(u)A-201

(u)A-202

(u)A-203

(u)A-204

(u)A-205

(u)A-206

(u)A-207

(u)A-208

(u)A-209

(u)A-21

(u)A-210                    (u)A-211                    (u)A-212

(u)A-213                    (u)A-214                    (u)A-215

(u)A-216                    (u)A-217                    (u)A-218

(u)A-219                    (u)A-22                     (u)A-220

(u)A-221                    (u)A-222                    (u)A-223

(u)A-224                    (u)A-225                    (u)A-226

(u)A-227                    (u)A-228                    (u)A-229

(u)A-23                     (u)A-230                    (u)A-231

(u)A-232                    (u)A-233                    (u)A-234

(u)A-235                    (u)A-236                    (u)A-237

(u)A-238

(u)A-239

(u)A-24

(u)A-240

(u)A-241

(u)A-242

(u)A-243

(u)A-244

(u)A-245

(u)A-246

(u)A-247

(u)A-248

(u)A-249

(u)A-25

(u)A-250

(u)A-251

(u)A-252

(u)A-253

(u)A-254

(u)A-255

(u)A-256

(u)A-257

(u)A-258

(u)A-259

(u)A-26

(u)A-260

(u)A-261

(u)A-262

(u)A-263

(u)A-264

(u)A-265

(u)A-266

(u)A-267

(u)A-268

(u)A-269

(u)A-27

(u)A-270

(u)A-271

(u)A-272

(u)A-273

(u)A-274

(u)A-275

(u)A-276

(u)A-277

(u)A-278

(u)A-279

(u)A-28

(u)A-280

(u)A-281

(u)A-282

(u)A-283

(u)A-284

(u)A-285

(u)A-286

(u)A-288

(u)A-289

(u)A-29

(u)A-290

(u)A-291

(u)A-292

(u)A-293

(u)A-294

(u)A-295

(u)A-296

(u)A-297

(u)A-298

(u)A-299

(u)A-3

(u)A-30

(u)A-300

(u)A-301

(u)A-302

(u)A-303

(u)A-304

(u)A-305

(u)A-306

(u)A-307

(u)A-308

(u)A-309

(u)A-31

(u)A-310

(u)A-311

(u)A-312

(u)A-313

(u)A-314

(u)A-315

(u)A-316

(u)A-317

(u)A-318

(u)A-319

(u)A-32

(u)A-320

(u)A-321

(u)A-322

(u)A-323

(u)A-324

(u)A-325

(u)A-326

(u)A-327

(u)A-328

(u)A-329

(u)A-33

(u)A-330

(u)A-331

(u)A-332

(u)A-333

(u)A-334

(u)A-335

(u)A-336

(u)A-337

(u)A-338

(u)A-339

(u)A-34

(u)A-340

(u)A-341

(u)A-342

(u)A-343

(u)A-344

(u)A-345

(u)A-346

(u)A-347

(u)A-348

(u)A-349

(u)A-35

(u)A-350

(u)A-351

(u)A-352

(u)A-353

(u)A-354

(u)A-355

(u)A-356

(u)A-357

(u)A-358

(u)A-359

(u)A-36

(u)A-360

(u)A-361

(u)A-362

(u)A-363

(u)A-364

(u)A-365

(u)A-366

(u)A-367

(u)A-368

(u)A-369

(u)A-37

(u)A-370

(u)A-371

(u)A-372

(u)A-373

(u)A-374

(u)A-375

(u)A-376

(u)A-377

(u)A-378

(u)A-379

(u)A-38

(u)A-380

(u)A-381

(u)A-382

(u)A-383

(u)A-384

(u)A-385

(u)A-386

(u)A-387

(u)A-388

(u)A-389

(u)A-39

(u)A-390

(u)A-391

(u)A-392

(u)A-393

(u)A-394

(u)A-4

(u)A-40

(u)A-41

(u)A-415

(u)A-416

(u)A-42

(u)A-43

(u)A-44

(u)A-45

(u)A-46

(u)A-47

(u)A-48

(u)A-49

(u)A-5

(u)A-50

(u)A-51

(u)A-52

(u)A-53

(u)A-54

(u)A-55

(u)A-56

(u)A-57

(u)A-58

(u)A-59

(u)A-6

(u)A-60

(u)A-61

(u)A-62

(u)A-63

(u)A-64

(u)A-65

(u)A-66

(u)A-67

(u)A-68

(u)A-69

(u)A-7

(u)A-72

(u)A-73

(u)A-74

(u)A-75

(u)A-76

(u)A-77

(u)A-78

(u)A-79

(u)A-8

(u)A-80

(u)A-81

(u)A-82

(u)A-83

(u)A-84

(u)A-85

(u)A-86

(u)A-87

(u)A-88

(u)A-89

(u)A-9

(u)A-90

(u)A-91

(u)A-92

(u)A-93

(u)A-94

(u)A-95

(u)A-96

(u)A-97

(u)A-98

(u)A-99

(u)Biophilia Foundation, Inc.
c/o Douglas R. Vadnais

(u)Rudy Blea

(u)Catholic Charities, Inc.

(u)Catholic Mutual Relief Society of America

(u)Congregation of the Blessed Sacrament, Pro

(u)Tessa Davidson

(u)Barbara Deschaine

(u)Discalced Carmelite Nuns of Santa Fe, New

(u)John Doe

(u)John Doe Victim

(u)John Does 67, 69, 70, 71, 73, 74, 76, 77,

(u)Cynthia S. Gilbert
Perfectly Legal, Inc.

(u)Great American Insurance Company

(u)Jesse Hall
Plugajawea Productions, LLC

(d)Elizabeth Hardin-Burrola
P.O. Box 178
Gallup, NM 87305-0178

(u)Laura Holmes

(u)John Doe #1, 2, 4, 5, 6

(u)Pamela D Kennedy

(u)Celia Maestas

(u)Official Committee of Unsecured Creditors

(u)Parish Steering Committee of the Roman Cat

(u)Santa Maria de La Paz Parish

(u)Sons of the Holy Family, Inc

(u)St. Paul Fire & Marine Insurance Company

(u)The Catholic Foundation of the Archdiocese

(u)Various tort claimants

(u)Villa Santa Maria, Inc.

(u)J. W.

(u)John Wester

End of Label Matrix
Mailable recipients     229
Bypassed recipients     424
Total                   653