# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: Roman Catholic Church of the Archdiocese of Santa Fe, | ) Chapter 11<br>)<br>)<br>) Bankruptcy Case No. 18-13027-t11 |
| Debtor-in-Possession | )<br>) |
| Official Committee of Unsecured Creditors, | )<br>)<br>) |
| Plaintiff, | ) Adv. Proc. No. _____ |
| v. | )<br>)<br>) |
| The Roman Catholic Church of the Archdiocese of Santa Fe, St. Patrick - St. Joseph, Holy Cross, Sacred Heart - Espanola, Sacred Heart – Albuquerque, Holy Family – Chimayo, Our Lady of Guadalupe – Clovis, St. Thomas Apostle, St. Patrick - Chama, La Santisima Trinidad, St. Anthony - Questa, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## COMPLAINT FOR AVOIDANCE OF UNRECORDED INTERESTS IN REAL PROPERTY AND QUIET TITLE

The Official Committee of Unsecured Creditors (the **"Committee"**) of the Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico non-profit corporation (**"ASF"**), brings this adversary proceeding against the defendants named herein pursuant to the authority granted to the Committee by the *Order on the Unsecured Creditors Committee's Motion for Exclusive and Irrevocable Authority to Commence, Prosecute and Settle Adversary Proceedings* and the related opinion entered on October 9, 2020 [Docket Nos. 514-15] (the "**Order Conferring Standing**"). The Committee alleges as follows:

**COMPLAINT FOR AVOIDANCE OF**
**UNRECORDED INTERESTS IN REAL**
**PROPERTY AND QUIET TITLE**

1

## INTRODUCTION

1.      By this complaint, the Committee seeks, *inter alia*, a determination from the Court regarding the ownership of at least $59,992,238 in real estate assets (the "**Disputed Real Property**").

2.      ASF contends that it holds the Disputed Real Property in trust or otherwise for the benefit of its Parishes or its parishioners.  As a result, ASF contends the Disputed Real Property is not part of its bankruptcy estate and thus cannot be reached by creditors of ASF, including the survivors of sex abuse ("**Survivors**") comprising the Committee's constituency. The Committee, on behalf ASF's chapter 11 estate, seeks a determination that the real property purportedly held by ASF for the benefit of the Parishes—the Disputed Real Property— is property of the estate.

3.      The resolution of this litigation is critical to ASF's chapter 11 case because it will determine the magnitude of distributions to its creditors, including the Survivors, or whether ASF can continue to avoid being held accountable.

## JURISDICTION

4.      This Court has jurisdiction over the instant adversary proceeding pursuant to 28 U.S.C. §§ 157(b)(1) and 1334, 11 U.S.C. § 105, and Federal Rules of Bankruptcy Procedure 7001.

5.      Venue in this judicial district is appropriate pursuant to 28 U.S.C. § 1409.

6.      This adversary proceeding constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**COMPLAINT FOR AVOIDANCE OF
UNRECORDED INTERESTS IN REAL
PROPERTY AND QUIET TITLE**

DOCS_SF:102774.5 05066/002

## PARTIES

7.       On or about December 18, 2018, the United States Trustee appointed the Committee to represent ASF's unsecured creditors pursuant to 11 U.S.C. § 1102(a)(1).

8.       ASF is the debtor in possession in this chapter 11 case and purports to hold real property as trustee for the benefit of its Parishes.

9.       The following are parishes of ASF (collectively, the "**Parishes**"), each a domestic nonprofit corporation, located in the State of New Mexico:

        a.       St. Patrick – St. Joseph

        b.       Holy Cross

        c.       Sacred Heart – Espagnola

        d.       Sacred Heart - Albuquerque

        e.       Holy Family – Chimayo

        f.       Our Lady of Guadalupe - Clovis

        g.       St. Thomas Apostle

        h.       St. Patrick – Chama

        i.       La Santisima Trinidad

        j.       St. Anthony - Questa

The foregoing Parishes are representative beneficiaries of the Disputed Real Property Trusts (defined below), and are not the exclusive parish beneficiaries of such trusts.

**COMPLAINT FOR AVOIDANCE OF**
**UNRECORDED INTERESTS IN REAL**
**PROPERTY AND QUIET TITLE**

DOCS_SF:102774.5 05066/002

## THE ASF BANKRUPTCY CASE

10.     On December 3, 2018 (the "**Petition Date**"), ASF filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §101 et seq. (the "**Bankruptcy Code**").  ASF continues to operate its business as a debtor in possession.

11.     ASF's commencement of the above-captioned bankruptcy case as of the Petition Date created an "estate" as defined in 11 U.S.C. § 541(a).

## THE DISPUTED REAL PROPERTY

12.     On the Petition Date, pursuant to 11 U.S.C. § 521 and Bankruptcy Rule 1007(b), ASF filed its Statement of Financial Affairs and its Schedules of Assets and Liabilities. On February 15, 2019, filed an Amended Statement of Financial Affairs (as amended, the "**SOFA**") and Schedules of Assets and Liabilities (as amended, the "**Schedules**")**.**

13.     Certain real property is legally titled to ASF, which ASF contends is not property of the estate because ASF holds such real property in trust for the benefit of its Parishes. SOFA, Part 11, item 21 and Exhibit 8 [Dkt. No. 1].

14.     The Disputed Real Property that ASF allegedly holds in trust for its Parishes and/or Parishioners is listed on Exhibit 8 to ASF's SOFA.  On information and belief, based on documents made available to the Committee by ASF, ASF has confirmed and otherwise updated the Disputed Real Property listed on Exhibit 8 to ASF's SOFA.  A true and correct copy of the Disputed Real Property identified by ASF is attached hereto as **Exhibit A** and incorporated herein by reference.  The trust or trusts that allegedly hold the Disputed Real Property are referred to herein as the "**Disputed Real Property Trusts**."

**COMPLAINT FOR AVOIDANCE OF**
**UNRECORDED INTERESTS IN REAL**
**PROPERTY AND QUIET TITLE**

15.     The Committee is informed and believes that none of the alleged beneficial or equitable interests of the Parishes and/or parishioners, or any of them, in the Disputed Real Property were created, transferred, or declared by an instrument in writing and subscribed by the party creating, transferring, or declaring the interest.

16.     The Committee is informed and believes that purported beneficial interests of the Parishes in the Disputed Real Property were not properly  recorded and would not have appeared in a title search of the properties.

17.     The Committee is informed and believes that none of the alleged beneficial interests of the Parishes, or any of them, in the Disputed Real Property were identified in the vesting deeds to ASF.

18.     The Committee is informed and believes that no effective notice of the alleged beneficial or equitable interests of the Parishes, or any of them, in the Disputed Real Property is recorded in the real estate records maintained in any county of the State of New Mexico.

19.     To the extent that ASF (as alleged grantor) and the Archdiocese of Santa Fe Real Estate Corporation, a New Mexico nonprofit corporation  (as alleged trustee) executed and recorded certain Certifications of Trust in various county real estate records of the State of New Mexico in or around May 2014, the Committee contends that such document failed to identify the alleged beneficial or equitable interests of the Parishes, or any of them, and failed to provide constructive or actual notice of the alleged beneficial or equitable interests of the Parishes to a bona fide purchaser.

**COMPLAINT FOR AVOIDANCE OF**
**UNRECORDED INTERESTS IN REAL**
**PROPERTY AND QUIET TITLE**

DOCS_SF:102774.5 05066/002                5

20.     ASF contends the value of the Disputed Real Property equals or exceeds $59,992,238.  *See* Exhibit A.

## FIRST CLAIM FOR RELIEF

### (Avoidance pursuant to 11 U.S.C. § 544(a)(3)-against Parishes)

21.     The Committee repeats and realleges each of the allegations contained in paragraphs 1 through 20 above as if set forth here.

22.     All unrecorded interests in the Disputed Real Property would be voidable by a bona fide purchaser of such real property who properly perfected such purchase at the time of the commencement of this bankruptcy case.

23.     Pursuant to 11 U.S.C. § 544(a)(3) and the Order Conferring Standing, the Committee has the rights and powers of a bona fide purchaser of real property as of the Petition Date and, therefore, the estate may void all unrecorded interests in the Disputed Real Property, including any unrecorded interests that beneficiaries of the Disputed Real Property Trusts may assert.

24.     All unrecorded interests in the Disputed Real Property are voidable pursuant to 11 U.S.C. § 544(a)(3).

## SECOND CLAIM FOR RELIEF

### (Quiet Title-against all Defendants)

25.     The Committee repeats and realleges each of the allegations contained in paragraphs 1 through 24 above as if set forth herein.

26.     The Committee is entitled to an order quieting title to the Disputed Real Property.

**WHEREFORE**, the Committee prays for judgment as follows:

1.     Declaring that the unrecorded interests of the Parishes in the Disputed Real Property are void pursuant to 11 U.S.C. § 544(a)(3);

2.     Declaring that any interests in the Disputed Real Property that were not created, transferred, or declared in the deed or instrument transferring the Disputed Real Property to ASF or properly recorded in the appropriate county real estate records,  are void and ASF may transfer the Disputed Real Property free of any such interests;

3.     For prejudgment interest; and

4.     For such other and further relief as the Court may deem just and proper.

Dated:     October 16, 2020

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

By     */s/ Kenneth H. Brown*
        James I. Stang (CA State Bar No. 94435)
        Kenneth H. Brown (CA Bar No. 100396)
        Gail S. Greenwood (CA Bar No. 169939)
        Steven W. Golden (NY Bar No. 5374152)
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA  90067
        Phone: (310) 277-6910
        Fax: (310) 201-0760
        Email: jstang@pszjlaw.com
                kbrown@pszjlaw.com
                ggreenwood@pszjlaw.com
                sgolden@pszjlaw.com

        Counsel for the Official Committee of
        Unsecured Creditors

**COMPLAINT FOR AVOIDANCE OF
UNRECORDED INTERESTS IN REAL
PROPERTY AND QUIET TITLE**

DOCS_SF:102774.5 05066/002

# EXHIBIT A

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| Colfax | St. Patrick - St. Joseph | | $266,462.00 | No |
| Colfax | St. Patrick - St. Joseph | | $55,703.00 | No |
| Colfax | St. Patrick - St. Joseph | | $8,577.00 | No |
| Guadalupe | San Jose | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | San Jose | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | San Jose | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | San Jose | | | No |
| Guadalupe | La Santisima Trinidad | | | No |
| Guadalupe | La Santisima Trinidad | | | No |
| Guadalupe | SAN JOSE | | | No |
| Guadalupe | St. Rose of Lima | | | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Guadalupe | St. Rose of Lima | | | No |
| Mora | Our Lady of Sorrows | | | No |
| Mora | St. Gertrude the Great | | | No |
| Quay | St. Anne | | | No |
| Santa Fe | Valle de Pojoaque | | | No |
| Santa Fe | St. Anthony's on the Pecos | | | No |
| Santa Fe | St. Anthony's on the Pecos | | | No |
| Santa Fe | Santa Cruz de La Cañada | | | No |
| Santa Fe | Holy Family | | | No |
| Santa Fe | St. Rose of Lima | | | No |
| Santa Fe | Valle de Pojoaque | | | No |
| Santa Fe | Holy Family | | | No |
| Taos | Our Lady of Guadalupe | | $160,689.00 | No |
| Taos | Our Lady of Guadalupe | | | No |
| Taos | San Francisco de Asis | | | No |
| Union | St. Francis Xavier | | | No |
| Socorro | Our Lady of Sorrows - La Joya | 005-005-0022 | $465.00 | No |
| Socorro | San Miguel | 028-002-0022 | $217.00 | No |
| Socorro | Our Lady of Sorrows - La Joya | 036-003-0088 | $108.00 | No |
| Socorro | Our Lady of Sorrows - La Joya | 036-003-0093 | $198.00 | No |
| Socorro | Our Lady of Sorrows - La Joya | 036-009-0040 | $14.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-000-000-024-381 | $8,556.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-000-000-024-806 | | No |
| Taos | San Francisco de Asis | 1-000-000-057-668 | | No |
| Sandoval | San Diego Indian Mission | 1-000-000-942-801 | | No |
| Sandoval | San Diego Indian Mission | 1-000-000-942-901 | $12,999.00 | No |
| Taos | St. Anthony | 1-000-002-106-900 | | No |
| Taos | St. Anthony | 1-000-002-236-500 | | No |
| Taos | St. Anthony | 1-000-002-236-600 | | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| Union | St. Francis Xavier | 1-000-002-692-001-121 | | No |
| Union | St. Francis Xavier | 1-000-002-692-002-116 | | No |
| Union | St. Francis Xavier | 1-000-002-692-003-112 | | No |
| Union | St. Francis Xavier | 1-000-002-692-004-113 | | No |
| Union | St. Francis Xavier | 1-000-002-692-005-114 | | No |
| Union | St. Francis Xavier | 1-000-002-692-006-110 | | No |
| Union | St. Francis Xavier | 1-000-002-692-007-20 | | No |
| Colfax | St. Patrick - St. Joseph | 1-000-079-480-000 | $15,000.00 | No |
| Guadalupe | St. Rose of Lima | 1-001-358-501-151-172834 | $15,040.75 | No |
| Rio Arriba | St. Anthony de Padua | 1-002-137-520-219 | $83,832.00 | No |
| Sandoval | Our Lady of Sorrows | 1-003-067-107-353 | $2,178.00 | No |
| Sandoval | Our Lady of Sorrows | 1-004-069-396-068 | $653.00 | No |
| Guadalupe | St. Rose of Lima | 10045 | | No |
| Guadalupe | St. Rose of Lima | 1005 | | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-005-136-405-300 | $10,122.00 | No |
| Sandoval | Our Lady of Sorrows | 1-006-067-460-484 | $1,683.00 | No |
| Sandoval | San Diego Indian Mission | 1-007-091-408-529 | $2,565.00 | No |
| Valencia | Immaculate Conception | 1-008-022-512-270-000000 | $223,000.00 | No |
| Valencia | Immaculate Conception | 1-009-034-410-110-000000 | | No |
| Valencia | Immaculate Conception | 1-009-034-417-075-000000 | | No |
| Valencia | Immaculate Conception | 1-009-034-427-047-000000 | | No |
| Valencia | Immaculate Conception | 1-009-034-450-035-000000 | | No |
| Valencia | Immaculate Conception | 1-009-034-453-101-000000 | | No |
| Valencia | Immaculate Conception | 1-009-034-479-061-000000 | | No |
| Valencia | IMMACULATE CONCEPTION | 1-011-033-015-070-000000 | $148,940.00 | No |
| Sandoval | San Diego Indian Mission | 1-011-104-340-352 | $3,225.00 | No |
| Sandoval | Our Lady of the Assumption | 1-011-104-404-422 | $999.00 | No |
| Sandoval | Our Lady of Assumption | 1-011-104-415-438 | $50,400.00 | No |
| Sandoval | Our Lady of the Assumption | 1-011-104-441-444 | $414,482.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-012-131-236-306 | $52,289.00 | No |
| Valencia | IMMACULATE CONCEPTION | 1-013-028-366-442-203910 | $351.00 | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| Sandoval | San Diego Indian Mission | 1-013-097-090-072 | $12,999.00 | No |
| Sandoval | San Diego Indian Mission | 1-013-097-155-210 | $25,434.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-015-132-492-118 | $249.00 | No |
| Sandoval | San Ysidro | 1-016-068-085-095-00000 | $450,000.00 | No |
| Sandoval | San Ysidro | 1-016-068-093-057-00000 | $158,730.00 | No |
| Sandoval | San Ysidro | 1-016-068-119-042 | | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-016-132-064-255 | $255,623.00 | No |
| Rio Arriba | San Jose | 1-016-170-150-442 | $54,451.00 | No |
| Sandoval | San Diego Indian Mission | 1-017-107-190-362 | $3,653.00 | No |
| Rio Arriba | St. Patrick | 1-017-185-324-104 | $412,899.00 | No |
| Rio Arriba | St. Patrick | 1-017-185-330-128 | $989,454.00 | No |
| Rio Arriba | St. Patrick | 1-017-185-400-230 | | No |
| Rio Arriba | San Jose | 1-018-172-020-454 | $852,681.00 | No |
| Rio Arriba | San Jose | 1-018-172-251-323 | $131,928.00 | No |
| Rio Arriba | San Jose | 1-018-172-269-364 | $50,646.00 | No |
| Rio Arriba | San Jose | 1-018-172-302-304 | $24,750.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-019-133-210-505 | $25,293.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-019-134-142-200 | $1,923.00 | No |
| Rio Arriba | Santo Niño | 1-019-170-100-454 | $457,946.00 | No |
| Sandoval | Our Lady of Sorrows | 1-020-073-015-409 | $59,601.00 | No |
| Sandoval | Our Lady of Sorrows | 1-020-073-041-359 | $401,243.00 | No |
| Sandoval | Our Lady of Sorrows | 1-020-073-050-387 | $20,001.00 | No |
| Sandoval | Our Lady of Sorrows | 1-020-073-260-360 | $17,001.00 | No |
| Sandoval | Our Lady of Sorrows | 020-073-370-409 | $226,651.00 | No |
| Sandoval | Our Lady of Sorrows | 1-020-073-393-380 | $35,001.00 | No |
| Rio Arriba | San Jose | 1-020-172-076-290 | $149,354.00 | No |
| Rio Arriba | San Jose | 1-020-172-190-148 | $429,718.00 | No |
| Rio Arriba | Santo Niño | 1-021-161-284-096 | $17,820.00 | No |
| Sandoval | Our Lady of Sorrows | 1-023-078-458-120 | $41,383.00 | No |
| Rio Arriba | Santo Niño | 1-023-158-096-098 | $966.00 | No |
| Rio Arriba | Santo Niño | 1-023-158-150-052 | $123,977.00 | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-025-133-235-415 | | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-025-133-344-406 | $15,172.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-025-133-347-415 | $9,420.00 | No |
| Rio Arriba | St. Patrick | 1-025-153-048-462 | $6,600.00 | No |
| Rio Arriba | St. Patrick | 1-025-153-462-390 | $5,882.00 | No |
| Rio Arriba | St. Patrick | 1-026-154-018-020 | $509,548.00 | No |
| Sandoval | Our Lady of Sorrows | 1-027-073-051-185 | $3,591.00 | No |
| Sandoval | Our Lady of Sorrows | 1-027-073-055-119 | $359,061.00 | No |
| Torrance | ST. ALICE | 1-031-027-504-32200 | $29,430.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-032-135-263-000 | $33,270.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-032-135-309-113 | $38,983.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-032-135-312-135 | $1,147,583.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-032-135-333-110 | | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-032-135-402-093 | $22,321.00 | No |
| Torrance | ST. ALICE | 1-034-032-217-35900 | $12,286.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-034-135-098-236 | $186,157.00 | No |
| Torrance | ST. ALICE | 1-035-024-341-28100 | $11,820.00 | No |
| Torrance | ST. ALICE | 1-037-018-468-38200 | $202,169.00 | No |
| Torrance | ST. ALICE | 1-037-018-491-40400 | $2,365.00 | No |
| Torrance | ST. ALICE | 1-038-019-071-00900 | $36,906.00 | No |
| Santa Fe | St. Joseph | 1-038-070-475-509 | $18,567.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-040-133-120-100 | $183,881.00 | No |
| Rio Arriba | St. Patrick | 1-042-127-188-492-1 | $14,064.00 | No |
| Santa Fe | St. Joseph | 1-043-082-475-037-000-000 | $30,445.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-044-124-199-408 | $762,731.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-044-124-300-438 | $9,162.00 | No |
| Santa Fe | San Juan Bautista | 1-045-113-465-220-000-000 | $390,450.00 | No |
| Rio Arriba | St. John the Baptist | 1-045-125-315-225 | $203,500.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-046-119-214-380 | $120,548.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-046-120-034-206 | $2,268,587.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-046-120-084-214 | $105,925.00 | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|--------|----------------------|------|-----------------|----------------------------------------|
| Rio Arriba | Sacred Heart of Jesus | 1-046-120-131-198 | $279,988.00 | No |
| Rio Arriba | St. John the Baptist | 1-046-127-454-210 | $42,780.00 | No |
| Rio Arriba | St. John the Baptist | 1-046-127-524-144 | $46,667.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-047-117-032-186 | $36,035.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-047-119-056-417 | $116,970.00 | No |
| Santa Fe | ST. THOMAS THE APOSTLE | 1-047-120-328-324-000-000 | $139,342.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-047-120-330-316-000-000 | $36,602.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-047-122-218-428 | $158,231.00 | No |
| Rio Arriba | St. John the Baptist | 1-047-124-004-315 | $37,371.00 | No |
| Rio Arriba | St. John the Baptist | 1-047-124-520-370 | | No |
| Rio Arriba | St. John the Baptist | 1-047-126-501-409 | $54,165.00 | No |
| Rio Arriba | Sacred Heart of Jesus | 1-047-127-465-003 | $70,048.00 | No |
| Rio Arriba | St. John the Baptist | 1-047-128-392-342 | $33,266.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-048-120-103-136-000-000 | $50,145.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-048-120-113-142-000-000 | $69,566.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-048-120-119-142-000-000 | $41,750.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-048-120-131-145-000-000 | $921,812.00 | No |
| Santa Fe | Sacred Heart of Jesus | 1-048-120-133-175-000-000 | $2,031,803.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-048-120-144-169-000-000 | $60,720.00 | No |
| Santa Fe | Sacred Heart of Jesus | 1-048-120-144-205-000-000 | $504,658.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-048-120-161-145-000-000 | $4,705,214.00 | No |
| Santa Fe | Sacred Heart of Jesus | 1-048-120-164-127-000-000 | $36,290.00 | No |
| Santa Fe | Sacred Heart of Jesus | 1-048-120-171-124-000-000 | $46,059.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-048-120-179-109-000-000 | $38,150.00 | No |
| Santa Fe | Sacred Heart of Jesus | 1-048-120-181-114-000-000 | $33,000.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-048-120-181-131-000-000 | $34,933.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-048-120-182-119-000-000 | $35,836.00 | No |
| Santa Fe | Santa Cruz de La Cañada | 1-048-120-432-312-000-000 | $80,748.00 | No |
| Rio Arriba | St. John the Baptist | 1-048-126-008-463 | $31,050.00 | No |
| Rio Arriba | St. John the Baptist | 1-048-127-150-197 | $616,400.00 | No |
| Rio Arriba | St. John the Baptist | 1-048-128-204-126 | $67,689.00 | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|--------|---------------------|------|-----------------|--------------------------------------|
| Taos | San Juan NepomuceFALSE | 1-048-141-197-378 | $355,011.00 | No |
| Taos | San Juan NepomuceFALSE | 1-048-141-264-287 | $11,712.00 | No |
| Torrance | ST. ALICE | 1-049-023-467-47200 | $1,470.00 | No |
| Torrance | ST. ALICE | 1-049-024-425-07300 | $39,123.00 | No |
| Santa Fe | Valle de Pojoaque | 1-049-113-320-360-000-000 | | No |
| Santa Fe | Valle de Pojoaque | 1-049-113-365-370-000-000 | $224,477.00 | No |
| Torrance | ST. ALICE | 1-050-024-224-28600 | $3,606.00 | No |
| Torrance | ST. ALICE | 1-050-024-280-02000 | $506.00 | No |
| Santa Fe | Santo Niño Regional Catholic School | 1-050-093-416-457-000-000 | $9,310,091.00 | No |
| Santa Fe | San Isidro-San Jose | 1-050-097-174-204-000-000 | $65,000.00 | No |
| Santa Fe | Valle de Pojoaque | 1-050-113-061-310-000-000 | $0.00 | No |
| Rio Arriba | San Juan NepomuceFALSE | 1-050-155-276-462 | $47,216.00 | No |
| Santa Fe | Sacred Heart of Jesus | 1-051-113-304-433-000-000 | $723,421.00 | No |
| Santa Fe | Sacred Heart of Jesus | 1-051-120-095-046-000-000 | $61,950.00 | No |
| Santa Fe | Sacred Heart of Jesus | 1-051-120-147-180-000-000 | $111,268.00 | No |
| Rio Arriba | St. Anthony de Padua | 1-051-130-397-542 | $1,074.00 | No |
| Rio Arriba | St. Anthony de Padua | 1-051-131-341-137 | $537,552.00 | No |
| Rio Arriba | St. Anthony de Padua | 1-051-131-363-145 | $17,250.00 | No |
| Rio Arriba | San Juan NepomuceFALSE | 1-052-150-065-316 | $13,481.00 | No |
| Rio Arriba | San Juan NepomuceFALSE | 1-052-150-067-391 | $501.00 | No |
| Rio Arriba | St. Anthony de Padua | 1-053-121-287-067 | $158,468.00 | No |
| Rio Arriba | Holy Family | 1-053-121-340-160 | $2,597,437.00 | No |
| Rio Arriba | Holy Family | 1-053-121-352-150 | | No |
| Santa Fe | Santa Cruz de La Cañada | 1-054-120-321-071-000-000 | $205,343.00 | No |
| Santa Fe | Holy Family | 1-054-120-420-135-000-000 | $98,836.00 | No |
| Santa Fe | Holy Family | 1-054-120-427-113-000-000 | $128,753.00 | No |
| Santa Fe | Holy Family | 1-054-120-443-108-000-000 | $125,693.00 | No |
| Santa Fe | Holy Family | 1-054-120-472-120-000-000 | $41,527.00 | No |
| Santa Fe | Holy Family | 1-054-120-484-102-000-000 | $75,715.00 | No |
| Rio Arriba | Holy Family | 1-054-121-125-147 | $52,284.00 | No |
| Rio Arriba | Holy Family | 1-056-121-190-069 | $10,668.00 | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|--------|---------------------|------|-----------------|-------------------------------------|
| Rio Arriba | Holy Family | 1-056-121-195-070 | $2,243.00 | No |
| Rio Arriba | Holy Family | 1-056-121-216-015 | $6,600.00 | No |
| Rio Arriba | St. Anthony de Padua | 1-056-135-035-270 | $20,445.00 | No |
| Rio Arriba | St. Anthony de Padua | 1-057-134-120-295 | $300.00 | No |
| Rio Arriba | St. Anthony de Padua | 1-057-134-127-182 | $165.00 | No |
| Rio Arriba | St. Anthony de Padua | 1-057-134-150-165 | $1,956.00 | No |
| Rio Arriba | Holy Family | 1-058-121-439-190 | $8,600.00 | No |
| Rio Arriba | Holy Family | 1-058-121-455-201 | $65,141.00 | No |
| Santa Fe | St. Anthony's on the Pecos | 1-060-089-468-468-000-000 | $174,832.00 | No |
| Mora | St. Gertrude the Great | 106-1-089-115-202-201 | | No |
| Rio Arriba | Holy Family | 1-061-123-286-480 | $171.00 | No |
| Rio Arriba | Holy Family | 1-061-123-373-433 | $73,309.00 | No |
| Rio Arriba | ST. THOMAS THE APOSTLE | 1-062-129-360-480 | $66,000.00 | No |
| Taos | San Antonio de Padua | 1-063-162-102-079 | $918.00 | No |
| Rio Arriba | Holy Family | 1-064-124-310-118 | $150,937.00 | No |
| Taos | San Antonio de Padua | 1-064-129-304-453 | $8,160.00 | No |
| | HOLY FAMILY | 1-066-128-166-211 | $4,377.00 | No |
| Taos | San Antonio de Padua | 1-067-133-318-132 | $939,753.00 | No |
| Taos | San Antonio de Padua | UPC | | No |
| San Miguel | St. Anthony's on the Pecos | 1-068-092-030-014 | | No |
| Taos | San Antonio de Padua | 1-068-132-220-285 | $347,763.00 | No |
| Taos | San Antonio de Padua | 1-068-132-220-286 | $93,174.00 | No |
| Taos | San Antonio de Padua | 1-068-132-221-286 | $6,201.00 | No |
| San Miguel | St. Anthony's on the Pecos | 1-069-085-284-512 | | No |
| San Miguel | St. Anthony's on the Pecos | 1-069-085-307-511 | $1,470.00 | No |
| San Miguel | St. Anthony's on the Pecos | 1-069-091-024-477 | | No |
| San Miguel | St. Anthony's on the Pecos | 1-069-091-120-420 | $41,890.00 | No |
| San Miguel | St. Anthony's on the Pecos | 1-069-091-152-522 | $29,000.00 | No |
| San Miguel | St. Anthony's on the Pecos | 1-069-092-197-082 | $21,375.00 | No |
| San Miguel | St. Anthony's on the Pecos | 1-069-092-229-083 | $57,920.00 | No |
| San Miguel | St. Anthony's on the Pecos | 1-069-092-273-093 | $962.00 | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| Taos | San Antonio de Padua | 1-069-131-154-133 | $112,959.00 | No |
| Taos | La Santisima Trinidad | 069-158-094-053 | $21,159.00 | No |
| San Miguel | St. Anthony's on the Pecos | 1-070-086-041-278 | $1,000.00 | No |
| Taos | San Antonio de Padua | 1-070-129-192-405 | $71,361.00 | No |
| Taos | La Santisima Trinidad | 1-070-157-228-375 | | No |
| Taos | San Antonio de Padua | 1-071-133-204-348 | $101,304.00 | No |
| Taos | San Isidro | 1-071-147-307-257 | $54,600.00 | No |
| Torrance | ST. MARY | 1-072-014-281-13700 | $14,642.00 | No |
| Taos | San Francisco de Asis | 1-072-144-188-202 | $67,194.00 | No |
| Taos | San Francisco de Asis | 1-072-145-241-052 | $3,954.00 | No |
| Taos | San Francisco de Asis | 1-072-145-384-295 | $960,051.00 | No |
| Taos | San Francisco de Asis | 1-072-145-395-283 | $61,857.00 | No |
| Taos | San Francisco de Asis | 1-072-145-403-310 | | No |
| Taos | San Francisco de Asis | 1-072-145-445-249 | $127,083.00 | No |
| Taos | St. Anthony | 1-072-145-452-283 | $7,278.00 | No |
| Taos | La Santisima Trinidad | 1-072-152-514-326 | $21,945.00 | No |
| Taos | La Santisima Trinidad | 1-072-152-524-340 | $115,683.00 | No |
| Taos | St. Anthony | 1-072-172-397-349 | $31,740.00 | No |
| Taos | St. Anthony | 1-072-184-146-302 | $699.00 | No |
| Taos | St. Anthony | 185-323-049) | $699.00 | No |
| Taos | San Francisco de Asis | 1-073-144-256-107 | $29,790.00 | No |
| Taos | St. Anthony | 1-073-169-217-304 | $17,466.00 | No |
| Taos | St. Anthony | 1-073-169-252-321 | | No |
| Taos | St. Anthony | 1-073-169-278-283 | $20,052.00 | No |
| Taos | St. Anthony | 1-073-169-280-293 | | No |
| Taos | St. Anthony | 1-073-169-287-272 | $1,017,534.00 | No |
| Taos | St. Anthony | 1-073-169-292-297 | | No |
| Taos | St. Anthony | 1-073-169-302-295 | | No |
| San Miguel | San Miguel del Vado | 1-074-083-441-035 | | No |
| San Miguel | St. Anthony's on the Pecos | 1-074-089-323-193 | | No |
| Taos | La Santisima Trinidad | 1-074-156-451-258 | $374,766.00 | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| Taos | La Santisima Trinidad | 1-074-156-455-275 | $26,529.00 | No |
| Taos | La Santisima Trinidad | 1-074-156-466-280 | $715,209.00 | No |
| Taos | La Santisima Trinidad | 1-074-156-473-271 | $427,629.00 | No |
| Taos | La Santisima Trinidad | 1-074-157-022-369 | $4,107.00 | No |
| San Miguel | San Miguel del Vado | 1-076-084-176-224 | | No |
| Taos | St. Anthony | 1-076-187-335-241 | $22,569.00 | No |
| Taos | St. Anthony | 1-076-188-321-478 | $317,976.00 | No |
| Taos | St. Anthony | 077-188-049-865 | $7,797.00 | No |
| Taos | St. Anthony | 077-188-063-458 | $4,446.00 | No |
| Taos | St. Anthony | 1-077-188-059-490 | $630.00 | No |
| San Miguel | San Miguel del Vado | 1-079-080-323-378 | | No |
| Torrance | ST. MARY | 1-080-050-520-37200 | $7,846.00 | No |
| San Miguel | San Miguel del Vado | 1-080-079-382-244 | | No |
| San Miguel | San Miguel del Vado | 1-080-079-450-174 | $5,000.00 | No |
| Torrance | ST. MARY | 1-081-028-146-03200 | $5,738.00 | No |
| Torrance | ST. MARY | 1-081-028-146-03800 | $198.00 | No |
| Torrance | ST. MARY | 1-081-028-146-04100 | $192.00 | No |
| San Miguel | Nuestra Señora de Guadalupe | 1-081-068-270-380 | $1.00 | No |
| San Miguel | Nuestra Señora de Guadalupe | 1-082-062-020-110 | | No |
| San Miguel | San Miguel del Vado | 1-082-077-078-065 | | No |
| San Miguel | San Miguel del Vado | 1-082-077-123-088 | | No |
| San Miguel | San Miguel del Vado | 1-082-077-210-100 | $6.00 | No |
| Taos | St. Anthony | 1-082-186-055-031 | $2,043.00 | No |
| San Miguel | San Miguel del Vado | 1-083-075-148-035 | | No |
| Taos | St. Anthony | 1-083-169-404-532 | $251,376.00 | No |
| San Miguel | Nuestra Señora de Guadalupe | 1-085-072-078-338 | | No |
| San Miguel | Our Lady of Sorrows | 1-085-091-131-500 | | No |
| Mora | St. Gertrude the Great | 1-085-123-445-273 | $103,761.00 | No |
| Torrance | ST. MARY | 1-086-015-232-16400 | $12,751.00 | No |
| San Miguel | Our Lady of Sorrows | 1-086-101-102-081 | | No |
| Mora | St. Gertrude the Great | 1-086-118-155-154 | $4,998.00 | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|--------|---------------------|------|-----------------|----------------------------------------|
| Mora | St. Gertrude the Great | 1-086-118-163-103 | $33,000.00 | No |
| Mora | St. Gertrude the Great | 1-086-120-339-535 | $41,496.00 | No |
| Mora | St. Gertrude the Great | 1-086-130-458-113 | $30,000.00 | No |
| Mora | St. Gertrude the Great | 1-086-130-470-053 | $40,389.00 | No |
| San Miguel | Nuestra Señora de Guadalupe | 1-087-070-051-312 | | No |
| San Miguel | Nuestra Señora de Guadalupe | 1-087-070-053-301 | | No |
| San Miguel | Nuestra Señora de Guadalupe | 1-087-070-066-325 | | No |
| San Miguel | Our Lady of Sorrows | 1-087-099-300-053 | | No |
| San Miguel | Our Lady of Sorrows | 1-087-105-365-250 | $18,200.00 | No |
| San Miguel | Our Lady of Sorrows | 1-087-105-410-250-1 | | No |
| Mora | St. Gertrude the Great | 1-087-116-112-106 | $45,318.00 | No |
| Mora | St. Gertrude the Great | 1-087-118-273-455 | $31,500.00 | No |
| Mora | St. Gertrude the Great | 1-087-119-364-132 | $33,285.00 | No |
| Mora | St. Gertrude the Great | 1-088-117-318-452 | $31,500.00 | No |
| Mora | St. Gertrude the Great | 1-088-118-396-474 | $31,500.00 | No |
| Mora | St. Gertrude the Great | 1-088-119-466-248 | $158,541.00 | No |
| Mora | St. Gertrude the Great | 1-088-119-490-317 | $31,500.00 | No |
| Mora | St. Gertrude the Great | 1-088-119-493-321 | $39,072.00 | No |
| San Miguel | San Miguel del Vado | 1-089-079-316-062 | | No |
| San Miguel | San Miguel del Vado | 1-089-079-338-060 | $1,800.00 | No |
| San Miguel | San Miguel del Vado | 1-089-087-270-440 | $1,998.00 | No |
| Mora | St. Gertrude the Great | 1-089-114-151-490 | $41,079.00 | No |
| Colfax | Immaculate Conception | 1-089-144-500-214 | $10,651.00 | No |
| Colfax | Immaculate Conception | 1-089-162-246-165 | $173,836.00 | No |
| San Miguel | Our Lady of Sorrows | 1-091-083-401-343 | | No |
| San Miguel | Our Lady of Sorrows | 1-092-087-342-140 | | No |
| San Miguel | Immaculate Conception | 1-092-096-303-407 | | No |
| Mora | St. Gertrude the Great | 1-092-112-128-470 | $31,500.00 | No |
| Mora | St. Gertrude the Great | 1-092-117-093-474 | $32,100.00 | No |
| Mora | St. Gertrude the Great | 1-092-125-302-336 | $32,301.00 | No |
| San Miguel | San Miguel del Vado | 1-093-085-285-400 | | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| San Miguel | Our Lady of Sorrows | 1-093-093-290-224 | $36.00 | No |
| San Miguel | Immaculate Conception | 1-093-095-329-100 | | No |
| San Miguel | Our Lady of Sorrows | 1-093-105-350-240 | | No |
| Mora | St. Gertrude the Great | 1-093-115-190-197 | $41,649.00 | No |
| Mora | St. Gertrude the Great | 1-093-117-302-240 | $31,500.00 | No |
| Mora | St. Gertrude the Great | 1-093-130-408-488 | | No |
| Mora | St. Gertrude the Great | 1-093-130-408-488 | $40,071.00 | No |
| San Miguel | Our Lady of Sorrows | 1-094-092-241-415 | | No |
| San Miguel | Our Lady of Sorrows | 1-094-092-254-425 | | No |
| San Miguel | Our Lady of Sorrows | 1-094-092-305-004 | | No |
| San Miguel | Our Lady of Sorrows | 1-094-092-309-483 | | No |
| San Miguel | Our Lady of Sorrows | 1-094-092-402-511 | | No |
| Mora | St. Gertrude the Great | 1-094-122-309-010 | $35,742.00 | No |
| Mora | St. Gertrude the Great | 1-094-122-363-143 | $31,500.00 | No |
| Mora | St. Gertrude the Great | 1-094-129-150-394 | | No |
| Mora | St. Gertrude the Great | 1-094-130-057-174 | $31,500.00 | No |
| San Miguel | Our Lady of Sorrows | 1-095-093-035-150 | | No |
| San Miguel | Immaculate Conception | 1-095-093-107-139 | $9,295.00 | No |
| San Miguel | Immaculate Conception | 1-095-093-115-162 | | No |
| San Miguel | Immaculate Conception | 1-095-093-160-127 | | No |
| Mora | Santa Clara | 1-095-119-534-389 | $32,592.00 | No |
| Mora | St. Gertrude the Great | 1-095-123-100-454 | $72,900.00 | No |
| Guadalupe | St. Rose of Lima | 1-096-024-389-316 | $3,048.00 | No |
| Guadalupe | St. Rose of Lima | 1-096-024-503-215 | $3,159.00 | No |
| Guadalupe | St. Mary | 1-096-024-516-251 | $23,433.00 | No |
| Guadalupe | St. Rose of Lima | 1-096-024-518-236 | $3,399.00 | No |
| Mora | St. Gertrude the Great | 1-096-113-430-320 | $36,444.00 | No |
| San Miguel | Our Lady of Sorrows | 1-098-068-193-163 | | No |
| Mora | St. Gertrude the Great | 1-100-124-367-516 | $34,500.00 | No |
| Mora | Santa Clara | 1-100-131-432-388 | $31,500.00 | No |
| Mora | Santa Clara | 1-101-134-004-358 | $32,559.00 | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| Mora | Santa Clara | 1-101-134-056-445 | $30,000.00 | No |
| Mora | St. Gertrude the Great | 1-102-110-464-303 | $31,500.00 | No |
| San Miguel | St. Rose of Lima | 1-104-081-295-053 | | No |
| Mora | Santa Clara | 1-104-133-029-500 | $32,976.00 | No |
| Mora | Santa Clara | 1-104-133-314-037 | $45,015.00 | No |
| Mora | Santa Clara | 1-108-106-129-283 | $43,149.00 | No |
| Mora | Santa Clara | 1-108-132-165-168 | $31,500.00 | No |
| Colfax | Immaculate Conception | 1-108-158-358-404 | $114,737.00 | No |
| Colfax | Immaculate Conception | 1-108-159-473-068 | $389,384.00 | No |
| Colfax | Immaculate Conception | 1-109-159-108-513 | | No |
| Guadalupe | St. Rose of Lima | 1-110-037-196-033 | $9,330.00 | No |
| Guadalupe | St. Mary | 1-110-037-330-084 | | No |
| Guadalupe | St. Rose of Lima | 1-110-046-310-072 | $15,040.75 | No |
| Colfax | St. Joseph | 1-116-141-056-230 | $9,999.00 | No |
| Colfax | St. Joseph | 1-120-140-132-264 | $9,999.00 | No |
| Mora | Santa Clara | 1-123-121-451-257 | $53,151.00 | No |
| Mora | Santa Clara | 1-123-121-514-254 | $50,160.00 | No |
| Mora | Santa Clara | 1-124-121-007-276 | $31,500.00 | No |
| Colfax | St. Joseph | 1-124-139-010-078 | $404.00 | No |
| Guadalupe | St. Rose of Lima | 1-125-047-193-472 | $72,210.86 | No |
| Guadalupe | St. Rose of Lima | 1-125-047-199-462 | $72,210.86 | No |
| Guadalupe | St. Rose of Lima | 1-125-047-205-459 | $72,210.86 | No |
| Guadalupe | St. Rose of Lima | 1-125-047-212-480 | $72,210.86 | No |
| Guadalupe | St. Rose of Lima | 1-125-047-227-481 | $72,210.86 | No |
| Guadalupe | St. Rose of Lima | 1-125-047-294-460 | $72,210.86 | No |
| Guadalupe | St. Rose of Lima | 1-125-047-340-315 | $72,210.86 | No |
| San Miguel | Our Lady of Sorrows | 1-125-088-030-518 | $1.00 | No |
| Guadalupe | St. Rose of Lima | 1-126-047-180-180 | $15,040.75 | No |
| Colfax | St. Joseph | 1-126-149-068-022 | $110,349.00 | No |
| Colfax | St. Joseph | 1-126-149-068-022 | $266,914.00 | No |
| Guadalupe | St. Rose of Lima | 1-128-040-000-001 | | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|--------|---------------------|------|-----------------|--------------------------------------|
| Guadalupe | St. Rose of Lima | 1-128-040-284-161 | $15,040.75 | No |
| Guadalupe | St. Rose of Lima | 1-128-040-284-161 | | No |
| San Miguel | Our Lady of Sorrows | 1-128-100-266-265-1 | | No |
| Colfax | St. Joseph | 1-128-156-297-099 | $14,499.00 | No |
| Colfax | St. Joseph | 1-128-175-442-154 | $279.00 | No |
| Colfax | St. Joseph | 1-129-161-442-053 | $231,543.00 | No |
| Colfax | St. Joseph | 1-130-161-055-130 | $2,940.00 | No |
| Colfax | St. Patrick - St. Joseph | 1-135-185-204-508 | | No |
| Colfax | St. Patrick - St. Joseph | 1-135-186-256-523 | $24,000.00 | No |
| Colfax | St. Patrick - St. Joseph | 1-135-186-480-093 | | No |
| Colfax | St. Patrick - St. Joseph | 1-136-186-011-102 | | No |
| Colfax | St. Patrick - St. Joseph | 1-136-186-018-113 | $5,853,109.00 | No |
| Colfax | St. Patrick - St. Joseph | 1-136-186-043-109 | $714,424.00 | No |
| Colfax | St. Patrick - St. Joseph | 1-136-186-048-059 | | No |
| San Miguel | St. Rose of Lima | 1-137-078-470-340 | | No |
| Colfax | St. Joseph | 1-137-168-464-376 | $7,263.00 | No |
| San Miguel | Our Lady of Sorrows | 1-138-086-150-037 | | No |
| San Miguel | Our Lady of Sorrows | 1-139-103-330-010 | $1,000.00 | No |
| Harding | Holy Family/St. Joseph | 1-146-127-270-495 | $150.00 | No |
| De Baca | St. Anthony de Padua | 151-015-374-389-00 | $608.63 | No |
| De Baca | St. Anthony de Padua | 151-015-374-389-00 | $608.63 | No |
| De Baca | St. Anthony de Padua | 151-015-374-389-00 | $608.63 | No |
| De Baca | St. Anthony de Padua | 151-015-374-389-00 | $608.63 | No |
| De Baca | St. Anthony de Padua | 1-151-015-427-410-00 | $608.63 | No |
| De Baca | St. Anthony de Padua | 1-151-015-427-410-00 | $608.63 | No |
| De Baca | St. Anthony de Padua | 1-151-015-427-410-00 | $608.63 | No |
| De Baca | St. Anthony de Padua | 1-151-015-427-410-00 | $608.63 | No |
| De Baca | St. Anthony de Padua | 1-151-016-275-048-00 | $360.00 | No |
| Harding | Holy Family/St. Joseph | 1-153-117-011-224 | $74,516.33 | No |
| Harding | Holy Family/St. Joseph | 1-153-117-011-250 | $74,516.33 | No |
| Harding | Holy Family/St. Joseph | 1-153-117-011-256 | $74,516.33 | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| Harding | Holy Family/St. Joseph | 1-153-117-011-260 | $74,516.33 | No |
| Harding | Holy Family/St. Joseph | 1-153-117-020-274 | $74,516.33 | No |
| Harding | Holy Family/St. Joseph | 1-153-117-027-215 | $24,838.78 | No |
| Harding | Holy Family/St. Joseph | 1-153-117-027-229 | $24,838.78 | No |
| Harding | Holy Family/St. Joseph | 1-153-117-057-256 | $24,838.78 | No |
| Harding | Holy Family/St. Joseph | 1-153-117-103-259 | $24,838.78 | No |
| Colfax | St. Joseph | 1-156-158-434-390 | $15,744.00 | No |
| Quay | St. Anne | 1-160-058-146-263-000 | | No |
| Harding | Holy Family/St. Joseph | 1-165-123-525-015 | $150.00 | No |
| Harding | Holy Family/St. Joseph | 1-166-105-177-304 | $276,225.00 | No |
| Harding | Holy Family/St. Joseph | 1-166-105-177-334 | $276,225.00 | No |
| Harding | Holy Family/St. Joseph | 1-166-106-015-513 | $562.50 | No |
| Harding | Holy Family/St. Joseph | 1-167-118-075-271 | $562.50 | No |
| Harding | Holy Family/St. Joseph | 1-170-102-033-033 | $562.50 | No |
| Harding | Holy Family/St. Joseph | 1-174-100-055-126 | $562.50 | No |
| Quay | St. Anne | 1-178-064-231-099-000 | | No |
| Quay | St. Anne | 1-179-064-007-139-000 | | No |
| Quay | St. Anne | 1-179-064-011-116-000 | | No |
| Quay | St. Anne | 1-179-064-479-122-000 | | No |
| Quay | St. Anne | 1-179-064-502-129-000 | | No |
| Quay | St. Anne | 1-179-064-510-189-000 | | No |
| Quay | St. Anne | 1-179-064-510-319-000 | | No |
| Quay | St. Anne | 1-179-064-518-124-000 | | No |
| Harding | Holy Family/St. Joseph | 1-179-094-500-250 | $562.50 | No |
| Harding | Holy Family/St. Joseph | 1-180-083-268-001 | $562.50 | No |
| Harding | Holy Family/St. Joseph | 1-181-120-277-251 | $1,071.00 | No |
| Harding | Holy Family/St. Joseph | 1-181-120-396-132 | $33,219.00 | No |
| Harding | Holy Family/St. Joseph | 1-186-089-527-134 | $562.50 | No |
| Harding | Holy Family/St. Joseph | 1-188-083-268-033 | $562.50 | No |
| Quay | St. Anne | 1-190-055-020-262-000 | | No |
| Quay | St. Anne | 1-196-077-075-163-000 | | No |

| County | Known as Parish Name | UPC# | 2018 Full Value | Property transferred to ASFREC Trust |
|---|---|---|---|---|
| Quay | St. Anne | 1-196-077-084-163-000 | | No |
| Quay | St. Anne | 1-201-059-123-157-000 | | No |
| Union | St. Francis Xavier | 1-208-152-419-008-1052 | | No |
| Union | St. Francis Xavier | 1-208-152-476-039-1252 | | No |
| Curry | Our Lady of Guadalupe | 1-210-010-432-328-00 | $346,401.00 | No |
| Curry | Our Lady of Guadalupe | 1-210-010-462-330-00 | $346,401.00 | No |
| Curry | Our Lady of Guadalupe | 1-210-010-462-338-00 | $346,401.00 | No |
| Curry | Our Lady of Guadalupe | 1-210-010-478-333-00 | $346,401.00 | No |
| Curry | Our Lady of Guadalupe | 1-210-010-478-340-00 | $346,401.00 | No |
| Curry | Our Lady of Guadalupe | 1-210-010-500-340-00 | $346,401.00 | No |
| Quay | St. Anne | 1-214-094-396-197-000 | | No |
| Curry | Our Lady of Guadalupe | 1-220-010-235-002-00 | $60,930.00 | No |
| Curry | Our Lady of Guadalupe | 1-220-010-235-006-00 | $60,930.00 | No |
| Curry | Our Lady of Guadalupe | 1-220-010-235-016-00 | $60,930.00 | No |
| Curry | Our Lady of Guadalupe | 1-220-010-235-021-00 | $60,930.00 | No |
| Torrance | ST. ALICE | 1-629-370-000-00000 | $73,999.00 | No |
| Taos | St. Anthony | EASEMENT | | No |
| | | | | |
| | | Total | $59,992,238.83 | |