**IT IS ORDERED**

**Date Entered on Docket: November 5, 2020**



_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF             Case no. 18-13027-t11
THE ARCHDIOCESE OF SANTA FE,

    Debtor.

**ORDER RESOLVING DEBTOR'S MOTION TO AMEND ORDER GRANTING DERIVATIVE STANDING (DOC. NO. 531) AND JOINDER (DOC. NO. 534)**

Before the Court is the Debtor's Motion to Amend Order Granting Derivative Standing (Doc. No. 531) (the "Motion") and the Joinder in the Motion (the "Joinder") (Doc. No. 534) filed by The Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe; the Archdiocese of Santa Fe Real Estate Corporation, trustee of the Archdiocese of Santa Fe Real Estate Trust; and the Archdiocese of Santa Fe Deposit and Loan Fund. The undersigned parties have resolved the Motion and the Joinder by stipulating to this Order.

The Court's Order on the Unsecured Creditors Committee's Motion for Exclusive and Irrevocable Authority to Commence, Prosecute, and Settle Adversary Proceedings, Etc. (Doc. 515) (the "Order") entered on October 9, 2020, is amended to provide that the authority granted shall not be irrevocable. The Court shall retain the authority to revoke the exclusive standing to settle

and prosecute the estate's claims, upon motion and notice by the Debtor or by any of the interested parties filing the Joinder, showing that such exclusive standing is no longer in the best interests of the estate.

--END OF ORDER--

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP
/s/ James I. Stang
James I. Stang Kenneth H. Brown Gail S. Greenwood
10100 Santa Monica Blvd., 13th Floor Los Angeles, CA 90067
Tel: 310-277-6910
Fax: 310-201-0760
jstang@pszjlaw.com kbrown@pszjlaw.com ggreenwood@pszjlaw.com
Counsel for the Official Committee of
Unsecured Creditors

Respectfully submitted,

ELSAESSER ANDERSON, CHTD.
/s/ Bruce A. Anderson
Ford Elsaesser
Bruce A. Anderson
320 East Neider Avenue, Suite 102 Coeur d'Alene, ID 83815
(208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com brucea@eaidaho.com

-and-

WALKER & ASSOCIATES, P.C.
/s/ Thomas D. Walker
Thomas D. Walker
500 Marquette N.W., Suite 650 Albuquerque, New Mexico 87102 (505) 766-9272
Fax: (505) 722-9287
twalker@walkerlawpc.com
Counsel for Debtor

-and-

LEWIS ROCA ROTHGERBER CHRISTIE LLP
By: s/ Robert M. Charles, Jr.
Robert M. Charles, Jr.
Attorneys for the Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe; the Archdiocese of Santa Fe Real Estate Corporation, trustee of the Archdiocese of Santa Fe Real Estate Trust; and the Archdiocese of Santa Fe Deposit and Loan Fund
One South Church Avenue, Suite 2000 Tucson, AZ 85701-1611
Tel: 520.629.4427
Fax: 520.622.3088
E-mail: rcharles@lrrc.com