2-24-2021

FILED
at 11:38 o'clock A M
FEB 25 2021
United States Bankruptcy Court
Albuquerque, New Mexico

Dear Judge Thuma:

When is the next Status Conference in the Archdiocese of Santa Fe Bankruptcy case. That is how victims know what is going on — Keeps us current with the case.

Thank you!!