UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF        Case No.18-13027-t11
THE ARCHDIOCESE OF SANTA FE, a New Mexico
Corporation Sole

    Debtor.

## APPLICATION TO EMPLOY DEL RIO SURVEYS, INC.

The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation sole, the debtor and debtor-in-possession (the "Debtor") in the above-captioned Chapter 11 reorganization case (the "Bankruptcy Case"), by counsel and pursuant to 11 U.S.C. §§ 327(a), 328, and 329, hereby requests that the Court approve its employment of Del Rio Surveys, Inc. ("Del Rio") to perform surveying services for certain real property owned by the Debtor in accordance with the terms and conditions set forth below. This Application is supported by the Declaration of Philip B. Weigel under Bankruptcy Rules 2014 and 2016 (the "Declaration"), which is filed herewith. In further support of this Application, the Debtor states as follows:

1.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and Miscellaneous Order No. 84-0324 filed in the United States District Court for the District of New Mexico on March 19, 1992. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    On December 3, 2018 (the "Petition Date"), the Debtor commenced this Bankruptcy Case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3.    The Debtor is authorized to operate its businesses as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

-1-

4. The Unsecured Creditors Committee was appointed in this case on December 18, 2018. *See* Docket No. 53.

5. The Debtor wishes to employ Del Rio in this Bankruptcy Case to complete a boundary survey for the real property located at 1220 Canyon Road, Santa Fe, New Mexico (the "Property").

6. As evidenced by the Declaration, Del Rio is qualified and licensed to perform surveying services in New Mexico, and has the experience and expertise necessary to provide Debtor with a boundary survey plat for the Property.

7. To the best of the Debtor's knowledge, information, and belief, after making reasonable inquiry, Del Rio is not a creditor, employee, or insider of the Debtor and has no other connection with or any interest adverse to the Debtor, its creditors, or any other party in interest, or its respective attorneys, the United States Trustee for the District of New Mexico, or any person employed in the Office of the United States Trustee.

8. The Debtor understands that Del Rio intends to apply to the Court for allowances of compensation and reimbursement of expenses as permitted by and in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, Local Rule 2016-1, the United States Trustee guidelines, and the Court's orders, for services performed and expenses incurred on and after the Petition Date. The fee application will contain a detailed statement showing services performed by Del Rio and compensation received in accordance with all applicable guidelines and Local Rule 2016-1.

9. As set forth in the engagement letter attached to the Disclosure as <u>Exhibit A</u>, Del Rio will charge the Debtor a fee of $3,250.00, plus applicable gross receipts tax.

10. The Debtor seeks authority to pay Del Rio, upon delivery of the survey plat, 100% of Del Rio's fee, plus applicable gross receipts tax, to be paid from Estate funds. All fees and gross receipts taxes would be subject to ultimate approval of the Bankruptcy Court under Bankruptcy Code §§ 328, 330 and 331.

WHEREFORE, the Debtor respectfully requests the entry of an order, pursuant to §§ 327(a), 328, and 329 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, authorizing Debtor to employ, retain, and compensate Del Rio as set forth in this Application, effective as of the date this Application was filed and granting Debtor all such other relief as the Court deems just and proper.

Respectfully submitted,

WALKER & ASSOCIATES, P.C.

By: /s/ *filed electronically 08/03/2021*
    Thomas D. Walker
    500 Marquette Ave NW, Suite 650
    Albuquerque, NM 87102
    Telephone: (505) 766-9272
    Facsimile: (505) 766-9287
    e-mail: twalker@walkerlawpc.com
*Attorneys for Debtor in Possession*

I hereby certify that, on August 3, 2021,
in accordance with NM LBR 9036-1 and
Fed. R. Civ. P. 5(b)(3), a true copy of the
foregoing was served via the Court's CM/ECF
notification facilities to those parties who are
registered CM/ECF participants in this case.

*/s/ filed electronically*
Thomas D. Walker