United States Bankruptcy Court
District of New Mexico

| | |
|---|---|
| In re: | Case No. 18-13027-t |
| Roman Catholic Church of the Archdiocese | Chapter 11 |
| Associated Case in 10th Circuit Court of Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1084-1 | User: admin | Page 1 of 8 |
| Date Rcvd: Sep 07, 2021 | Form ID: pdfor1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | William R Keeler, Keeler & Keeler, LLP, 235 West Historic Highway 66, Gallup, NM 87301-6321 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron J. Boland | |
| | on behalf of Interested Party Laura Holmes aaron@aaronbolandlaw.com |
| Alicia C. Lopez | |
| | on behalf of Creditor John Doe #1  2, 4, 5, 6 alopez@rothsteinlaw.com, melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com |
| Andrew Berne Indahl | |
| | on behalf of Plaintiff Thomas Paickattu andy@alturalawfirm.com |
| Andrew Berne Indahl | |
| | on behalf of Creditor Thomas Paickattu andy@alturalawfirm.com |
| Angela Swenson | |
| | on behalf of Creditor State of New Mexico  Workers Compensation Administration ASwenson@nmag.gov |

Annie Coogan
    on behalf of Creditor Rudy Blea annie@cooganlawnm.com

Benjamin Feuchter
    on behalf of Interested Party John Wester bfeuchter@hinklelawfirm.com  jmason@hinklelawfirm.com

Britton C Lewis
    on behalf of Interested Party Arrowood Indemnity Company bcl@crlaw.com

Bruce Anderson
    on behalf of Debtor Roman Catholic Church of the Archdiocese of Santa Fe baafiling@eaidaho.com  brucea@eaidaho.com

Bruce D. Celebrezze
    on behalf of Interested Party Arrowood Indemnity Company bruce.celebrezze@clydeco.us
    barbara.chaney@clydeco.us,robert.willis@clydeco.us,andrea.mackenzie@clydeco.us

Bryan G. Smith
    on behalf of Interested Party Various tort claimants bsmith@tamakilaw.com

Carlos Sedillo
    on behalf of Interested Party Various tort claimants csedillo@fchclaw.com

Caroline Manierre
    on behalf of Creditor John Doe #1  2, 4, 5, 6 cmanierre@rothsteinlaw.com,
    melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com

Caroline Manierre
    on behalf of Interested Party Various tort claimants cmanierre@rothsteinlaw.com
    melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com

Carolyn M Nichols
    on behalf of Creditor John Doe #1  2, 4, 5, 6 cmnichols@rothsteinlaw.com,
    melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com

Catalina Sugayan
    on behalf of Interested Party Great American Insurance Company catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Charles S Glidewell
    on behalf of U.S. Trustee United States Trustee charles.glidewell@usdoj.gov

Chris W Pierce
    on behalf of Debtor Roman Catholic Church of the Archdiocese of Santa Fe cpierce@walkerlawpc.com
    piercelawfirm@gmail.com;WalkerLawPC14@gmail.com;cramirez@walkerlawpc.com

Christopher P. Winters
    on behalf of Interested Party Various tort claimants cwinters@fchclaw.com

Clifford C Gramer, Jr
    on behalf of Interested Party Jimmy Day cliffordgramerlaw@gmail.com  amyccglaw@gmail.com

Clifford C Gramer, Jr
    on behalf of Interested Party Jennifer Day cliffordgramerlaw@gmail.com  amyccglaw@gmail.com

Daniel Fasy
    on behalf of Interested Party Various tort claimants dan@fasylaw.com

Daniel A. White
    on behalf of Interested Party Clarke Coll dwhite@askewwhite.com
    enunez@askewwhite.com;mvallejos@askewwhite.com;hhenry@askewwhite.com;askewwhiteadmin@ecf.courtdrive.com

Daniel A. White
    on behalf of Interested Party Philip J. Montoya dwhite@askewwhite.com
    enunez@askewwhite.com;mvallejos@askewwhite.com;hhenry@askewwhite.com;askewwhiteadmin@ecf.courtdrive.com

Daniel A. White
    on behalf of Interested Party Edward A. Mazel dwhite@askewwhite.com
    enunez@askewwhite.com;mvallejos@askewwhite.com;hhenry@askewwhite.com;askewwhiteadmin@ecf.courtdrive.com

Daniel A. White
    on behalf of Interested Party Yvette J. Gonzales dwhite@askewwhite.com
    enunez@askewwhite.com;mvallejos@askewwhite.com;hhenry@askewwhite.com;askewwhiteadmin@ecf.courtdrive.com

Daniel J. Schufreider
    on behalf of Interested Party Catholic Mutual Relief Society of America dschufreider@schiffhardin.com

David M. Spector
    on behalf of Interested Party Catholic Mutual Relief Society of America dspector@schiffhardin.com

Daymon Brandeis Ely
    on behalf of Interested Party Various tort claimants daymon@daymonely.com  darlene@daymonely.com

Daymon Brandeis Ely
    on behalf of Creditor Barbara Deschaine daymon@daymonely.com darlene@daymonely.com

Dean Joseph McElroy
    on behalf of Interested Party Arrowood Indemnity Company dean.mcelroy@clydeco.us

Dennis A Banning
    on behalf of Defendant Santa Maria de La Paz Catholic Community nmfl@nmfinanciallaw.com banninglaw@yahoo.com;dab@nmfinanciallaw.com;banningdr54167@notify.bestcase.com;dfh@nmfinanciallaw.com

Dennis A Banning
    on behalf of Interested Party Santa Maria de La Paz Parish nmfl@nmfinanciallaw.com banninglaw@yahoo.com;dab@nmfinanciallaw.com;banningdr54167@notify.bestcase.com;dfh@nmfinanciallaw.com

Don F Harris
    on behalf of Interested Party Santa Maria de La Paz Parish nmfl@nmfinanciallaw.com briefwriter@comcast.net;donharrislawfirm@gmail.com;nmflcmecf@gmail.com;r54167@notify.bestcase.com;dab@nmfinanciallaw.com

Douglas R Vadnais
    on behalf of Interested Party Celia Maestas drv@modrall.com doloress@modrall.com,doloress@ecf.courtdrive.com

Douglas R Vadnais
    on behalf of Interested Party Biophilia Foundation Inc. drv@modrall.com, doloress@modrall.com,doloress@ecf.courtdrive.com

Eric Nieuwenhuis Kniffin
    on behalf of Creditor Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe ekniffin@lrrc.com

Everett J. Cygal
    on behalf of Interested Party Catholic Mutual Relief Society of America ecygal@schiffhardin.com

Ford Elsaesser
    on behalf of Debtor Roman Catholic Church of the Archdiocese of Santa Fe ford@eaidaho.com

Hannah Dolski
    on behalf of Creditor Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe hdolski@lrrc.com

Iain AW Nasatir
    on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Jack Hardwick
    on behalf of Interested Party Discalced Carmelite Nuns of Santa Fe New Mexico jhardwick@SommerUdall.com, lag@SommerUdall.com

Jaime A. Pena
    on behalf of U.S. Trustee United States Trustee jaime.a.pena@usdoj.gov Lynn.ReneDiamond@usdoj.gov;Mary.L.Johnson@usdoj.gov

James Jurgens
    on behalf of Interested Party Anchorum St. Vincent jrj@j-wlaw.com

James Moffitt
    on behalf of Interested Party Great American Insurance Company james.moffitt@clydeco.us

James I. Stang
    on behalf of Plaintiff Official Committee of Unsecured Creditors jstang@pszjlaw.com

James I. Stang
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

Jamison Barkley
    on behalf of Creditor Claim No. 300 jamison@jamisonbarkley.com

John D. Sloan, Jr.
    on behalf of Interested Party Laura Holmes pfoster@sloanfirm.com

John D. Sloan, Jr.
    on behalf of Interested Party Various tort claimants pfoster@sloanfirm.com

John F. McIntyre
    on behalf of Interested Party Catholic Mutual Relief Society of America jmcintyre@montand.com

Jonathan B. Alter
    on behalf of Interested Party St. Paul Fire & Marine Insurance Company jalter@travelers.com

Joseph A. Blumel, III
    on behalf of Interested Party Various tort claimants joseph@blumellaw.com

Joseph Mark Fisher
    on behalf of Interested Party Catholic Mutual Relief Society of America mfisher@schiffhardin.com

Joshua D Weinberg

on behalf of Interested Party Great American Insurance Company jweinberg@goodwin.com

Kenneth Harris Brown

on behalf of Plaintiff Official Committee of Unsecured Creditors kbrown@pszjlaw.com hphan@pszjlaw.com

Kenneth Harris Brown

on behalf of Creditor Committee Official Committee of Unsecured Creditors kbrown@pszjlaw.com hphan@pszjlaw.com

Kenneth Harris Brown

on behalf of Plaintiff (PSZJ) Official Committee of Unsecured Creditors kbrown@pszjlaw.com hphan@pszjlaw.com

Kevin VanLandingham

on behalf of Defendant United States of America Small Business Administration kevin.p.vanlandingham@usdoj.gov

Kevin VanLandingham

on behalf of Defendant Jovita Corranza kevin.p.vanlandingham@usdoj.gov

Laura R Callanan

on behalf of Interested Party J. W. laura@curtislawfirm.org
lisa@curtislawfirm.org;amalia@curtislawfirm.org;filing@curtislawfirm.org

Leslie D. Maxwell

on behalf of Interested Party Villa Santa Maria Inc. lmaxwell@maxwellgilchrist.com,
9786701420@filings.docketbird.com;aburnside@maxwelllawpc.com;

Leslie D. Maxwell

on behalf of Interested Party Catholic Charities Inc. lmaxwell@maxwellgilchrist.com,
9786701420@filings.docketbird.com;aburnside@maxwelllawpc.com;

Levi A Monagle

on behalf of Interested Party Various Tort Claimants levi@hallmonagle.com

Levi A Monagle

on behalf of Creditor John Doe 124 levi@hallmonagle.com

Levi A Monagle

on behalf of Creditor John Does 67 69, 70, 71, 73, 74, 76, 77, 78, 79, 80, 82, 83, 84, 87, 88, 90, 91, 92, 93, 94, 96, and Jane Does G, I, L and M levi@hallmonagle.com

Levi A Monagle

on behalf of Creditor Committee Brad D. Hall levi@hallmonagle.com

Lisa Entress Pullen

on behalf of Interested Party Arrowood Indemnity Company pullenl@civerolo.com

Lisa K. Curtis

on behalf of Interested Party J. W. lisa@curtislawfirm.org
steven@curtislawfirm.org;pauline@curtislawfirm.org;filing@curtislawfirm.org

Manuel Hernandez

on behalf of Interested Party Various tort claimants mhernandez@fchclaw.com

Merit Bennett

on behalf of Plaintiff John Doe tblgexternalmail@gmail.com
mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com

Merit Bennett

on behalf of Creditor John Doe tblgexternalmail@gmail.com
mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com

Merit Bennett

on behalf of Creditor John Doe Victim tblgexternalmail@gmail.com
mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com

Merit Bennett

on behalf of Creditor Doe 377 tblgexternalmail@gmail.com
mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com

Michele Backus Konigsberg

on behalf of Interested Party Great American Insurance Company mbackus@goodwin.com

Nancy S Cusack

on behalf of Interested Party Patrick J. Hough ncusack@hinklelawfirm.com cwilson@hinklelawfirm.com

Paul M Fish

on behalf of Interested Party Sons of the Holy Family Inc pmfish@modrall.com,
nikkim@modrall.com;nikkim@ecf.courtdrive.com

Paul M Fish

on behalf of Interested Party The Catholic Foundation of the Archdiocese of Santa Fe pmfish@modrall.com
nikkim@modrall.com;nikkim@ecf.courtdrive.com

Paul M Linnenburger

| | |
|---|---|
| | on behalf of Creditor Doe 377 paul@attorneyslane.com melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com |
| Paul M Linnenburger | on behalf of Creditor Various tort claimants paul@attorneyslane.com melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com |
| Paul M Linnenburger | on behalf of Creditor John Doe #1 2, 4, 5, 6 paul@attorneyslane.com, melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com |
| Paul Russell Harris | on behalf of Creditor Congregation of the Blessed Sacrament Province of St. Ann pharris@ulmer.com |
| Pierre Levy | on behalf of Creditor Christine Romero pierre@ofrielandlevy.com |
| Robert M. Charles, Jr. | on behalf of Defendant Risen Savior Catholic Community rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Rev. Msgr. Lambert J. Luna rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Our Lady of the Annunciation rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Very Rev. James Marshall rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Rev. Msgr. Bennett J. Voorhies rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Tony Salgado rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant San Miguel rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Santa Maria de La Paz Catholic Community rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant La Santisima Trinidad rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Stan Sluder rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant St. Patrick - St. Joseph rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant San Clemente rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Immaculate Heart of Mary rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Rev. Clarence Maes rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant The Archdiocese of Santa Fe Real Estate Corporation rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |

Robert M. Charles, Jr.     on behalf of Defendant Our Lady of Guadalupe - Clovis rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Rev. John Trambley rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant St. John Vianney Church rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Jennifer Cantrell rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant St. Patrick - Chama rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant St. Anthony - Questa rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Holy Family - Chimayo rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Immaculate Conception - Albuquerque rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Bernard E. "Gig" Brummell rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Nativity of the Bless Virgin Mary rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant St. Thomas Apostle rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Our Lady of the Assumption Albuquerque rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Cristo Rey Parish rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant St. Jude Thaddeus rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Our Lady of Belen rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Rev. John Cannon rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant St. John the Baptist - Santa Fe rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Nativity of the Blessed Virgin Mary rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Church of the Ascension rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Sacred Heart - Albuquerque rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.     on behalf of Defendant Nuestra Senora de Guadalupe - Taos rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

| | |
|---|---|
| Robert M. Charles, Jr. | on behalf of Defendant Holy Cross rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Shrine of Our Lady of Guadalupe - Santa Fe rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant St. Thomas Aquinas rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Creditor Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Sacred Heart - Espanola rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Rev. Timothy A. Martinez rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Attorney Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Ronald Barliant | on behalf of Interested Party John Wester ronald.barliant@goldbergkohn.com |
| Sam L. Fadduol | on behalf of Interested Party Various tort claimants sfadduol@fchclaw.com |
| Samuel I. Roybal | on behalf of Debtor Roman Catholic Church of the Archdiocese of Santa Fe sroybal@walkerlawpc.com WalkerLawPC14@gmail.com,mlara@walkerlawpc.com |
| Sara Hunkler | on behalf of Interested Party Great American Insurance Company shunkler@goodwin.com |
| Sharon T. Shaheen | on behalf of Interested Party Catholic Mutual Relief Society of America sshaheen@montand.com ltalley@montand.com |
| Spencer Lewis Edelman | on behalf of Interested Party Sons of the Holy Family Inc sle@modrall.com, doloress@modrall.com,doloress@ecf.courtdrive.com |
| Stephanie Schaeffer | on behalf of Defendant Roman Catholic Church of the Archdiocese of Santa Fe sschaeffer@idealawgroupllc.com sschaeffer@idealawgroupllc.com |
| Steven A Levy | on behalf of Interested Party John Wester steven.levy@goldbergkohn.com |
| Thomas D Walker | on behalf of Plaintiff Roman Catholic Church of the Archdiocese of Santa Fe twalker@walkerlawpc.com mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com |
| Thomas D Walker | on behalf of Defendant Roman Catholic Church of the Archdiocese of Santa Fe twalker@walkerlawpc.com mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com |
| Thomas D Walker | on behalf of Defendant The Roman Catholic Church of the Archdiocese of Santa Fe twalker@walkerlawpc.com mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com |
| Thomas D Walker | on behalf of Debtor Roman Catholic Church of the Archdiocese of Santa Fe twalker@walkerlawpc.com mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com |
| Thomas D Walker | on behalf of Accountant REDW LLC, CPAs twalker@walkerlawpc.com, mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com |
| United States Trustee | ustpregion20.aq.ecf@usdoj.gov |

Vito Ray de la Cruz
    on behalf of Interested Party Various tort claimants vito@tamakilaw.com

William R Keleher
    on behalf of Interested Party Santa Fe RC LLC wkeleher@srklawnm.com, ltroast@srklawnm.com;lori@srklawnm.com;ljimenez@srklawnm.com

William Ross Keeler
    on behalf of Interested Party William R Keeler billkeeler@keelerandkeeler.com raelynn@keelerandkeeler.com

TOTAL: 144

District/off: 1084-1 User: admin Page 8 of 8
Date Rcvd: Sep 07, 2021 Form ID: pdfor1 Total Noticed: 1

Vito Ray de la Cruz
    on behalf of Interested Party Various tort claimants vito@tamakilaw.com

**IT IS ORDERED**

**Date Entered on Docket: September 7, 2021**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF SANTA FE,    Case No. 18-13027-t11

Debtor.

### DEFAULT ORDER GRANTING CHAPTER 7 TRUSTEES' MOTION TO STRIKE FOR LACK OF STANDING

THIS MATTER came before the Court upon the *Chapter 7 Trustees' Motion to Strike for Lack of Standing,* filed August 6, 2021 (Doc. No. 757) (the "**Motion**"). After reviewing the Motion and being otherwise sufficiently advised in the premises, the Court hereby FINDS:

1. On August 6, 2021, the Philip J. Montoya, Yvette J. Gonzales, Clarke Coll, and Edward A. Mazel, Chapter 7 Trustees (together, the "**Trustees**"), filed the Motion;

2. By the Motion, the Trustees requests the Court to strike *Keeler & Keeler, LLP and James, Vernon & Weeks, P.A.'s Joinder to Hall & Monagel, LLC [sic]'s Motion for Appointment of Special Mediator or Alternatively, for an Extension of Time, or Alternatively, Request for a Ruling on Claim Ownership [Dkt. 712]* (Doc. 715) (the "**Joinder**").

1

3. On August 6, 2021, the Trustees filed a notice of deadline to object to the Motion in this case, giving notice of a twenty-one (21) day deadline to object to the relief requested in the Motion (Doc. No. 758);

4. The Notice was appropriate in the particular circumstances;

5. The objection deadline, including three (3) days added under Bankruptcy Rule 9006(f), expired on or before August 30, 2021;

6. No objections to the Motion were filed, timely or otherwise; and

7. The Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the above referenced Joinder is hereby stricken for lack of standing.

###END OF ORDER###

Submitted by:

ASKEW & WHITE, LLC

By: *s/ Filed electronically*
    Daniel A. White
    1122 Central Ave. SW, Ste. 1
    Albuquerque, New Mexico 87102
    (505) 433.3097 (phone)
    (505) 717.1494 (fax)
    dwhite@askewwhite.com
*Attorneys for Philip J. Montoya, Yvette Gonzales, Clarke Coll and Edward Mazel, Chapter 7 Trustees*
*Chapter 7 Trustees*