UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,

Debtor.

Chapter 11

Case No. 18-13027-t11

## DEBTOR'S REPORT OF SALE

The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico Corporation sole, the debtor and debtor-in-possession (the "Debtor") in the above-captioned Chapter 11 reorganization case (the "Bankruptcy Case"), by counsel and pursuant to Fed.R.Bankr.P. Rule 6004(f)(1), hereby submits this Report of Sale, and states as follows:

1. On December 3, 2018 (the "Petition Date"), the Debtor commenced this Bankruptcy Case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is a debtor-in-possession and is authorized to operate its business pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. The Debtor's bankruptcy estate (the "Estate") included a one acre lot with a 1,600 sq. ft. rock building on it located at 1804 Kenton Highway, Seneca, NM (the "Property").

4. On July 14, 2021, the Debtor and Judy Steen (the "Buyer") executed a Purchase Agreement in which Buyer agreed to purchase and the Debtor agreed to sell the Property for $3,000.00 (the "Purchase Price").

5. On August 4, 2021, the Debtor filed a motion to authorize the sale of the Property (the "Sale Motion") (Doc. No. 753).

6. On September 2, 2021, the Court entered an order authorizing the sale of the Property ("Sale Order") (Doc. No. 802) which authorized sale of the Property pursuant to the terms of the Purchase Agreement.

7. At closing, the Buyer paid $3,000.00 for the Property.

8. The net proceeds (the "Net Proceeds") received by the Estate were $3,000.00.

9. The Debtor received the Net Proceeds from the closing of the transaction on October 4, 2021 and the Debtor deposited the net proceeds in the Debtor in Possession account. The ALTA Settlement Statement for the transaction is available upon request.

        WALKER & ASSOCIATES, P.C.

        By: <u>/filed electronically 10/05/2021</u>
           Thomas D. Walker
           500 Marquette N.W., Suite 650
           Albuquerque, N.M. 87102
           (505) 766-9272
           e-mail: twalker@walkerlawpc.com
        *Attorneys for Debtor in Possession*

<u>Certificate of Service</u>

I hereby certify that, on October 5, 2021, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

<u>s/ filed electronically 10/05/2021</u>
Thomas D. Walker