October 19th 2021

**FILED**

at 2:27 o'clock P M

OCT 21 2021

United States Bankruptcy Court
Albuquerque, New Mexico

Dear Jude Thuma:

I am a victim of sexual abuse from a Priest in the Archdiocese of Santa Fe that never should have been allowed to continue being a Priest knowing he was a predator.

Please keep all the victims in mind when you rule on the Arbitration hearing set for Monday. Some victims have passed- and some are not in good health like myself-waiting for Justice and closure. Your decision could bring closure to all victims- or continue this nightmare for everyone.

If you or a family member had been abused by a Priest and church you trusted, you would want Justice and closure ASAP like all of us. Three years is a long time waiting and waiting for closure.

Please help us !!!!! ☹     John Doe XXXX