| | |
|---|---|
| In re: | Case No. 18-13027-t |
| Roman Catholic Church of the Archdiocese | Chapter 11 |
| Associated Case in 10th Circuit Court of | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1084-1 | User: admin | Page 1 of 8 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdfor1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

**Recip ID          Recipient Name and Address**
   +    James Carter, BLANK ROME LLP, 1825 Eye Street NW, Washington DC 20006-5403

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron J. Boland | on behalf of Interested Party Laura Holmes aaron@aaronbolandlaw.com |
| Alicia C. Lopez | on behalf of Creditor John Doe #1  2, 4, 5, 6 alopez@rothsteinlaw.com, melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com |
| Andrew Berne Indahl | on behalf of Plaintiff Thomas Paickattu andy@alturalawfirm.com |
| Andrew Berne Indahl | on behalf of Creditor Thomas Paickattu andy@alturalawfirm.com |
| Angela Swenson | on behalf of Creditor State of New Mexico  Workers Compensation Administration ASwenson@nmag.gov |

Annie Coogan
    on behalf of Creditor Rudy Blea annie@cooganlawnm.com

Benjamin Feuchter
    on behalf of Interested Party John Wester bfeuchter@hinklelawfirm.com jmason@hinklelawfirm.com

Brian D Harrison
    on behalf of Interested Party Arrowood Indemnity Company brian.harrison@clydeco.us

Britton C Lewis
    on behalf of Interested Party Arrowood Indemnity Company bcl@crlaw.com

Bruce Anderson
    on behalf of Debtor Roman Catholic Church of the Archdiocese of Santa Fe baafiling@eaidaho.com brucea@eaidaho.com

Bruce D. Celebrezze
    on behalf of Interested Party Arrowood Indemnity Company bruce.celebrezze@clydeco.us barbara.chaney@clydeco.us,robert.willis@clydeco.us,andrea.mackenzie@clydeco.us

Bryan G. Smith
    on behalf of Interested Party Various tort claimants bsmith@tamakilaw.com

Carlos Sedillo
    on behalf of Interested Party Various tort claimants csedillo@fchclaw.com

Caroline Manierre
    on behalf of Creditor John Doe #1  2, 4, 5, 6 cmanierre@rothsteinlaw.com, melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com

Caroline Manierre
    on behalf of Interested Party Various tort claimants cmanierre@rothsteinlaw.com melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com

Carolyn M Nichols
    on behalf of Creditor John Doe #1  2, 4, 5, 6 cmnichols@rothsteinlaw.com, melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com

Catalina Sugayan
    on behalf of Interested Party Great American Insurance Company catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Charles S Glidewell
    on behalf of U.S. Trustee United States Trustee charles.glidewell@usdoj.gov

Charles V Henry, IV
    on behalf of Interested Party Karen Arellano charlie@walcottlaw.com

Charles V Henry, IV
    on behalf of Interested Party Manuel Gutierrez charlie@walcottlaw.com

Chris W Pierce
    on behalf of Debtor Roman Catholic Church of the Archdiocese of Santa Fe cpierce@walkerlawpc.com piercelawfirm@gmail.com;WalkerLawPC14@gmail.com;cramirez@walkerlawpc.com

Christopher P. Winters
    on behalf of Interested Party Various tort claimants cwinters@fchclaw.com

Christopher Robert Carroll
    on behalf of Interested Party United States Fire Insurance Company Erika.Letteri@kennedyslaw.com

Clifford C Gramer, Jr
    on behalf of Interested Party Jimmy Day cliffordgramerlaw@gmail.com amyccglaw@gmail.com

Clifford C Gramer, Jr
    on behalf of Interested Party Jennifer Day cliffordgramerlaw@gmail.com amyccglaw@gmail.com

Daniel Fasy
    on behalf of Interested Party Various tort claimants dan@fasylaw.com

Daniel A. White
    on behalf of Interested Party Clarke Coll dwhite@askewwhite.com enunez@askewwhite.com;mvallejos@askewwhite.com;hhenry@askewwhite.com;askewwhiteadmin@ecf.courtdrive.com

Daniel A. White
    on behalf of Interested Party Philip J. Montoya dwhite@askewwhite.com enunez@askewwhite.com;mvallejos@askewwhite.com;hhenry@askewwhite.com;askewwhiteadmin@ecf.courtdrive.com

Daniel A. White
    on behalf of Interested Party Edward A. Mazel dwhite@askewwhite.com enunez@askewwhite.com;mvallejos@askewwhite.com;hhenry@askewwhite.com;askewwhiteadmin@ecf.courtdrive.com

| | |
|---|---|
| Daniel A. White | on behalf of Interested Party Yvette J. Gonzales dwhite@askewwhite.com enunez@askewwhite.com;mvallejos@askewwhite.com;hhenry@askewwhite.com;askewwhiteadmin@ecf.courtdrive.com |
| Daniel J. Schufreider | on behalf of Interested Party Catholic Mutual Relief Society of America dschufreider@schiffhardin.com |
| David M. Spector | on behalf of Interested Party Catholic Mutual Relief Society of America dspector@schiffhardin.com |
| Daymon Brandeis Ely | on behalf of Interested Party Various tort claimants daymon@daymonely.com  darlene@daymonely.com |
| Daymon Brandeis Ely | on behalf of Creditor Barbara Deschaine daymon@daymonely.com  darlene@daymonely.com |
| Dean Joseph McElroy | on behalf of Interested Party Arrowood Indemnity Company dean.mcelroy@clydeco.us |
| Dennis A Banning | on behalf of Defendant Santa Maria de La Paz Catholic Community nmfl@nmfinanciallaw.com banninglaw@yahoo.com;dab@nmfinanciallaw.com;banningdr54167@notify.bestcase.com;dfh@nmfinanciallaw.com |
| Dennis A Banning | on behalf of Interested Party Santa Maria de La Paz Parish nmfl@nmfinanciallaw.com banninglaw@yahoo.com;dab@nmfinanciallaw.com;banningdr54167@notify.bestcase.com;dfh@nmfinanciallaw.com |
| Derek T Braslow | on behalf of Creditor John Doe (JS) - Claim No. 419-1 derek@thebraslowfirm.com |
| Derek T Braslow | on behalf of Creditor John Doe 124 derek@thebraslowfirm.com |
| Don F Harris | on behalf of Interested Party Santa Maria de La Paz Parish nmfl@nmfinanciallaw.com briefwriter@comcast.net;donharrislawfirm@gmail.com;nmflcmecf@gmail.com;r54167@notify.bestcase.com;dab@nmfinanciallaw.com |
| Douglas R Vadnais | on behalf of Interested Party Biophilia Foundation  Inc. drv@modrall.com, doloress@modrall.com,doloress@ecf.courtdrive.com |
| Douglas R Vadnais | on behalf of Interested Party Celia Maestas drv@modrall.com  doloress@modrall.com,doloress@ecf.courtdrive.com |
| Eric Nieuwenhuis Kniffin | on behalf of Creditor Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe ekniffin@lrrc.com |
| Everett J. Cygal | on behalf of Interested Party Catholic Mutual Relief Society of America ecygal@schiffhardin.com |
| Ford Elsaesser | on behalf of Debtor Roman Catholic Church of the Archdiocese of Santa Fe ford@eaidaho.com |
| Geoffrey M. Miller | on behalf of Interested Party St. Paul Fire & Marine Insurance Company  a wholly owned subsidiary of The Travelers Companies, Inc. geoffrey.miller@dentons.com |
| Hannah Dolski | on behalf of Creditor Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe hdolski@lrrc.com |
| Iain AW Nasatir | on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com |
| Jack Hardwick | on behalf of Interested Party Discalced Carmelite Nuns of Santa Fe  New Mexico jhardwick@SommerUdall.com, lag@SommerUdall.com |
| Jaime A. Pena | on behalf of U.S. Trustee United States Trustee jaime.a.pena@usdoj.gov Lynn.ReneDiamond@usdoj.gov;Mary.L.Johnson@usdoj.gov |
| James Jurgens | on behalf of Interested Party Anchorum St. Vincent jrj@j-wlaw.com |
| James Moffitt | on behalf of Interested Party Great American Insurance Company james.moffitt@clydeco.us |
| James I. Stang | on behalf of Plaintiff Official Committee of Unsecured Creditors jstang@pszjlaw.com |
| James I. Stang | on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com |

Jamison Barkley
    on behalf of Creditor Claim No. 300 jamison@jamisonbarkley.com

Jillian Dennehy
    on behalf of Interested Party United States Fire Insurance Company jillian.dennehy@kennedyslaw.com

John D. Sloan, Jr.
    on behalf of Interested Party Laura Holmes pfoster@sloanfirm.com

John D. Sloan, Jr.
    on behalf of Interested Party Various tort claimants pfoster@sloanfirm.com

John F. McIntyre
    on behalf of Interested Party Catholic Mutual Relief Society of America jmcintyre@montand.com

Jonathan B. Alter
    on behalf of Interested Party St. Paul Fire & Marine Insurance Company jalter@travelers.com

Joseph A. Blumel, III
    on behalf of Interested Party Various tort claimants joseph@blumellaw.com

Joseph Mark Fisher
    on behalf of Interested Party Catholic Mutual Relief Society of America mfisher@schiffhardin.com

Joshua D Weinberg
    on behalf of Interested Party Great American Insurance Company jweinberg@goodwin.com

Kenneth Harris Brown
    on behalf of Plaintiff Official Committee of Unsecured Creditors kbrown@pszjlaw.com hphan@pszjlaw.com

Kenneth Harris Brown
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kbrown@pszjlaw.com hphan@pszjlaw.com

Kenneth Harris Brown
    on behalf of Plaintiff (PSZJ) Official Committee of Unsecured Creditors kbrown@pszjlaw.com hphan@pszjlaw.com

Kevin VanLandingham
    on behalf of Defendant United States of America Small Business Administration kevin.p.vanlandingham@usdoj.gov

Kevin VanLandingham
    on behalf of Defendant Jovita Corranza kevin.p.vanlandingham@usdoj.gov

Laura R Callanan
    on behalf of Interested Party J. W. laura@curtislawfirm.org
    lisa@curtislawfirm.org;amalia@curtislawfirm.org;filing@curtislawfirm.org

Leslie D. Maxwell
    on behalf of Interested Party Villa Santa Maria Inc. lmaxwell@maxwellgilchrist.com,
    9786701420@filings.docketbird.com;aburnside@maxwelllawpc.com;

Leslie D. Maxwell
    on behalf of Interested Party Catholic Charities Inc. lmaxwell@maxwellgilchrist.com,
    9786701420@filings.docketbird.com;aburnside@maxwelllawpc.com;

Levi A Monagle
    on behalf of Interested Party Various Tort Claimants levi@hallmonagle.com

Levi A Monagle
    on behalf of Creditor John Doe 124 levi@hallmonagle.com

Levi A Monagle
    on behalf of Creditor John Does 67 69, 70, 71, 73, 74, 76, 77, 78, 79, 80, 82, 83, 84, 87, 88, 90, 91, 92, 93, 94, 96, and Jane Does
    G, I, L and M levi@hallmonagle.com

Levi A Monagle
    on behalf of Creditor Committee Brad D. Hall levi@hallmonagle.com

Lisa Entress Pullen
    on behalf of Interested Party Arrowood Indemnity Company pullenl@civerolo.com

Lisa K. Curtis
    on behalf of Interested Party J. W. lisa@curtislawfirm.org
    steven@curtislawfirm.org;pauline@curtislawfirm.org;filing@curtislawfirm.org

Manuel Hernandez
    on behalf of Interested Party Various tort claimants mhernandez@fchclaw.com

Merit Bennett
    on behalf of Plaintiff John Doe tblgexternalmail@gmail.com
    mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com

Merit Bennett
    on behalf of Creditor John Doe tblgexternalmail@gmail.com

| | |
|---|---|
| Merit Bennett | mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com on behalf of Creditor John Doe Victim tblgexternalmail@gmail.com mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com |
| Merit Bennett | on behalf of Creditor Doe 377 tblgexternalmail@gmail.com mb@thebennettlawgroup.com;tk@thebennettlawgroup.com;ag@thebennettlawgroup.com;dv@thebennettlawgroup.com |
| Michele Backus Konigsberg | on behalf of Interested Party Great American Insurance Company mbackus@goodwin.com |
| Nancy S Cusack | on behalf of Interested Party Patrick J. Hough ncusack@hinklelawfirm.com cwilson@hinklelawfirm.com |
| Patrick Maxcy | on behalf of Interested Party St. Paul Fire & Marine Insurance Company a wholly owned subsidiary of The Travelers Companies, Inc. patrick.maxcy@dentons.com |
| Paul M Fish | on behalf of Interested Party Sons of the Holy Family Inc pmfish@modrall.com, nikkim@modrall.com;nikkim@ecf.courtdrive.com |
| Paul M Fish | on behalf of Interested Party The Catholic Foundation of the Archdiocese of Santa Fe pmfish@modrall.com nikkim@modrall.com;nikkim@ecf.courtdrive.com |
| Paul M Linnenburger | on behalf of Creditor Doe 377 paul@attorneyslane.com melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com |
| Paul M Linnenburger | on behalf of Creditor Various tort claimants paul@attorneyslane.com melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com |
| Paul M Linnenburger | on behalf of Creditor John Doe #1 2, 4, 5, 6 paul@attorneyslane.com, melopez@rothsteinlaw.com;psanchez@rothsteinlaw.com;nrivera@rothsteinlaw.com;dchalan@rothsteinlaw.com;ldelgado@rothsteinlaw.com;bjtrujillo@rothsteinlaw.com |
| Paul Russell Harris | on behalf of Creditor Congregation of the Blessed Sacrament Province of St. Ann pharris@ulmer.com |
| Pierre Levy | on behalf of Creditor Christine Romero pierre@ofrielandlevy.com |
| Robert M. Charles, Jr. | on behalf of Creditor Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Sacred Heart - Espanola rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Rev. Timothy A. Martinez rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Attorney Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Risen Savior Catholic Community rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Rev. Msgr. Lambert J. Luna rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Very Rev. James Marshall rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Our Lady of the Annunciation rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Rev. Msgr. Bennett J. Voorhies rcharles@lewisroca.com |

BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Tony Salgado rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant San Miguel rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Santa Maria de La Paz Catholic Community rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant La Santisima Trinidad rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Stan Sluder rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant St. Patrick - St. Joseph rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant San Clemente rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Immaculate Heart of Mary rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe rcharles@lewisroca.com  BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Rev. Clarence Maes rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant The Archdiocese of Santa Fe Real Estate Corporation rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Our Lady of Guadalupe - Clovis rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Rev. John Trambley rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant St. John Vianney Church rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Jennifer Cantrell rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant St. Patrick - Chama rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant St. Anthony - Questa rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Holy Family - Chimayo rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Immaculate Conception - Albuquerque rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.
on behalf of Defendant Bernard E. "Gig" Brummell rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com

Robert M. Charles, Jr.

| | |
|---|---|
| | on behalf of Defendant Nativity of the Bless Virgin Mary rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant St. Thomas Apostle rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Our Lady of the Assumption Albuquerque rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Cristo Rey Parish rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant St. Jude Thaddeus rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Our Lady of Belen rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Rev. John Cannon rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant St. John the Baptist - Santa Fe rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Nativity of the Blessed Virgin Mary rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Church of the Ascension rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Sacred Heart - Albuquerque rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Nuestra Senora de Guadalupe - Taos rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Holy Cross rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant Shrine of Our Lady of Guadalupe - Santa Fe rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Robert M. Charles, Jr. | on behalf of Defendant St. Thomas Aquinas rcharles@lewisroca.com BankruptcyNotices@LRRC.com,robert-charles-1072@ecf.pacerpro.com |
| Ronald Barliant | on behalf of Interested Party John Wester ronald.barliant@goldbergkohn.com |
| Sam L. Fadduol | on behalf of Interested Party Various tort claimants sfadduol@fchclaw.com |
| Samuel I. Roybal | on behalf of Debtor Roman Catholic Church of the Archdiocese of Santa Fe sroybal@walkerlawpc.com WalkerLawPC14@gmail.com,mlara@walkerlawpc.com |
| Sara Hunkler | on behalf of Interested Party Great American Insurance Company shunkler@goodwin.com |
| Sharon T. Shaheen | on behalf of Interested Party Catholic Mutual Relief Society of America sshaheen@montand.com ltalley@montand.com |
| Spencer Lewis Edelman | on behalf of Interested Party Sons of the Holy Family Inc sle@modrall.com, doloress@modrall.com,doloress@ecf.courtdrive.com |
| Stephanie Schaeffer | on behalf of Defendant Roman Catholic Church of the Archdiocese of Santa Fe sschaeffer@idealawgroupllc.com sschaeffer@idealawgroupllc.com |

| | |
|---|---|
| Steven A Levy | on behalf of Interested Party John Wester steven.levy@goldbergkohn.com |
| Thomas D Walker | on behalf of Plaintiff Roman Catholic Church of the Archdiocese of Santa Fe twalker@walkerlawpc.com mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com |
| Thomas D Walker | on behalf of Defendant Roman Catholic Church of the Archdiocese of Santa Fe twalker@walkerlawpc.com mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com |
| Thomas D Walker | on behalf of Defendant The Roman Catholic Church of the Archdiocese of Santa Fe twalker@walkerlawpc.com mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com |
| Thomas D Walker | on behalf of Debtor Roman Catholic Church of the Archdiocese of Santa Fe twalker@walkerlawpc.com mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com |
| Thomas D Walker | on behalf of Accountant REDW LLC, CPAs twalker@walkerlawpc.com, mlara@walkerlawpc.com;sroybal@walkerlawpc.com;WalkerLawPC14@gmail.com;spatteson@walkerlawpc.com;mdevine@walkerlawpc.com |
| United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| Vito Ray de la Cruz | on behalf of Interested Party Various tort claimants vito@tamakilaw.com |
| William R Keleher | on behalf of Interested Party Santa Fe RC LLC wkeleher@srklawnm.com, ltroast@srklawnm.com;lori@srklawnm.com;ljimenez@srklawnm.com |
| William Ross Keeler | on behalf of Interested Party William R Keeler billkeeler@keelerandkeeler.com raelynn@keelerandkeeler.com |

TOTAL: 153



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,<br><br>Debtor-in-Possession. | Chapter 11<br><br>Case No. 18-13027-t11 |

## STIPULATED ORDER APPROVING SECOND INTERIM FEE APPLICATION OF BLANK ROME LLP, SPECIAL COUNSEL FOR THE DEBTOR

THIS MATTER came before the Court on the Second Interim Fee Application (the "Second Fee Application") of Blank Rome LLP, Special Counsel for the Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole (the "Debtor") in the above captioned case, filed November 4, 2021, Doc. No. 871 (the "Second Fee Application"). The Court, having reviewed the record and the Second Fee Application, and being sufficiently advised, FINDS:

A. The Debtor retained Blank Rome LLP to provide accounting and financial services essential to Debtor's reorganization efforts. The First Fee Application is the first filed by Blank Rome LLP in this case in the capacity as the Debtor's special insurance counsel.

Blank Rome LLP seeks allowance of compensation for the Second Application Period (August 1, 2020 through July 31, 2021);

B. On November 4, 2021, notice was given of the Second Fee Application, Doc. No. 874 ("the Notice") in accordance with the Bankruptcy Code and Bankruptcy Rules 2002(a)(6) and 9006(f), to all persons on the official mailing list maintained by the Clerk of the Bankruptcy Court in connection with this case and on confidential claimants and attorneys not receiving ECF notifications. The Notice specified a period of 21 days, plus 3 days resulting from service of the Notice by mail, for a total of 24 days, to object to the Second Fee Application;

C. The Notice was sufficient in the particular circumstances;

D. The objection deadline has expired, with no objections to the Second Fee Application having been filed;

E. In response to inquiry from the Office of the United States Trustee, Blank Rome has agreed to reduce its fees in the amount of $488.70 for an inadvertent duplicate time entry.

F. The Second Fee Application complies with the requirements of Bankruptcy Rule 2016 and the local rules;

G. The compensation sought in the Second Fee Application is reasonable compensation for actual and necessary services that benefited the estate, and should be approved; and

H. Entry of this order is appropriate under Bankruptcy Code §§330(a), 331, and 503(b)(2).

IT IS THEREFORE ORDERED:

1. For the period specified in the Second Fee Application (August 1, 2020 through July 31, 2021), the Court approves compensation for Blank Rome LLP in the total amount of $172,206.69, consisting of $171,901.60 (reduced from $172,390.30 by $488.70), in professional

fees, and $305.09 in expenses.

2. The payments made by Debtor to Blank Rome LLP during the Second Fee Application Period are approved, and Debtor is authorized to pay Blank Rome LLP the unpaid balance of the approved compensation.

### END OF ORDER ###

Respectfully submitted:

*/s/ Bruce A. Anderson*
Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
(208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

-and-

*/s/ Thomas D. Walker*
Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, NM 87102
(505) 766-9272
Fax: (505) 772-9287
twalker@walkerlawpc.com

*Counsel for Debtor-in-Possession*

*/s/ approved by e-mail on 11/30/2021*
James Carter
BLANK ROME LLP
1825 Eye Street NW
Washington DC 20006
Phone: 202.420.3409
Email: JCarter@blankrome.com
*Special Insurance Counsel for Debtor*

*/s/ approved by e-mail on 11/30/2021*
Jaime A. Pena
Trial Attorney
Office of the U.S. Trustee
421 Gold St. SW, Rm. 112
P.O. Box 608
Albuquerque, NM 87103
(202) 573-6968
Jaime.A.Pena@usdoj.gov