UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF SANTA FE,   Case No. 18-13027-t11

Debtor.

## NOTICE OF STATUS CONFERENCE ON RELATED BANKRUPTCIES

On **February 14, 2022 at 10:30 a.m.**, a status conference will be held before the Honorable David Thuma, Brazos Courtroom, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd NW, 5th Floor, Albuquerque, New Mexico, regarding the related bankruptcy cases.

Parties in interest may participate in person or by telephone. Those wishing to appear by telephone must call the toll-free number approximately five (5) minutes prior to the start time and enter the access code set forth below:

Call in Number: (888) 684-8852
Access Code: 3661269

Parties calling in will be placed on hold until the conference call is activated. Parties should mute their telephone until the case is called.

Respectfully submitted,

ASKEW & WHITE, LLC

By: *s/ filed electronically*
   Daniel A. White
   1122 Central Ave. SW, Suite 1
   Albuquerque, NM 87102
   (505) 433-3097
   (505) 717-1494 (fax)
   dwhite@askewwhite.com
*Attorneys for Chapter 7 Trustees*

This certifies that a copy of the foregoing was served via the CM-ECF notification system to all parties who have entered an appearance, this 2nd day of February, 2022.

*s/ Filed electronically*
Daniel A. White