**IT IS ORDERED**

**Date Entered on Docket: February 7, 2022**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:<br><br>Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole,<br><br>Debtor-in-Possession. | Chapter 11<br><br>Bankruptcy Case No. 18-13027-t11 |

## STIPULATED ORDER

The Official Committee of Unsecured Creditors of the Roman Catholic Church of the Archdiocese of Santa Fe ("UCC") and the United States Trustee, through their undersigned counsel, have stipulated and the Court HEREBY ORDERS:

1. That the fees and costs in the *Second Interim Application for Allowance and Payment of Professional Compensation and Reimbursement of Expenses by Pachulski Stang Ziehl & Jones LLP for the Period from October 1, 2019 through October 31, 2021*, docket 916, filed January 5, 2022 ("fee application") are to be adjusted by reducing the fees by $10,045 and the costs by $1,847.61 for a total of $11,892.61 in reduced fees and costs;

1

2. The requested fees in the amount of $1,845,843.00 and expenses in the amount of $39,353.58 incurred during the period October 1, 2019 through October 31, 2021 for a total amount of $1,885,196.58, and $1,384,382.25 in fees (comprising 75% of the allowed amount) and $39,353.58 in expenses (comprising 100% of the allowed amount) less amounts paid for the Compensation Period ($1,072,379.81) on an interim basis for a total additional interim payment of $351,356.02 shall now be $1,384,382.25 less $10,045 for a total of $1,374,337.25 in fees; and, $39,353.58 less $1,847.61 for a total of $37,505.97.

3. The Court grants the fee application on an interim basis for an interim payment of $339,463.41.

*** END OF ORDER ***

APPROVED AND SUBMITTED BY:

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/James I. Stang
James I. Stang
Ilan D. Scharf
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: 310-277-6910
Fax: 310-201-0760
jstang@pszjlaw.com
ischarf@pszjlaw.com
*Counsel for the Official Committee of Unsecured Creditors*

APPROVED BY AND AS TO FORM:
MARY JOHNSON

United States Trustee
District of New Mexico
By: /s/approved by email 2/4/2022
Jaime A. Pena
Trial Attorney
Office of the U.S. Trustee
421 Gold St. SW, Rm. 112
Albuquerque, NM 87103-0608
Tel: 202-573-6968
Jaime.a.pena@usdoj.gov