**IT IS ORDERED**

**Date Entered on Docket: February 16, 2022**

_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-13027-t11 |

### ORDER APPROVING THE FIRST INTERIM
### APPLICATION FOR ALLOWANCE AND PAYMENT OF
### PROFESSIONAL COMPENSATION AND REIMBURSEMENT
### OF EXPENSES BY PACHULSKI STANG ZIEHL & JONES LLP FOR
### THE PERIOD FROM DECEMBER 18, 2018 THROUGH SEPTEMBER 30, 2019

This matter came before the Court upon the First Interim Application (the "First Interim Fee Application") of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Church of the Archdiocese of Santa Fe (the "Debtor") in the above captioned case, filed on November 27, 2019 [Docket No. 283]. The Court, having reviewed the record and the First Interim Fee Application, and being sufficiently advised, FINDS:

A. The Committee retained PSZJ to represent the Committee in all matters and proceedings in which the Committee required counsel. The First Interim Fee Application is the first filed by PSZJ in this case in PSZJ's capacity as counsel to the Committee. PSZJ seeks allowance of compensation for the First Interim Fee Application Period (December 18, 2018 through September 30, 2019);

B. On November 27, 2019, notice of the First Interim Fee Application was given [Docket No. 284] (the "Notice") in accordance with the Bankruptcy Code and Bankruptcy Rules 2002(a)(6) and 9006(f), to all persons on the official mailing list maintained by the Clerk of the Bankruptcy Court in connection with this case and on confidential claimants and attorneys not receiving ECF notifications (See Proof of Service filed on November 27, 2019 [Docket No. 284]. The Notice specified a period of 21 days, plus three days resulting from service of the Notice by mail, for a total of 24 days, to object to the First Interim Fee Application;

C. The Notice was sufficient in the particular circumstances;

D. The objection deadline has expired, with no objections to the First Interim Fee Application having been filed;

E. The First Interim Fee Application complies with the requirements of Bankruptcy Rule 2016 and the Local Rules;

F. The compensation sought in the First Interim Fee Application is reasonable compensation for actual and necessary services that benefited the estate, and should be approved; and

G. Entry of this order is appropriate under Bankruptcy Code §§330(a), 331, and 503(b)(2).

IT IS THEREFORE ORDERED:

1.  For the period specified in the First Interim Fee Application (December 18, 2018 through September 30, 2019), the Court approves compensation for PSZJ in the amount of $412,545.04 consisting of $402,065.00 for professional fees and $10,480.04 for reimbursable costs and expenses.

2.  The Debtor is authorized to pay to PSZJ the unpaid balance of the approved compensation.

###END OF ORDER###

Submitted by:

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
James I. Stang
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: 310-277-6910
Fax: 310-201-0760
jstang@pszjlaw.com

- and –

Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, NY 10017
Tel: 212-561-7721
Fax: 212-561-7777
ischarf@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors