# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: admin | Date Created: 2/16/2022 |
| Case: 18–13027–t11 | Form ID: pdfor1 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion20.aq.ecf@usdoj.gov
aty     Ilan D. Scharf     ischarf@pszjlaw.com
aty     James I. Stang     jstang@pszjlaw.com

TOTAL: 3