# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF SANTA FE, a New Mexico
corporation sole,

Debtor.

Chapter 11

Case No. 18-13027-t11

## NOTICE OF DEADLINE TO OBJECT TO APPLICATION
## OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER (I) AUTHORIZING AND APPROVING THE EMPLOYMENT OF WILLIAM L. BETTINELLI AS TORT TCR CLAIMS REVIEWER AND (II) AUTHORIZING ACTIONS TO BE TAKEN PURSUANT TO TORT ALLOCATION PROTOCOL

On July 11, 2022, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Church of the Archdiocese of Santa Fe (the "Debtor"), filed its *Application for Order (I) Authorizing and Approving the Employment of William L. Bettinelli as Tort TRC Claims Reviewer and (II) Authorizing Actions to be Taken Pursuant to Tort Allocation Protocol* ("Judge Bettinelli") (the "Application"). [Dk. 1012]

In the Application, the Committee requests entry of an order authorizing the Committee to employ Judge Bettinelli in connection with a plan to be filed by the Debtor and to authorize Judge Bettinelli to issue pre-confirmation notices to Abuse Claimants and Tort Claimants setting deadlines for submissions of Abuse and Tort Claimants' statements to him as provided in an allocation protocol attached as Exhibit B to the Application. Exhibit B is subject to Bankruptcy Court approval which will be sought in connection with confirmation of the plan.

If the Application is granted, Judge Bettinelli's fees would be as follows: review of Abuse/Tort Claims: $450,000 fee for the assessment of all Abuse/Tort Claims and $1000 per clam for the review of Abuse/Tort Claims seeking reconsideration after initial award which will be paid by the claimant as a deduction from the award. [1]

The Application and the Disclosure can be inspected at the Office of the Clerk, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102. Due to COVID-19 restrictions, you should call the clerk's office at 505-415-7999 before visiting to inspect documents. The documents may be viewed for a per page fee via the PACER (Public

---

[1] The Committee does not anticipate that Mr. Bettinelli will review claims after a request for reconsideration prior to the passage of the voting deadline on the plan, since the preliminary awards will not be disclosed until after the voting deadline. However, in an abundance of caution and in the interests of full disclosure of Mr. Bettinelli's proposed compensation, the Committee is disclosing the amount Mr. Bettinelli will be paid to review claims after the preliminary awards are disclosed.

Access to Electronic Court Records) system. Log onto PACER at ecf.nmb.uscourts.gov. For registration and use instructions, see pacer.psc.uscourts.gov/index.html.

Any party who objects to the Application must file the objection with the Clerk of the United States Bankruptcy Court for the District of New Mexico within **21 days after the date of mailing of this notice, plus three days because this notice is served by mail, for a total of 24 days**, and serve a copy of the objection on PSZJ (James I. Stang and Ilan D. Scharf), at the address below. Objections must be filed electronically to the extent required by New Mexico Local Bankruptcy Rule 5005-2. The Clerk's mailing address (for use if electronic filing is not required) is U.S. Bankruptcy Court Clerk, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102.

If any objections are timely filed, a hearing will be held on notice only to counsel for the Committee and the objecting party. If no objections are timely filed, an order granting the Application will be presented for entry without hearing or further notice.

Dated: July 11, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ James I. Stang*
 James I. Stang
 10100 Santa Monica Blvd., 13th Floor
 Los Angeles, CA 90067
 Tel: 310-277-6910
 Fax: 310-201-0760
 jstang@pszjlaw.com

 - and –

 Ilan D. Scharf
 780 Third Avenue, 34th Floor
 New York, NY 10017
 Tel: 212-561-7721
 Fax: 212-561-7777
 ischarf@pszjlaw.com
 Counsel for the Official Committee of
 Unsecured Creditors