Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW
Albuquerque, NM 87102
505–415–7999/866–291–6805
www.nmb.uscourts.gov

Case No.: 18–13027–t11
Chapter: 11
Judge: David T. Thuma
Judge/341 Location: TA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Roman Catholic Church of the Archdiocese of Santa Fe
4000 St. Josephs Place NW
Albuquerque, NM 87120
Tax ID No: 85–6009986

## NOTICE OF CONTINUED STATUS CONFERENCE

Notice is hereby given that a continued status conference will be held on:

**Monday, August 1, 2022 at 09:30 AM, before the Honorable David T. Thuma, Brazos Courtroom, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*1* – Chapter 11 Voluntary Petition for Non–Individuals, Chapter 11 Non–Individual: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders, List of Equity Security Holders. Fee Amount $1717 Filed by Roman Catholic Church of the Archdiocese of Santa Fe. Chapter 11 Plan Exclusivity Period ends: 04/2/2019. Disclosure Statement Exclusivity Period ends: 04/2/2019. (Anderson, Bruce) Modified text on 12/3/2018 to include additional documents (pts).

**BY ORDER OF THE COURT**
Lana Merewether
Clerk of Court

_____

Parties in interest may participate in person or by telephone. Those wishing to appear by telephone must call the toll–free number approximately 5 minutes prior to the start time.

Call in Number: 888–684–8852
Access Code: 3661269

You will be placed on hold until the conference call is activated. Parties should mute their telephone until their case is called.