# Notice Recipients

District/Off: 1084−1  User: admin  Date Created: 9/23/2022
Case: 18−13027−t11  Form ID: pdfor1  Total: 2

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion20.aq.ecf@usdoj.gov
aty     Thomas D Walker           twalker@walkerlawpc.com

TOTAL: 2