September 26th

FILED
at 12:16 o'clock P M

SEP 2 8 2022

United States Bankruptcy Court
Albuquerque, New Mexico

To Judge Thuma:

I am a victim of sexual abuse from a priest of the Archdiocese of Santa Fe. I was listening to the status conference Friday the 23rd.

Why –why is the settlement plan and disclosure statement taking so long?? The settlement plan was announced in May.

It is obvious that attorney Walker is not sending the documents to the insurance attorneys and all parties involved in a timely manner. He says he is-but you heard the attorney from Arrowhead Indemnity say they have not received all the documents needed to move the settlement forward.

Please-Please consider having status conferences at least every week- and imposing deadlines on the case. Maybe that will result in the settlement plan and disclosure statement.

It is absolutely ridiculous that it has taken this long. The attorneys could be referring to the Gallup bankruptcy settlement or other Archdiocese cases for reference-to move the case forward.

Thank You

John Doe XXXX

ALBUQUERQUE NM 870
26 SEP 2022 PM 3 L

US Bankruptcy Court
Judge Thuma – 5th Floor
333 Lomas Blvd NW
ABQ NM 87102


RECEIVED
SEP 2 8 2022