# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

*In re*:

**ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico Corporation Sole,**

**Debtor.**

Chapter 11

Case No. 18-13027-t11

## AFFIDAVIT OF CLAIMANT 461

I, ███████████, being duly sworn, do state and affirm as follows:

1. I am over eighteen years of age, have personal knowledge, and am competent to testify to the facts of this affidavit.

2. I submitted Claim No. 436 and am Claimant No. 461 in the above-captioned case.

3. Father Jason Sigler sexually assaulted me at St. Thomas the Apostle Catholic Church in Abiquiu when I was eight or nine years old, in 1970 or 1971.

4. I have multiple serious mental health diagnoses including schizoaffective disorder with psychosis, catatonia, and depression.

5. I have been on and off severe psychiatric medications since I had a psychotic episode while in the military in 1992.

6. I have been hospitalized for long periods at the VA psychiatric hospital in Albuquerque many times since this case was filed in December 2018.

7. I have been hospitalized at Chase, Haven, and the VA Memorial Hospital.

8. I have been involuntarily committed.

9. In February 2021, there was a court hearing where they named my cousin to be my Treatment Guardian pursuant to NMSA 1978, § 43-1-15 (1977, as amended through 2009).

10. I had no information this case was going on until early August 2022. I had not heard anything about it.

11. I never heard about this lawsuit from anyone at St. Thomas the Apostle, where I was abused and where I attend church in Abiquiu.

12. I had made confession to a priest at St Thomas the Apostle on Christmas Eve 2021 about the molestation but he did not tell me about this lawsuit.

13. During the first week of August 2022, I was speaking with a friend about what had happened to me and he told me there was a case going on and I should get a lawyer. I called the New Mexico Bar Association right away.

14. Within days of learning about this case, I hired my current attorney.

15. We submitted my proof of claim August 29, 2022.

I affirm under penalty of perjury that everything in this affidavit is true and correct to the best of my knowledge, information, and belief.

███████████
███████████, Claimant No. 436

Dated: 23 Sept 2022

STATE OF NEW MEXICO )
                    )
COUNTY OF RIO ARRIBA )

SUBSCRIBED TO AND SWORN before me this 23 day of September, 2022 by ███████
███████.

_____
NOTARY PUBLIC

My commission expires: 11-19-2022



3