**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:

| | |
|---|---|
| **ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,** | **Chapter 11**<br>**Case No. 18-13027-t11** |

**Debtor**

---

## ORDER AUTHORIZING LATE FILED CLAIM OF JOHN DOE TO BE TREATED AS TIMELY FILED

Upon the motion of John Doe a/k/a Claimant No. 461 for entry of an Order allowing his late-filed claim (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. Sections 157 and 1334; and it appearing that venue of this Chapter 11 Case and the Motion in this district is proper pursuant to 28 U.S.C. Sections 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. 157(b); and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that, as except as otherwise ordered herein, no other further notice is necessary; and the Court having reviewed the Motion and the record in this Chapter 11 Case, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. Motion is granted as set forth herein.

2. John Doe's filed claim with Claim No. 461 is to be treated as timely filed.

_____
J.