EXHIBIT 1

| No. | County | Known as Parish Name | UPC# | Church Use | Unit, Block, Lot | Subdivision | Acres | Sale Price | Date of Sale | Name of Buyer |
|---|---|---|---|---|---|---|---|---|---|---|
| 754 | Colfax | St. JOSEPH | 1-128-175-442-154 | OLD MISSION SITE (FRENCH) NO LONGER THERE | B-32, Lot 7-8 | French Corners | 2.0 | $5,150.00 | 2/14/2022 | Zabdiel Aldaz |
| 760 | Mora | ST. GERTRUDE THE GREAT | 1-092-112-128-470 | BUENA VISTA VACANT LAND | | BUENA VISTA | 3.07 | $12,100.00 | 2/14/2022 | Norene Canda |
| 751 | Quay | ST. ANNE | 1-190-055-020-262-000 | VACANT LAND COW COUNTY | TR-10, R-32, S-34 NW CORNER OF THE SW 1/4 | | 4.5 | $5,910.63 | 2/9/2022 | Carrillo Construction, LLC |
| 763 | San Miguel | ARCHDIOCESE OF SANTA FE | 1-091-097-282-205 | V ACANT LAND | T-17N, R-16E, S-31, LOTS 4-10, BL 4 | PINE FOREST SUBDIVISION | 1.00 | $38,150.00 | 2/8/2022 | Matthew Cohen |
| 764 | San Miguel | ARCHDIOCESE OF SANTA FE | 1-091-097-262-134 | VACANT LAND | T-17N, R16E, S-31, LOTS 13-16, BL 1 | PINE FOREST SUBDIVISION | 4.00 | $53,900.00 | 2/9/2022 | Carrillo Construction, LLC |
| 766 | San Miguel | ARCHDIOCESE OF SANTA FE | 1-091-097-277-187 | VACANT LAND | T-17N, R-16E, S-31, BL4 | PINE FOREST SUBDIVISION | 1.00 | $31,900.00 | 2/11/2022 | The Armand Hammer United World Colleage of the American West |
| 767 | San Miguel | ARCHDIOCESE OF SANTA FE | 1-090-097-210-235 | VACANT LAND (NOTE: MINIMUM RESERVE PRICE IS $500,000.00) | T-17N, R-15E, S-36 | MONTEZUMA | | $330,000.00 | 2/8/2022 | Jeremy Oswald |
| 750 | Socorro | OUR LADY OF SORROWS - LA JOYA | 036-009-0040 | SAN JOSE CHURCH (MOVE TO NON MISSION CRITICAL) VACANT LAND | TR-82 | | 0.27 | $5,500.00 | 2/11/2022 | Antonio Lopez |
| 737 | Socorro | ARCHDIOCESE OF SANTA FE | Z39-71M-1079 | VACANT QUIT CLAIM BY K. EDWARD SABOE | U-15, B-1011, L-8 | RIO GRANDE ESTATES | | $12,100.00 | 2/9/2022 | Kent Taylor* |
| 738 | Socorro | ARCHDIOCESE OF SANTA FE | Z39-71M-1078 | VACANT QUIT CLAIM BY K. EDWARD SABOE | U-015, B-1011, L-07 | RIO GRANDE ESTATES | | | 2/9/2022 | Kent Taylor* |
| 752 | Taos | ARCHDIOCESE OF SANTA FE | 1-071-185-413-130 | VACANT RIO GRANDE ESTATES | B-018, L-24 | RIO GRANDE ESTATES | 0.25 | $6,600.00 | 2/9/2022 | Michale Giudici |
| 748 | Taos | SAN FRANCISCO DE ASIS | 1-072-145-445-249 | ST FRANCIS SCHOOL/GYM/CONVENT/BARRAKS MOVE TO NON MISSION CRITICAL PER PASTOR | MAP 10, SURVEY 1, TR 274, TR-276 | RANCHOS DE TAOS | 3.0 | $253,000.00 | 3/3/2022 | Howard Spellman & Lisa Mitchell |
| 762 | Torrance | ARCHDIOCESE OF SANTA FE | NO UPC | VACANT LAND | U-02, B-04, L-22 | MORIARITY HEIGHTS | 2.77 | $53,900.00 | 2/9/2022 | Carrillo Construction, LLC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 739 | Torrance | ST. ALICE | 1-049-023-467-47200 | VACANT LAND | B-108, L-17-20 | WILLIARD | | $1,650.00 | 2/9/2022 | Carrillo Construction, LLC |
| 743 | Valencia | ST. THOMAS AQUINAS | 1-015-034-325-080-100220 | VACANT LAND | U-045, B-26, L-22 | RIO DEL ORO | 0.25 | $3,850.00 | 2/9/2022 | Ana Padilla* |
| 744 | Valencia | ST. THOMAS AQUINAS | 1-016-034-065-030-100450 | VACANT LAND | U-044, B-08, L-45 | RIO DEL ORO | 0.25 | | 2/10/2022 | Ana Padilla* |
| 745 | Valencia | ST. THOMAS AQUINAS | 1-016-034-065-030-100460 | VACANT LAND | U-044, B-08, L-46 | RIO DEL ORO | 0.25 | | 2/11/2022 | Ana Padilla* |
| 746 | Valencia | ST. THOMAS AQUINAS | 1-018-033-155-230-000130 | VACANT LAND | U-041, B-08, L-13 | RIO DEL ORO | 0.25 | | 2/12/2022 | Ana Padilla* |
| 747 | Valencia | ST. THOMAS AQUINAS | 1-018-034-285-140-100160 | VACANT LAND | U-041, B-64, L-16 | RIO DEL ORO | 0.25 | | 2/13/2022 | Ana Padilla* |
| 742 | Valencia | ST. THOMAS AQUINAS | 1-013-033-360-305-100140 | VACANT LAND | U-008, B-17, L-14 | RIO DEL ORO | 0.25 | | 2/14/2022 | Ana Padilla* |
| 761 | Valencia | ARCHDIOCESE OF SANTA FE | 1-017-026-410-391-101500 | VACANT | U-21, B-471, L-18 | RIO GRANDE ESTATES | 1.0 | $19,250.00 | 9/13/2022 | Red Snap Funding Group, LLC |
| 770 | Valencia | ARCHDIOCESE OF SANTA FE | 1-003-029-264-188-106100 | VACANT | U-1, L-60 | RANCHO RIO GRANDE | 5.0 | $6,930.00 | 2/10/2022 | Teles Sanchez* |
| 771 | Valencia | ARCHDIOCESE OF SANTA FE | 1-003-029-264-188-106200 | VACANT | U-1, L-61 | RANCHO RIO GRANDE | 5.0 | | 2/11/2022 | Teles Sanchez* |
| 772 | Valencia | ARCHDIOCESE OF SANTA FE | 1-012-032-140-410-100330 | VACANT QUIT CLAIM BY K. EDWARD SABOE | U-56, B-11, L-33 | RIO DEL ORO | 0.25 | | 2/12/2022 | Teles Sanchez* |

**Total Sales:** $839,890.63

*Buyer purchased a bundle of properties - total price paid shown in first line.