# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE            Chapter 11
ARCHDIOCESE OF SANTA FE, a New            Case No. 18-13027-t11
Mexico corporation sole,

Debtor.

## NOTICE OF DEADLINE TO OBJECT TO CREDITOR/CLAIMANT 461'S MOTION TO ALLOW LATE FILED CLAIM TO BE TREATED AS TIMELY

On September 28, 2022, Creditor/Claimant No. 461 ("Movant"), a creditor and claimant in the above-captioned Chapter 11 reorganization case (the "Bankruptcy Case"), filed a Motion to Allow Late Filed Claimed to be Treated as Timely (the "Motion")(Doc. No. 1113). In the Motion, the Movant asks the Court to treat his Claim as timely filed on the basis of excusable neglect because he did not receive actual notice of the Bar Date and has experienced intermittent incapacity due to psychiatric illness. The Movant, therefore, requests the Court to allow Movant to be treated as a timely creditor/claimant like all timely filed creditors/claimants and participate in the Tort Claims Allocation Protocol.

Any party who objects to this Motion must file a written objection with the Clerk of the United States Bankruptcy Court, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd NW, Ste 360, Albuquerque, New Mexico 87102 **within 21 days of the date of service of this notice, plus 3 days for mailing**. (*See* Fed.R.Bankr.P. 9006(f) regarding whether additional time is added). You must also serve a copy of your objection on Movant's counsel, The Law Office of Jamison Barkley, LLC (Jamison Barkley). If you are an attorney, you must file your objection electronically to the extent required by New Mexico Local Bankruptcy Rule 5005-4. The Clerk's mail address (for use if electronic filing is not required) is Clerk of the Bankruptcy Court, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, NM 87102. If any objections are timely filed, a hearing will be held on notice only to counsel for the Movant and objecting parties. If no objections are timely filed, an order granting the Motion will be presented without a hearing or further notice.

                                                                                    Respectfully submitted,

Date of Mailing: October 5, 2022            */s/ filed electronically on*

                                                                                       *10/05/22*

Jamison Barkley
Attorney at Law
316 Garfield Street
Santa Fe, NM  87501 (505) 995-9602
jamison@jamisonbarkley.com

## CERTIFICATE OF SERVICE

In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), this certifies that on 5th day of October 2022, a true and correct copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and via first class mail, postage prepaid, to all persons listed on the mailing matrix kept by the Clerk of the Bankruptcy Court, a copy of which is attached to the original of this Notice that will be filed with the Clerk and to the confidential mailing list maintained by the Clerk of the Bankruptcy Court that will not be attached.

*/s/ Jamison Barkley*
Filed electronically 10/05/22