FILED
at 2:32 o'clock P M

OCT 31 2022

United States Bankruptcy Court
Albuquerque, New Mexico

October 27, 2022

To Judge Thuma:

Can you please do whatever necessary to expedite the Archdiocese of Santa Fe Settlement case on November 3rd.

Victims have been waiting four years for closure and compensation for the abuse and quality of life that was lost because of it. Lost marriages, alcoholism, drugs, depression, lost jobs, incarceration, these are just a few of the affects of the abuse the Archdiocese let happen.

Please do whatever the court can do to process allocations to victims in December. That would be a great Christmas gift to all victims that have been waiting for closure.

John Doe XXXX