UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF  Case No.18-13027-t11
THE ARCHDIOCESE OF SANTA FE,
a New Mexico Corporation Sole,
    Debtor.

## NOTICE OF EFFECTIVE DATE

The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole, Debtor in the above-captioned Chapter 11 case, pursuant to the terms and provisions of the Debtor's First Amended Chapter 11 Plan of Reorganization Dated November 3, 2022 (Doc. No. 1151) (together with all exhibits and as further amended, modified, and supplemented the "Plan"), as confirmed by Order Confirming Plan (Doc. No. 1214), entered on December 28, 2022, here by gives notice that the Effective Date of the Plan, as defined in Section 3.73 of the Plan, occurred on February 16, 2023, and that all conditions to occurrence of the Effective Date, as described in Section 18.1 of the Plan, on or before that date, and that therefore, the Effective Date of the Plan is February 16, 2023.

Respectfully submitted by:

Date of Mailing: February 17, 2023

WALKER & ASSOCIATES, P.C.
*s/filed electronically 02/17/2023*
Thomas D. Walker
500 Marquette N.W., Suite 650
Albuquerque, N.M. 87102
(505) 766-9272
e-mail: twalker@walkerlawpc.com
*Attorneys for Debtor in Possession*

CERTIFICATE OF SERVICE: In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), this certifies that on February 17, 2023, a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and via first class United States mail, postage prepaid, to all persons listed on the mailing matrix kept by the Clerk of the Bankruptcy Court, a copy of which is attached to the original of this Notice that will be filed with the Clerk and to the confidential mailing list maintained by the Clerk of the Bankruptcy Court that will not be attached.
*s/ filed electronically 02/17/2023*
Thomas D. Walker