UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF　　　　　　　　　　Case No.18-13027-t11
THE ARCHDIOCESE OF SANTA FE,
a New Mexico Corporation Sole,
　　　　Debtor.

## CORRECTED NOTICE OF EFFECTIVE DATE

The Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole, Debtor in the above-captioned Chapter 11 case, pursuant to the terms and provisions of the Debtor's First Amended Chapter 11 Plan of Reorganization Dated November 3, 2022 (Doc. No. 1151) (together with all exhibits and as further amended, modified, and supplemented the "Plan"), as confirmed by Order Confirming Plan (Doc. No. 1214), entered on December 28, 2022, hereby gives notice that the Effective Date of the Plan, as defined in Section 3.73 of the Plan, occurred on February 16, 2023, and that all conditions to occurrence of the Effective Date, as described in Section 18.1 of the Plan, occurred on or before that date, and that therefore, the Effective Date of the Plan is February 16, 2023.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted by:

　　　　　　　　　　　　　　　　　　　　WALKER & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　*s/filed electronically 02/17/2023*
　　　　　　　　　　　　　　　　　　　　Thomas D. Walker
　　　　　　　　　　　　　　　　　　　　500 Marquette N.W., Suite 650
　　　　　　　　　　　　　　　　　　　　Albuquerque, N.M. 87102
　　　　　　　　　　　　　　　　　　　　(505) 766-9272
　　　　　　　　　　　　　　　　　　　　e-mail:  twalker@walkerlawpc.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Debtor in Possession*

CERTIFICATE OF SERVICE:  In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), this certifies that on February 17, 2023, a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

*s/ filed electronically 02/17/2023*
Thomas D. Walker