UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF SANTA FE,
a New Mexico Corporation Sole,
          Debtor.

Case No. 18-13027-t11

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, true and correct copies of Professional Claims filed by or on behalf of the following professionals (with docket numbers in parentheses), and a copy of this Certificate of Service were served via email to Eric Schwarz, Omni Management Group, LLC Trustee of the ASF Settlement Trust and the Unknown Tort Claims Trust at eschwarz@omniagnt.com and to Jaime A. Pena, Trial Attorney for the Office of the U.S. Trustee at Jaime.A.Pena@usdoj.gov:

    Pamela D. Kennedy (1290)
    Stelzner, Winter, Warburton, Flores & Dawes, P.A. (1289)
    Brooks Pearsall Zantow, LLC (1288)
    Jackson Loman (1287)
    Rick Chatroop (1286)
    Fierro & Company, LLC (1285)
    James W. Siebert & Associates, Inc. (1284)
    Vrapi Weeks P.A. (1283)
    Peifer, Hanson, Mullins & Baker, P.A. (1282)
    Luis Stelzner (1281)
    Walker & Associates, P.C. (1280)
    Elsaesser Anderson (1279)
    Hon. Michael Hogan (1278)
    King Industries Corporation (1277)
    Blank Rome LLP (1276)
    Pachulski Stang Ziehl & Jones LLP (1275)
    Conklin, Woodcock & Ziegler, P.C. (1274)
    Hon. William L. Bettinelli (1270)
    REDW LLC (1268)

DEADLINE FOR OBJECTIONS: Pursuant to Section 5.2.2 of the First Amended Plan of Reorganization Dated November 3, 2022, the deadline to object to Professional Claims is **May 18, 2023**.

Each of the Professional Claims requests that the Court: (a) grant approval of final compensation to the applicant for the stated application period, in the amounts set forth in each Professional Claim, for professional fees, costs, and, where applicable, gross receipts taxes; (b) allow as a priority, administrative expense under Bankruptcy Code §§ 503(b)(2) and 507(a)(1)

all such approved compensation; and, (c) authorize payment of the unpaid balance of approved compensation.

      Copies of the Professional Claims can be inspected at the Office of the Clerk, or online at a link that can be found at http://www.nmcourt.fed.us/usbc. Any party who objects to the Application must file its objection with the Clerk of the Bankruptcy Court, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Suite 360, Albuquerque, New Mexico 87102 ON OR BEFORE THE DEADLINE FOR OBJECTIONS stated above and serve a copy of the objection on the respective applicant named in the Professional Claim and on counsel for the Archdiocese, Thomas D. Walker, Walker & Associates, P.C., 500 Marquette NW, Suite 650, Albuquerque, NM 87102. If any objections are timely filed, a hearing will be held on notice only to counsel for the respective applicant, counsel for the Archdiocese, and objecting parties. Orders granting the Professional Claims to which no objections are timely filed will be presented to the Court without further notice.

      Respectfully submitted,
WALKER & ASSOCIATES, P.C.

*/s/ submitted electronically 04/03/2023*
    Thomas D. Walker
    500 Marquette N.W., Suite 650
    Albuquerque, New Mexico 87102
    (505) 766-9272
    Fax: (505) 722-9287
    twalker@walkerlawpc.com
Counsel for the Archdiocese of Santa Fe

I hereby certify that, on April 3, 2023, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and via email to the Post-Confirmation Notice Parties as follows:

Eric Schwarz
Omni Management Group, LLC
Trustee of the ASF Settlement Trust and
the Unknown Tort Claims Trust
eschwarz@omniagnt.com

Jaime A. Pena
Trial Attorney
Office of the U.S. Trustee
Jaime.A.Pena@usdoj.gov

*/s/ filed electronically 04/03/2023*
Thomas D. Walker