# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW MEXICO

In re: ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, A NEW MEXICO CORPORATION SOLE
Debtor(s)

Case No. 18-13027

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2023

Petition Date: 12/03/2018

Plan Confirmed Date: 12/28/2022

Plan Effective Date: 02/16/2023

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

---

Bruce A. Anderson /s/
Signature of Responsible Party

04/20/2023
Date

Bruce A. Anderson
Printed Name of Responsible Party

320 East Neider Ave, Suite 102
Coeur d' Alene, ID 83815
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $131,980,234 | $131,980,234 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $131,980,234 | $131,980,234 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $59,841 | $7,202,556 | $59,841 | $7,202,556 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Alan M Malott | Other | $0 | $65,544 | $0 | $65,544 |
| ii | Blank Rome LLP | Other | $0 | $819,247 | $0 | $819,247 |
| iii | Elsaesser Anderson CHTD | Lead Counsel | $15,736 | $1,461,484 | $15,736 | $1,461,484 |
| iv | King Industries Corporation | Financial Professional | $3,362 | $200,506 | $3,362 | $200,506 |
| v | Leo S Papas | Other | $0 | $1,354 | $0 | $1,354 |
| vi | Adjudicate Inc | Other | $0 | $235,000 | $0 | $235,000 |
| vii | Stelzner LLC | Local Counsel | $0 | $34,276 | $0 | $34,276 |
| viii | Peifer Hanson Mulins and Bake | Local Counsel | $0 | $119,304 | $0 | $119,304 |
| ix | Stelzner Winter Warburton Flor | Local Counsel | $0 | $235,114 | $0 | $235,114 |
| x | Walker and Associates PC | Local Counsel | $36,026 | $1,591,437 | $36,026 | $1,591,437 |
| xi | Plugajawea Productions LLC | Other | $0 | $75,315 | $0 | $75,315 |
| xii | Pachulski Stang Ziehl and Jones | Other | $0 | $2,354,482 | $0 | $2,354,482 |
| xiii | Conklin Woodcock and Ziegler | Other | $2,802 | $4,886 | $2,802 | $4,886 |
| xiv | Jackson Loman Stanford Down | Other | $1,915 | $4,606 | $1,915 | $4,606 |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

|   |          |   |   |   |   |   |
|---|----------|---|---|---|---|---|
|   | lxxii    |   |   |   |   |   |
|   | lxxiii   |   |   |   |   |   |
|   | lxxiv    |   |   |   |   |   |
|   | lxxv     |   |   |   |   |   |
|   | lxxvi    |   |   |   |   |   |
|   | lxxvii   |   |   |   |   |   |
|   | lxxviii  |   |   |   |   |   |
|   | lxxix    |   |   |   |   |   |
|   | lxxx     |   |   |   |   |   |
|   | lxxxi    |   |   |   |   |   |
|   | lxxxii   |   |   |   |   |   |
|   | lxxxiii  |   |   |   |   |   |
|   | lxxxiv   |   |   |   |   |   |
|   | lxxxv    |   |   |   |   |   |
|   | lxxxvi   |   |   |   |   |   |
|   | lxxxvi   |   |   |   |   |   |
|   | lxxxvi   |   |   |   |   |   |
|   | lxxxix   |   |   |   |   |   |
|   | xc       |   |   |   |   |   |
|   | xci      |   |   |   |   |   |
|   | xcii     |   |   |   |   |   |
|   | xciii    |   |   |   |   |   |
|   | xciv     |   |   |   |   |   |
|   | xcv      |   |   |   |   |   |
|   | xcvi     |   |   |   |   |   |
|   | xcvii    |   |   |   |   |   |
|   | xcviii   |   |   |   |   |   |
|   | xcix     |   |   |   |   |   |
|   | c        |   |   |   |   |   |
|   | ci       |   |   |   |   |   |

|    |                                                                                                              |                         | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|--------------------------------------------------------------------------------------------------------------|-------------------------|--------------------------|---------------------|----------------------|-----------------|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total*     |                         | $345                     | $436,426            | $345                 | $436,426        |
|    | *Itemized Breakdown by Firm*                                                                                 |                         |                          |                     |                      |                 |
|    | Firm Name                                                                                                    | Role                    |                          |                     |                      |                 |
| i  | REDW LLC                                                                                                     | Financial Professional  | $0                       | $332,550            | $0                   | $332,550        |
| ii | King Industries Corporation                                                                                  | Financial Professional  | $345                     | $52,505             | $345                 | $52,505         |
| iii| Peifer Hanson Mulins and Bake                                                                                | Local Counsel           | $0                       | $101                | $0                   | $101            |
| iv | Stelzner Winter Warburton Flor                                                                               | Local Counsel           | $0                       | $51,270             | $0                   | $51,270         |
| v  |                                                                                                              |                         |                          |                     |                      |                 |
| vi |                                                                                                              |                         |                          |                     |                      |                 |

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

|     |                                                           |     |     |          |            |          |            |
| --- | --------------------------------------------------------- | --- | --- | -------- | ---------- | -------- | ---------- |
|     | xci                                                       |     |     |          |            |          |            |
|     | xcii                                                      |     |     |          |            |          |            |
|     | xciii                                                     |     |     |          |            |          |            |
|     | xciv                                                      |     |     |          |            |          |            |
|     | xcv                                                       |     |     |          |            |          |            |
|     | xcvi                                                      |     |     |          |            |          |            |
|     | xcvii                                                     |     |     |          |            |          |            |
|     | xcviii                                                    |     |     |          |            |          |            |
|     | xcix                                                      |     |     |          |            |          |            |
|     | c                                                         |     |     |          |            |          |            |
|     | ci                                                        |     |     |          |            |          |            |
| c.  | All professional fees and expenses (debtor & committees)  |     |     | $60,186  | $7,638,982 | $60,186  | $7,638,982 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

|                              | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
| ---------------------------- | ------------------------------------- | -------------------- | --------------- | -------------- | ------------------------ |
| a. Administrative claims     | $1,361,816                            | $60,186              | $8,383,551      | $9,745,367     | 86%                      |
| b. Secured claims            | $0                                    | $0                   | $0              | $0             | 0%                       |
| c. Priority claims           | $0                                    | $0                   | $0              | $0             | 0%                       |
| d. General unsecured claims  | $0                                    | $0                   | $0              | $0             | 0%                       |
| e. Equity interests          | $0                                    | $0                   | $0              |                |                          |

### Part 4: Questionnaire

a. Is this a final report?   Yes ◉   No ○

    If yes, give date Final Decree was entered: 03/31/2023

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

Debtor's Name ROMAN CATHOLIC CHURCH OF THE  
ARCHDIOCESE OF SANTA FE, A NEW

Case No. 18-13027

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ (signed)  
Signature of Responsible Party  
Chief Financial Officer  
Title

Tony Salgado  
Printed Name of Responsible Party  
04/20/2023  
Date


Page 1


Other Page 1


Page 2 Minus Tables

Bankruptcy Table 1-50



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page