# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole, | Case No. 18-13027-t11 |
| Debtor. | |

**AMENDED EXHIBIT B TO FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD FROM DECEMBER 18, 2018 THROUGH FEBRUARY 16, 2023, INCLUDING THE <u>THIRD FEE PERIOD OF NOVEMBER 1, 2021 THROUGH FEBRUARY 16, 2023</u> [DOCKET NO. 1275]**

Pachulski Stang Ziehl & Jones LLP ("<u>PSZJ</u>"), counsel for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the Roman Catholic Church of the Archdiocese of Santa Fe (the "<u>Debtor</u>"), hereby submits this **Amended Exhibit B** to its *Final Application for Allowance and Payment of Professional Fees and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP for the Period from December 18, 2018 through February 16, 2023 [Docket No. 1275]* (the "Application").

Exhibit B includes invoices for fees and costs incurred during the Third Fee Period. The fees and costs for the Third Fee Period have not been the subject of any prior interim fee application. The Amended Exhibit B includes an invoice that was inadvertently not included. The Amended Exhibit B does not change any of the amounts indicated in the Application.

Dated:  April 26, 2023

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

By     /s/James I. Stang
       James I. Stang
       10100 Santa Monica Blvd., 13th Floor
       Los Angeles, CA  90067
       Tel: 310-277-6910
       Fax: 310-201-0760
       jstang@pszjlaw.com

          - and –

       Ilan D. Scharf
       780 Third Avenue, 34th Floor
       New York, NY 10017
       Tel: 212-561-7721
       Fax: 212-561-7777
       ischarf@pszjlaw.com

       Counsel for the Official Committee of
       Unsecured Creditors

# **AMENDED EXHIBIT B**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

February 16, 2023
Invoice    132043
Client     05066
Matter     00002
**JIS**

RE:   Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/16/2023**

| | |
|---|---:|
| FEES | $61,965.00 |
| EXPENSES | $2,878.53 |
| **TOTAL CURRENT CHARGES** | **$64,843.53** |
| **BALANCE FORWARD** | **$553,178.85** |
| **LAST PAYMENT** | **$14,983.70** |
| **TOTAL BALANCE DUE** | **$603,038.68** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of Santa Fe O.C.C.

05066    - 00002

Page:      2

Invoice 132043

February 16, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| GSG | Greenwood, Gail S. | Counsel | 675.00 | 1.90 | $1,282.50 |
| IAWN | Nasatir, Iain A. W. | Partner | 675.00 | 1.70 | $1,147.50 |
| IDS | Scharf, Ilan D. | Partner | 675.00 | 49.20 | $33,210.00 |
| JIS | Stang, James I. | Partner | 675.00 | 37.90 | $25,582.50 |
| KHB | Brown, Kenneth H. | Partner | 675.00 | 1.10 | $742.50 |
| | | | | 91.80 | $61,965.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of Santa Fe O.C.C.
05066   - 00002

Page:    3
Invoice 132043
February 16, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AP | Appeals [B430] | 2.90 | $1,957.50 |
| CO | Claims Admin/Objections[B310] | 5.70 | $3,847.50 |
| GC | General Creditors Comm. [B150] | 3.70 | $2,497.50 |
| HE | Hearing | 0.60 | $405.00 |
| ME | Mediation | 0.80 | $540.00 |
| PD | Plan & Disclosure Stmt. [B320] | 78.10 | $52,717.50 |
| | | 91.80 | $61,965.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of Santa Fe O.C.C.
05066   - 00002

Page:     4
Invoice 132043
February 16, 2023

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Conference Call [E105] | $25.52 |
| Outside Services | $2,320.00 |
| Pacer - Court Research | $29.20 |
| Postage [E108] | $1.71 |
| Reproduction/ Scan Copy | $2.10 |
| Research [E106] | $500.00 |
| | $2,878.53 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of Santa Fe O.C.C.

05066    - 00002

Page:     5

Invoice 132043

February 16, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Appeals [B430]** | | | | | | |
| 12/12/2022 | KHB | AP | Review 10th Cir. notices and emails with G. Greenwood and J. Stang re same. | 0.40 | 675.00 | $270.00 |
| 12/12/2022 | GSG | AP | Review ECF notices from the 10th Circuit and emails re same. | 0.30 | 675.00 | $202.50 |
| 12/12/2022 | GSG | AP | Review 10th Cir. Local rules and related forms and telephone call with R. Charles re notice of appearance. | 0.60 | 675.00 | $405.00 |
| 12/13/2022 | KHB | AP | Emails with G.Greenwood re response to court's requests for filings. | 0.20 | 675.00 | $135.00 |
| 12/13/2022 | GSG | AP | Telephone call with R. Charles re minute order and appearances. | 0.10 | 675.00 | $67.50 |
| 12/13/2022 | GSG | AP | Confer with M. Renck re appellate filing. | 0.20 | 675.00 | $135.00 |
| 12/14/2022 | KHB | AP | Work on new filings required by court and emails with G. Greenwood re same. | 0.20 | 675.00 | $135.00 |
| 12/14/2022 | GSG | AP | Revise and circulate Notice of Appearance re 10th Circuit. | 0.30 | 675.00 | $202.50 |
| 12/19/2022 | GSG | AP | Confer with M. Renck and review COS re filing of Notice of Appearance. | 0.20 | 675.00 | $135.00 |
| 12/28/2022 | GSG | AP | Review additional filings by appellants re appearance. | 0.10 | 675.00 | $67.50 |
| 01/27/2023 | KHB | AP | Emails with R. Charles re stipulation extending dates (.2); email from J. Stang re plan confirmation (.1). | 0.30 | 675.00 | $202.50 |
| | | | | **2.90** | | **$1,957.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 10/03/2022 | IDS | CO | Call with Davies regarding claim 426 | 0.30 | 675.00 | $202.50 |
| 10/03/2022 | IDS | CO | Review research regarding claim 426 allowance as late claim. | 1.20 | 675.00 | $810.00 |
| 10/06/2022 | IDS | CO | Call with Davies regarding motion for late claim. | 0.40 | 675.00 | $270.00 |
| 10/07/2022 | IDS | CO | Email to Davies regarding late claim motion. | 0.20 | 675.00 | $135.00 |
| 10/07/2022 | IDS | CO | Call with Chambers regarding late claim motion. | 0.20 | 675.00 | $135.00 |
| 10/07/2022 | IDS | CO | Draft stipulation regarding late claims motion adjournment. | 0.80 | 675.00 | $540.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of Santa Fe O.C.C.
05066    - 00002

Page:      6
Invoice 132043
February 16, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/27/2022 | IDS | CO | Review claim no. 9, respond to SCC inquiry regarding same | 1.00 | 675.00 | $675.00 |
| 10/28/2022 | IDS | CO | Research regarding treatment of late claim and required notice to Diocese | 1.20 | 675.00 | $810.00 |
| 10/28/2022 | IDS | CO | Email to Stang regarding bad notice claims | 0.40 | 675.00 | $270.00 |
| | | | | 5.70 | | $3,847.50 |

### General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2022 | IDS | GC | Email memo to Committee and SCC regarding plan confirmation issues. | 1.10 | 675.00 | $742.50 |
| 10/14/2022 | IDS | GC | Zoom with SCC regarding plan strategy/timing/issues | 1.00 | 675.00 | $675.00 |
| 12/09/2022 | IDS | GC | Review correspondence regarding 9019 settlement. | 0.60 | 675.00 | $405.00 |
| 12/16/2022 | JIS | GC | Call with state court counsel re plan status. | 0.40 | 675.00 | $270.00 |
| 01/11/2023 | JIS | GC | Draft email to committee re status. | 0.40 | 675.00 | $270.00 |
| 01/12/2023 | JIS | GC | Calls with two survivors regarding status. | 0.20 | 675.00 | $135.00 |
| | | | | 3.70 | | $2,497.50 |

### Hearing

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2022 | IDS | HE | Prepare for and attend status hearing regarding plan status. | 0.60 | 675.00 | $405.00 |
| | | | | 0.60 | | $405.00 |

### Mediation

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/28/2022 | JIS | ME | Review/revise response to December 5 AD letter. | 0.60 | 675.00 | $405.00 |
| 01/12/2023 | JIS | ME | Call B. Knapp re status of preparation for mediation. | 0.20 | 675.00 | $135.00 |
| | | | | 0.80 | | $540.00 |

### Plan & Disclosure Stmt. [B320]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2022 | IDS | PD | Call with Walker regarding status conference. | 0.50 | 675.00 | $337.50 |
| 10/03/2022 | IDS | PD | Call with SCC regarding status conference. | 0.50 | 675.00 | $337.50 |
| 10/03/2022 | IDS | PD | Email to Schwartz regarding QSF issues for trust. | 0.40 | 675.00 | $270.00 |
| 10/03/2022 | IDS | PD | Email to Walker regarding outstanding plan | 0.30 | 675.00 | $202.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of Santa Fe O.C.C.
05066    - 00002

Page:      7
Invoice 132043
February 16, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | documents. |  |  |  |
| 10/03/2022 | IDS | PD | Review and respond to comments from White regarding class 3 ballot. | 0.30 | 675.00 | $202.50 |
| 10/04/2022 | IDS | PD | Email to Smith, Blumel, Fasy regarding medicare clearances. | 0.40 | 675.00 | $270.00 |
| 10/06/2022 | IDS | PD | Review revised plan documents; comments regarding same | 2.30 | 675.00 | $1,552.50 |
| 10/06/2022 | IDS | PD | Call with Hall and Ford regarding plan issues. | 0.80 | 675.00 | $540.00 |
| 10/06/2022 | IDS | PD | Review and respond to Walker email regarding UST issues with plan. | 0.30 | 675.00 | $202.50 |
| 10/06/2022 | IDS | PD | Analysis of medicare release language in plan. | 1.20 | 675.00 | $810.00 |
| 10/06/2022 | IDS | PD | Further review of comments received from insurers on plan documents. | 2.80 | 675.00 | $1,890.00 |
| 10/06/2022 | IDS | PD | Email to Schwartz regarding medicare release language in plan. | 0.30 | 675.00 | $202.50 |
| 10/12/2022 | IDS | PD | Research regarding ability to shorted DS deadline. | 1.20 | 675.00 | $810.00 |
| 10/20/2022 | IDS | PD | Draft spreadsheet regarding plan expenses (qualified fees) | 0.60 | 675.00 | $405.00 |
| 10/20/2022 | IDS | PD | Review collective revisions to plan documents. | 3.20 | 675.00 | $2,160.00 |
| 10/20/2022 | IDS | PD | Review and execute note and mortgage | 1.80 | 675.00 | $1,215.00 |
| 10/20/2022 | IDS | PD | Further comments to plan | 1.80 | 675.00 | $1,215.00 |
| 10/21/2022 | IDS | PD | Call with SCC regarding plan | 0.80 | 675.00 | $540.00 |
| 10/21/2022 | IDS | PD | Call with Stang regarding plan. | 1.00 | 675.00 | $675.00 |
| 10/28/2022 | IDS | PD | Review revised class 3 ballot | 0.80 | 675.00 | $540.00 |
| 11/02/2022 | IDS | PD | Revise allocation protocol. | 1.30 | 675.00 | $877.50 |
| 11/02/2022 | IDS | PD | Further revisions to allocation per call with James Stang. | 1.10 | 675.00 | $742.50 |
| 11/04/2022 | IDS | PD | Call with SCC regarding plan. | 1.00 | 675.00 | $675.00 |
| 11/04/2022 | IDS | PD | Review plan documents 3 (3.0), email with DCC regarding timeline and various plan issues (.3). | 3.30 | 675.00 | $2,227.50 |
| 11/04/2022 | IDS | PD | Review Plavin comments to Plan Docs. | 1.00 | 675.00 | $675.00 |
| 11/04/2022 | IDS | PD | Review and revise Class 3 ballot. | 0.80 | 675.00 | $540.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of Santa Fe O.C.C.

05066 - 00002

Page: 8

Invoice 132043

February 16, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2022 | IDS | PD | Attention to final solicitation package. | 1.20 | 675.00 | $810.00 |
| 11/15/2022 | IDS | PD | Final review of plan docs. | 5.00 | 675.00 | $3,375.00 |
| 11/15/2022 | IDS | PD | Review and comment on IAWN email regarding insurance. | 0.80 | 675.00 | $540.00 |
| 12/01/2022 | JIS | PD | Call with survivor re voting issues. | 0.20 | 675.00 | $135.00 |
| 12/02/2022 | IDS | PD | SCC call regarding confirmation. | 1.00 | 675.00 | $675.00 |
| 12/05/2022 | JIS | PD | Call with survivor's representative regarding deceased survivor and voting. | 0.10 | 675.00 | $67.50 |
| 12/05/2022 | JIS | PD | Call from survivor regarding voting on plan. | 0.10 | 675.00 | $67.50 |
| 12/06/2022 | JIS | PD | Response to detailed email from survivor regarding timetable. | 0.40 | 675.00 | $270.00 |
| 12/09/2022 | IDS | PD | Review correspondence regarding voting; plan. | 0.40 | 675.00 | $270.00 |
| 12/14/2022 | IDS | PD | Follow up with various SCC regarding solicitation. | 0.80 | 675.00 | $540.00 |
| 12/15/2022 | JIS | PD | Call with abuse survivor regarding plan issues. | 0.30 | 675.00 | $202.50 |
| 12/15/2022 | JIS | PD | Call T. Walker re status of promissory note and outstanding plan issues and confirming email. | 0.20 | 675.00 | $135.00 |
| 12/16/2022 | JIS | PD | Review Bettinelli claims data. | 0.10 | 675.00 | $67.50 |
| 12/19/2022 | JIS | PD | Draft email to E. Schwarz regarding computation of awards. | 0.30 | 675.00 | $202.50 |
| 12/20/2022 | JIS | PD | Emails to state court counsel regarding balloting and expense/fee reports. | 0.30 | 675.00 | $202.50 |
| 12/22/2022 | JIS | PD | Call E. Schwarz re mechanics of settlement funds and religious order settlements. | 0.60 | 675.00 | $405.00 |
| 12/22/2022 | JIS | PD | Draft confirmation press release. | 0.30 | 675.00 | $202.50 |
| 12/27/2022 | IAWN | PD | Review confirmation order and comment regarding same to Jim Stang. | 1.00 | 675.00 | $675.00 |
| 12/27/2022 | JIS | PD | Review Catholic Mutual changes to order and Debtor's response to OCC comments to confirmation order. | 0.80 | 675.00 | $540.00 |
| 12/27/2022 | JIS | PD | Call with T. Walker re comments on proposed changes to confirmation order. | 0.60 | 675.00 | $405.00 |
| 12/27/2022 | JIS | PD | Review and revise sections X and Y to confirmation order. | 0.30 | 675.00 | $202.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of Santa Fe O.C.C.
05066   - 00002

Page:     9
Invoice 132043
February 16, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/28/2022 | IAWN | PD | Review Arrowood revisions to order and comment to Jim Stang regarding same | 0.20 | 675.00 | $135.00 |
| 12/28/2022 | IAWN | PD | Review Jim Stang comments regarding same | 0.10 | 675.00 | $67.50 |
| 12/28/2022 | IAWN | PD | Telephone call with Jim Stang regarding hearing | 0.10 | 675.00 | $67.50 |
| 12/28/2022 | IAWN | PD | Telephone call with Jim Stang after hearing | 0.10 | 675.00 | $67.50 |
| 12/28/2022 | IAWN | PD | Telephone call with Jim Stang regarding issues related to confirmation order. | 0.20 | 675.00 | $135.00 |
| 12/28/2022 | JIS | PD | Review/revise three orders:  PRO, settling insurers and participating parties. | 0.40 | 675.00 | $270.00 |
| 12/28/2022 | JIS | PD | Attend confirmation hearing. | 0.80 | 675.00 | $540.00 |
| 12/28/2022 | JIS | PD | Call I. Nasatir regarding issues related to confirmation order. | 0.20 | 675.00 | $135.00 |
| 12/28/2022 | JIS | PD | Call C. Paez regarding confirmation hearing. | 0.10 | 675.00 | $67.50 |
| 12/28/2022 | JIS | PD | Call with survivor regarding status of confirmation. | 0.10 | 675.00 | $67.50 |
| 12/28/2022 | JIS | PD | Call E. Schwarz regarding distribution of settlement funds. | 0.60 | 675.00 | $405.00 |
| 12/29/2022 | JIS | PD | Call L. Ford and B. Hall regarding Christian Bros. settlement terms. | 0.20 | 675.00 | $135.00 |
| 12/29/2022 | JIS | PD | Call C. Vernon regarding Christian Brothers settlement. | 0.30 | 675.00 | $202.50 |
| 01/04/2023 | JIS | PD | Call with survivor re case status. | 0.10 | 675.00 | $67.50 |
| 01/04/2023 | JIS | PD | Call B. Hall re claim status. | 0.10 | 675.00 | $67.50 |
| 01/07/2023 | JIS | PD | Call with Eric Schwarz regarding spread sheet for fee awards. | 1.30 | 675.00 | $877.50 |
| 01/07/2023 | JIS | PD | Call L. Ford regarding tax rate and spread sheet issues. | 0.30 | 675.00 | $202.50 |
| 01/07/2023 | JIS | PD | Review emails and draft email regarding qualified fees and costs. | 0.40 | 675.00 | $270.00 |
| 01/09/2023 | JIS | PD | Review emails regarding contingency fees and gross receipts tax issues. | 0.20 | 675.00 | $135.00 |
| 01/09/2023 | JIS | PD | Call with B. Hall and B. Smith regarding qualified counsel fees defined in plan. | 0.60 | 675.00 | $405.00 |
| 01/09/2023 | JIS | PD | Call J. Blumel regarding cost statement. | 0.10 | 675.00 | $67.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of Santa Fe O.C.C.

05066 - 00002

Page: 10

Invoice 132043

February 16, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2023 | JIS | PD | Call B. Hall and B. Smith regarding gross receipts tax claim. | 0.60 | 675.00 | $405.00 |
| 01/11/2023 | JIS | PD | Call Thomas Walker regarding status of payments for effective date. | 0.10 | 675.00 | $67.50 |
| 01/11/2023 | JIS | PD | Call E. Schwarz re spreadsheet issues. | 0.80 | 675.00 | $540.00 |
| 01/11/2023 | JIS | PD | Call with L. Ford and B. Hall re spreadsheet issues. | 0.70 | 675.00 | $472.50 |
| 01/12/2023 | JIS | PD | Review spreadsheet with final comments to Eric Schwarz. | 0.20 | 675.00 | $135.00 |
| 01/12/2023 | JIS | PD | Prepare interim award letter for trust distributions. | 0.50 | 675.00 | $337.50 |
| 01/13/2023 | JIS | PD | Review and respond to email regarding calculation of the Franciscan religious order settlement. | 0.30 | 675.00 | $202.50 |
| 01/13/2023 | JIS | PD | Review and respond to email from R. Schwarz re GRT. | 0.10 | 675.00 | $67.50 |
| 01/13/2023 | JIS | PD | Review speadsheets regarding religious order and diocese payouts. | 0.80 | 675.00 | $540.00 |
| 01/13/2023 | JIS | PD | Call with E. Scwarz and state court counsel reviewing draft spreadsheet. | 1.30 | 675.00 | $877.50 |
| 01/13/2023 | JIS | PD | Call B. Hall re spreadsheet issues. | 0.40 | 675.00 | $270.00 |
| 01/14/2023 | JIS | PD | Review spreadsheets related to distributions. | 1.30 | 675.00 | $877.50 |
| 01/16/2023 | JIS | PD | Draft email regarding qualified counsel costs. | 0.20 | 675.00 | $135.00 |
| 01/16/2023 | JIS | PD | Call B. Hall regarding qualified counsel costs. | 0.20 | 675.00 | $135.00 |
| 01/16/2023 | JIS | PD | Review details regarding qualified costs. | 1.20 | 675.00 | $810.00 |
| 01/16/2023 | JIS | PD | Call with SCC re cost issues. | 0.30 | 675.00 | $202.50 |
| 01/16/2023 | JIS | PD | Call C. Nichols regarding cost issues. | 0.40 | 675.00 | $270.00 |
| 01/17/2023 | JIS | PD | Call with Eric Schwarz regarding spreadsheet. | 0.30 | 675.00 | $202.50 |
| 01/17/2023 | IDS | PD | Attention to qualified counsel fees in plan | 1.20 | 675.00 | $810.00 |
| 01/18/2023 | JIS | PD | Draft email to Schwarz regarding cost adjustments. | 0.40 | 675.00 | $270.00 |
| 01/18/2023 | JIS | PD | Call Dan Fasy re spreadsheet adjustments. | 0.10 | 675.00 | $67.50 |
| 01/18/2023 | JIS | PD | Call Eric Schwarz with update on spreadsheet adjustments. | 0.30 | 675.00 | $202.50 |
| 01/18/2023 | JIS | PD | Call L. Ford re spreadsheet adjustments and correction of claims numbers. | 1.00 | 675.00 | $675.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of Santa Fe O.C.C.

05066   - 00002

Page:    11

Invoice 132043

February 16, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/18/2023 | JIS | PD | Call E. Schwarz re spreadsheet issues. | 0.30 | 675.00 | $202.50 |
| 01/18/2023 | JIS | PD | Review spreadsheet line labels. | 0.10 | 675.00 | $67.50 |
| 01/18/2023 | JIS | PD | Call with state court counsel regarding spreadsheets. | 0.50 | 675.00 | $337.50 |
| 01/18/2023 | JIS | PD | Call with E. Scwharz re spreadsheet costs. | 0.20 | 675.00 | $135.00 |
| 01/19/2023 | JIS | PD | Call Eric Schwarz re spread sheet adjustments. | 0.10 | 675.00 | $67.50 |
| 01/19/2023 | JIS | PD | Email to E. Schwarz regarding adjustments based on prior settlements. | 0.10 | 675.00 | $67.50 |
| 01/19/2023 | JIS | PD | Review religious order settlement for inclusion of claim. | 0.10 | 675.00 | $67.50 |
| 01/20/2023 | JIS | PD | Call E. Schwarz regarding spreadsheet issues and award letters. | 0.20 | 675.00 | $135.00 |
| 01/23/2023 | JIS | PD | Call with Bryan Smith regarding issues related to chapter 7 trustee comments on award letters. | 0.30 | 675.00 | $202.50 |
| 01/23/2023 | JIS | PD | Call B. Hall regarding distribution notices. | 0.50 | 675.00 | $337.50 |
| 01/25/2023 | JIS | PD | Call with claimant regarding missing evaluation. | 0.30 | 675.00 | $202.50 |
| 01/25/2023 | JIS | PD | Call M. Devine regarding claim no. 260. | 0.10 | 675.00 | $67.50 |
| 01/25/2023 | JIS | PD | Call with E. Scwharz regarding claim no. 260 and review of same. | 0.20 | 675.00 | $135.00 |
| 01/26/2023 | JIS | PD | Call E. Schwarz regarding status of award letters and trust amendment. | 0.30 | 675.00 | $202.50 |
| 01/26/2023 | JIS | PD | Call Levi Monagle regarding plan awards. | 0.50 | 675.00 | $337.50 |
| 01/26/2023 | JIS | PD | Call T. Walker re trust amendment. | 0.20 | 675.00 | $135.00 |
| 01/26/2023 | JIS | PD | Draft motion regarding modification of trust agreement. | 2.70 | 675.00 | $1,822.50 |
| 01/26/2023 | JIS | PD | Review most recent spreadsheet. | 0.20 | 675.00 | $135.00 |
| 01/27/2023 | GSG | PD | Review emails re plan confirmation and appellate continuance. | 0.10 | 675.00 | $67.50 |
| 01/30/2023 | JIS | PD | Call with state court counsel regarding plan issues. | 0.20 | 675.00 | $135.00 |
| 01/31/2023 | JIS | PD | Draft response letter to M. Bennett re award letters. | 0.60 | 675.00 | $405.00 |
| 02/01/2023 | JIS | PD | Call abuse survivor regarding award letter and case status. | 1.30 | 675.00 | $877.50 |
| 02/02/2023 | JIS | PD | Review email from E. Schwarz and reply regarding | 0.10 | 675.00 | $67.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of Santa Fe O.C.C.
05066    - 00002

Page:    12
Invoice 132043
February 16, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | releases and Medicare certification. |  |  |  |
| 02/02/2023 | JIS | PD | Review and revise E. Schwarz memo regarding spreadsheet calculations. | 0.40 | 675.00 | $270.00 |
| 02/02/2023 | JIS | PD | Draft final survivor award letter. | 0.30 | 675.00 | $202.50 |
| 02/02/2023 | JIS | PD | Draft email to state court counsel regarding releases and Medicare certifications. | 0.40 | 675.00 | $270.00 |
| 02/03/2023 | JIS | PD | Review B. Hall email regarding deceased claimants and email to E. Schwarz re response to same. | 0.40 | 675.00 | $270.00 |
| 02/03/2023 | JIS | PD | Call with state court counsel regarding status of distributions and plan deadlines. | 0.80 | 675.00 | $540.00 |
| 02/03/2023 | JIS | PD | Call E. Schwarz regarding questions on distributions and final award letter. | 0.10 | 675.00 | $67.50 |
| 02/06/2023 | JIS | PD | Call with Brad Hall regarding issues related to chapter 7 estates. | 0.30 | 675.00 | $202.50 |
| 02/08/2023 | JIS | PD | Call E. Scwharz regarding distribution issues and creation of account. | 0.10 | 675.00 | $67.50 |
| 02/08/2023 | JIS | PD | Call M. Lorick regarding distributions of Santa Fe awards from PSZJ trust accounts. | 0.10 | 675.00 | $67.50 |
| 02/08/2023 | JIS | PD | Call Dan Fasy re mechanics for distribution to four attorney groups. | 0.10 | 675.00 | $67.50 |
| 02/09/2023 | JIS | PD | Attend hearing regarding administration of chapter 13 cases of survivors. | 0.90 | 675.00 | $607.50 |
| 02/09/2023 | JIS | PD | Call B. Smith regarding ballot/release/certification. | 0.10 | 675.00 | $67.50 |
| 02/09/2023 | JIS | PD | Review QSF form agreements. | 0.10 | 675.00 | $67.50 |
| 02/13/2023 | JIS | PD | Call B. Hall re plan funding and distribution issues. | 0.40 | 675.00 | $270.00 |
| 02/15/2023 | JIS | PD | Call Brad Hall regarding computation of qualified fees and expenses. | 0.20 | 675.00 | $135.00 |
| 02/15/2023 | JIS | PD | Call E. Schwarz regarding settlement fund distribution issues. | 0.20 | 675.00 | $135.00 |
| 02/16/2023 | JIS | PD | Call E. Schwarz regarding calculations of awards. | 0.20 | 675.00 | $135.00 |
|  |  |  |  | 78.10 |  | $52,717.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                          **$61,965.00**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of Santa Fe O.C.C.
05066    - 00002

Page:     13
Invoice 132043
February 16, 2023

---

### Expenses

| | | | |
|---|---|---|---:|
| 11/21/2022 | CC | Conference Call [E105]Loop Up Conference Call, JIS | 22.60 |
| 12/19/2022 | PO | Postage [E108] Postage | 1.71 |
| 12/19/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/20/2022 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/30/2022 | OS | Cision PR Newswire, Press Release, Horowitz Agency, Inc. Inv. #131 | 1,820.00 |
| 12/31/2022 | RS | Research [E106] Everlaw, Inc. Inv. 71543 | 500.00 |
| 01/13/2023 | CC | Conference Call [E105] AT&T Conference Call, JIS | 2.92 |
| 01/31/2023 | OS | Everlaw, Inv. 73702, AD Santa Fe database for the month of January 2023 | 500.00 |
| 02/16/2023 | PAC | Pacer - Court Research | 29.20 |

**Total Expenses for this Matter**      **$2,878.53**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of Santa Fe O.C.C.
05066   - 00002

Page:    14
Invoice 132043
February 16, 2023

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**     **02/16/2023**

| | |
|---|---:|
| **Total Fees** | **$61,965.00** |
| **Total Expenses** | **2,878.53** |
| **Total Due on Current Invoice** | **$64,843.53** |

**Outstanding Balance from prior invoices as of      02/16/2023          (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124730 | 10/31/2019 | $44,688.50 | $685.56 | $11,172.12 |
| 124969 | 01/31/2020 | $198,857.50 | $4,949.13 | $49,714.37 |
| 125212 | 02/29/2020 | $229,550.00 | $5,024.17 | $57,387.50 |
| 125465 | 03/31/2020 | $49,632.50 | $2,118.58 | $12,408.12 |
| 125486 | 04/30/2020 | $27,742.50 | $908.67 | $6,935.62 |
| 125487 | 05/31/2020 | $85,545.00 | $500.00 | $21,386.25 |
| 125545 | 12/31/2019 | $37,482.50 | $1,240.04 | $9,370.62 |
| 125547 | 11/30/2019 | $100,575.00 | $9,556.08 | $25,143.75 |
| 125549 | 06/30/2020 | $65,475.00 | $500.00 | $16,368.75 |
| 126450 | 07/31/2020 | $141,957.50 | $1,546.61 | $35,650.40 |
| 126765 | 08/31/2020 | $71,419.50 | $876.72 | $17,854.87 |
| 126833 | 09/30/2020 | $7,512.50 | $567.41 | $1,878.12 |
| 126904 | 10/31/2020 | $89,325.00 | $2,234.47 | $22,331.25 |
| 126905 | 11/30/2020 | $86,197.50 | $641.07 | $21,549.37 |
| 126906 | 12/31/2020 | $151,132.50 | $506.90 | $37,783.12 |
| 127999 | 01/31/2021 | $183,875.00 | $2,017.29 | $45,968.75 |
| 128001 | 02/28/2021 | $123,550.00 | $1,724.62 | $30,887.50 |
| 128003 | 03/31/2021 | $51,705.00 | $722.35 | $12,926.25 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of Santa Fe O.C.C.
05066    - 00002

Page:    15
Invoice 132043
February 16, 2023

| 128006 | 04/30/2021 | $23,482.50 | $647.44 | $5,870.62 |
| 128022 | 05/31/2021 | $18,427.50 | $505.20 | $4,606.87 |
| 128420 | 06/30/2021 | $14,242.50 | $152.70 | $3,560.62 |
| 128854 | 07/30/2021 | $3,847.50 | $9.50 | $961.87 |
| 128855 | 08/31/2021 | $6,952.50 | $1,000.06 | $1,738.12 |
| 128856 | 09/30/2021 | $9,180.00 | $61.20 | $2,295.00 |
| 129066 | 10/31/2021 | $24,757.50 | $657.81 | $6,076.48 |
| 131026 | 11/30/2021 | $33,693.50 | $601.12 | $8,423.39 |
| 131029 | 12/31/2021 | $62,522.00 | $1,141.47 | $15,630.50 |
| 131035 | 01/31/2022 | $69,170.50 | $7,727.31 | $17,292.62 |
| 131042 | 02/28/2022 | $21,521.50 | $3,065.97 | $4,961.57 |
| 131105 | 07/31/2022 | $22,197.50 | $963.60 | $5,790.27 |
| 131122 | 08/31/2022 | $23,017.50 | $625.07 | $5,754.37 |
| 131132 | 09/30/2022 | $28,687.50 | $627.37 | $7,171.87 |
| 131204 | 10/31/2022 | $25,515.00 | $512.20 | $6,378.75 |
| 131491 | 11/30/2022 | $19,862.00 | $87.20 | $4,965.50 |

**Total Amount Due on Current and Prior Invoices:**          **$603,038.68**