# Archdiocese of Santa Fe
# List of Priests, Deacons, Religious, and Seminarians
# Credibly Accused of Sexual Abuse of Minors

This list contains the names of priests, deacons, religious, and seminarians credibly accused of sexual abuse of children in the Archdiocese of Santa Fe, New Mexico. The name of the (arch)diocese or religious order is included in this list, and if the person is living or deceased. The parish, school and ministry assignments are also included. The Archdiocese of Santa Fe adopted a zero-tolerance policy in 1993. Several cases of sexual abuse were not reported until years later. This explains why a credibly accused may have had assignments after the abuse occurred. Since 1993, as soon as a report of sexual abuse of a child has been made, the credibly accused is removed from ministry, the civil authorities and the Independent Review Board are informed. This list will be updated as needed.

**(Revised 03.28.23)**

| Name & (Arch) Diocese or Religious Order | ASF Parish, School & Ministry Assignments |
|---|---|
| Augustine Abeywickrema (deceased) Santa Fe | St. Bernadette, Albuquerque; 1963 to 1971<br>Our Lady of Fatima, Albuquerque; 1971 to 1977<br>Sacred Heart, Albuquerque; 1977 to 1984<br>IHM, Los Alamos; 1984 to 1987<br>St. Anne, Tucumcari; 1987 to 1990<br>Queen of Heaven, Albuquerque; 1990 to 1991<br>St. Alice, Mountainair; 1991 to 1993 |
| Marvin Archuleta (living) Sons of the Holy Family (SF) | Holy Cross, Santa Cruz; 1970 to 1978<br>Ministry outside ASF; 1978-1987<br>Holy Family, Chimayo; Sept. 1987-1989<br>St. Therese, Albuquerque; 1989-1991<br>Holy Cross, Santa Cruz; 1991-1994 |
| Paul Baca (deceased) Santa Fe | Immaculate Conception, Las Vegas; 1949 to 1950<br>St. Joseph, Anton Chico; 1950 to 1955<br>San Juan Nepomuceno, El Rito; 1955 to 1958<br>Our Lady of Sorrows, Bernalillo; 1958 to 1965<br>Queen of Heaven, Albuquerque; 1965 to 1979<br>Risen Savior, Albuquerque; 1979 to 2000 |
| Daniel Balizan (living) Santa Fe | San Miguel, Socorro; 1989<br>St. Patrick, Chama; 1991<br>Our Lady of Guadalupe, Clovis; 1994<br>St. Anne, Albuquerque; 2000<br>St. Patrick & St. Joseph, Raton; 2005<br>Santa Maria de La Paz, Santa Fe; 2012<br>Santo Nino Regional Catholic School, Santa Fe; 2014<br>St. Joseph, Cerrillos; 2016 |
| Donald Bean (deceased) Santa Fe | San Miguel, Socorro; 1963 to 1965<br>Queen of Heaven; 1965 to 1968<br>San Miguel, Socorro; 1968 to 1969<br>Chaplain, University of Albuquerque; 1969 |

**Archdiocese of Santa Fe**
**List of Priests, Deacons, Religious, and Seminarians**
**Credibly Accused of Sexual Abuse of Minors**

| | |
|---|---|
| Earl Bierman (deceased) Covington | Our Lady of Fatima, Albuquerque; 1961 to 1962 IHM Seminary, Santa Fe; 1962 to 1965 |
| Bernard Bissonnette (deceased) Norwich | St. Anne, Santa Fe; 1966 to 1968 St. Alice, Mountainair; 1968 to 1973 Newman Center, Las Vegas; 1973 to 1975 Leave of absence; 1975 to 1976 Chaplain, NM Boys School, Springer; 1976 to 1979 St. Bernadette, Albuquerque; 1979 to 1981 |
| Rudy Blea (living) Santa Fe | In Formation for the Archdiocese of Santa Fe 1969 to 1976 |
| Wilfred Bombardier (deceased) Blessed Sacrament Fathers (SSS) | Blessed Sacrament, Albuquerque; 1954 to 1958 St. Charles Borromeo, Albuquerque; 1966 to 1970 |
| Laurence Brett (deceased) Bridgeport | St. Charles Borromeo, Albuquerque; 1966 St. Therese, Albuquerque; 1966 to 1967 |
| Luis Brouseau (living) Christian Brothers (FSC) | St. Michael High School, Santa Fe; 1963 to 1967, 1969 to 1971 |
| Ronald Bruckner (deceased) Santa Fe | Assumption & St. Pius X High School, Alb.; 1965 to 1967 Queen of Heaven, Alb. & IHM Seminary, Santa Fe; 1967 to 1968 St. Pius High School, Albuquerque; 1968 to 1971 Chaplain, College of Santa Fe; 1971 to 1972 Immaculate Heart of Mary, Los Alamos; 1972 to 1978 Office of Family Life ASF, Alb; 1978 to 1980 Our Lady of the Assumption, Alb; 1980 to 1987 Our Lady of the Annunciation, Alb; 1987 to 2005 |
| Marr Burbach (living) Benedictine (OSB) | Benedictine Monastery, Pecos; 1960s |
| Walter Cassidy (deceased) Santa Fe | Sacred Heart, Albuquerque; 1942 St. Anthony, Penasco; 1942 to 1943 St. Anthony, Pecos; 1943 to 1944 Our Lady of Guadalupe, Sapello; 1944 to 1950 Sacred Heart, Espanola; 1950 to 1964 Our Lady of Guadalupe, Alb.; 1964 to 1977 St. Rose of Lima, Santa Rosa; 1977 to 1983 San Jose, Albuquerque; 1983 to 1987 |
| Charles Charron (living) Servants of the Paraclete (sP) | Our Lady of the Assumption, Jemez Springs; 1963 to 1965 |
| Albert Chavez (deceased) Las Cruces | St. Rose of Lima, Santa Rosa; 1947 to 1948 St. Gertrude the Great, Mora; 1948 to 1954 Nuestra Señora de Guadalupe, Taos; 1954 to 1961 St. Bernadette, Albuquerque; 1961 to 1969 Our Lady of Guadalupe, Santa Fe; 1969 to 1970 Immaculate Conception, Tome; 1970 Our Lady of Guadalupe, Peralta; 1970 to 1977 Our Lady of Perpetual Help, Truth or Consequences; 1977 to 1982 |

# Archdiocese of Santa Fe
## List of Priests, Deacons, Religious, and Seminarians
## Credibly Accused of Sexual Abuse of Minors

| | |
|---|---|
| Johnny Lee Chavez (living)<br>Santa Fe | San Jose, Albuquerque; 1976 to 1979<br>IHM Seminary, Santa Fe; 1979 to 1987<br>St. Francis, Ranchos de Taos; 1987 to 1995<br>    Temporary Administrator<br>        St. Anthony, Questa; 1992<br>        Sacred Heart, Espanola; 1993<br>        San Antonio, Penasco; 1993<br>St. Anthony, Pecos; 1995 to 1997<br>Estancia Valley, Moriarty; 1997 to 1999<br>Queen of Heaven, Albuquerque; 1999 to 2011<br>Sangre de Cristo, Albuquerque; 2011 to 2014 |
| Andrew Abdon (deceased)<br>(John Christianson)<br>Christian Brothers (FSC) | St. Michael High School, Santa Fe; 1944 to 1947, 1950 to 1971, 1973 to 1977 |
| David Clark (deceased)<br>Claretion Missionary (CMF) | Our Lady of Guadalupe, Alb.; 1966 to 1967<br>Our Lady of Annunciation, Alb.; 1967 to 1969<br>St. Francis Xavier, Albuquerque; 1969 to 1971<br>St. Bernadette, Albuquerque; 1971 to 1972<br>Nativity of Mary, Alameda; 1972 to 1975<br>Chaplain, Vegas Grande Rest Home, Las Vegas; 1975 to 1979 |
| Henry Clark (deceased)<br>Syracuse | St. Anne, Santa Fe; 1951 to 1957 |
| Octavio Coggiola (deceased)<br>Santa Fe | San Jose, Albuquerque; 1952<br>Immaculate Conception, Las Vegas; 1952 to 1953<br>St. Michael High School, Santa Fe; 1953 to 1955<br>Chancellor ASF, Santa Fe; 1955 to 1959<br>Annunciation Parish, Albuquerque; 1959 to 1968 |
| Leon Corpuz (living)<br>Santa Fe | Chaplain State Hospital, Las Vegas; 1973 to 1985<br>Our Lady of Sorrows, Las Vegas; 1974 to 1985<br>Santa Clara, Wagon Mound; 1985 to 1988<br>St. Joseph, Springer; 1988 to 1994 |
| Leo Courcy (living)<br>Burlington | Holy Ghost, Albuquerque; 1967 to 1968<br>St. Pius X High School, Alb; 1968 to 1969<br>St. Francis Xavier, Clayton; 1969 to 1970 |
| Barry Finbar Coyle (deceased)<br>Franciscan (OFM) | Cathedral of St. Francis, Santa Fe; 1959 to 1966<br>St. Peter, Roswell; 1966<br>Cathedral of St. Francis, Santa Fe; 1966 to 1974 |

**Archdiocese of Santa Fe**
**List of Priests, Deacons, Religious, and Seminarians**
**Credibly Accused of Sexual Abuse of Minors**

| | |
|---|---|
| Ed Donelan (deceased) <br> Santa Fe | Cristo Rey, Santa Fe; 1956 to 1957 <br> Our Lady of Sorrows, Las Vegas; 1957 <br> Holy Trinity, Arroyo Seco; 1957 to 1958 <br> Chaplain NM Boy's School, Springer; 1958 to 1970 <br> Hacienda de Los Muchachos; 1970 to 1977 <br> Our Lady of Guadalupe, Santa Fe; 1977 <br> St. Joseph, Mosquero; 1977 to 1979 <br> Our Lady of Guadalupe, Taos; 1979 to 1982 <br> St. Patrick, Raton; 1982 <br> St. Alice, Mountainair; 1982 to 1984 <br> Ascension, Albuquerque; 1984 to 1986 <br> Immaculate Conception, Cimarron; 1986 to 1987 <br> St. Joseph, Springer; 1987 to 1990 <br> Chaplain Lovelace Hospital, Alb; 1990 to 1994 |

**Archdiocese of Santa Fe**
**List of Priests, Deacons, Religious, and Seminarians**
**Credibly Accused of Sexual Abuse of Minors**

| | |
|---|---|
| John Esquibel (living)<br>Santa Fe | St. Eleanor, Ruidoso; 1964 to 1966<br>Nativity of Mary, Alameda; 1966<br>Our Lady of the Assumption, Alb.; 1966 to 1969<br>Our Lady of Guadalupe, Alb.; 1969 to 1970<br>Leave for Study, Palo Alto: 1970<br>Hospital Chaplain, UNMH, Alb.;1971<br>San Jose, Alb.; 1971 to 1972<br>Leave for Study, UNM, Alb 1972 to 1974<br>San Isidro, Santa Fe; 1974 to 1978<br>St. Edwin, Albuquerque; 1978 to 1979<br>Queen of Heaven, Alb; 1979 to 1983<br>San Clemente, Los Lunas; 1983 to 1992 |
| Dan Farris (deceased)<br>Santa Fe | Most Holy Rosary, Albuquerque; 1967 to 1969<br>Immaculate Conception, Las Vegas; 1969 to 1973<br>Our Lady of Sorrows, Las Vegas; 1973 to 1974<br>San Miguel, Socorro; 1974<br>Holy Ghost, Albuquerque; 1974 to 1976<br>Estancia Valley, Moriarty; 1976 to 1983<br>Our Lady of Belen, 1983 to 1989<br>San Martin de Porres, Albuquerque; 1989 to 2001 |
| Edward M. Gallagher (deceased) Franciscan (OFM) | St. Anthony's Boys Home, Albuquerque; 1953<br>Good Shepherd Novitiate, Albuquerque; 1965<br>Louis Martin Infirmary, Via Coeli, Jemez; 1969 |
| Anthony Gallegos (deceased)<br>Santa Fe | St. Anne, Tucumcari; 1963 to 1966<br>San Miguel, Socorro; 1966 to 1968<br>Queen of Heaven, Albuquerque; 1968 to 1969<br>Holy Ghost, Albuquerque; 1969<br>St. Francis Xavier, Clayton; 1969 to 1972 |
| Robert Galli (deceased)<br>Santa Fe | Our Lady of Guadalupe, Taos; 1948<br>Our Lady of Guadalupe, Penasco; 1948 to 1949<br>St. Anthony, Pecos; 1949 to 1950<br>Our Lady of Sorrows, La Joya; 1950 to 1952<br>San Juan Nepomuceno, El Rito; 1952 to 1954<br>St. John the Baptist, Santa Fe; 1954 to 1970<br>St. Anne, Albuquerque; 1970 to 1985 |
| Hector Garcia (living)<br>Santa Fe | Our Lady of Fatima, Albuquerque; 1981 to 1984<br>Queen of Heaven, Albuquerque; 1984 to 1989 |
| Ruben Garcia (living)<br>Boise | Our Lady of Guadalupe, Albuquerque; 1973 to 1974<br>San Miguel, Socorro; 1974 to 1975<br>Immaculate Conception, Las Vegas; 1975 to 1976<br>Our Lady of Guadalupe, Albuquerque;1976 to 1977<br>St. Anthony, Dixon; 1977 to 1978 |
| Paul Greenwell (deceased)<br>Louisville | Sacred Heart, Albuquerque; 1954 to 1964 |

# Archdiocese of Santa Fe
# List of Priests, Deacons, Religious, and Seminarians
# Credibly Accused of Sexual Abuse of Minors

| | |
|---|---|
| Sabine Griego (deceased) Santa Fe | Cristo Rey, Santa Fe; 1964 to 1966<br>Nativity of Mary, Albuquerque; 1966 to 1967<br>St. Eleanor, Ruidoso; 1967 to 1968<br>Immaculate Conception, Las Vegas; 1968 to 1970<br>Chaplain State Hospital, Las Vegas; 1970 to 1973<br>Our Lady of Sorrows, Las Vegas; 1973 to 1979<br>Queen of Heaven, Albuquerque; 1979 to 1993 |
| Richard Hennessey (living) Blessed Sacrament Fathers (SSS) | Blessed Sacrament, Albuquerque; 1961 to1963 |
| David Holley (deceased) Worcester | St. Pius XII Institute, Albuquerque; 1971 to 1972 |
| Dennis Huff (living) Franciscan (OFM) | St. Catherine Indian School, Santa Fe; 1976 to 1982 |
| Theodore Isaias (living) Santa Fe | Newman Center, Las Vegas; 1972 to 1973<br>Our Lady of Mount Carmel Byzantine, Alb; 1973 to 1975<br>Nativity of Mary, Alameda; 1975 to 1976<br>San Miguel, Socorro; 1976 to 1980<br>San Ysidro, Corrales; 1980 to 1984 |
| James Kemper (deceased) Santa Fe | Sacred Heart, Espanola; 1965 to 1966<br>St. Anne, Santa Fe; 1966 to 1967<br>Santa Clara, Wagon Mound; 1967 to 1969<br>San Ignacio, Albuquerque; 1969 to 1975<br>Our Lady of Annunciation, Alb.; 1975 to 1992 |
| Robert Kirsch (deceased) Santa Fe | Santa Nino, Aragon; 1957 to 1959<br>Parishes in AZ; 1959 to 1965<br>St. Eleanor, Ruidoso; 1965 to 1967<br>St. Thomas, Abiquiu; 1967 to 1977<br>Most Holy Rosary, Albuquerque; 1977 to 1979<br>San Martin, Albuquerque; 1979 to 1989<br>St. Rose of Lima, Santa Rosa; 1989 to 1991<br>St. Mary, Vaughn; 1991 to 1992 |
| Irving Klister (deceased) Santa Fe | Our Lady of Perpetual Help, T or C; 1968<br>Cristo Rey, Santa Fe; 1968 to 1970<br>St. Joseph, Springer; 1970 to 1985 |
| Laurier Labreche (deceased) Santa Fe | St. Therese, Albuquerque; 1959 to 1962<br>St. Eleanor, Ruidoso; 1962 to 1968<br>San Miguel, Socorro; 1968 to 1975<br>Ascension, Albuquerque; 1975 to 1992 |
| Vincent Lipinski (living) Santa Fe | Our Lady of Fatima, Albuquerque; 1987 to 1989<br>St. Anthony, Questa; 1989 to 1992 |

**Archdiocese of Santa Fe**
**List of Priests, Deacons, Religious, and Seminarians**
**Credibly Accused of Sexual Abuse of Minors**

| | |
|---|---|
| Humbertus Lomme (deceased)<br>Santa Fe | Our Lady of Sorrows, Las Vegas; 1934 to 1936<br>St. Clara, Wagon Mound; 1936 to 1937<br>San Isidro, Trujillo; 1937 to 1939<br>Our Lady of Guadalupe, Sapello; 1939 to 1941<br>St. Anthony, Penasco; 1941 to 1944<br>Our Lady of Sorrows, Las Vegas; 1944 to 1964<br>    Canonical Administrator<br>        OLG, Sapello & San Isidro, Trujillo; 1957 to 1964<br>Chaplain St. Joseph Hospital, Alb; 1964 to 1975 |
| Clive Lynn (living)<br>Santa Fe | Our Lady of Annunciation, Alb; 1970 to 1971<br>Assumption, Roswell; 1971<br>St. Rita, Carrizozo; 1971 to 1973<br>Leave of Absence; 1973 to 1974<br>St. Therese, Albuquerque; 1974<br>St. Anthony, Fort Sumner; 1974 to 1977<br>St. Gertrude, Mora; 1977 to 1982<br>St. Joseph, Raton; 1982 to 1985 |
| Robert Malloy (living)<br>Santa Fe | Our Lady of Sorrows, Las Vegas; 1983 to 1985<br>Assumption, Albuquerque; 1985 to 1987<br>Annunciation, Albuquerque; 1987 to 1989<br>Chaplain APD, Albuquerque; 1989 to 1990<br>Chaplain St. Joseph Hospital, Alb.; 1990<br>Holy Ghost, Albuquerque; 1990<br>St. Francis Xavier, Albuquerque; 1991 to 1995<br>Queen of Heaven, Albuquerque; 1995 to 1998 |
| Phillip Martin/Peralta (deceased)<br>Santa Fe | Our Lady of Guadalupe, Santa Fe; 1979 to 1980<br>Chaplain, NM Boy's School, Springer; 1980 to 1981<br>San Miguel, Socorro; 1981 to 1982<br>Our Lady of Fatima, Albuquerque; 1982 to 1983<br>Chaplain, NM Military Institute, Roswell; 1983 to 1984<br>Foundation House, Jemez Springs; 1984<br>Holy Ghost, Albuquerque; 1985<br>Foundation House, Jemez Springs; 1985<br>St. Augustine, Isleta Pueblo; 1986<br>Chaplain UNM Hospital, Albuquerque; 1986 to 1990<br>Chaplain Veterans Hospital, Albuquerque; 1990 to 1992 |

**Archdiocese of Santa Fe**
**List of Priests, Deacons, Religious, and Seminarians**
**Credibly Accused of Sexual Abuse of Minors**

| | |
|---|---|
| Armando Martinez (deceased)<br>Santa Fe | St. Anne, Tucumcari; 1961 to 1963<br>St. Joseph, Anton Chico; 1963 to 1965<br>San Juan Nepomueceno, El Rito; 1965<br>St. Joseph, Springer; 1965 to 1970<br>    Temporary Administrator<br>        Immaculate Conception, Cimarron; 1967<br>San Juan Nepomueceno, El Rito; 1970 to 1973<br>St. Mary, Vaughn; 1973 to 1976<br>Further Studies at Catholic University, DC; 1976 to 1985<br>Our Lady of Belen, Belen; 1985 to 1986<br>Sacred Heart, Espanola; 1986 to 1988<br>Leave of Absence; 1988 to 1989<br>St Anne, Santa Fe; 1989 to 1990<br>Leave of Absence; 1990<br>St. Joseph, Anton Chico; 1990 to 1991<br>St. Rose of Lima, Santa Rosa; 1991 to 1993 |
| Luis Martinez (living)<br>Sons of the Holy Family | Holy Cross, Santa Cruz; 1964 to 1970 |
| Robert Martinez (living)<br>Santa Fe | San Miguel, Socorro; 1979 to 1981<br>Immaculate Conception, Las Vegas; 1981<br>Santa Clara, Wagon Mound; 1981 to 1988<br>Counseling Practice, Santa Fe; 1988 to 1993 |
| Roger Martinez (living)<br>Santa Fe | San Felipe de Neri, Alb.; 1978<br>St. Anthony, Penasco; 1978 to 1982<br>San Francisco, Ranchos de Taos; 1982 to 1983<br>Leave of absence; 1983 to 1984<br>Holy Ghost, Albuquerque; 1984 to 1985<br>St. Thomas, Abiquiu; 1985 to 1988<br>Our Lady of Belen, Belen; 1988 to 1990<br>Our Lady of Sorrows, La Joya; 1990 to 1993 |
| Diego Mazon (deceased)<br>Franciscan (OFM) | Tepeyac Formation House, Alb.;1982 to 1986<br>Our Lady of Guadalupe, Pena Blanca; 1986 |
| Thaddeus Mazur (deceased)<br>Santa Fe | Holy Ghost, Albuquerque; 1955 to 1956<br>St. Patrick, Raton; 1956 to 1957<br>Our Lady of Guadalupe, Taos; 1957<br>Sagrado Corazon, Costilla; 1957 to 1966<br>St. Alice, Mountainair; 1966 to 1968<br>St. Anthony, Fr. Sumner; 1968 to 1971<br>Our Lady of Assumption, Alb.; 1971 to 1972<br>Our Lady of Sorrows, Bernalillo; 1972 to 1974 |
| Tom McConnell (living)<br>Christian Brothers (FSC) | St. Michael High School, Santa Fe; 1969 to 1975 |

**Archdiocese of Santa Fe**
**List of Priests, Deacons, Religious, and Seminarians**
**Credibly Accused of Sexual Abuse of Minors**

| | |
|---|---|
| Michael O'Brien (deceased)<br>Santa Fe | Our Lady of Guadalupe, Taos; 1970<br>San Jose, Albuquerque; 1970 to 1972<br>Estancia Valley, Moriarty; 1972 to 1976<br>St. Anthony, Penasco; 1976 to 1977<br>San Francisco, Ranchos de Taos; 1977 to 1982<br>St. Gertrude, Mora; 1982 to 1985<br>Our Lady of Sorrows, Las Vegas; 1985 to 1986<br>St. Anthony, Questa; 1986 to 1989 |
| Don Osgood (living)<br>Manchester | Our Lady of the Assumption, Albuquerque; 1963 |
| Ralph Pairon (deceased)<br>Santa Fe | St. Rose of Lima, Santa Rosa; 1957 to 1959<br>St. Thomas, Abiquiu; 1959 to 1967<br>St. Anthony, Pecos; 1967 |
| George Pausch (deceased)<br>Servants of the Paraclete (sP) | Servants of the Paraclete, Jemez Springs; 1955 to 1971 |
| John Peris (deceased)<br>(Vincente)<br>Santa Fe | St. Francis Xavier, Clayton; 1934<br>St. Gertrude, Mora; 1934 to 1956<br>St. Joseph, Anton Chico; 1956 to 1963 |
| Arthur Perrault (living)<br>Santa Fe | St. Pius X High School, Alb.; 1966 to 1970<br>Chaplain University of Albuquerque, Alb.; 1970 to 1971<br>Our Lady of Guadalupe, Alb.; 1971 to 1973<br>Our Lady of the Assumption, Alb.; 1973 to 1975<br>Our Lady of the Annunciation, Alb.; 1975 to 1982<br>St. Bernadette, Albuquerque; 1982 to 1992 |
| Roman Pfalzer (deceased)<br>Franciscan (OFM) | Cathedral of St. Francis, Santa Fe; 1966 |
| James Porter (deceased)<br>Fall River | Villa Madre de Dios, Santa Fe; 1967 |
| Louis Prefontaine (deceased)<br>Blessed Sacrament (SSS) | St. Charles Borromeo, Albuquerque; 1968 |
| John Quinn (living)<br>Manchester | Villa Madre de Dios, Santa Fe; 1960 |
| John Rodriguez (living)<br>Santa Fe | Our Lady of Guadalupe, Alb; 1960 to 1963<br>Our Lady of Sorrows, La Joya; 1963<br>Immaculate Conception, Cimarron; 1963 to 1964<br>St. John the Baptist, Ohkay Owingeh; 1964 to 1966<br>Sacred Heart, Albuquerque; 1966<br>St. John the Baptist, Ohkay Owingeh; 1966 to 1973<br>Further Study Catholic University, Washington DC; 1973 to 1974<br>San Ignacio, Albuquerque; 1974 to 1977<br>Our Lady of Guadalupe, Pojoaque; 1977 to 1980<br>Our Lady of Guadalupe, Santa Fe; 1980 to 1992<br>Queen of Heaven, Albuquerque; 1992 to 1995 |
| Paul Rodriguez (living)<br>Richmond | Via Coeli, Jemez Springs; 1965<br>Psychology Practice, Albuquerque; 1966 to 1986 |

**Archdiocese of Santa Fe**
**List of Priests, Deacons, Religious, and Seminarians**
**Credibly Accused of Sexual Abuse of Minors**

| | |
|---|---|
| Ronald Roth (deceased)<br>Peoria | St. Gertrude, Mora; 1968<br>St. Eleanor, Ruidoso; 1968<br>St. Anne, Tucumcari; 1968 to 1969<br>St. Therese, Albuquerque; 1969 to 1971 |
| Charles Rourke (deceased)<br>Tucson | In Archdiocese of Santa Fe 1970 to 1973<br>Leave of Absence for the Tucson Diocese |
| Lorenzo Ruiz (living)<br>Franciscan (OFM) | Holy Family, Albuquerque; 1970 to 1972 & 1979 to 1987 |
| Edward Rutowski (deceased)<br>Santa Fe | St. Helen, Hobbs; 1950 to 1952<br>St. Rose of Lima, Santa Rosa; 1952<br>St. Mary, Vaughn; 1952 to 1954<br>Nativity of Mary, Alameda; 1954 to 1975<br>Leave of absence; 1975 to 1977<br>St. Jude Thaddeus, Albuquerque; 1977 to 1991 |
| Julian Sanchez (living)<br>Santa Fe | Nativity, Albuquerque; 1981 to 1986<br>St. Anne, Santa Fe; 1986 to 1993 |
| Clarence Schoeppner (deceased)<br>Santa Fe | St. Michael High School, Santa Fe; 1937 to 1938<br>St. Catherine School, Santa Fe; 1938 to 1941<br>St. Anne, Santa Fe; 1941 to 1945<br>Our Lady of Guadalupe, Santa Fe; 1945 to 1954<br>Chaplain St. Vincent Hospital, Santa Fe; 1954 to 1962<br>Our Lady of Guadalupe, Taos; 1962 to 1964<br>Our Lady of Sorrows, Las Vegas; 1964 to 1966<br>Chaplain at St. Anthony Home for Boys, Alb.; 1966 to 1970<br>Annunciation, Albuquerque; 1970 to 1975<br>San Ysidro, Corrales; 1975 to 1980 |
| Fintan Shaffer (deceased)<br>Little Brothers of the Good Shepherd (BGS) | St. Joseph Manor, Bernalillo; 1971 to 1981 |
| Frank Sierra (deceased)<br>Sons of the Holy Family (SF) | Holy Cross Parish, Santa Cruz; 1953<br>Holy Cross Parish, Santa Cruz; 1960 to 1961<br>Our Lady of Fatima, Albuquerque; 1962 to 1968 |
| Jason Sigler (living)<br>Winnipeg | St. Thomas, Abiquiu; 1971 to 1974<br>St. Anthony, Fort Sumner; 1974<br>In Michigan; 1975<br>Immaculate Conception, Las Vegas; 1976 to 1978<br>Leave of absence; 1978 to 1979<br>St. Therese, Albuquerque; 1979 to 1981 |
| George Silva (deceased)<br>Santa Fe | St. Francis Xavier, Clayton; 1997 to 2003<br>St. Patrick, Raton; 2003 to 2005<br>Hospital Ministry, Albuquerque; 2005 |
| Robert Smith (deceased)<br>Santa Fe | Annunciation, Albuquerque; 1971 to 1974<br>IHM, Los Alamos; 1974 to 1975<br>Leave of absence; 1975 to 1976<br>Our Lady of Fatima, Albuquerque; 1976<br>Holy Ghost, Albuquerque; 1976 to 1984 |

# Archdiocese of Santa Fe
## List of Priests, Deacons, Religious, and Seminarians
## Credibly Accused of Sexual Abuse of Minors

| | |
|---|---|
| Ignacio Tafoya (living)<br>Santa Fe | Our Lady of Guadalupe, Pojoaque; 1966<br>St. Anne, Tucumcari; 1966 to 1969<br>Our Lady of Sorrows, Las Vegas; 1969 to 1974<br>St. Therese, Albuquerque; 1974 to 1977<br>San Ignacio, Albuquerque; 1977 to 1985<br>St. Anne, Albuquerque; 1985 to 1994 |
| Gordon Wagoner (deceased)<br>Lafayette, Indiana | Chaplain, University of Albuquerque; 1977 to 1979 |
| George Weisenborn (deceased)<br>Santa Fe | Via Coeli, Jemez Springs; 1964<br>St. Pius Villa, Albuquerque; 1966<br>Ascension, Albuquerque; 1967 to 1968<br>St. Francis Xavier, Albuquerque; 1968 to 1977<br>St. Bernadette, Albuquerque; 1977<br>St. Anthony, Penasco; 1977 to 1978<br>St. Therese, Albuquerque; 1978 to 1980<br>Our Lady of Sorrow, La Joya; 1980 to 1982<br>San Miguel, Socorro; 1982<br>Most Holy Rosary, Albuquerque; 1982 to 1983<br>St. Anne, Tucumcari; 1983 to 1986<br>St. Anthony, Fort Sumner; 1986 to 1988 |
| Thomas Wilkinson (deceased)<br>Santa Fe | Our Lady of Fatima, Albuquerque; 1958 to 1959<br>Our Lady of Sorrows, Manzano; 1959 to 1962<br>St. Alice, Mountainair; 1962 to 1964<br>St. Anthony, Penasco; 1964 to 1970<br>Sacred Heart, Espanola; 1970 to 1980<br>San Felipe de Neri, Albuquerque; 1980 to 1986 |

If you or anyone you know has been the victim of childhood sexual abuse in the Archdiocese of Santa Fe, please immediately call the police and/or the New Mexico Youth & Families Dept. (CYFD) as well as Ms. Annette Klimka, ASF Victim Assistance and Safe Environment Coordinator 505.831.8144 | aklimka@archdiosf.org.