# Archdiocese of Santa Fe
## List of Priests, Deacons, Religious, and Seminarians Credibly Accused of Sexual Abuse of Children in Other U.S. Dioceses Who Have Also Ministered/Worked in the Archdiocese of Santa Fe

The goal of the Archdiocese of Santa Fe is to assist the healing of abuse victims and to ensure transparency, while simultaneously seeking to maintain an accurate list of credibly accused and respect the legal rights of individuals.

The following priests, deacons, religious, or seminarians:
1) have at some time ministered/worked in the Archdiocese of Santa Fe;
2) have NOT had any accusations of abuse filed against them within the archdiocese;
3) ARE listed as credibly accused on lists of other U. S. dioceses.

It is not possible for the archdiocese to be completely versed in the confidential processes of all other dioceses in their determinations of the credibly accused. No allegations concerning the persons listed below have been reported to the Archdiocese of Santa Fe. If you are aware of such allegations, please contact our Victim Assistance Coordinator Annette Klimka at 505.831.8144 or aklimka@archdiosf.org. Other names will be added to this list as the archdiocese becomes aware of them.

If you are aware of names of priests/deacons/seminarians who fit the criteria above, please let us know.

(Revised 08.29.2023)

| Name | Diocese Reporting Allegation | Locations/Periods Served in Archdiocese of Santa Fe |
|---|---|---|
| John Bohrer | Camden | 1985-86: St. Joseph, Springer |
| Eugene Bowski | Gallup | 2002-09: St. Bernadette Parish in 2003 and a service as a chaplain at UNM Hospital |
| Charles Clifford Brown | Denver | 1977 – Sangre de Cristo, Albuquerque<br>1987 – Immaculate Heart of Mary, Los Alamos<br>2002 – Retired |
| Gary Carr | Springfield-Cape Girardeau | 1/2006 –11/06: Clovis; San Ignacio, Albuquerque<br>8/10/06-7/11/08 – On health leave doing sacramental assistance around Floyd, NM |
| Frank Davied, OFM | New Orleans | 1982 -86: Sacred Heart, Clovis<br>1986-92: Holy Family, Albuquerque<br>1992-93: Our Lady of Guadalupe, Peña Blanca |
| Jerome T. Doody | Pittsburgh | No dates - Via Coeli, Jemez Springs; St. Rita, Carrizozo<br>1957 - Via Coeli, Jemez Springs<br>1979 - Deceased |
| Nelius Downing, sP | Jackson | 1947 - Via Coeli, Jemez Springs<br>1953 - Deceased |
| Dennis Fountain Franciscan (OFM) | Las Cruces | 1990 – Our Lady of Guadalupe, Clovis<br>St. Catherine's Indian School: dates TBD |
| John Fallon | Ogdensburg | 1985 – In residence, Via Coeli, Jemez Springs |

| | | 1988 - In residence, Via Coeli, Jemez Springs<br>1989-2000 – Absent on sick leave, Albuquerque, retired<br>2005 – Deceased |
|---|---|---|
| James Foley | Boston | 1997 – St. Anne's, Albuquerque; Our Lady of Sorrows, Las Vegas;<br>1997-99 – San Miguel del Vado, Ribera<br>1997-99 – San Antonio de Padua, El Pueblo<br>1998 – Our Lady of Guadalupe, Villanueva<br>1999 – Santa Maria de la Vid Priory<br>1999 – Tribunal, Archdiocese of Santa Fe<br>2016 –Deceased |
| Peter Edward Garcia | Los Angeles | Mid 80s – Received treatment and lived in NM<br>1985-87 – Sick leave, possibly in ASF<br>1989 - Sick leave, possibly in ASF<br>2006 – Laicized<br>2009 - Deceased |
| William Anthony Goltz | Dubuque | 1955 - Via Coeli, Jemez Springs<br>1962 - Via Coeli, Jemez Springs<br>1963 - Regina Mundi, Jemez Springs<br>1966 - Via Coeli, Jemez Springs<br>1967 - Villa Pius XII, Albuquerque<br>1968 - St. John the Baptist, Santa Fe<br>Date? Deceased |
| Paul A. Gopaul SSE | Burlington | 1959 - Via Coeli, Jemez Springs<br>1959 - Pius XII Seminary, ABQ<br>1959 - St. Anne's, ABQ<br>1960 - Pius XII Seminary, ABQ<br>1961 - St. Pius X High School, ABQ<br>1988 - Deceased |
| Richard Judd, sP | Missouri | 1978 - St. Gertrude the Great, Mora<br>1990 - Our Lady of Fatima, ABQ<br>1992 - Private appointment, ABQ<br>2013 - Deceased |
| F. Lloyd Kaiser | Winona-Rochester | No dates - Via Coeli, Jemez Springs; Las Vegas (one month); Alamogordo (at intervals); Santa Fe (5 months); San Ysidro, Corrales;<br>1973 - Deceased |
| Larry Lovell, CMF | Los Angeles | 1989 - Via Coeli, Jemez Springs |
| Patrick McCabe | Dublin (Ireland) | 1982 - Via Coeli, Jemez Springs<br>1982 - Nativity of the Blessed Virgin Mary, ABQ<br>1983 - Via Coeli, Jemez Springs |
| Bede Parry OSB | Missouri | 1978 - St. Gertrude the Great, Mora<br>1990 - Our Lady of Fatima, ABQ<br>1992 - Private appointment, ABQ<br>2013 - Deceased |
| James Silva | Providence | 1981 - Via Coeli, Jemez Springs |

|  |  | 1982 - Our Lady of the Assumption, Jemez Springs |
|---|---|---|
| John Sweeney FPO | Baltimore | 2011 - Christ in the Desert |
| Conrad Runnebaum Franciscan (OFM) | Gallup | 1979 – Cathedral Indian Missions, Santa Fe<br>1982 – Holy Trinity, Arroyo Seco<br>1989 – Our Lady of Belen, Belen<br>1991 – Nuestra Señora de Guadalupe, Pojoaque<br>1995 – Retired<br>2007 - Deceased |
| Francis Wendling Franciscan (OFM) | Cincinnati | 1977 – House of Prayer, Jemez Springs |