UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF Case no. 18-13027-t11
THE ARCHDIOCESE OF SANTA FE,

    Debtor.

## ORDER RESULTING FROM PRELIMINARY HEARING

THIS MATTER came before the Court on April 3, 2024, for a preliminary hearing on Mela LaJeunesse's Motion to Enforce Stipulated Non-Monetary Covenants Regarding the Public Listing of Accused Clergy, filed February 20, 2024, doc. 1314 (the "Motion"). Appearances were noted on the record.

The Court, being sufficiently advised, HEREBY ORDERS:

1. Movant shall file any reply to Debtor's response to the Motion no later than April 17, 2024.

2. The Court will hold oral argument on the Motion on May 15, 2024, at 10:00 a.m. in the Jemez Courtroom, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 3d floor, Albuquerque, NM 87102. Thirty minutes shall be allotted to each side for the oral argument.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: April 5, 2024
Copies to: electronic notice recipients