# Notice Recipients

District/Off: 1084–1          User: admin          Date Created: 4/5/2024

Case: 18–13027–t11          Form ID: pdfor1          Total: 146

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr          Jane Doe

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| aty | Aaron J. Boland | aaron@aaronbolandlaw.com |
| aty | Alicia C. Lopez | alopez@rothsteinlaw.com |
| aty | Andrew Berne Indahl | andy@alturalawfirm.com |
| aty | Angela Swenson | ASwenson@nmag.gov |
| aty | Annie Coogan | annielaurienm@gmail.com |
| aty | Ben Davis | bdavis@daviskelin.com |
| aty | Benjamin Feuchter | bf@jhkmlaw.com |
| aty | Brad D Hall | brad@hmhw.law |
| aty | Brian D Harrison | brian.harrison@clydeco.us |
| aty | Britton C Lewis | bcl@crlaw.com |
| aty | Bruce Anderson | baafiling@eaidaho.com |
| aty | Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| aty | Bryan G. Smith | bsmith@tamakilaw.com |
| aty | Carlos Sedillo | csedillo@fchclaw.com |
| aty | Caroline Manierre | caroline.manierre@sec.nm.gov |
| aty | Carolyn M Nichols | cmnichols@rothsteinlaw.com |
| aty | Catalina Sugayan | catalina.sugayan@clydeco.us |
| aty | Charles S Glidewell | charles.glidewell@usdoj.gov |
| aty | Charles V Henry, IV | charlie@walcottlaw.com |
| aty | Chris W Pierce | cpierce@walkerlawpc.com |
| aty | Christopher P. Winters | cwinters@hwlawnm.com |
| aty | Christopher Robert Carroll | christopher.carroll@kennedyslaw.com |
| aty | Clifford C Gramer, Jr | cliffordgramerlaw@gmail.com |
| aty | Daniel Fasy | dan@fasylaw.com |
| aty | Daniel A. White | dwhite@askewwhite.com |
| aty | Daniel J. Schufreider | dschufreider@schiffhardin.com |
| aty | David M. Spector | dspector@schiffhardin.com |
| aty | Daymon Brandeis Ely | daymon@daymonely.com |
| aty | Dean Joseph McElroy | dean.mcelroy@clydeco.us |
| aty | Dennis A Banning | nmfl@nmfinanciallaw.com |
| aty | Derek T Braslow | derek@kbaattorneys.com |
| aty | Don F Harris | nmfl@nmfinanciallaw.com |
| aty | Douglas R Vadnais | drv@modrall.com |
| aty | Everett J. Cygal | ecygal@schiffhardin.com |
| aty | Ford Elsaesser | ford@eaidaho.com |
| aty | Geoffrey M. Miller | geoffrey.miller@dentons.com |
| aty | Iain A.W. Nasatir | inasatir@pszjlaw.com |
| aty | Ilan D. Scharf | ischarf@pszjlaw.com |
| aty | Jack Hardwick | jhardwick@SommerUdall.com |
| aty | Jaime A. Pena | Jaime.A.Pena@usdoj.gov |
| aty | James Jurgens | jrj@j–wlaw.com |
| aty | James Moffitt | james.moffitt@clydeco.us |
| aty | James I. Stang | jstang@pszjlaw.com |
| aty | Jamison Barkley | jamison@jamisonbarkley.com |
| aty | Jillian Dennehy | jillian.dennehy@kennedyslaw.com |
| aty | John D. Sloan, Jr. | pfoster@sloanfirm.com |
| aty | John F. McIntyre | jmcintyre@montand.com |
| aty | Jonathan B. Alter | jalter@travelers.com |
| aty | Joseph A. Blumel, III | joseph@blumellaw.com |
| aty | Joseph Mark Fisher | mfisher@schiffhardin.com |
| aty | Joshua D Weinberg | jweinberg@ruggerilaw.com |
| aty | Kenneth Harris Brown | kbrown@pszjlaw.com |
| aty | Laura R Callanan | laura@curtislawfirm.org |
| aty | Leslie D. Maxwell | lmaxwell@maxwellgilchrist.com |
| aty | Levi A Monagle | levi@hmhw.law |
| aty | Lisa Entress Pullen | pullenl@civerolo.com |
| aty | Lisa K. Curtis | lisa@curtislawfirm.org |
| aty | Manuel Hernandez | mhernandez@fchclaw.com |
| aty | Merit Bennett | tblgexternalmail@gmail.com |
| aty | Michele Backus Konigsberg | mbackus@goodwin.com |
| aty | Nancy S Cusack | ncusack@hinklelawfirm.com |
| aty | Patrick Maxcy | patrick.maxcy@dentons.com |
| aty | Paul Linnenburger | paul@attorneyslane.com |

| | | |
|---|---|---|
| aty | Paul M Fish | pmfish@modrall.com |
| aty | Paul Russell Harris | pharris@taftlaw.com |
| aty | Pierre Levy | pierre@ofrielandlevy.com |
| aty | Richard Hardy | evasquez@fadduollaw.com |
| aty | Robert M. Charles, Jr. | rcharles@lewisroca.com |
| aty | Ronald Barliant | ronald.barliant@goldbergkohn.com |
| aty | Sam L. Fadduol | sfadduol@fchclaw.com |
| aty | Samuel I. Roybal | sroybal@walkerlawpc.com |
| aty | Sara Hunkler | shunkler@ruggerilaw.com |
| aty | Sharon T. Shaheen | sshaheen@montand.com |
| aty | Spencer Lewis Edelman | spencer.edelman@modrall.com |
| aty | Steven A Levy | steven.levy@goldbergkohn.com |
| aty | Taylor E. Smith | tsmith@rothsteinlaw.com |
| aty | Thomas D Walker | twalker@walkerlawpc.com |
| aty | Vito Ray de la Cruz | vito@tamakilaw.com |
| aty | William Garthh Gilchrist, IV | bryan@bryanjdavislaw.com |
| aty | William R Keleher | wkeleher@srklawnm.com |
| aty | William Ross Keeler | billkeeler@keelerandkeeler.com |

TOTAL: 82

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Roman Catholic Church of the Archdiocese of Santa Fe | 4000 St. Josephs Place NW | Albuquerque, NM 87120 | |
| acc | Patrick Kennedy | King Industries Corporation | PO Box 273 | Alto, NM 88312 |
| sp | Luis Stelzner | Stelzner, Winter, Warburton, Flores, San | 302 8th St. NW Ste 200 | Albuquerque, NM 87102 |
| sp | Robert P. Warburton | Stelzner, Winter, Warburton, Flores, San | PO Box 528 | Albuquerque, NM 87103 |
| sp | Jaime Dawes | Stelzner, Winter, Warburton, Flores, San | PO Box 528 | Albuquerque, NM 87103 |
| cr | Bank of America, N.A. | c/o Robert J. Miller and Khaled Tarazi | Bryan Cave Leighton Paisner LLP Two North Central Avenue, Suite 2100 | Phoenix, AZ 85004−4406 |
| cr | State of New Mexico, Workers Compensation Administration | P.O. Box 27198 | 2410 Centre Ave. SE | Albuquerque, NM 87125 |
| crcm | Brad D. Hall | 320 Osuna Rd NE Suite G−3 | Albuquerque, NM 87107 | |
| crcm | Mark H Donatelli | Carolyn M. "Cammie" Nichols Rothstein | 500 4th Street, NW Suite 400 | Albuquerque, NM 87102 |
| op | James R. Murray | Blank Rome LLP | 1825 Eye Street NW | Washington, DC 20006 |
| op | Jim Carter | Blank Rome LLP | 1825 Eye Street NW | Washington, DC 20006 |
| cr | Christine Romero | c/o Pierre Levy, Esq. | 644 Don Gaspar Avenue | Santa Fe, NM 87505 |
| intp | Catholic Charities, Inc. | 1234 San Felipe Ave. | Santa Fe, NM 87505 | |
| intp | Elizabeth Hardin−Burrola | P.O. Box 178 | Gallup, NM 87305 | |
| cr | Thomas Paickattu | C/o Altura Law Firm | 500 Marquette Ave NW Suite 1200 | Albuquerque, NM 87102 UNITED STATES |
| sp | Debra J. Moulton | Kennedy, Moulton & Wells, P.C. | 2201 San Pedro Dr. NE | Albuquerque, NM 87110 |
| sp | Pamela D Kennedy | 1215 Tijeras Avenue NW | Albuquerque, NM 87102 | |
| op | Jesse Hall | Plugajawea Productions, LLC | 3503 Berkeley Place NE | Albuqurerque, NM 87106 |
| op | Cynthia S. Gilbert | Perfectly Legal, Inc. | 5659 Jefferson Street NE | Albuquerque, NM 87109 |
| craty | Edgar C Johnson, Jr. | 7532 Glen Albens Circle | Dallas, TX 75225 | |
| sp | Tessa Davidson | Davidson Law, LLC | PO Box 2240 | Corrales, NM 87048 |
| br | David V Walters | Coldwell Banker Legacy | 6767 Academy Road NE | Albuquerque, NM 87109 |
| br | Kelly Sullivan | Coldwell Banker Legacy | 10400 Academy Road NE, #100 | Albuquerque, NM 87111 |
| br | Liz McGuire | Coldwell Banker Legacy | 12042 Highway 14 N | Cedar Crest, NM 87008 |
| sp | Juan L. Flores | Stelzner, Winter Law Firm | P.O. Box 528 | Albuquerque, NM 87103 |
| app | Brooks Pearsall Zantow, LLC | 7000 Prospect Pl. NE Suite B | Albuquerque, NM 87110 | |
| intp | Jennifer Day | 810 Garraty HL | San Antonio, TX 78209−2859 | |
| intp | Jimmy Day | 810 Garraty HL | San Antonio, TX 78209−2859 | |
| br | Philip Gudwin | Santa Fe Properties | 1000 Paseo de Peralta | Santa Fe, NM 87501 |
| br | Rusty Wafer | Santa Fe Properties | 1000 Paseo de Peralta | Santa Fe, NM 87501 |
| acc | Jennifer Cantrell | Jennifer Cantrell CPA PC | 5024 4th Street NW Suite A | Albuquerque, NM 87107 |
| intp | William R Keeler | Keeler & Keeler, LLP | 235 West Historic Highway 66 | Gallup, NM 87301 |
| misc | Associated Case in BAP | BAP No. 20−052 Dismissed 3/1/23 | BAP No. 20−053 Dismissed 3/1/23 BAP No. 20−061− dismissed 7/14/21 | |
| br | Wendy Mileta | Realty One of Santa Fe | 1400 S. 2nd St. | Raton, NM 87740 |
| br | Mike Gregory | Michael Gregory, Jr. Re | P.O. Box 634 | Rociada, NM 87742 |
| auc | SVN Auction Services, LLC | Attn: Louis B. Fisher III | 100 Island Cottage Way Suite 200E | Saint Augustine, FL 32060 |
| misc | Associated Case in 10th Circuit Court of Appeals | 10th Cir 21−702 − Dismissed 2/24/23 | | |
| consult | James W Siebert | James W. Siebert & Associates, Inc. | 915 Mercert Street | Santa Fe, NM 87505 |
| surv | Rich A. Chatroop | N.M.P.L.S. | 110 Wagon Trail Rd. | Cerrillos, NM 87010 |
| br | Edwards Commercial Realty, LLC | 2929 Coors Blvd. NW Suite 202 | Albuquerque, NM 87120 | |
| surv | Del Rio Surveys, Inc. | PO Box 22773 | Santa Fe, NM 87502 | |
| misc | Associated Case in US District Court | 21−cv−00975−KG−GJF −Mtn Wd Reference | | |
| cr | John Doe (JS) − Claim No. 419−1 | 230 Sugartown Road #20 | Wayne, PA 19087 | |

| | | | | |
|---|---|---|---|---|
| intp | Manuel Gutierrez | c/o Walcott, Henry & Winston, P.C. | 150 Washington Ave., Suite 207 | Santa Fe, NM 87501 |
| intp | Karen Arellano | C/O Walcott, Henry & Winston, P.C. | 150 Washington Ave., Suite 207 | Santa Fe, NM 87501 |
| consult | JAG Zoning & Planning, LLC | 3300 Calle Vigo, NW | Albuquerque, NM 87104 | |
| op | Michael R. Hogan | PO Box 1375 | Eugene, OR 97440 | |
| op | William L. Bettinelli | Two Embarcadero Center | Suite 1500 | San Francisco, CA 94111 |
| sp | Carol Dominguez Shay | Conklin Woodcock & Ziegler, P.C. | 320 Gold Ave SW | Albuquerque, NM 87102 |
| br | Monica Roberts | Home Authority | 13600 Copper Ave. NE | Albuquerque, NM 87123 |
| surv | Robert J. Fierro | Fierro & Company, LLC | 3201 4th Street NW, Suite B | Albuquerque, NM 87120 |
| cr | Mick Rich Contractors | 8401 Firestone Ln NE | Albuquerque, NM 87113 | |
| sp | Benjamin Feuchter | Jennings Haug Keleher Mcleod | P.O. Box AA | Albuquerque, NM 87102 |
| sp | Sarah K Downey | Jackson Loman Stanford, Downey & Stevens | 201 3rd Str NW Suite 1500 | Albuquerque, NM 87102 |
| br | Jessica Leigh Sena | NM360 Real Estate | 34 Villa Sangria | Las Vegas, NM 87701 |
| aty | Alex C. Myers | Rothgerber Johnson & Lyons LLP | 1200 17th St Ste 3000 | Denver, CO 80202 |
| aty | Eric Nieuwenhuis Kniffin | Kniffin Law PLLC | 102 S. Tejon St. Suite 1100 | Colorado Springs, CO 80903 |
| aty | Hannah Dolski | Papetti Samuels Weiss McKirgan LLP | 16430 N. Scottsdale Rd., Ste. 290 | Scottsdale, AZ 85254 |
| aty | James C Jacobsen | 201 Third Street Suite 300 | Albuquerque, NM 87102 | |
| aty | Leah Michelle Stevens–Block | Jackson Loman Stanford & Downey, P.C. | 201 3rd Str NW Suite 1500 | Albuquerque, NM 87102 |
| aty | Martha G Brown | Modrall Sperling Law Firm | 500 4th Street, NW Suite 1000 | Albuquerque, NM 87102 |
| aty | Stephanie Schaeffer | MURR SILER & ACCOMAZZO, P.C. | 1999 Broadway, Suite 3100 | Denverr, CO 80202 |
| aty | Victor Ortega | PO Box 2307 | Santa Fe, NM 87504–2307 | |

TOTAL: 63